UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **KEVIN D. HARDWICK**, | Case No. 2:18-cv-1185 |
| Plaintiff, | |
| | Judge Edmund A. Sargus, Jr. |
| v. | |
| | Chief Magistrate Judge Elizabeth A. Preston Deaver |
| **3M COMPANY,** *et al.*, | |
| Defendants. | |

### NOTICE OF FILING ADDITIONAL EXHIBITS FOR PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

Plaintiff Kevin Hardwick gives notice of filing additional exhibits for his Memorandum in Support of Motion for Class Certification. Because of size limitations, Mr. Hardwick could not include all exhibits in one filing. As a result, this filing includes the remainder of Exhibit C, along with Exhibits D through L, as referenced in Mr. Hardwick's Memorandum.

Respectfully submitted,

*/s/ David J. Butler*
David J. Butler (0068455), Trial Attorney
TAFT STETTINIUS & HOLLISTER LLP
65 East State Street, Suite 1000
Columbus, Ohio 43215
Telephone: (614) 221-2838
Facsimile: (614) 221-2007
dbutler@taftlaw.com

Robert A. Bilott (0046854)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Telephone: (513) 381-2838
Facsimile: (513) 381-0205
bilott@taftlaw.com

> Gary J. Douglas (pro hac vice *pending*)
> DOUGLAS & LONDON, PC
> 59 Maiden Lane, 6th Floor
> New York, NY 10038
> Telephone: (212) 566-7500
> Facsimile: (212) 566 7501
> gdouglas@douglasandlondon.com
>
> Ned McWilliams (pro hac vice)
> LEVIN PAPANTONIO P.A.
> 316 South Baylen Street
> Pensacola, FL 32502
> Telephone: (850) 435-7138
> nmcwilliams@levinlaw.com
>
> *Attorneys for Plaintiff Kevin Hardwick*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the above was served through the Court's CM/ECF system this 31st day of July, 2020, on all counsel of record.

> /s/ David J. Butler