**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**KEVIN D. HARDWICK,**

      **Plaintiff,**           **CASE NO. 2:18-cv-1185
                                   JUDGE EDMUND A. SARGUS, JR.
                                   Chief Magistrate Judge Elizabeth Preston Deavers**

**E.I. DU PONT DE NEMOURS
AND COMPANY,** *et al.*,

      **Defendants.**

## ORDER

This matter is before the Court on Defendants' Motion for an Extension of Time to Respond to the Class Certification Motion (ECF No. 191) and Defendants' Motion to for an Expedited Briefing Schedule for their Motion for an Extension of Time to Respond to Plaintiff's Motion for Class Certification (ECF No. 192).  Plaintiffs have informed Defendants that they oppose the motions, but the time to file their opposition briefs has not yet passed.

Defendants' class-certification opposition briefs are currently due on October 29, and they request a 60-day extension.  The Court is inclined to permit an extra 30 days, and therefore **GRANTS IN PART** Defendant' Motion for an Extension of Time to Respond to the Class Certification Motion.  (ECF No. 191.)  Defendants' Motion to for an Expedited Briefing Schedule for their Motion for an Extension of Time to Respond to Plaintiff's Motion for Class Certification is therefore rendered moot and is thus **DENIED AS MOOT**.  (ECF No. 192.)

      **IT IS SO ORDERED.**

**10/6/2020**                                               **s/Edmund A. Sargus, Jr.**
**DATE**                                                    **EDMUND A. SARGUS, JR.
                                                             UNITED STATES DISTRICT JUDGE**