# EXHIBIT 1



# Expert Report of

## Dominik D. Alexander, PhD, MSPH

Principal Epidemiologist

MetaMethod
South Lyon, MI

**in the matter of**

*Hardwick v. 3M Company, et al.*

December 14, 2020



**Table of Contents**

**Materials Reviewed** ..............................................................................**4**

**Scope of Work** ........................................................................................**4**

**Feasibility and Scientific Methodology to Study a Nationwide Class** ................**4**

   1)   No Study Design or Methodology ............................................................5

   2)   The Proposed Study Cannot Answer Questions of Risk or Causation for the Entire Class .....5

   3)   The C8 Science Panel Studies in the Mid-Ohio Valley Community Cannot be Used as a Model ..........................................................................................................7

   4)   Exposure to Any PFAS has Not Been Established as a General Cause of Any Disease Outcome ......................................................................................................8

   5)   Inability to Evaluate Synergy Between or Among Individual PFASs ........................14

   6)   A Study of a Nationwide Class Will Not Advance the Science ...............................15

   7)   The Plaintiff's Proposed Program of Study for a Nationwide Class Does Not Meet the Scientific Standards for Medical Monitoring ..................................................16

**Bibliography** ..........................................................................................**18**



**Dominik D. Alexander, Ph.D., M.S.P.H.**

December 14, 2020

RE: *Kevin D. Hardwick, et al. v. 3M Company, et al.*

Dear All,

I am a Principal Epidemiologist with MetaMethod. I have extensive experience in health research methodology, meta-analysis, and disease causation, particularly in the conceptualization, design, analysis, and interpretation of epidemiologic studies. I have published on a diverse range of topics and types of studies, including original epidemiologic research, qualitative reviews, systematic weight-of-evidence assessments, and quantitative meta-analyses. Because of my expertise in research methodology, I have served as principal investigator on numerous projects involving a wide variety of exposures and health outcomes. My research areas include but are not limited to: occupational and environmental exposures to substances, such as asbestos, benzene, trichloroethylene, solvents, pesticides, arsenic, perfluorinated compounds, and dioxin; community health studies and cluster investigations involving air, water, and soil exposures; clinical, pharmacoepidemiology, and medical device studies including clinical trial design and support. In addition, I have extensive experience in nutritional epidemiology and have conducted systematic reviews and meta-analyses of dietary and nutritional factors and cancer, cardiovascular disease, type 2 diabetes, hypertension, and body composition. My work in this area has involved studies of dietary patterns, intake of whole foods, and dietary supplements, such as meat and fat intake, dairy and egg consumption, breakfast eating, multivitamin and mineral supplements, fish oil, caffeine, coffee, and infant formula.

I have 210 peer-reviewed published articles, professional presentations, abstracts, and book chapters. I frequently present on the understanding and interpretation of epidemiologic evidence in a variety of professional venues, such as national conventions, scientific conferences, and governmental regulatory forums. I serve on the editorial boards of the American Journal of Clinical Nutrition, PLOS ONE, and Frontiers in Nutrition Methodology. I am a former Visiting Professor of Epidemiology at the University of Copenhagen in Copenhagen, Denmark, and am currently an Affiliate Associate Professor at Colorado State University. In addition, I regularly serve on scientific committees and scientific advisory meetings. I was awarded a National Cancer Institute Fellowship for Cancer Prevention and Control and was the 2010 recipient of the University of Alabama-Birmingham School of Public Health alumnus award for scientific excellence, based on recognition of my "significant scientific contributions through demonstrated commitment and exemplary leadership in empirical research, research methodology, or theory building or adaptation."

My CV, list of testimony, and rate sheet are included as attachments to this report.



## Materials Reviewed

I have reviewed the following documents provided to me by counsel:

| Source |
| --- |
| Hardwick v. 3M Company, et al. – Class Action Amended Complaint |
| Plaintiff's Motion for Class Certification, July 31, 2020 |

In addition, I have reviewed the epidemiologic literature of all diseases, health outcomes, and clinical markers among PFASs-exposed study populations (see Appendix C).

## Scope of Work

I have been retained by counsel for the Defendants in this case to examine the feasibility and scientific methodology to study a nationwide class whereby the members are allegedly at an increased risk of disease and health conditions as a result of exposures to one or more per- or polyfluoroalkyl substances ("PFAS"). In addition, I have critically examined the peer-reviewed epidemiologic literature of chronic and non-chronic diseases, health conditions, and clinical markers among PFAS-exposed study populations.

For the purpose of this report, I discuss the feasibility and scientific considerations of the Plaintiff's proposal to study a nationwide class of individuals exposed to PFAS. I also provide appendices that discuss an overview of the principles and practice of epidemiology, including study design differences, measures of association, internal and external validity parameters, and methodology to examine a body of epidemiologic literature (Appendix A); the various study population sources and their general PFAS exposure level ranges (Appendix B); and the state-of-the-epidemiologic science of human disease, health conditions, and clinical markers among PFAS-exposed study populations (Appendix C).

## Feasibility and Scientific Methodology to Study a Nationwide Class

I have reviewed Plaintiff's Motion for Class Certification, focusing on the Plaintiff's proposed "program for study" and any proposed methodology to conduct such a study. Based on review of the Plaintiff's Motion for Class Certification, a program for study has been proposed based on:

> A class of "any individual residing within the United States at the time of class certification for one year or more since 1977 with 0.05 parts per trillion (ppt) or more of PFOA and at least 0.05 ppt or more of any other PFAS in their blood serum."

In the following sub-sections, I discuss why the proposed program for study is infeasible, methodologically limited, and scientifically improper.



## 1) No Study Design or Methodology

In the Motion for Class Certification, it is suggested that the classwide relief would lead to medical and scientific studies, testing, and analysis of all potential class members. However, no proposed study design, cohort enumeration strategy, sampling techniques, outcome validation, or statistical analysis methodology has been provided. In fact, no scientific methodology whatsoever has been proposed (aside from suggesting that a study similar to the Mid-Ohio Valley studies could conceivably be performed). Nor has a protocol for Institutional Review Board[1] approval been supplied.

The Plaintiff requests that the court oversee a program that includes epidemiologic studies focusing on the "causal connection(s) between any single or combination of PFAS in human blood and bodies and any injury, human disease, adverse human health impacts, or other health risks." However, the Plaintiff has provided no methodology to systematically evaluate the weight of the evidence to make causal inferences. He seemingly implies that the proposed study would be sufficient to make general causation inferences with respect to the thousands of different types of PFAS chemistries that exist. This is unscientific and does not follow principles of rigorous scientific methodology, which require, among other things, examination of the total body of literature in drawing causal conclusions, as I discuss in Appendix A.

## 2) The Proposed Study Cannot Answer Questions of Risk or Causation for the Entire Class

The Plaintiff alleges that "all" proposed class members face the "same persistent, continuing, and accumulating contamination," and implies they are all equally at risk of developing various diseases, including cancer. However, he erroneously suggests that any level of exposure increases the risk of disease. Even for substances that have been shown to cause human disease, volumes of scientific studies refute the notion that any non-zero level of exposure is sufficient to do so. Studies involving exposures to various types of PFAS do not support that notion either. Furthermore, the Plaintiff does not specify which diseases or conditions he alleges are associated with exposure to any PFAS, and he provides no scientific literature to support his allegations for any specific disease.

*Dose-Response and Dose-Threshold Are Fundamental Properties of Causation*

As indicated, the Plaintiff suggests that all class members (i.e., study participants) are exposed to some types of PFAS, and that everyone exposed (i.e., everyone in the class/study) is at increased risk of disease. As a result, the proposed study would essentially treat all of the class members the same for purposes of monitoring. There is no reliable scientific evidence to support this underlying

---

[1] An Institutional Review Board, or IRB, protects the rights and welfare of human subjects in research projects. IRB represents a designated group to review and monitor biomedical research involving human subjects. For example, see: https://www.fda.gov/regulatory-information/search-fda-guidance-documents/institutional-review-boards-frequently-asked-questions



MetaMethod

assumption. One of the fundamental principles of epidemiology is the concept of dose-response, which means that for exposures that can cause adverse effects, the incidence of those effects is expected to increase among populations exposed to higher levels of the substance at issue. In other words, higher exposures should result in a greater risk of disease while lower exposures should have less risk. In fact, the presence or absence of a dose-response relationship in epidemiology studies is one of the critical factors considered in evaluating whether a body of scientific evidence indicates that a causal relationship exists between exposures and the effects being studied. A related concept is dose-threshold, which means that, even for exposures to substances that can cause adverse effects, there is an exposure level (a threshold) below which there is no increased risk of disease. Moreover, when different diseases can be caused by the same substance, those diseases often have different threshold dose levels. Most substances that are established as increasing the risk of disease exhibit a threshold behavior. Establishing a lack of threshold requires affirmative evidence of increased risks at all levels of exposure – it cannot reliably be assumed merely from a lack of evidence of a threshold. Here, in fact, the evidence actually demonstrates the opposite, that there are above-background PFAS exposure levels that do not lead to increased risks of disease. As summarized in Appendix C of this report, the epidemiology of PFAS fails to show a clear and consistent dose-response relationship for any human disease with any type of PFAS that has been studied, much less the existence of materially increased risks of adverse effects at all levels of exposures for the numerous types of PFAS compounds that have been studied. Given the lack of evidence ruling out a threshold dose, the proper epidemiologic method for determining whether and to what extent any particular person may be at increased risk from exposure to any particular PFAS requires, first, determining the exposure level of the individual to the particular PFAS along with other relevant individual factors and then, evaluating the available epidemiologic evidence of causation for populations with comparable levels of exposures and characteristics.

*Assessment of Risk Requires Individualized Accounting of the Causal Factors of Disease*

On a population basis, and certainly on an individual-by-individual basis, estimating disease risk attributable to an exposure requires consideration of all of the causal factors potentially at play for the individual/population. That is, erroneous conclusions can be drawn regarding the alleged exposure of interest (e.g., any particular PFAS) unless individualized factors that contribute to a person's disease or health symptoms are taken into account and analyzed. Indeed, a fundamental requirement for properly interpreting study results is assessing the extent to which the study accounted for alternate potential causes or risk factors (including preventive factors) of the outcome, and the quality of the methodology in doing so. Human disease and adverse health conditions are caused by, and/or exacerbated by, numerous factors that vary widely between individuals, including dietary and lifestyle behaviors (e.g., cigarette smoking, alcohol intake, diets high in certain fatty acids), medication use, genetics, family history of disease, comorbidity, and body mass index among numerous other factors. Many of these factors and their relationship with human disease have been evaluated in large volumes of analytical epidemiologic studies and are supported by clear dose-response patterns. In any given individual, the presence or absence of such factors may significantly impact the overall risk of a specific condition or several conditions, depending on the risk factor. If one were to assume the scientific evidence indicated that exposure to any PFAS did cause any human diseases/conditions (which it does not), the presence of these other factors in the proposed



population to be monitored would impact any determination of the risk that may be attributable to those exposures.

### 3) The C8 Science Panel Studies in the Mid-Ohio Valley Community Cannot be Used as a Model

The Plaintiff seemingly suggests using the C8 Science Panel studies among Mid-Ohio Valley community members as a model for the testing, monitoring, and research for the proposed nationwide PFAS exposure and health study. His reliance upon the methodology of the C8 Science Panel studies for the proposed nationwide study is flawed for several reasons:

- It is highly unlikely on both scientific and logistical grounds that the exposure characterization and dose-response analyses utilized in the C8 Science Panel studies would be possible in the proposed nationwide study. To begin, the sources, types, timing, and routes (e.g., air v. water v. food) of PFAS exposures at issue in the proposed nationwide study and C8 Science Panel studies are heterogenous. The Mid-Ohio Valley study population involved known historical emissions of a single type of PFAS (PFOA) emanating from a single company's operating site and affecting public water suppliers. Much of the study population's PFOA exposures were thought to be attributable to this source and, based on this assumption, modelling was performed to attempt to estimate historical population exposures. A nationwide class would not have the same identifiable source or timing of PFAS exposures, and would have widely variable levels of exposure to a widely variable number of PFAS chemistries. In short, the exposure profiles of individual class members would be significantly different and highly variable and could involve up to thousands of different substances with widely varying toxicological properties. The levels and range of exposures present in the two study populations (i.e., the Mid-Ohio Valley study population and the proposed class comprising most of the U.S. population) are also vastly different (see Appendix B). Unlike the Mid-Ohio Valley study population, most class members would have only background levels of exposure to one or more PFAS chemistries from varied sources. Without reliable, consistent, representative, and above-background exposure profiles for study participants across a wide range of exposure levels, any meaningful or scientifically valid dose-response analyses would not be possible.
- Findings from the C8 Science Panel studies cannot be generalized to other populations. The C8 Science Panel applied a unique standard that had been negotiated in a class settlement and was neither a medical nor a scientific causation standard. The Mid-Ohio Valley study population was agreed to by the parties to the Leach case, as a compromise, and involved alleged water contamination by a single substance from a single site. One of the key factors when designing a scientifically valid study that is capable of being generalized is the enumeration of a study sample population that is representative of the broader population. There is no evidence to support the notion that creating a nationwide study population can be justified on the basis of the negotiated and unique resolution in the Leach class action.
- Plaintiff's apparent proposal to simultaneously study the potential health effects of each of the thousands of different types of PFAS would require a much more rigorous methodology



than that utilized by the C8 Science Panel in its studies. Indeed, doing so in a scientifically valid epidemiologic analysis requires, among other things, isolating the possible effects of each individual PFAS exposure by controlling for the potential effects of all other PFAS exposures. The C8 Science Panel studies evaluated a single compound, PFOA, not the thousands of different PFAS chemistries that are proposed to be studied by the Plaintiff. The C8 Science Panel studies did not (and were not able to) control for (or statistically adjust for) the numerous other PFAS to which the community members may have been exposed. Thus, the prior C8 Science Panel studies cannot serve as a model to validly analyze scientific data even for PFOA, much less for multiple other PFAS chemistries.

- The C8 Science Panel studies did not answer causation questions. Plaintiff contends that the original C8 Science Panel studies "provided an effective mechanism for resolving shared, common scientific questions regarding the causal connections between PFAS exposures and health risks to class members." This is fundamentally untrue on scientific grounds. In fact, the C8 Science Panel authors recently published a review on PFOA and health, and concluded that, "Overall, the epidemiologic evidence remains limited" (Steenland et al. 2020). In addition, the study designs utilized in many of the Mid-Ohio Valley studies were cross-sectional (or used cross-sectional methodology within a longitudinal analysis), and were neither designed nor equipped to address questions "regarding the causal connections between PFAS exposures and health risks" as suggested by the Plaintiff.

## 4) Exposure to Any PFAS has Not Been Established as a General Cause of Any Disease Outcome

Notably, review of the large body of epidemiologic analyses that have been performed to date (see the Reference List in Appendix C), including numerous studies conducted by the C8 Science Panel on which Plaintiff models his study proposal, indicates that the epidemiologic evidence does not support an independent association between exposure to any type of PFAS and an increased risk of human disease, health condition, or abnormal clinical marker (see Appendix C). Moreover, the epidemiology does not support a conclusion that exposure to any PFAS is a general cause of any disease or health condition. Furthermore, to my knowledge, no health organization, such as the National Cancer Institute, the American Cancer Society, the American Lung Association, or the American Heart Association, has ever concluded that any PFAS is an etiologic factor for any type of disease. Indeed, to the contrary, numerous regulatory agencies and expert panels that have assessed the potential relationship between a variety of different health effects and exposure to various PFAS types (with PFOA and PFOS being the most heavily studied) have not found causal associations for specific health conditions based on their review (ATSDR , NTP 2016, Australia PFAS Expert Health Panel 2018, ATSDR 2019, Michigan PFAS Science Advisory Panel 2018, EPA 2016b, a)[2]. This is important for assessing the propriety of Plaintiff's proposal here. Given the need to evaluate

---

[2] The European Food Safety Authority's (EFSA) Panel on Contaminants in the Food Chain suggested that there is some support for causality for some outcomes and/or clinical markers for PFOA and PFOS. However, the panel noted several limitations in their conclusions, such as confounding, excretion that affects circulating concentrations of PFOA and PFOS, lack of clinical relevance, and co-exposures to a broad range of compounds (Knutsen et al. 2018).



causation in the context of the larger body of available scientific evidence and the lack of evidence of causation for the particular PFAS that have been studied to date, Plaintiff's proposed nationwide study program in and of itself would not and could not provide the answers to the causation questions he claims are needed.

*Diseases and Health Outcomes*

Studies involving the highest exposed populations (i.e., PFOA and PFOS exposed workers in the occupational cohorts) do not support a causal inference that exposures to either of these substances cause any human disease or health condition. Many associations within and across studies are inconsistent, suggest that there are inverse associations, lack statistical significance, or show only minimal effects (if any). Most of the occupational studies are longitudinal, thereby allowing researchers to evaluate the capacity of exposure to particular PFAS to predict the risk of incidence of disease or of deaths due to specific outcomes. Furthermore, the exposure levels in the occupational cohort studies are considerably higher (sometimes by an order of magnitude or more) than most other studies, such as those that utilize data from NHANES (general population) (see Appendix B). Given the lack of consistent associations observed in these cohorts, populations exposed at much lower levels of particular PFAS, such as the class proposed by Plaintiff, would not be expected to be at increased risk of adverse health outcomes. Any outcome of Plaintiff's proposed study involving these particular PFAS would have to be interpreted in light of these findings and thus could not, of itself, establish causation for the entire proposed class.

Inconsistent associations – some showing increased risks while others indicate decreased risks or no associations at all -- and sporadic observations of statistically significant relative risks[3] (that have not been replicated) have been reported across community studies involving significant above-background exposures (e.g., C8 Science Panel studies of the mid-Ohio Valley residents). While some potential positive associations have been observed for some outcomes in some community studies, the findings are often inconsistent both within these studies and between studies. For example, testicular cancer incidence was increased among Little Hocking residents but was *decreased* among residents in the other water districts who had exposure levels above background but below the levels found in Little Hocking. Importantly, the epidemiologic evidence also was not supportive of an increased risk of testicular cancer in PFOA exposed workers, even though the exposure levels for these workers were higher.

Associations from study populations exposed to essentially background PFAS exposure levels (e.g., NHANES data analyses) are inconsistent, and many of these studies suffer from methodological and analytical limitations (see Appendix A). These limitations include, among many others: 1) utilization of cross-sectional studies that are not designed to evaluate temporal relationships, as prevalent outcomes or current conditions are ascertained simultaneously with single measurements of exposure, 2) limited control and adjustment of confounding factors, including not accounting for changes in relevant confounding factors over time, 3) analyses of study populations with narrow ranges of low exposure levels, and 4) failure to account for the many statistical comparisons

---

[3] See Appendix A for a description of measures of association, such as relative risk, and statistical significance.



performed that can increase the odds of chance findings. In some studies, potential positive associations are observed, but either no associations or inverse associations are reported for that outcome in more highly exposed study populations. Tellingly, there is no consistency across studies, despite decades of extensive study of PFOA and PFOS.

Plaintiff's proposal to conduct yet further studies of these chemistries on background-exposed populations will not meaningfully add to the epidemiologic database or resolve these inconsistencies. Because of the difficulties of determining past exposures and past disease/health statuses for a heterogeneous nationwide study population that would allow following any such study population over time (longitudinally), descriptive cross-sectional and ecologic designs are the types of study designs that would likely be utilized for any attempted nationwide class study proposed by the Plaintiff. These types of study designs have significant limitations, including an inability to establish causation. A recent commentary authored by the former C8 Science Panel members (summarized below) concluded that "[a]dditional cross-sectional studies of low exposed populations may be less informative" (Steenland et al. 2020). Furthermore, the authors commented on studies of the general population, similar to the proposed nationwide class study, as follows: "Exploiting readily available data from general population studies is efficient but when focused on background exposures as reflected in biomarkers, differences may be strongly influenced by variability in uptake and excretion (rendering them vulnerable to confounding and reverse causation) and precluding historical exposure reconstruction which is feasible only if there is historical information on specific dominant exposure sources."

There are volumes of literature on studies of PFAS exposure that have utilized more rigorous analytical epidemiologic methods (as summarized below). Thus, the Plaintiff's motion to certify and study a nationwide class would be unlikely to advance the science. Furthermore, many if not most chronic disease conditions have latency periods that can range between 10 and 40 years, and any proposed study to evaluate the potential risk of disease among PFAS-exposed study populations must incorporate longitudinal and temporal methodology, such as reconstructing historical exposure data for each and all of the separate types of PFAS and resulting blood levels for the entire study population (this is infeasible for a nationwide class) and/or following the entire study population prospectively for several years or decades, but with repeated measures of serum levels and repeated measures of potential confounding and effect modifying factors.

*Clinical Markers[4]*

Whether analyzing exposure data and clinical markers in a single study or interpreting findings across the body of literature, some crucial methodological and analytical factors must be considered when interpreting the evidence. Some, but not all, of these important factors are:

      i.    An individual's level of any particular clinical marker often varies considerably, and serum measurements may follow a normal within-person distribution and fluctuate on a

---

[4] A biological measure that may indicate normal or abnormal physiological functioning, including the presence of disease or health condition. Note: an abnormal laboratory value may not indicate a current disease state.



regular basis. For example, measurements may vary by time of day or over time. Thus, the collection of a single measurement of one of these levels at one point in time may not be informative and repeated testing may be necessary. Furthermore, individual clinical markers, such as enzyme levels and serum measurements, need to be confirmed and validated, and such measurements need to be replicated over various time points.

ii.   Even when a lab value is outside the generally accepted normal range, it does not mean it is indicative of a specific condition or disease.

iii.  A single value at a specific point in time may not predict the magnitude or level of a subsequent test, nor does it necessarily predict an outcome.

iv.   Tests should be considered collectively, and a single result in isolation may not be an indicator of dysfunction.

v.    Studies of clinical parameters often report well over 100 results. Thus, due to the multiple comparisons made on the data, many findings *are expected* to be statistically significantly positive as a result of chance.

vi.   Statistical significance does not equate to clinical significance. Even if a statistically significant difference for a marker value is observed, as shown in volumes of studies, the values typically remain in the normal range and are not indicative of an adverse health condition.

vii.  Innumerable factors can affect the clinical marker levels. These include lifestyle factors, such as body weight, physical activity, smoking, alcohol use, and dietary habits; demographic characteristics, such as socioeconomic status, gender, and race; occupational factors, such as exposure to workplace chemicals; clinical factors, such as medication use and co-morbid conditions; and genetic factors, such as family history of disease and having certain syndromes. All of these factors would have to be considered on an outcome-by-outcome basis before meaningful conclusions are drawn.

viii. Furthermore, many of the results (correlations) for the clinical markers may be of undetermined clinical relevance, meaning that even if a serum parameter is elevated or decreased it may not be related to a specific condition or it may reflect an unknown array of conditions.

For example, several key medical surveillance studies of clinical health parameters are not supportive of an association between exposure to any PFAS and adverse disease outcomes that are correlated with the clinical markers of interest. Costa (2009) reported on health outcomes of workers in a PFOA production plant as part of a medical surveillance program. Workers in this population had very high PFOA exposure levels (an order of magnitude higher than many other study populations). Although PFOA serum levels were correlated with increased total cholesterol and uric acid (but within the normal range for uric acid), no significant adverse health outcomes were reported. This led the authors to conclude that "neither clinical evidence of specific disturbances or health disorders have been recorded over 30 years of medical observations of workers exposed to PFOA, having serum levels ranging from 0.20 to 91.9 μg/mL" (Costa, Sartori, and Consonni 2009). In a 2006 publication of community exposure to PFOA, Emmett et al. (2006) evaluated various health parameters among residents in the Little Hocking Water Association district, which has the highest exposure levels of any of the community studies. The median PFOA serum in these residents was 354 ng/mL (which can be converted to 0.354 μg/mL for comparison to the workers evaluated by


MetaMethod

Costa 2009). The authors concluded that "No toxicity from PFOA was demonstrated using the measured endpoints…" (Emmett et al. 2006).

Furthermore, among the *analytical* epidemiologic studies involving *highly exposed* populations that have been conducted regarding clinical markers and serum values, there is no clear or consistent evidence that exposure to any type of PFAS results in clinically relevant changes in clinical measurements. Importantly, the analytical epidemiologic evidence does not support a conclusion that exposure to any PFAS causes an increased risk of the disease outcomes that are correlated with the clinical markers. For example, while certain studies show correlations between PFOA and higher cholesterol levels, no association for cholesterol was observed in a longitudinal incidence cohort study of DuPont workers with high exposure to PFOA (Steenland, Zhao, and Winquist 2015). If there was truly a relationship, one would expect to see it in the more highly exposed population. Furthermore, the epidemiologic evidence does not support an increased risk of cardiovascular or cerebrovascular disease among PFOA exposed study populations (see Appendix C). Because cholesterol is highly correlated with heart disease risk, it would be expected that if PFOA modifies cholesterol levels in a clinically meaningful way, heart disease would be elevated among the study populations with the highest exposures. This is not the case.

As with the proposed nationwide study of disease and health outcomes associated with particular PFAS types, any proposed study of clinical markers of a nationwide class would likely also involve a cross-sectional study design methodology. However, such a study design has significant limitations, including the inability to assess exposures and clinical markers across time in the same individuals (longitudinally) or to provide the scientific evidence of causality that the Plaintiff claims is needed. Under the factors noted above, such a study design would be methodologically unstable and could not ascertain, validate, and analyze longitudinal clinical marker data using proper epidemiologic study design techniques.

### C-8 Science Panel Commentaries

Plaintiff models his proposal here on the C8 Science Panel studies. However, as noted below, after numerous studies on a variety of health endpoints across a large population with common exposures to one type of PFAS (PFOA), the evidence from these studies remains "limited" and fails to establish causation for any studied diseases, clinical markers, or health outcomes. Moreover, further studies on other populations continue to modify, and in some cases undermine, any import of the C8 study findings. Plaintiff's proposed nationwide study program would fare no better, is ultimately infeasible, and is even less likely to yield scientifically meaningful results.

As discussed briefly above, the C8 Science Panel was created out of the settlement terms of a class action lawsuit brought by members of an Ohio River Valley community for contamination of the water supply with C8 (PFOA). A "probable link," as that term was used by the C8 Science Panel, was the standard mandated by the settlement terms and is not synonymous with and is different from establishing "causation"[5]. A "probable link" is defined by the C8 Science Panel as "given the

---

[5] C8 Class Counsel Letters, dated 8/2/05, 1/22/10, and 1/24/10. Jack W. Leach, et al. v. E.I. duPont de Nemours and Company. Circuit Court of Wood County, West Virginia, Civil Action No. 01-C-608 Science Panel



available scientific evidence, it is more likely than not that among class members [in the underlying West Virginia class action lawsuit] a connection exists between PFOA exposure and a particular human disease." Importantly, the "probable link" standard is unique, and *not* an established scientific or epidemiological term for addressing disease causation.

In 2010, the panel members published a commentary on the *Epidemiologic Evidence on the Health Effects of Perfluorooctanoic Acid (PFOA)*, and concluded that the "epidemiologic evidence remains limited, and to date data are insufficient to draw firm conclusions regarding the role of PFOA for any of the diseases of concern" (Steenland, Fletcher, and Savitz 2010). However, the panel subsequently concluded that there was a "probable link" between PFOA exposure and hyperlipidemia, ulcerative colitis, thyroid disease, testicular cancer, kidney cancer, and pregnancy-induced hypertension.

The former Science Panel members, in addition to other authors, recently published a new commentary, *Review: Evolution of evidence on PFOA and health following the assessments of the C8 Science Panel.* The panel updated their review of the health effects of PFOA based on literature published through March 2020. The authors stated that this review "does not revisit the probable link decisions, but restates them, and then considers more recent evidence, including for some outcomes for which the Science Panel did not determine that there was a link to PFOA." The panel and other authors ultimately concluded, "Overall, the epidemiologic evidence remains limited" (Steenland et al. 2020). In fact, the panel has tempered their conclusions and appears to have downgraded the level of evidence to support probable links for several outcomes, while raising the possibility of an association with a couple of new clinical factors.

| Probable Link Outcome | Conclusions in Steenland 2020 |
|---|---|
| Kidney cancer | The epidemiologic evidence "remains supportive but not definitive." The evidence "remains suggestive although not consistent in newer studies." |
| Testicular cancer | The epidemiologic evidence "remains supportive but not definitive." |
| Pregnancy induced hypertension | "There are few subsequent studies with mixed results." There has been "little additional research to confirm or refute the original assessment." |
| Thyroid disease | The evidence is "suggestive but uneven." The evidence since the original Science Panel findings "has gotten weaker." There is "little consistency across studies so evidence for a causal impact on thyroid hormones remains weak." |
| High cholesterol | There is "consistent evidence of a positive association between PFOA and cholesterol, but no evidence of an association with heart disease." "The positive association could reflect confounding" and "[s]ome observations lend support for this view." |
| Ulcerative colitis | The evidence "still supports an association of PFOA with ulcerative colitis" although "the latest study from Sweden did not find a positive association." "Given the sparse literature, more studies are clearly needed to reach more definitive conclusions." |
| Additional Outcomes | Conclusions in Steenland 2020 |
| Liver cancer | There is "little evidence for a relationship of PFOA." |
| Pancreatic cancer | There is "little evidence for a relationship of PFOA." |
| Prostate cancer | There is "some suggestive evidence… but results are inconsistent." |
| Heart disease | There is "no evidence of an association with heart disease." |
| Auto-immune diseases | There is "evidence for an association with ulcerative colitis, but not for other auto-immune diseases." |

| Kidney disease | The evidence is "suggestive but uneven." There is "little evidence of an association between PFOA and chronic kidney disease." |
|---|---|
| Liver enzymes | There is "evidence of an association with liver enzymes, but not with liver disease." "PFOA was positively associated with ALT levels above the reference range, although the clinical relevance of this elevation in enzyme levels is not clear." |
| Liver disease | There is "evidence of an association with liver enzymes, but not with liver disease." The data continues to support "no probable link." |
| Neurotoxicity | There is "no consistent evidence of increased risk." There is "no consistent evidence of an association between prenatal and/or early childhood PFOA exposure and neurobehavioral development." |
| Birth weight | Reductions in birth weight "may be due to reverse causality and/or confounding." |
| Fecundability | There is "little support for a consistent or substantial effect on fecundability." |
| Miscarriage | The associations have been "consistently null, indicating the absence of a discernible impact." |
| Asthma | The authors indicated that, "recent studies provide little support for an association between PFOA exposure and asthma or atopic dermatitis among children." |
| Atopic dermatitis | The authors indicated that, "recent studies provide little support for an association between PFOA exposure and asthma or atopic dermatitis among children." |
| Childhood infection | "Results of associations between PFOA exposure and childhood infection are mixed." |
| Infectious disease | There is "uneven evidence for an association." Evidence is "inconsistent." |

## 5) Inability to Evaluate Synergy Between or Among Individual PFASs

The Plaintiff suggests that "some risks are known (such as those related to PFOA)" but additional study is necessary to understand the "synergistic effects of exposure to multiple types of PFAS." First of all, the scientific evidence has *not* consistently or reliably established known health risks for PFOA, and as indicated above, the former C8 Science Panel members recently concluded that the "evidence remains limited" and that, "it is disappointing that we do not have greater clarity on adverse human health effects associated with PFOA." Second, the Mid-Ohio Valley studies did not address any potential "synergistic effects" to various PFASs, nor did they even statistically adjust for the potential confounding influence of other PFASs, and they certainly did not address potential effect modification by PFASs through stratified analyses. Thus, the C8 Science Panel studies of the Mid-Ohio Valley community cannot serve as a model to evaluate any potential synergistic effects. Third, in his Motion for Class Certification (pg. 30-31), the Plaintiff seemingly suggests that it is scientifically justified to group PFASs together to draw conclusions on potential health effects. This is counter to his proposal to study "synergistic effects of exposure to multiple types of PFAS." The concepts of specificity and independence of association are important considerations when making causal inferences. Thus, grouping PFASs together may mask relevant associations for specific compounds should they exist. In addition, analyzing multiple PFASs in a statistical model may introduce multicollinearity,[6] which would ultimately produce unstable risk estimates, and analyzing numerous PFASs can result in spurious statistically significant associations from multiple comparisons. Finally, the Plaintiff offers no scientific methodology as to how he would propose

---

[6] Multicollinearity can occur when highly correlated variables are analyzed together in a statistical model, which may render the results unstable and discordant.



evaluating any potential independent effects, synergistic effects, multi-collinear associations, or spurious associations resulting from multiple comparisons.

### 6) A Study of a Nationwide Class Will Not Advance the Science

The Plaintiff is requesting scientific studies to support the claim that PFAS endangers the "world at large" because he assumes they can cause human disease. However, the Plaintiff fails to acknowledge the fact that a large volume of epidemiologic studies has been conducted on worldwide study populations with background, above background, and high levels of exposures to many different types of PFAS. There have been hundreds of published studies on PFAS exposure and risk of human disease, health conditions, and clinical markers, as described in Appendices B and C. The studies have included well-conducted analytical epidemiologic studies with decades of objective worker exposure data, occupational surveillance studies, above-background community exposure studies, nationwide cross-sectional and ecological analyses of the general population, and cross-sectional and ecological analyses of unique study population samples. Importantly, this topic area is under continual and frequent investigation, as new epidemiologic studies are published on a weekly to monthly basis. Furthermore, some large-scale multi-site PFAS studies are underway[7]. For example, the Centers for Disease Control and Prevention (CDC) and Agency for Toxic Substances and Disease Registry (ATSDR) began a multi-site health study "to investigate the relationship between drinking water contaminated with per- and polyfluoroalkyl substances (PFAS) and health outcomes." Their stated goal was "to understand the relationship between PFAS exposure and health outcomes in differing populations." The CDC/ATSDR study has systematically identified geographic areas to study the potential relationship between gradations of PFAS exposure and risk of adverse health outcomes. It is noteworthy that they documented specific endpoints to evaluate, procedures to enumerate the cohort, and methodology to ascertain exposure information. In stark contrast, the Plaintiff here provides *no* cohort enumeration strategies nor study methodology. Furthermore, he provides no information as to whether or how his proposed study would be able to (or could be able to) advance the science on this topic above and beyond the hundreds of published studies, including the current ongoing studies.

The Plaintiff offers no alternative types of studies that could be conducted to evaluate the potential relationship between exposure to any type of PFAS and disease. In other words, he offers no design to evaluate this issue, and he certainly does not propose any other type of study that has not already been conducted. Nationwide studies have been conducted. For example, there are, at minimum, dozens if not hundreds of studies of representative samples of the U.S. general population (i.e., NHANES), and these studies have not been informative for addressing matters of general causation. Indeed, even the C8 Science Panel members concluded that, "Additional cross-sectional studies of low exposed populations may be less informative" (Steenland 2020). Regarding clinical markers, "we believe that caution should be exercised about such studies because of the potential for reverse causality or uncontrolled confounding, which can be particularly important at low exposure levels where the exposure contrasts are modest, and more strongly influenced by complex behaviors such

---

[7] https://www.cdc.gov/media/releases/2019/p0923-cdc-atsdr-award-pfas-study.html



as diet." The proposed study to evaluate a nationwide class would likely be cross-sectional or ecologic (no alternative design has been proposed, and any alternative design would likely be even more infeasible), involve non-detectable to background levels of exposure, be unable to examine potential cause-and-effect relationships (reverse causality issues), and be limited in its ability to collect information on -- and control for -- confounding factors or effect modifiers. In short, no scientifically valid information would result.

### 7) The Plaintiff's Proposed Program of Study for a Nationwide Class Does Not Meet the Scientific Standards for Medical Monitoring

Putting aside the fact that the Plaintiff has not proposed a study design, cohort enumeration strategy, sampling techniques, outcome validation, statistical analysis methodology, or patient confidentiality procedures, such as an IRB-approved protocol, he also has not met the criteria for determining the appropriateness of a medical monitoring program[8]. The ATSDR has established scientific criteria to determine "when medical monitoring is an appropriate health activity and the requirements for establishing a medical monitoring program." The consideration of valid epidemiologic evidence is an essential component to medical monitoring. The ATSDR suggests that medical monitoring is not warranted until there are analytical epidemiology studies showing the causal nature of associations between exposures and outcomes. Here, however, volumes of epidemiologic literature do *not* support a causal relationship between exposure to any PFAS and human disease or adverse health conditions. Indeed, the agency indicates that, "In cases in which there is no known association between the exposure and specific adverse health effects (which could include health outcomes, illnesses, or markers of effect), medical monitoring is not an appropriate public health activity." Further, it states that before a medical monitoring regimen can even be considered, there must first be a "community identified" as being at "a significant increased risk of disease." There are three scientifically relevant factors in this statement that invalidate the Plaintiff's proposed study: 1) the Plaintiff does not propose to study a "community", rather, he seemingly proposes to study an entire nation; 2) he has not "identified" a target population at supposed increased risk; and 3) the epidemiologic evidence does not support a conclusion that a population (including an unidentified population) is at a "significant increased risk of disease." The ATSDR also indicates that, "The monitoring should be established for specific adverse health effects." The Plaintiff has proposed no specific outcomes to study.

I reserve the right to review any additional materials that become available in this matter and to amend my opinions accordingly.

Subject to the aforementioned reservation, this report contains a complete statement of all opinions I will express in relation to Plaintiff's motion for class certification in this matter and the basis and reasons for them, as well as the facts or data I considered in forming these opinions. I declare under

---

[8] https://www.govinfo.gov/content/pkg/FR-1995-07-28/pdf/95-18578.pdf



penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge.

*Dominik D Alexander*

Dominik D. Alexander, Ph.D., M.S.P.H.
Principal Epidemiologist
MetaMethod


**Dominik D. Alexander, Ph.D., M.S.P.H.**

# Bibliography

References Cited in My Report

Alexander, B. H., and G. W. Olsen. 2007. "Bladder cancer in perfluorooctanesulfonyl fluoride manufacturing workers." *Ann Epidemiol* 17 (6):471-8. doi: 10.1016/j.annepidem.2007.01.036.

Alexander, B. H., G. W. Olsen, J. M. Burris, J. H. Mandel, and J. S. Mandel. 2003. "Mortality of employees of a perfluorooctanesulphonyl fluoride manufacturing facility." *Occup Environ Med* 60 (10):722-729.

ATSDR. 2018. Toxicological Profile for Perfluoroalkyls (draft for public comment). Altanta, GA: Agency for Toxic Substances and Disease Registry.

ATSDR. 2019. PFAS - An Overview of the Science and Guidance for Clinicians on Per- and Polyfluoroalkyl Substances (PFAS).

Australia PFAS Expert Health Panel. 2018. Expert Health Panel for Per- and Poly-fluoroalkyl Substances (PFAS).

Baker, D., and M. J. Nieuwenhuijsen. 2008. *Environmental epidemiology: study methods and application*: Oxford University Press. Reprint, IN FILE.

Barry, V., A. Winquist, and K. Steenland. 2013. "Perfluorooctanoic acid (PFOA) exposures and incident cancers among adults living near a chemical plant." *Environ Health Perspect* 121 (11-12):1313-8. doi: 10.1289/ehp.1306615.

Bloom, M. S., K. Kannan, H. M. Spliethoff, L. Tao, K. M. Aldous, and J. E. Vena. 2010. "Exploratory assessment of perfluorinated compounds and human thyroid function." *Physiol Behav* 99 (2):240-5. doi: 10.1016/j.physbeh.2009.02.005.

Cole, P. 1997. "Causality in epidemiology, health policy, and law." *Environ Law Rep.* 27 (6):10279-10285.

Consonni, D., K. Straif, J. M. Symons, J. A. Tomenson, L. G. van Amelsvoort, A. Sleeuwenhoek, J. W. Cherrie, P. Bonetti, I. Colombo, D. G. Farrar, and P. A. Bertazzi. 2013. "Cancer risk among tetrafluoroethylene synthesis and polymerization workers." *Am J Epidemiol* 178 (3):350-8. doi: 10.1093/aje/kws588.

Costa, G., S. Sartori, and D. Consonni. 2009. "Thirty years of medical surveillance in perfluooctanoic acid production workers." *J Occup Environ Med.* 51 (3):364-372.



Elwood, J. M. 1998. *Critical appraisal of epidemiological studies and clinical trials*. Vol. 2nd. Oxford: Oxford University Press. Reprint, IN FILE.

Emmett, E. A., H. Zhang, F. S. Shofer, D. Freeman, N. V. Rodway, C. Desai, and L. M. Shaw. 2006. "Community exposure to perfluorooctanoate: relationships between serum levels and certain health parameters." *J Occup Environ Med*. 48 (8):771-779.

EPA. 2016a. Drinking Water Advisory for Perfluorooctane Sulfonate (PFOS). Washington, D.C.

EPA. 2016b. Drinking Water Health Advisory for Perfluorooctanoic Acid (PFOA). Washington, D.C.

Federal Judicial Center. 2011. *Reference manual on scientific evidence*. 3rd ed. Washington, D.C.: Federal Judicial Center. Reprint, IN FILE.

Gilliland, F. D., and J. S. Mandel. 1993. "Mortality among employees of a perfluorooctanoic acid production plant." *Journal of Occupational & Environmental Medicine* 35 (9):950-954.

Gordis, L. 2009. *Epidemiology*. Vol. Fourth. Philadelphia, PA: Saunders- Elsevier. Reprint, IN FILE.

Green, M. D., D. M. Freedman, and L. Gordis. 2011. "Reference Guide on Epidemiology." In *Reference Manual on Scientific Evidence*, 549-632. Washington, D.C.: National Academy of Sciences.

Hennekens, C. H., and J. E. Buring. 1987. Epidemiology in medicine. Statistical association and cause-effect relationships. edited by S. L. Mayrent. Toronto: Little, Brown and Company.

Hill, S. A. B. 1965. "The environment and disease: association or causation?" *Proceedings of the Royal Society of Medicine* 58:295-300.

Last, J. M. 2001. *A dictionary of epidemiology*. Edited by J. M. Last, R. A. Spasoff, S. S. Harris and M. C. Thuriaux. Vol. Fourth: OXFORD University Press. Reprint, IN FILE.

Leonard, R. C., K. H. Kreckmann, C. J. Sakr, and J. M. Symons. 2008. "Retrospective cohort mortality study of workers in a polymer production plant including a reference population of regional workers." *Ann Epidemiol*. 18 (1):15-22.

Lilienfeld, D. E., and P. D. Stolley. 1994. *Foundations of Epidemiology*. 3rd ed. New York: Oxford University Press.

Lundin, J. I., B. H. Alexander, G. W. Olsen, and T. R. Church. 2009. "Ammonium perfluorooctanoate production and occupational mortality." *Epidemiology* 20 (6):921-8. doi: 10.1097/EDE.0b013e3181b5f395.

Mausner, J. S., and S. Kramer. 1985. *Epidemiology: An Introductory Text*. 2nd ed. Philadelphia: WB Saunders Company.



Michigan PFAS Science Advisory Panel. 2018. Scientific Evidence and Recommendations for Managing PFAS Contamination in Michigan.

Moher, D., A. Liberati, J. Tetzlaff, and D. G. Altman. 2009. "Preferred reporting items for systematic reviews and meta-analyses: the PRISMA statement." *PLoS.Med.* 6 (7):e1000097.

NTP. 2016. NTP Monograph on Immunotoxicity Associated with Exposure to Perfluorooctanoic Acid (PFOA) or Perfluorooctane Sulfonate (PFOS). Research Triangle Park, NC: U.S. Department of Health and Human Services,

National Institutes of Health,

National Institute of Environmental Health Sciences,.

Olsen, G. W., M. M. Burlew, J. C. Marshall, J. M. Burris, and J. H. Mandel. 2004. "Analysis of episodes of care in a perfluorooctanesulfonyl fluoride production facility." *J Occup Environ Med* 46 (8):837-846.

Raleigh, K. K., B. H. Alexander, G. W. Olsen, G. Ramachandran, S. Z. Morey, T. R. Church, P. W. Logan, L. L. Scott, and E. M. Allen. 2014. "Mortality and cancer incidence in ammonium perfluorooctanoate production workers." *Occup Environ Med*:oemed-102109.

Rothman, K. J., S. Greenland, and T. L. Lash. 2008. *Modern epidemiology.* 3rd ed: Lippincott Williams & Wilkins. Reprint, IN FILE.

Sakr, C. J., J. M. Symons, K. H. Kreckmann, and R. C. Leonard. 2009. "Ischaemic heart disease mortality study among workers with occupational exposure to ammonium perfluorooctanoate." *Occup Environ Med* 66 (10):699-703. doi: 10.1136/oem.2008.041582.

Schlesselman, J. J. 1982. *Case-Control Studies: Design, Conduct, Analysis.* New York: Oxford University Press. Reprint, NOT IN FILE.

Steenland, K., T. Fletcher, and D. A. Savitz. 2010. "Epidemiologic evidence on the health effects of perfluorooctanoic acid (PFOA)." *Environ Health Perspect* 118 (8):1100-8. doi: 10.1289/ehp.0901827.

Steenland, K., T. Fletcher, C. R. Stein, S. M. Bartell, L. Darrow, M. J. Lopez-Espinosa, P. Barry Ryan, and D. A. Savitz. 2020. "Review: Evolution of evidence on PFOA and health following the assessments of the C8 Science Panel." *Environ Int* 145:106125. doi: 10.1016/j.envint.2020.106125.

Steenland, K., and S. Woskie. 2012. "Cohort mortality study of workers exposed to perfluorooctanoic acid." *Am J Epidemiol* 176 (10):909-17. doi: 10.1093/aje/kws171.



Steenland, K., L. Zhao, and A. Winquist. 2015. "A cohort incidence study of workers exposed to perfluorooctanoic acid (PFOA)." *Occup Environ Med* 72 (5):373-80. doi: 10.1136/oemed-2014-102364.

Stroup, D. F., J. A. Berlin, S. C. Morton, I. Olkin, G. D. Williamson, D. Rennie, D. Moher, B. J. Becker, T. A. Sipe, and S. B. Thacker. 2000. "Meta-analysis of observational studies in epidemiology: a proposal for reporting. Meta-analysis Of Observational Studies in Epidemiology (MOOSE) group." *JAMA*. 283 (15):2008-2012.

Szklo, M., and F. J. Nieto. 2007. *Epidemiology: beyond the basics*. Vol. 2. Sudbury, Massachusetts: Jones and Bartlett Publishers. Reprint, IN FILE.

Vieira, V. M., K. Hoffman, H. M. Shin, J. M. Weinberg, T. F. Webster, and T. Fletcher. 2013. "Perfluorooctanoic acid exposure and cancer outcomes in a contaminated community: a geographic analysis." *Environ Health Perspect* 121 (3):318-23. doi: 10.1289/ehp.1205829.

von Elm, E., D. G. Altman, M. Egger, S. J. Pocock, P. C. Gotzsche, and J. P. Vandenbroucke. 2007. "The Strengthening the Reporting of Observational Studies in Epidemiology (STROBE) statement: guidelines for reporting observational studies." *PLoS.Med.* 4 (10):e296.

Dominik D. Alexander, Ph.D., M.S.P.H.

December 14, 2020

RE: *Kevin D. Hardwick, et al. v. 3M Company, et al.*

## Appendix A: General Principles of Epidemiology

The science of epidemiology involves investigating the distribution and determinants of diseases in human populations. Epidemiology is a tool for evaluating whether a given exposure is a cause of a specific disease or health outcome in humans, as well as establishing quantitative exposure-response relationships between a factor and the risk of disease.

- A principal focus of epidemiology is study methodology. Epidemiologists are trained to develop and design rigorous studies to evaluate the relationship between exposures and disease outcomes.

- In addition, some epidemiologists have unique expertise in synthesizing and summarizing a complex body of literature through meta-analysis methodology or weight-of-evidence assessments to make a scientific conclusion.

Well-conducted epidemiologic studies play an important (and necessary) role in assessing patterns of relative risk and general causal relationships between exposures, such as smoking, and outcomes, such as cardiovascular disease or lung cancer. In fact, epidemiology is the foundational scientific discipline that evaluates and estimates relative risk of disease among study populations (comprised of individuals), whether exposed to a chemical, consuming food or beverages, engaging in vigorous physical activity, or residing in a certain geographic location, among other factors.

### Epidemiologic Measures

To measure the frequency of occurrence of health outcomes or disease in a population, epidemiologists may report the number of events per unit of population or time:

**Incidence rate** is the rate at which new events occur in a population, calculated as the number of new cases that occur during a defined period of time, divided by the average number of persons at risk of the disease during that period. For example, if 100 people develop a disease in an at-risk population of 10,000 persons during a 10-year period, then the incidence rate is 100 cases divided by (10,000 persons × 10 years) = 100 per 100,000 person-years or 1 per 1,000 person-years.

**Mortality rate** is the number of deaths, either overall or from a specific cause, identified in a given population during a defined period of time, divided by the average number of living persons in that population and time period.

Disease **prevalence** is the proportion of people in a population who have a certain disease or health-related events at a given time, calculated as the number of cases of a disease at a specific time or period, divided by the total number of persons at risk of the disease at that time or midway

through the time period. For example, if 20 people in a population of 10,000 persons currently have a disease at a specific point in time, then the point prevalence at that time is 20 per 10,000 persons or 1 per 500 persons.

Disease **incidence** measures the occurrence of new cases of a disease or health-related events. Prevalence measures the existence of both new and pre-existing cases of a disease or event. That is, incidence measures the risk of acquiring a disease or the occurrence of an event, and prevalence measures the risk of having a disease or an event. Thus, incidence data are preferable over prevalence data in analytical epidemiologic studies that aim to identify the relative risk of disease or the rate of the occurrence of an event based on a prior exposure or to evaluate potential causal risk factors. Prevalence is influenced by both disease incidence and disease duration (i.e., survival with or recovery from disease). For example, in cross-sectional studies (discussed below), the exposure and the outcome are assessed contemporaneously, which may limit their ability to determine whether the exposure actually increased the risk of disease (or ultimately caused the outcome). Of note, these are the study designs that the plaintiffs' experts in this matter primarily rely upon to draw their conclusions.

## The Role of Epidemiology in Assessing Relative Risk and Disease Causation

The totality of evidence across all analytical epidemiologic studies can be synthesized and summarized, along with other available scientific evidence, to formulate an opinion on whether the exposure is: 1) associated with the outcome (typically upon review of patterns of relative risk estimates), 2) a clear risk factor for the outcome (by systematically accounting for and/or possibly ruling out the impact of chance, bias, and confounding, which is a type of bias), and ultimately 3) whether the exposure is a general cause of the disease (after application of well-established guidelines for causal assessments, such as those posited by Sir Austin Bradford Hill, 1965) (Hill 1965). Specifically, epidemiologists evaluate patterns of relative risk and associations that may exist in the presence or absence of bias and confounding. If an association exists between the exposure and outcome in a setting in which the potential for bias and confounding have been minimized, epidemiologists then examine whether the association is statistically significant as well as the strength of the statistical relationship. Provided adequate and reliable exposure data are available, epidemiologists evaluate potential dose-response patterns to determine whether risk is increased or decreased based on higher or lower levels of exposure. Importantly, the consistency of findings within and across studies are scrutinized, and any sources of design heterogeneity (between study variability) are examined.

There are two general types of epidemiologic studies. These are descriptive and analytical, and both designs are used for different scientific purposes.

***Descriptive studies***, which are most often conducted on data from disease and mortality registries maintained by public health departments and government agencies, are generally used as surveillance tools to monitor the temporal trends and spatial distribution of disease occurrence. Such studies can alert the public to a concern if either the temporal trends or spatial distribution of the disease under consideration show unusual or unexpected patterns ***but cannot establish causal associations between a factor or exposure and the disease or event of interest***. An example of a descriptive epidemiological study would be a surveillance registry for birth defects at a population level. Descriptive epidemiology commonly includes surveys, which may be used to provide a 'snapshot' of

disease prevalence in a selected population group. Such designs lack the ability to determine cause and effect relationships because the exposure and outcome are typically ascertained at the same point in time. Descriptive studies are often limited in terms of ascertaining and analyzing critical information, such as data on potential confounding factors. Finally, it is difficult to account for the role of systematic bias in descriptive epidemiology.

***Analytical studies***, on the other hand, are specifically designed to estimate associations between exposures and disease or health outcomes. That is, they are designed to produce relative risk associations by comparing the morbidity or mortality experience (or health-related events) among exposed populations to the experience among lower or non-exposed populations. By nature of their analytical design, they are *testing* hypotheses. Analytical studies' use of comparison groups with statistical testing is what enables epidemiologists to evaluate patterns of relative risk. Importantly, such studies may be equipped to account for confounding factors, including the ascertainment of covariates (variables included in analytical models) of exposure and outcome, and allow for the control of the impact due to confounding. For example, analytical studies can control for confounding by including covariate factors in complex statistical models, such as regression methods or proportional hazards analyses, when estimating the association between the primary exposure of interest and health outcomes. In addition, analytical epidemiologic designs facilitate the assessment of many types of potential systematic bias by means of subject selection criteria, exposure and outcome information ascertainment and validation, analytical methodology, statistical significance testing, and results interpretation. Analytical study designs may include randomized controlled clinical trials, prospective or retrospective cohort studies, nested case-control studies, case-cohort studies, or case-control studies. However, even when analytical epidemiology study designs are used, there may be components of cross-sectional exposure estimates.

As illustrated below, there is a delineation between studies designed to 'test' hypotheses (i.e., analytical studies) and those used for surveys or surveillance that provide 'snapshots' of prevalence (i.e., descriptive studies, which are lower on the hierarchy of epidemiological evidence). Considerably lower on the hierarchy of epidemiologic evidence are case reports, case series, editorials, and written opinions. These are not considered studies *per se* because they are not designed to evaluate associations between exposures and outcomes, nor are they designed to provide an overview of data.

## Hierarchy of Epidemiologic Evidence



Case reports are not studies and should not be utilized on an epidemiological basis to evaluate the potential relationship between exposures and health outcomes, particularly in the presence of available analytical epidemiologic studies.

- Case reports do not provide any methodological basis for determining general causation. It is important to differentiate between the epidemiological studies shown above and case reports.

- As described in the *Dictionary of Epidemiology*, case reports are regarded in the scientific community as "anecdotal evidence" that is "derived from descriptions of cases or events rather than systematically collected data that can be submitted to statistical tests" (Last 2001). Case reports may be used to generate hypotheses, but they cannot be relied upon for causal inferences.

- Case reports cannot provide evidence of an association. An independent association is a statistical relationship between two variables that is not due to chance, bias, or confounding. Since a case report contains no information on how frequently the disease occurs in the presence of exposure (except for the single occurrence of the case report) and no information on how often the disease occurs in the absence of exposure, there is no way to know whether there is any association between the two events.

- Tests of statistical significance cannot be performed on case reports. Thus, there is no valid or formal way to assess the probability that the two events (exposure and outcome) could have occurred by chance alone when in fact there was no true association between them. As a result, case reports are inherently unreliable, and provide no way of evaluating internal validity.

- Before making a determination of causation, epidemiologists must use proper and rigorously exercised methodology to test whether an association exists and whether the association may

be influenced by methodological error (i.e., systematic or random bias), distorted by extraneous factors (i.e., confounders), or explained by chance. Case reports are not designed to evaluate these critical and necessary methodological factors.

- Case series have the same limitations as case reports. A case series is a collection of patients with common characteristics, such as a common disease. In a case series there is no comparison group, and the selection of the cases is often based on a sample of convenience.

- The publication of case reports and cases series are inherently biased. Clinicians selectively report their observations and journals/editors may selectively publish such observations. These issues are referred to as reporting bias and publication bias, respectively. That is, they may lead to the perception of an association when one does not truly exist. In other words, a false-positive relationship.

- Case reports and case series may play a role in scientific inquiry, such as initially identifying an unusual disease or exposure in a patient that may be worthy of scientific investigation. However, addressing such an inquiry requires scientific evidence and valid scientific methodology that assesses whether there is an independent association in which the role of chance, bias, and confounding can be reasonably excluded as explanations. Case reports and case series cannot provide this evidence.

- For all of these reasons, case reports and case series are not designed to estimate associations nor are they considered reliable bases for making causal inferences. For example, the International Agency for Research on Cancer (IARC) indicates that case reports and case series usually suffer from incomplete case ascertainment in any defined population, lack definition and enumeration of the population at risk, and cannot estimate the expected number of cases in the absence of exposure. These uncertainties make case reports and case series inadequate to form the sole basis for inferring a causal relationship.

## Types of Observational Epidemiologic Studies

Epidemiology is largely an observational discipline, with less control over exposures than human experimental or clinical studies. The two most commonly used types of analytical observational studies in epidemiology are cohort studies and case-control studies. Other, less informative study designs include cross-sectional and ecologic studies, which may be considered descriptive epidemiologic designs. Finally, experimental human studies, such as randomized controlled trials, may occasionally be used.

**Cohort studies** are analytical epidemiologic studies in which defined populations with various levels of exposure are observed over time to compare disease incidence or mortality rates across different exposures. Cohort studies may be prospective, meaning that exposure information is collected in the present, prior to disease onset, and participants are followed forward in time. Alternatively, cohort studies may be retrospective, meaning that past exposure information is attempted to be reconstructed based on existing information for participants, some or all of whom have already developed the disease(s) of interest. Prospective cohort studies are often analyzed using a statistical

approach that evaluates the occurrence of disease or health events, or the hazard of disease, which concerns the modeling of time until an event of interest, such as a diagnosis or failure.

**Case-control studies** are analytical epidemiologic studies in which individuals with the health outcome or disease of interest are compared with a suitable control group of individuals without the health outcome or disease to determine differences in exposure levels between the groups. Case-control studies are typically retrospective in design, meaning that they evaluate exposures in the past, with exposure assessment occurring after disease onset in cases.

**Cross-sectional studies** examine the correlation between an exposure and the prevalence of a disease in a defined population at a specified point in time, thereby providing a "snapshot" of the potential exposure-disease relationship at a particular time. Because exposures and outcomes are typically assessed simultaneously in a cross-sectional study, it often is not possible to determine whether the exposure preceded or followed the disease, thereby obscuring cause-and-effect relationships. Thus, cross-sectional surveys are considered lower quality designs compared with the more analytically rigorous cohort and case-control designs and are insufficient to establish causation on their own.

**Ecologic studies** are epidemiologic studies in which the units of analysis are populations or groups, rather than individuals. Observations at the group level may not apply to individuals; for example, general or average exposures do not apply to every member of a population. Erroneous conclusions can be reached if inferences about individuals are made based on aggregate observations—a logical error known as the ecologic fallacy. An example of the ecologic fallacy would be found in a study evaluating the association between prenatal exposure to influenza and development of childhood acute lymphocytic leukemia (cALL). Data collected from prenatal records and cancer registries in a metropolitan area might reveal a statistically significantly increased risk for cALL with prenatal influenza exposure. However, given that the researchers did not collect individualized exposure data, they were uncertain if the mothers of the cALL patient were exposed to prenatal influenza (Gordis 2009). Another major limitation of ecologic studies is the impact of confounding and bias. Since information is collected at the aggregate, rather than the individual level, the impact of confounding cannot be controlled adequately. However, ecologic studies may be used for generating hypotheses and informing policy decisions that affect entire groups if findings are confirmed by analytical studies. This does not, however, make them a valid basis for evaluating causation.

### Estimates of Risk

In general, all the above-mentioned study designs can yield estimates of **relative risk (RR)**, that is, the ratio of the probability of an outcome occurring in an exposed group compared with an unexposed group. RR is a general term that may refer to a risk ratio, a rate ratio, an odds ratio, a prevalence ratio, a standardized incidence or mortality ratio, or a hazard ratio. The type of RR estimate calculated depends on the study design and data available. An RR equal to 1.0 means that the probability of the outcome is equal in the exposed and unexposed groups (referred to as no association or a null association). An RR greater than 1.0 means that the probability of the outcome is greater in the exposed than the unexposed group (referred to as a positive association), whereas an RR less than 1.0 means that the probability of the outcome is lower in the exposed than the unexposed group (referred to as an inverse or negative association) (Elwood 1998, Gordis 2009, Szklo and Nieto 2007).

## Interpretation of Relative Risk Estimates



Less commonly, epidemiologic studies estimate a **risk difference**, that is, the absolute difference in the probability of an outcome in an exposed group compared with an unexposed group (e.g., the incidence rate in the exposed group minus the incidence rate in the unexposed). A risk difference equal to 0.0 means that the probability of the outcome is equal in the exposed and unexposed groups; a risk difference greater than 0.0 means that the probability of the outcome is greater in the exposed group, whereas a risk difference less than 0.0 means that the probability of the outcome is lower in the exposed group.

Estimates of relative and absolute risk, as well as incidence rates, mortality rates, and prevalence, should be reported with a margin of error, which in epidemiology and statistics conventionally takes the form of a confidence interval. In a valid and unbiased analysis, a confidence interval will, over repeated sampling of the study population, contain the value of interest with a frequency no less than its stated confidence level, which in epidemiology and statistics is typically set at 95%. The width of a confidence interval provides an indication of the precision of an estimate. Thus, a relatively wide confidence interval denotes a relatively inexact or statistically unstable estimate, whereas a relatively narrow confidence interval denotes a relatively precise estimate (Rothman, Greenland, and Lash 2008).

The **statistical significance** of an observed finding may be denoted by a P-value or a confidence interval. A **P-value** is the probability of observing the result or a more extreme result if the null hypothesis of no exposure-disease association were true (Federal Judicial Center 2011). In general, it denotes the probability that the observed condition (or a more extreme one) could have occurred by chance alone. In epidemiology, a standard P-value cut-off for statistical significance is 5%; that is, a result whose P-value is less than 5% is considered sufficiently unlikely to have occurred by chance

and that it is designated as "statistically significant." Likewise, if a 95% confidence interval excludes the null value of the estimate (e.g., 1.0 for an RR or 0.0 for a risk difference), then the result is said to be statistically significant, with less than a 5% probability that the result occurred by chance.

In epidemiology RRs are rarely 1.0. Thus, statistical significance testing is necessary to determine whether the association may have occurred by chance. In addition, other factors, such as confounding and bias, may produce a flawed estimate of relative risk. These concepts are discussed below.

**General Interpretation of Statistical Significance based on Confidence Intervals**







## Association versus Causation

Properly conducted analytical epidemiologic studies can identify statistical associations between an exposure, such as a chemical exposure, and a disease or other health outcomes. However, this is merely the first step in the causal analysis; a statistical association does not by itself indicate a causal relationship, that is, that the exposure caused the disease or health outcome. Whether a given association is causal should first be evaluated in light of possible alternative explanations including bias, confounding, and chance. Then, once those are evaluated, other criteria are applied—such as the Bradford Hill criteria that I discuss below—to make a scientifically valid determination of causation (Rothman, Greenland, and Lash 2008, Baker and Nieuwenhuijsen 2008, Elwood 1998, Gordis 2009, Szklo and Nieto 2007).

**Bias** refers to any systematic or random error in the design, conduct, analysis, or production of a study that can invalidate the study's results and interpretation. One common type of bias is **selection bias**, which refers to systematic differences in characteristics, specifically those that are associated with exposure and disease status, between people who participate in a study and those who do not. For example, selection bias can occur in a case-control study if the participation rates differ between cases and controls for reasons that are related to the exposure of interest. Selection bias can occur in a cohort study if exposed and unexposed persons drop out of the study at different rates for reasons that are related to the disease of interest. For example, selection bias could occur in a cohort study on air pollution if individuals in the exposed area migrate away from the area after developing symptoms (Baker and Nieuwenhuijsen 2008). Another example is residential migration from outside of the exposure area of interest prior to disease diagnosis to an exposed area where a diagnosis is made shortly thereafter. In this scenario, exposure would not be related to disease occurrence because the relevant exposure window occurred outside of the study area.

**Information bias**, also referred to as misclassification bias, refers to systematic errors in data collection that result in unequal accuracy of information, such as exposure and disease status, between comparison groups. Types of information bias include recall bias (i.e., discrepancies in the accuracy or completeness of recollection of past events or experiences between comparison groups), interviewer bias (i.e., differences in data collection or recording methods between comparison groups based on an interviewer's knowledge of the subjects' exposure or disease status), and response bias (i.e., differences in the distribution of missing data between study groups, such as whether or not a participant responds to survey questions). For example, an individual living in close proximity to a factory may report more respiratory symptoms than an individual living a great distance from the factory, simply because the individual in close proximity to the factory is more concerned about air pollution. Another type of information bias is detection bias or surveillance bias, for which individuals who are aware that they are under observation may be more likely to report symptoms or outcomes, or seek medical care leading to a diagnosis or detection of a condition.

**Confounding** refers to a distortion of the estimated association between an exposure and a disease by a third, extraneous factor, called a confounder. A **confounder** is an independent risk factor for the disease that is unequally distributed between exposed and unexposed individuals and is not affected by the exposure. Failure to control for confounding can invalidate the estimated exposure-outcome association. In most observational epidemiologic studies, investigators attempt to control

for confounding by using a statistical procedure called adjustment. To adjust statistically for confounding, it is necessary for a study to have collected sufficient information on potential confounders. Even if a study has adjusted for a confounder, residual confounding can occur if insufficient information about the confounder has been collected or if the confounder is inappropriately represented in a statistical model. In studies of certain diseases for which little is known about causes, there may be unknown risk factors that confound the exposure-outcome relationship under study.

In epidemiology, **chance** refers to random, unpredictable error due to sampling variability or imprecise measurement of study variables, resulting in fluctuation around a true value. This can occur when the time period and geographic delineation of a study (or case observation period in time and space) has not been clearly determined. Chance can never be completely excluded as a potential explanation for an observed finding, although the probability of a chance finding can be reduced by increasing the sample size, improving the precision of a measurement tool, or increasing the number of measurements. Importantly, these are all components of analytical methodology that involves case ascertainment, denominator enumeration, comparison populations, evaluating of bias and confounding, and statistical testing. Chance findings may also occur from the random variation of data when multiple statistical tests are being conducted, such as in genetic polymorphism studies or drug trials. Of note, it would be expected that random chance findings would occur in studies investigating all PFAS, given that upwards of thousands of specific PFAS types exist.

As noted above, establishing whether a given association is causal requires more than a mere statistical association or relative risk estimate, even when the foregoing factors of bias, confounding, and chance are controlled. It also requires an evaluation of the overall weight and consistency of the relevant epidemiologic evidence, which may be combined with sufficient supporting evidence from toxicology and an understanding of underlying plausible and established biological mechanisms by which the exposure may be causing disease. In order to take the next step and provide a framework for the complex process of determining whether a particular association is causal, epidemiologists have developed guidelines to assist them in making this assessment. Sir Austin Bradford Hill, a pioneering epidemiologist and statistician in the mid-20th century, developed guidelines to help determine whether a statistically significant association was causal: "Our observations reveal an association between two variables, perfectly clear-cut and beyond what we would care to attribute to the play of chance. What aspects of that association should we especially consider before deciding that the most likely interpretation of it is causation?" (Hill 1965). Hill specified nine guidelines for evaluating the current state of knowledge regarding an exposure-disease association: strength of association, consistency, specificity, temporality, biological gradient, biological plausibility, coherence, experiment, and analogy (Hill 1965).

1. Strength of association refers to the magnitude of the estimated effect of the exposure on the disease. Although weak causal associations and strong non-causal associations certainly exist, a strong association between an exposure and a disease outcome is less likely than a weak association to be explained by confounding or other sources of moderate bias.

2. Consistency refers to repeated observations of an exposure-disease association in various populations, a pattern that can lend credibility to a causal interpretation, although consistency across settings may not be observed if a causal effect occurs only under unique circumstances.

3. Specificity refers to the restriction of an association to a single exposure with a single effect, which may support a causal interpretation.

4. Temporality refers to the fact that in any causal relationship, the cause must precede the effect in time. (This is the only one of Hill's nine guidelines that is essential to establishing causality.)

5. Biological gradient refers to a monotonic relationship (i.e., a gradient that does not change direction) between an exposure and a response, which can support a causal interpretation, although it is neither necessary nor sufficient to establish causality.

6. Biological plausibility of an exposure-disease relationship depends on current knowledge in toxicology, biology, and other fields. Such knowledge is constantly evolving, and what is considered a plausible causal hypothesis is somewhat subjective.

7. Coherence refers to compatibility of a causal hypothesis with what is generally known about the natural history and biology of a disease. However, such information may be unavailable, incorrect, or misinterpreted.

8. Experiment refers to the notion that it is occasionally possible to use experimental or semi-experimental epidemiologic evidence, such as intervention studies, to support a causal association; however, such evidence is often lacking or not relevant.

9. Analogy refers to the consideration of similar exposure-disease relationships, but analogies cannot be used to prove or disprove a causal hypothesis.

Hill referred to these as nine "features to be specially considered" or "viewpoints" on the basis of which one should evaluate associations before declaring them causal. He did not assert that all guidelines must be met to establish causality; rather he stated: "None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a sine qua non" (Hill 1965) ("Temporality" is the exception, as noted above.) Although other approaches for evaluating causality have been described, the Hill guidelines (in various revised forms) are commonly cited and implemented by epidemiologists (Hennekens and Buring 1987, Gordis 2009, Mausner and Kramer 1985, Rothman, Greenland, and Lash 2008, Lilienfeld and Stolley 1994, Schlesselman 1982) and are broadly accepted in the scientific community. The Hill guidelines are also widely relied upon by courts for assessing general causation, that is, for determining whether the weight of scientific evidence shows that an exposure is capable of causing a disease and, if so, the circumstances under which such causation occurs (Cole 1997, Green, Freedman, and Gordis 2011).

Reference List

Baker, D., and M. J. Nieuwenhuijsen. 2008. *Environmental epidemiology: study methods and application*: Oxford University Press. Reprint, IN FILE.

Cole, P. 1997. "Causality in epidemiology, health policy, and law." *Environ Law Rep.* 27 (6):10279-10285.

Elwood, J. M. 1998. *Critical appraisal of epidemiological studies and clinical trials*. Vol. 2nd. Oxford: Oxford University Press. Reprint, IN FILE.

Federal Judicial Center. 2011. *Reference manual on scientific evidence*. 3rd ed. Washington, D.C.: Federal Judicial Center. Reprint, IN FILE.

Gordis, L. 2009. *Epidemiology*. Vol. Fourth. Philadelphia, PA: Saunders- Elsevier. Reprint, IN FILE.

Green, M. D., D. M. Freedman, and L. Gordis. 2011. "Reference Guide on Epidemiology." In *Reference Manual on Scientific Evidence*, 549-632. Washington, D.C.: National Academy of Sciences.

Hennekens, C. H., and J. E. Buring. 1987. Epidemiology in medicine. Statistical association and cause-effect relationships. edited by S. L. Mayrent. Toronto: Little, Brown and Company.

Hill, S. A. B. 1965. "The environment and disease: association or causation?" *Proceedings of the Royal Society of Medicine* 58:295-300.

Last, J. M. 2001. *A dictionary of epidemiology*. Edited by J. M. Last, R. A. Spasoff, S. S. Harris and M. C. Thuriaux. Vol. Fourth: OXFORD University Press. Reprint, IN FILE.

Lilienfeld, D. E., and P. D. Stolley. 1994. *Foundations of Epidemiology*. 3rd ed. New York: Oxford University Press.

Mausner, J. S., and S. Kramer. 1985. *Epidemiology: An Introductory Text*. 2nd ed. Philadelphia: WB Saunders Company.

Rothman, K. J., S. Greenland, and T. L. Lash. 2008. *Modern epidemiology*. 3rd ed: Lippincott Williams & Wilkins. Reprint, IN FILE.

Schlesselman, J. J. 1982. *Case-Control Studies: Design, Conduct, Analysis*. New York: Oxford University Press. Reprint, NOT IN FILE.

Szklo, M., and F. J. Nieto. 2007. *Epidemiology: beyond the basics*. Vol. 2. Sudbury, Massachusetts: Jones and Bartlett Publishers. Reprint, IN FILE.

Dominik D. Alexander, Ph.D., M.S.P.H.

December 14, 2020

RE: *Kevin D. Hardwick, et al. v. 3M Company, et al.*

# Appendix B: General Description of Study Population Sources

The following sub-sections provide a general overview of the some of the sources of study populations for which PFASs have been evaluated. These summaries are not intended to provide an exhaustive list of all studies conducted among the study population sources. In addition, these summaries do not discuss the analytical results or findings within and across populations.

## Occupational Studies

### 3M Workers

The majority of studies of 3M workers have been published evaluating study populations from production facilities in the Minneapolis/St. Paul, MN area, and in the Decatur, AL area. The primary exposure of interest from the MN facilities is PFOA while the primary exposure of interest in the AL facilities is PFOS. However, exposure to both PFOS and PFOA compounds may occur at multiple facilities.

Gilliland (1993) (Gilliland and Mandel 1993) conducted a retrospective cohort mortality study of 2,788 male and 749 female workers at a 3M PFOA production plant in Cottage Grove, MN. The facility included several divisions, and PFOA production (in addition to the use of other chemicals) was limited to the Chemical Division. To be eligible for study inclusion, workers were required to be employed at the plant for at least six months for any period between January 1, 1947 and December 31, 1983. Vital status was ascertained from the Social Security Administration and from the National Death Index. The cohort was followed through 1989. Mortality was confirmed using death certificates obtained from State Health Departments and information on two deaths that occurred outside of the United States was obtained via family members. A nosologist coded the underlying causes of death according to the ICD, 8th revision. To be classified as exposed, an individual was required to have worked in the Chemical Division for at least one month. Unexposed workers were those who did not work in the Chemical Division or who worked in this division for less than one month. Year and age at first employment, duration of employment, and months in the Chemical Division were used as surrogate measures of cumulative exposure. The observed number of deaths was compared with sex, race, age, and calendar period adjusted cause-specific mortality rates of the U.S. and Minnesota populations. Vital status was obtained for 100% of the analytical cohort.

In a follow-up to Gilliland (1993), Lundin (2009) (Lundin et al. 2009) extended the enrollment period, analytical duration, and conducted more internal analyses based on estimated exposure-response categorizations. Specifically, the period of enrollment was extended from 1983 to 1997 and analytical follow-up was extended from 1989 through 2002. In the former study, eligibility for entry into the cohort was based on employment for at least six months; however, Lundin (2009) required a minimum of 365 days of employment prior to the end of 1997. The authors suggested that this

methodological decision was made to exclude the "relatively large number of short-term workers, many of whom were summer interns." Employment data for an additional 169 employees eligible for both studies were also identified. A total of 807 deaths were identified in the current study, while 398 decedents were identified in the former. Vital record searches were performed through the National Death Index, and the underlying cause of death was coded according to the ICD revision in effect at the time of death. The likelihood of exposure for each job held was based on review of work history records and expert historical knowledge of the manufacturing process. An expert panel of industrial hygienists and veteran workers reviewed job and process information, and ultimately, three categories of exposure were generated as follows:

• Definite occupational exposure: "Primarily jobs where electrochemical fluorination, drying, shipping, packaging, and quality-control analyses of ammonium perfluorooctanoate occurred. Workers were exposed on a regular basis with potential for high exposure."

• Probable occupational exposure: "Jobs in other chemical division areas where ammonium perfluorooctanoate exposure was possible, but likely lower or transient."

• No or minimal occupational exposure: "Jobs primarily in the nonchemical division of the plant. Opportunity for some exposure (more than the general population) due to contamination at the work site."

Two types of analyses by job classification were conducted. The first compared the mortality of workers in the above job categories with the expected rates based on the general population of MN. The second analysis was based on internal comparisons evaluating workers in high or moderate exposure jobs for six months or more, compared with low exposure workers. In addition, the authors conducted internal comparison analyses based on weighting factors for exposure intensity in certain job classifications. These estimates were based, in part, on serum concentrations collected in 2000 from a sample of workers. Cumulative exposure for each worker was calculated as a sum of the days of employment at each exposure level multiplied by the exposure weighting factor. The internal analyses adjusted for sex, year of birth, age at entry into the cohort, smoking status, and wage type. The exposure models were lagged by 10 years. More workers with definite exposure (compared with non-exposed) were smokers, although complete smoking data for both groups were lacking. Most workers with definite exposure jobs were hourly employees, while most non-exposed workers were salaried employees.

Raleigh (2014) conducted an updated mortality analysis and a new cancer incidence analysis of the Cottage Grove, MN cohort and a non-exposed comparison population from a 3M company plant in St. Paul, MN (Raleigh et al. 2014). Similar to the 2009 study, employees eligible for study inclusion were required to work a minimum of one year at the facility. A total of 4,668 eligible employees were included from the Cottage Grove plant, including 675 hired between 1997 and 2002. A referent cohort of 4,359 workers from a non-PFOA exposed 3M production facility in St. Paul was assembled. These two study populations were similar in that they were employed by the same company, located in the same geographic region, and were represented by the same labor union. Mortality records of all workers were available through 2008. Incident cancer cases were identified through linkage with the Minnesota Cancer Surveillance System and the Wisconsin Cancer Reporting System. Exposures were estimated via work history records, industrial hygiene monitoring data, industrial hygiene professional, worker interviews, and average annual APFO production levels. Time-dependent exposure was modelled using Cox regression analyses.

Alexander and colleagues conducted a retrospective mortality cohort study in 2003 of 2,083 workers who had at least one year of cumulative employment from 1961 to 1997 at a manufacturing facility in Decatur, Alabama, and a follow-up in 2007 (Alexander et al. 2003, Alexander and Olsen 2007). The facility consisted of two plants: a film plant and a chemical plant with workers possibly being exposed to perfluorooctanesulphonyl fluoride (POSF). Although POSF-based chemicals were the major fluorochemical manufactured, exposure to other fluorochemicals, including PFOA, were also likely. Workers were categorized into 3 exposure categories: high, low or no potential workplace exposures to POSF-based fluorochemicals based off the serum samples of 186 (126 chemical plant, 60 plant) workers and worker job categories. The geometric mean serum PFOS level for chemical plant employees was 0.9 ppm (900 ppb), and the geometric mean serum PFOS level for film plant employees was 0.1 ppm. Age, gender, and calendar period adjusted mortality rates were calculated for workers from the date they had one year of employment through 1998 using two reference populations: the state of Alabama and 23 regional counties. Further exposure specific analyses were conducted among workers who had at least one year of cumulative employment in job with high or low exposures to POSF-based fluorochemicals. Olsen (2004) examined health claims data for information about episodes of care from 1993 through 1998 among two groups in the Decatur, Alabama worker cohort: 652 chemical plant workers and 659 film plant workers (Olsen et al. 2004). An episode of care was defined as a health problem that was related to a series of related events with a start and finish and was categorized based on ICD diagnosis codes, current procedural terminology codes from facility and professional health claims, revenue, and National Drug codes. Serum PFOS concentration levels among workers were determined through the use of a job-exposure matrix similar to the one used in Alexander 2003. Workers were categorized into 1 of 3 groups based off their work history: working in the chemical plant (n = 652), the film plant (n = 659) or both from 1993 to 1998. Each group was indirectly standardized for age (<40, 40-49, ≥50) and sex and the number of health claims were compared to the number of claims expected from the remainder of the 3M United States manufacturing population. A ratio of the two indirect standardized estimates was calculated (risk ratio episodes of care (RRE$_p$C)). A separate similar analysis was conducted among long-term workers that compared those who worked in high-exposure chemical plant jobs (n = 211) to those who worked in non-POSF exposed similar jobs in the film plant (n = 345) from 1983-1993.

*DuPont Workers*

Leonard (2008) (Leonard et al. 2008) conducted a retrospective cohort study among the DuPont Washington Works (WW) employee cohort. This study followed up on a 2004 cross-sectional health survey of 1,025 active employees at the WW plant. This 2004 study found that all participants in both processing and administrative areas had detectable levels of serum PFOA. The WW cohort consists of individuals who worked at the DuPont WW polymer production facility in Parkersburg, West Virginia between its opening on January 1, 1948 and December 31, 2002. Unlike the DuPont Epidemiology Registry, which monitored rates for only current DuPont workers, all workers who had worked at the WW plant during the period of eligibility were included in the WW cohort. A total of 6,027 individuals with a history of work at the plant were included in this cohort; 21 of whom transferred to the WW location after December 21, 2002, and one of whom had an unverifiable birth date and had to be excluded from analysis. A total of 5,476 of the workers at the WW plant were already registered in the DuPont Epidemiology Registry, and an additional 573 individuals were identified using work history records from the WW plant. Social Security numbers

were used to confirm vital status of cohort members as of December 2002. The mortality rate within the WW cohort was compared to the mortality rates of subjects in 5-year age categories using three external reference populations: the United States, West Virginia, and other DuPont workers from Indiana, Kentucky, North Carolina, Ohio, Pennsylvania, Tennessee, Virginia, and West Virginia, excluding those in the WW cohort. Expected mortality rates were calculated based on population distributions by sex, age, and time periods for subjects in 5-year age categories between 1948 and 2002. Standardized mortality ratios (SMRs) were calculated for all causes of death, all malignant neoplasms, individual cancers, infectious diseases, diabetes, cerebrovascular disease, heart disease, individual types of heart disease, non-malignant respiratory disease, cirrhosis, kidney disease, and external causes of death including accidents, homicides, and suicides.

Sakr (2009) conducted a more specific retrospective cohort study on this workforce by focusing on risk of ischemic heart disease (IHD) (Sakr et al. 2009). This analysis included 4,747 workers. Detailed work history information for all employees was used to estimate the time dependent APFO exposures using an exposure reconstruction model developed through the DuPont Epidemiology Program. Serum biomonitoring was used as an indicator of exposure. A job exposure matrix was validated using historical blood data collected from 1979 to 2002 from voluntary participants in a different biomonitoring program at the WW plant, which collected samples to monitor workplace exposure and ensure effective exposure controls. Each worker's cumulative exposure was calculated by multiplying the duration of time in each work assignment by the mean intensity estimate from the job exposure matrix and taking the sum of all period exposure estimates. Cox proportional hazards regression was used to evaluate time dependent exposures.

Steenland (2012) conducted an updated mortality analysis of 5,791 workers in the DuPont Washington Works employee cohort with follow-up extending to 2008 (Steenland and Woskie 2012). A job-exposure matrix was created by separating workers into 5 job category groups based on indirect or direct PFOA exposure and area of work: 1) direct PFOA exposure in the Teflon production area, 2) direct PFOA exposure in the other copolymer production areas (fluorinated ethylene propylene and perfluoroalkoxy fluoropolymer operations), 3) intermittent direct non-PFOA use jobs, 4) maintenance jobs with intermittent direct or plant background PFOA exposures, or 5) non-Teflon/copolymer production division jobs with no PFOA use. Measured serum PFOA levels of 1,308 workers with at least one year of experience in the above job categories at the time of sampling were collected from 1979 to 2004. The estimated average serum PFOA level was 350 ng/mL. The mortality rates were calculated using two external reference populations: mortality rates from other DuPont workers in the Appalachian region from 1955-2009, and mortality rates from the United States national population from 1940-2007 with extrapolation to 2009. Exposure-response analyses used cumulative serum levels (ppm-years) and quartiles were created from the cumulative serum levels of decedents. Separate analyses were conducted by applying different latency periods (0, 10 and 20 years). Steenland (2015) conducted a retrospective cohort study of a subset of workers who were part of the 2012 DuPont cohort mortality study and had retrospective exposure estimates (Steenland, Zhao, and Winquist 2015). Workers (3,713) were interviewed from 2008 to 2011 (19.3% being interviewed once, while the remaining were interviewed twice) to collect demographic, smoking, residential, medical and reproductive histories. Information on incident diseases was collected through medical record validation and three self-reported disease outcomes. A similar job-exposure matrix to the one in Steenland 2012 was used, with it being based on over 2000 serum samples collected from 1979-2004 from workers who had at least one year of experience in the job category at the time of sampling. Retrospective serum estimates for community residents from PFOA-contaminated water were obtained through a pharmacokinetic model that used

information generated from an environmental fate and transport model about yearly PFOA estimates from air, surface and ground water, information about residential histories from the 2005/2006 C8 Health Project, and information from surveys, public water supply network maps and drinking water sources. The median measured serum level was 113 ng/ mL in 2005.

*Other Occupational Study Populations*

Consonni (2013) conducted a Multicenter Mortality Study of Tetrafluoroethylene (TFE) production workers in 4 companies with 7 production sites, including the DuPont West Virginia facility (Consonni et al. 2013). Tetrafluoroethylene is a compound used in the production of fluorinated polymers, including polytetrafluoroethylene (PTFE). This process uses ammonium perfluoro-octanoate (APFO), the ammonium salt of PFOA. APFO readily forms PFOA in aqueous solutions. The authors examined the cause-specific mortality rates in this worker cohort between 1950 and 2008. The cohort consisted of 5,879 male workers– 4,773 ever exposed, and 1,081 never exposed. Some workers from the aforementioned DuPont cohorts were included in the analyses. A job-exposure-matrix was ultimately developed with TFE and APFO measures for the relevant job titles at each site from 1950-2002. Vital status ascertainment and underlying cause of death was performed by record linkage or individual follow-up. For each worker, person-years at risk were calculated from the time they satisfied both entry requirements – minimum employment and acquiring the relevant exposure. Follow-up ended at date of death, loss to follow up, or study end, whichever came first. Individual occupational histories were merged with the plant-specific JEM to calculate time-varying cumulative exposures. Overall SMR analyses and cumulative exposure analyses were performed for workers exposed to APFO.

In 2009, Costa conducted a study of health outcomes of workers in a PFOA production facility in Trissino, Italy from 1978-2007 (Costa, Sartori, and Consonni 2009). Fifty-three male workers from the PFOA production department were included, and 12 executive clerks and 95 blue collar workers served as unexposed controls. PFOA workers were categorized into currently exposed (n = 37) or previously exposed (n = 16). All subjects underwent yearly physical examinations, including blood chemistry tests for hematology, liver, renal functions, glucose and lipid metabolism, and uric acid. In 2002 and 2006 only, PFOA workers were also tested for Apo-A, Apo-B, lipoproteins, C-reactive protein, immunoglobulins, sex hormones, and thyroid function. Biological monitoring of serum PFOA started in 2000, and was repeated yearly with the exception of 2005 for both current and former PFOA workers. A matched pair analysis of all serum levels was done, matching age, work seniority, day/shiftwork, and living conditions. Regression models testing the relationship between PFOA exposure and health outcomes adjusted for covariates, including age, years of exposure, year of PFOA sampling, BMI, smoking and alcohol consumption. All workers were exposed to very high levels of PFOA (see forthcoming bar chart).

## Community Studies

Vieira (2013) evaluated the association between cancer risk and PFOA exposure in Ohio and West Virginia residents living near the DuPont Teflon manufacturing plant in Parkersburg, West Virginia (Vieira et al. 2013). PFOA was released into the environment beginning in the 1950s, contaminating both private and public water sources. The study population consisted of 25,107 incident cancer cases diagnosed between 1995 and 2005 in five Ohio counties and eight West Virginia counties identified from state registries and geocoded down to the street or zip code level. Control subjects

for each cancer were registry-based cases of all other cancers except that cases of kidney, pancreatic, testicular, and liver cancer were excluded as controls. Odds ratios adjusted for age, race, sex, diagnosis year, insurance provider, and smoking status were calculated for 18 cancers and association with living in an exposed water district as well as by individual-level estimated annual PFOA serum concentration. Modeled PFOA serum concentrations by water district ranged from 5.3 to 125 ug/L while estimated individual-level annual PFOA serum concentrations ranged from 3.7 to 655 ug/L, assuming a 10-year residency and 10 years latency.

Barry (2013) evaluated risk of cancer in 28,541 Ohio residents from the C8 Health Project exposed to PFOA in drinking water and 3,713 DuPont workers, approximately half of whom had both residential and occupational exposure to PFOA (Barry, Winquist, and Steenland 2013). For community residents, the median measured serum PFOA level in 2005-2006 was 24.2 ng/mL (range: 0.25-4,752 ng/mL) and median estimated annual PFOA serum level was 19.4 ng/mL (range: 2.8-9,217 ng/mL). The corresponding median measured and estimated PFOA serum levels for DuPont workers were 112.7 ng/mL (range: 0.25-22,412) and 174.4 ng/mL (range: 5.2-3,683), respectively. Only validated primary cancer cases were included in the analysis. Hazard ratios were adjusted for time-varying smoking, time-varying alcohol consumption, sex, education, and stratified by 5-year birth periods. Hazard ratios were calculated for each cancer per unit of log estimated cumulative PFOA serum concentration. Hazard ratios for cancer of the kidney, testes, and thyroid were also evaluated by estimated quartiles of serum PFOA concentration.

Numerous studies of PFAS exposure (primarily PFOA and/or PFOS) have been conducted among general population study samples, such as those based on data collected from the National Health and Nutrition Examination Survey (NHANES). NHANES is collection of databases representing the health and nutritional status of adults and children in the U.S. Data are ascertained via interviews and physical examinations. These studies are typically intended to be representative of the general population, and as such, are considered to reflect background levels of PFAS exposures. As a result, they are of relatively limited capacity in evaluating potential dose-response relationships between measured PFOA and/or PFOS exposures and health conditions and clinical markers because the exposure ranges are narrow. Furthermore, many of these studies utilized cross-sectional study designs and as such, provide no basis to evaluate potential temporal relationships.

*Targeted Study Populations*
Cohorts of select populations have been reported in the scientific literature regarding their PFAS/PFOA/PFOS exposure levels and potential associations or correlations with various health conditions. For example, these populations include fishermen (Bloom et al. 2010), Inuit communities in Greenland and Quebec, pregnant women, residents of specific communities, and cohorts of children. Collectively, these studies have typically evaluated background or near background levels of PFOA/PFOS exposure. Selection bias (generalizability of study findings) is a foremost limitation in many of these studies.

**General Exposure Estimates Across Study Population Sources**
Based on exposure estimates across the various study population sources, workers in PFOA or PFOS occupational settings have had considerably higher levels of PFOA/PFOS exposure compared to residents in above-background exposure communities and compared to studies that are generally representative of background exposure levels (e.g., NHANES). Interpretation of findings within studies and between study populations should account for the often extensive variation in

exposure levels. Thus, if no association is observed for a health outcome among workers with the highest PFOA or PFOS exposure, then there would be no valid scientific basis to formulate a conclusion that populations with lower (or near background) levels of exposure would be at increased risk of the outcome. However, if studies show that workers with the highest exposure levels are at increased risk of a specific health outcome, the interpretation should be made in the context of patterns of relative risk in other (similarly exposed) studies and within the context of conclusions drawn for the study population of interest. In other words, evidence of risk may only be found at high exposure levels and the exposures across community settings may be not be associated with an increased risk of disease, even though some positive associations are reported.

Of important scientific relevance, Steenland (2015) states that regarding PFOA exposure: "High-exposure groups are often the most useful for studying human health effects. Workers often have higher PFOA exposures than the general population. A subset of the 3713 workers considered here (n = 1881), who had their serum PFOA measured in 2005/2006, had a median serum level of 113 ng/mL, much higher than the surrounding community (median 24 ng/mL), and the general US population (4 ng/mL)" (Steenland, Zhao, and Winquist 2015).

The following two graphs *generally* represent the measured or estimated serum PFOA and PFOS levels across the various types of study populations. Clearly, exposure levels among the worker populations are considerably higher than other study populations, particularly community studies with background or near-background levels of exposure.





**Measured or Estimated Serum PFOS Levels (ppb)**

Worker Studies

Above Background
Community Studies

Background Community
Studies

| Study | Value |
|---|---|
| 3M (AL) chemical plant (Alexander 2003) | 900 |
| 3M (AL) film plant (Alexander 2003) | 100 |
| Chinese fluorochem workers (Wang 2012) | 33.3 |
| Chinese residents near fluorochem plant (Wang 2012) | 30.9 |
| Full C8 cohort (Frisbee 2009) | 23.3 |
| Danish residents Men (Eriksen 2013) | 42.2* |
| Danish residents Women (Eriksen 2013) | 36.1* |
| NHANES 1999-2000 (Calafat 2007) | 30.4 |
| NHANES 2003-04 (Calafat 2007) | 20.7 |
| NHANES 2007-08 (Webster 2016) | 18.6 |
| NHANES 2013-14 (Liu 2018) | 5.3 |
| Chinese residents (Fu 2014) | 1.5 |

Geometric means unless specified *median

Reference List

Alexander, B. H., and G. W. Olsen. 2007. "Bladder cancer in perfluorooctanesulfonyl fluoride manufacturing workers." *Ann Epidemiol* 17 (6):471-8. doi: 10.1016/j.annepidem.2007.01.036.

Alexander, B. H., G. W. Olsen, J. M. Burris, J. H. Mandel, and J. S. Mandel. 2003. "Mortality of employees of a perfluorooctanesulphonyl fluoride manufacturing facility." *Occup Environ Med* 60 (10):722-729.

Barry, V., A. Winquist, and K. Steenland. 2013. "Perfluorooctanoic acid (PFOA) exposures and incident cancers among adults living near a chemical plant." *Environ Health Perspect* 121 (11-12):1313-8. doi: 10.1289/ehp.1306615.

Bloom, M. S., K. Kannan, H. M. Spliethoff, L. Tao, K. M. Aldous, and J. E. Vena. 2010. "Exploratory assessment of perfluorinated compounds and human thyroid function." *Physiol Behav* 99 (2):240-5. doi: 10.1016/j.physbeh.2009.02.005.

Consonni, D., K. Straif, J. M. Symons, J. A. Tomenson, L. G. van Amelsvoort, A. Sleeuwenhoek, J. W. Cherrie, P. Bonetti, I. Colombo, D. G. Farrar, and P. A. Bertazzi. 2013. "Cancer risk among tetrafluoroethylene synthesis and polymerization workers." *Am J Epidemiol* 178 (3):350-8. doi: 10.1093/aje/kws588.

Costa, G., S. Sartori, and D. Consonni. 2009. "Thirty years of medical surveillance in perfluooctanoic acid production workers." *J Occup Environ Med.* 51 (3):364-372.

Gilliland, F. D., and J. S. Mandel. 1993. "Mortality among employees of a perfluorooctanoic acid production plant." *Journal of Occupational & Environmental Medicine* 35 (9):950-954.

Leonard, R. C., K. H. Kreckmann, C. J. Sakr, and J. M. Symons. 2008. "Retrospective cohort mortality study of workers in a polymer production plant including a reference population of regional workers." *Ann Epidemiol.* 18 (1):15-22.

Lundin, J. I., B. H. Alexander, G. W. Olsen, and T. R. Church. 2009. "Ammonium perfluorooctanoate production and occupational mortality." *Epidemiology* 20 (6):921-8. doi: 10.1097/EDE.0b013e3181b5f395.

Olsen, G. W., M. M. Burlew, J. C. Marshall, J. M. Burris, and J. H. Mandel. 2004. "Analysis of episodes of care in a perfluorooctanesulfonyl fluoride production facility." *J Occup Environ Med* 46 (8):837-846.

Raleigh, K. K., B. H. Alexander, G. W. Olsen, G. Ramachandran, S. Z. Morey, T. R. Church, P. W. Logan, L. L. Scott, and E. M. Allen. 2014. "Mortality and cancer incidence in ammonium perfluorooctanoate production workers." *Occup Environ Med.*:oemed-102109.

Sakr, C. J., J. M. Symons, K. H. Kreckmann, and R. C. Leonard. 2009. "Ischaemic heart disease mortality study among workers with occupational exposure to ammonium perfluorooctanoate." *Occup Environ Med* 66 (10):699-703. doi: 10.1136/oem.2008.041582.

Steenland, K., and S. Woskie. 2012. "Cohort mortality study of workers exposed to perfluorooctanoic acid." *Am J Epidemiol* 176 (10):909-17. doi: 10.1093/aje/kws171.

Steenland, K., L. Zhao, and A. Winquist. 2015. "A cohort incidence study of workers exposed to perfluorooctanoic acid (PFOA)." *Occup Environ Med* 72 (5):373-80. doi: 10.1136/oemed-2014-102364.

Vieira, V. M., K. Hoffman, H. M. Shin, J. M. Weinberg, T. F. Webster, and T. Fletcher. 2013. "Perfluorooctanoic acid exposure and cancer outcomes in a contaminated community: a geographic analysis." *Environ Health Perspect* 121 (3):318-23. doi: 10.1289/ehp.1205829.

Dominik D. Alexander, Ph.D., M.S.P.H.

December 14, 2020

RE: *Kevin D. Hardwick, et al. v. 3M Company, et al.*

## Appendix C: State-of-the-Epidemiologic Science of Human Disease, Health Conditions, and Adverse Clinical Markers among PFAS-exposed Study Populations

I have performed systematic reviews of the epidemiologic literature on PFAS exposure and risk of human disease and adverse health conditions. For the purpose of this report, I am not summarizing the hundreds of epidemiologic studies on PFAS exposure; rather, I provide a brief overview of my process for review and the general and overarching conclusions and methodological considerations concerning PFAS exposure and risk of human disease, health conditions, and adverse clinical markers. I do, however, provide a comprehensive reference list representing the totality of epidemiologic studies on PFAS exposure and human health outcomes.

My systematic review of the literature was conducted with respect to well-established guidelines for the conduct of comprehensive evaluations of epidemiologic studies. Specifically, the identification of studies, inclusion and exclusion criteria, critical examination of internal (e.g., information bias, confounding) and external (e.g., selection bias) validity, synthesis and analysis of study results data, and the interpretation of the collective body of epidemiologic evidence was conducted according to principles and protocols delineated in Meta-analysis Of Observational Studies in Epidemiology (MOOSE) (Stroup et al. 2000), Preferred Reporting Items for Systematic Reviews and Meta-Analyses (PRISMA) (Moher et al. 2009), and Strengthening the Reporting of Observational studies in Epidemiology (STROBE) (von Elm et al. 2007). While acknowledging that a clear association should exist prior to performing a causal assessment (Hill 1965), my *a priori* methodology included the consideration of key factors for making claims of general causation, such as the strength of association, consistency of findings across studies, and potential dose-response patterns.

I performed comprehensive electronic literature searches using the National Library of Medicine PubMed database to identify potentially relevant articles that provided risk estimate data for cancer and non-cancer disease outcomes among PFAS-exposed study populations. It is noteworthy that the large majority of analytical epidemiologic studies of PFAS-exposed populations focused on PFOA and/or PFOS exposure. Thus, the overwhelming majority of data across the analytical epidemiologic studies, including the occupational and above-background community studies, pertain to PFOA and/or PFOS. Literature searches were also conducted to identify articles that reported measures of associations or correlational data (e.g., linear regression coefficients) for clinical markers among PFAS-exposed study populations. Over 2,000 articles pertaining to PFAS exposure and health outcomes were identified in the first phase of the electronic literature search.

All included studies were carefully reviewed, focusing on the qualitative information and quantitative data according to: author and year of study, geographic study area, nature of the cohort, study size, years of follow-up, PFAS/PFOA/PFOS exposure definition, method of exposure assessment, exposure metric units, analytical comparison of exposure metrics, reference populations, number of exposed cases, relative risk estimates, 95% CIs, and the variables that were statistically adjusted for,

if any. A thorough examination of methodological information regarding the potential impact of bias and/or confounding on the interpretation of each study was conducted.

## General and Overarching Opinions on PFAS Exposure and Risk of Human Disease

I have conducted a state-of-the-epidemiologic science review of per- and polyfluoroalkyl substances (PFASs), focusing on, but not limited to, perfluorooctanoic acid (PFOA) and perfluorooctane sulfonate (PFOS), which are the two most frequently studied compounds across the epidemiologic literature, and risk of human disease, health conditions, and adverse clinical markers. I followed well-established systematic methodology to identify, analyze, and interpret the available epidemiologic evidence regarding the diseases, health conditions, and clinical factors of interest.

### Disease Outcomes

Based on the totality of epidemiologic data, the evidence does not support an independent association between PFASs exposure, including PFOA or PFOS exposure, and increased risk of any human disease or health condition. Thus, the epidemiology does not support a conclusion that exposure to any PFAS, or PFOA or PFOS exposure specifically, is a general cause of any disease or health condition. In particular, the patterns of associations across studies do not support a conclusion that PFAS exposures independently increase the risk of any disease or health condition.

    a.  *Cancer:* The analytical epidemiologic evidence is not supportive of an increased risk of any type of cancer among PFAS-exposed study populations, including testicular cancer, kidney cancer, bladder cancer, breast cancer, liver cancer, prostate cancer, thyroid cancer, pancreatic cancer, non-Hodgkin lymphoma, multiple myeloma, or leukemia. This conclusion is based on a critical and systematic evaluation of internal validity parameters, patterns of relative risk estimates, consistency of findings, and dose-response evaluations. The majority of relevant epidemiologic evidence originates from well-conducted analytical occupational cohort studies among workers with high levels of PFOA and PFOS exposure.

    b.  *Cholesterol and Cardiovascular Outcomes:* Although findings are somewhat inconsistent, several studies have reported elevations in total cholesterol and LDL among PFOA and PFOS exposed study populations. However, most studies show no relationship between PFOA or PFOS exposure and HDL levels. These results are inconclusive given that many studies utilized a cross-sectional design that does not account for changes in PFOA/PFOS exposure, changes in variables that impact cholesterol levels (e.g., dietary habits over time), and changes in cholesterol levels over time. Furthermore, numerous modifiable and non-modifiable factors impact cholesterol and lipoprotein levels in the human body, such as diet, physical activity, body weight, and genetics. The studies generally do not adequately account for these relevant confounders. In addition, a relatively large proportion of the U.S. population is on cholesterol lowering medication, but many studies do not account for this important factor either. Perhaps most important, these inconsistently observed associations cannot be interpreted as causal given that the analytical epidemiology fails to show an association between exposure to any PFAS and cardiovascular or cerebrovascular disease, including coronary artery disease, stroke, or hypertension. Given the high

correlation between elevated cholesterol levels and heart disease, a lack of correlation between PFAS and these outcomes strongly suggests that any observed correlations with cholesterol are not true causal relationships.

c. *Other Diseases and Health Conditions:* The analytical epidemiologic evidence does not support an independent association between exposure to any PFAS, including PFOA or PFOS exposure, and other diseases or health conditions.

   i. Thyroid disease: While some studies show statistically significant changes in thyroid hormone levels associated with serum PFOA/PFOS exposure, reported thyroid hormone values have generally been within normal reference ranges and are not clinically significant. Furthermore, results from studies of the highest exposed populations (occupational cohorts) are not supportive of an increased risk between PFOA or PFOS exposure and risk of adverse thyroid function. Many lifestyle, dietary, clinical, and environmental factors affect thyroid hormone levels including stress, inflammation, infection, radiation, certain medications (e.g., amiodarone, phenobarbital, lithium, interferon), goitrogenic foods (e.g., cruciferous vegetables, soybeans, cassava root), fluoride, pesticides, mercury, cadmium, lead, pregnancy, liver and kidney dysfunction, and Celiac disease. Collectively, the epidemiologic studies do not adequately control for the confounding influence of all of these factors. The overall weight of the epidemiologic evidence does not support an independent association between exposure to any PFAS, including PFOA or PFOS exposure, and thyroid disease.

   ii. Diabetes: Results across the epidemiologic studies of PFAS exposure, including PFOA and PFOS exposure, and risk of diabetes are inconsistent. While some studies report positive associations for type 2 diabetes, others report no evidence of an increased risk. Furthermore, interpretation of data from some of these studies is limited by the lack of information pertaining to potential temporal relationships and incomplete adjustment for relevant confounding factors. Collectively, the evidence does not support a conclusion that exposure to any PFAS is associated with risk of diabetes, namely type 2 diabetes.

   iii. Osteoarthritis: The epidemiologic evidence does not support an increased risk of osteoarthritis based on exposure to any PFAS. Although interpretation is based on data from few studies, inverse associations for osteoarthritis were observed in the most methodologically and analytical rigorous study, which was conducted among workers with high PFOA exposure.

   iv. Asthma: Several studies of asthma have been conducted on populations exposed to PFASs, including PFOA and PFOS, with some cross-sectional studies evaluating background or near-background levels of exposure. However, there are several longitudinal studies, including a study of highly exposed workers,

which show decreased risks of asthma among PFOA-exposed workers. Furthermore, numerous factors have been shown to cause asthma as well as exacerbate symptoms, making it difficult to evaluate any potential relationship between PFASs exposure and risk of this condition. Host risk factors for asthma include a parental history of asthma, genetic polymorphisms, gender (higher preadolescent prevalence in boys; higher post-adolescent prevalence in girls), African-American or Puerto Rican Hispanic race/ethnicity, and obesity. Environmental risk factors include aeroallergen sensitization, respiratory viruses, cigarette smoke, air pollution, vitamin D deficiency, and stress. Microbial exposure in early life has been shown to reduce the risk of asthma, while prenatal exposure to tobacco smoke, stress, antibiotics, and emergency cesarean section delivery increase the risk of asthma in infants and children. Asthma may be triggered or exacerbated by house dust mite allergens, indoor or outdoor molds, pets, cockroaches, rodents, pollens, viral infections, active or passive smoking, air pollution, meteorological changes, dust, drugs, stress, and sulfite consumption. Collectively, the epidemiologic evidence does not support a conclusion that exposure to any PFAS, including PFOA or PFOS, increases the risk of developing asthma.

d. *Reproductive Effects:* Collectively, based on the currently available epidemiologic evidence, exposure to any PFAS, including PFOA and PFOS exposure, do not appear to be associated with preeclampsia, gestational hypertension, subfecundity, semen quality, miscarriage, puberty development, irregular menstrual cycles, menopause status, low birth weight, or adverse reproductive outcomes. While the potential relationship between exposure to different PFAS and reproductive outcomes has been evaluated in numerous studies, many of these studies are cross-sectional in design, or are longitudinal analyses of background exposure levels, which are insufficient to establish causation. Although several studies have reported associations between PFASs exposure and adverse reproductive effects, many associations are not statistically significant, results vary widely within and between studies, innumerable factors (that are commonly uncontrolled for) influence as well as modify reproductive outcomes, and the potential clinical relevance for many results are of undetermined implication. In addition, the currently available epidemiologic evidence for some factors, such as menstrual cycles and timing of menopause, are limited by data from relatively few studies. Findings from these studies may be attributable to reverse causation.

e. *Immunotoxicity and Autoimmunity:* The epidemiologic evidence does not support an independent relationship between exposure to any PFAS, including PFOA and PFOS exposure, and adverse immune function parameters. This conclusion is made on the following scientific basis: 1) the currently available epidemiologic evidence originates from studies with widely varying levels of methodological quality with considerable data generated from cross-sectional studies that are not designed to evaluate temporal relationships, 2) inconsistent findings both within and between studies are reported, 3) the levels of most clinical findings are within the normal

range of the broader population, 4) laboratory values and serum measurements evaluated across studies are influenced and modified by numerous factors (e.g., medication use, dietary patterns, alcohol, genetics) that are not completely controlled for in the analyses, 5) clinical marker levels are examined that may be of undetermined clinical significance, and many studies of PFASs exposure have not shown increased risks for diseases or health-related states that are correlated with the clinical markers.

i. Immune Function: Overall, the currently available epidemiologic evidence on whether exposure to any PFAS may affect immune function is inconsistent. Markers of immune function vary widely across the literature, thus, limiting the ability to make comparisons between studies. Even among studies measuring the same markers of immune function, differences in the study populations and timing of exposure measures to PFAS make it challenging to interpret the results. Furthermore, these data are highly inconsistent among similar immune outcomes with some studies finding positive associations, some finding inverse associations, some finding no associations, and others finding associations only among subgroups of the population. The large number of cross-sectional studies in this section further limit the ability to accurately and reliably interpret these positive, inverse and null findings. Methodological differences mentioned above related to study design, study populations, windows of exposure, age at outcomes evaluation and potential for outcome misclassification may explain some of the inconsistency in findings.

ii. Vaccinations: Taken together, the evidence pertaining to exposure to any PFAS, including PFOA and PFOS exposure, and vaccine response originates from heterogeneous adult and child study populations. While some analyses within and between studies indicate inverse associations between PFOA or PFOS exposure and antibody response, most associations are not statistically significant. In addition, there is some inconsistency in study results by various factors, such as gender and vaccination. For example, some studies observe the strongest inverse associations with tetanus while others observe the strongest association with diphtheria. Furthermore, several of the birth cohort studies were conducted among a population from the Faroe Islands, which limits the generalizability of these data.

iii. Infections: Collectively, the data from prospective birth cohort studies indicate some variable positive associations between PFOA and PFOS exposure and some infections. However, the data are not consistent across studies, and all studies have important methodological limitations. Thus, the currently available epidemiologic evidence does not support a conclusion that exposure to any PFAS is independently associated with increasing the risk of infections or infectious diseases among pediatric or adult populations.

iv. Allergy: Data from the prospective birth cohort studies do not support an association between exposure to any PFAS, including PFOA or PFOS exposure, and allergy outcomes including eczema or atopic dermatitis.

v. Ulcerative Colitis/Crohn's Disease: The epidemiologic evidence linking PFOA and/or PFOS exposure and ulcerative colitis is limited and is not sufficient to support a causal relationship. However, currently available data for Crohn's Disease, specifically, does not support any association with PFOA exposure.

vi. Rheumatoid Arthritis: The currently available epidemiologic evidence pertaining to PFASs exposure, namely PFOA exposure, and risk of rheumatoid arthritis is limited and not sufficient to draw a conclusion on any potential relationship.

f. *Other Health Parameters*:

i. Obesity: Collectively, the currently available epidemiologic evidence pertaining to exposure to any PFAS, including PFOA and PFOS exposure, and risk of overweight status or obesity is limited and inconsistent. Moreover, several studies that have addressed this topic have been cross-sectional analyses of study participants with background or near-background PFASs exposure levels.

ii. Duration of Breastfeeding: Data pertaining to PFASs exposure and duration of breastfeeding are sparse and inconsistent. Foremost among the methodological limitations across these studies is the limited adjustment for potentially relevant confounding factors, such as maternal breastfeeding education, smoking history, and dyad separation among other factors. Importantly breastfeeding is a source of PFAS elimination. As such, longer lactation may reduce PFAS serum levels, and explain the lower concentrations among those who breastfed longer.

iii. Sex Hormones: Collectively, exposure to PFOA or PFOS does not appear to be associated with – or impact – levels of testosterone, estradiol, or SHBG. Findings across studies have been inconsistent, and when differences have been reported, hormone levels have commonly been within normal ranges.

iv. Liver Function: Collectively, the epidemiologic evidence does not support a relationship between PFOA or PFOS exposure and adverse liver biomarker alterations, either individually, or as a composite group of liver function markers. Furthermore, the epidemiologic evidence does not support an increased risk between PFOA or PFOS exposure and adverse liver function or liver disease.

v. Kidney Function: Positive associations and/or correlations between PFAS, namely PFOA exposure, and uric acid levels have been reported in some studies. However, even in the presence of statistically significant differences between exposed and unexposed groups or between higher vs. lower levels of exposure, the magnitude

of the uric acid level difference between study groups is minimal and values remain within the normal range. Thus, findings from these studies are not supportive of an adverse effect of exposure to any PFAS on uric acid levels.

Reference List

AAAI. 2018. Asthma Symptoms & Diagnosis. In *Asthma*, edited by American Academy of Allergy Asthma & Immunology.

AACC. 2018a. "Alanine Amoinotransferase (ALT)." American Association for Clinical Chemistry, Last Modified 2018 May 25. https://labtestsonline.org/tests/alanine-aminotransferase-alt.

AACC. 2018b. "Albumin." American Association for Clinical Chemistry, Last Modified 2018 May 25. https://labtestsonline.org/tests/albumin.

AACC. 2018c. "Antinuclear Antibody (ANA)." American Association for Clinical Chemistry, Last Modified 2018 May 25. https://labtestsonline.org/tests/antinuclear-antibody-ana.

AACC. 2018d. "Bilirubin." American Association for Clinical Chemistry, Last Modified 2018 May 25. https://labtestsonline.org/tests/bilirubin.

AACC. 2018e. "Cholesterol." American Association for Clinical Chemistry, Last Modified 2018 Jun 1. https://labtestsonline.org/tests/cholesterol.

AACC. 2018f. "Estimated Glomerular Filtration Rate (eGFR)." American Association for Clinical Chemistry, Last Modified 2018 May 25. https://labtestsonline.org/tests/estimated-glomerular-filtration-rate-egfr.

AACC. 2018g. "Estrogens." American Association for Clinical Chemistry, Last Modified 2018 May 25. https://labtestsonline.org/tests/estrogens.

AACC. 2018h. "Gamma-Glutamyl Transferase (GGT)." American Association for Clinical Chemistry, Last Modified 2018 May 25. https://labtestsonline.org/tests/gamma-glutamyl-transferase-ggt.

AACC. 2018i. "Quantitative Immunoglobulins." American Association for Clinical Chemistry, Last Modified 2018 May 25. https://labtestsonline.org/tests/quantitative-immunoglobulins.

AACC. 2018j. "Sex Hormone Binding Globulin (SHBG)." American Association for Clinical Chemistry, Last Modified 2018 May 24. https://labtestsonline.org/tests/sex-hormone-binding-globulin-shbg.

AACC. 2018k. "Total IgE." American Association for Clinical Chemistry, Last Modified 2018 May 25. https://labtestsonline.org/tests/total-ige.

AACC. 2018l. "Uric Acid." American Association for Clinical Chemistry, Last Modified 2018 May 24. https://labtestsonline.org/tests/uric-acid.

ACS. 2016. "Prostate Cancer Risk Factors." Last Modified 2016 Mar 11. https://www.cancer.org/cancer/prostate-cancer/causes-risks-prevention/risk-factors.html.

Adami, H. O., C. C. Hsieh, M. Lambe, D. Trichopoulos, D. Leon, I. Persson, A. Ekbom, and P. O. Janson. 1994. "Parity, age at first childbirth, and risk of ovarian cancer." *Lancet* 344 (8932):1250-4.

Aimuzi, R., K. Luo, Q. Chen, H. Wang, L. Feng, F. Ouyang, and J. Zhang. 2019. "Perfluoroalkyl and polyfluoroalkyl substances and fetal thyroid hormone levels in umbilical cord blood among newborns by prelabor caesarean delivery." *Environ Int* 130:104929. doi: 10.1016/j.envint.2019.104929.

Aimuzi, R., K. Luo, R. Huang, X. Huo, M. Nian, F. Ouyang, Y. Du, L. Feng, W. Wang, and J. Zhang. 2020. "Perfluoroalkyl and polyfluroalkyl substances and maternal thyroid hormones in early pregnancy." *Environ Pollut* 264:114557. doi: 10.1016/j.envpol.2020.114557.

Ait Bamai, Y., H. Goudarzi, A. Araki, E. Okada, I. Kashino, C. Miyashita, and R. Kishi. 2020. "Effect of prenatal exposure to per- and polyfluoroalkyl substances on childhood allergies and common infectious diseases in children up to age 7 years: The Hokkaido study on environment and children's health." *Environ Int* 143:105979. doi: 10.1016/j.envint.2020.105979.

Al-Zalabani, A. H., K. F. Stewart, A. Wesselius, A. M. Schols, and M. P. Zeegers. 2016. "Modifiable risk factors for the prevention of bladder cancer: a systematic review of meta-analyses." *Eur J Epidemiol* 31 (9):811-51. doi: 10.1007/s10654-016-0138-6.

Alderete, T. L., R. Jin, D. I. Walker, D. Valvi, Z. Chen, D. P. Jones, C. Peng, F. D. Gilliland, K. Berhane, D. V. Conti, M. I. Goran, and L. Chatzi. 2019. "Perfluoroalkyl substances, metabolomic profiling, and alterations in glucose homeostasis among overweight and obese Hispanic children: A proof-of-concept analysis." *Environ Int* 126:445-453. doi: 10.1016/j.envint.2019.02.047.

Alexander, B. H., and G. W. Olsen. 2007. "Bladder cancer in perfluorooctanesulfonyl fluoride manufacturing workers." *Ann Epidemiol* 17 (6):471-8. doi: 10.1016/j.annepidem.2007.01.036.

Alexander, B. H., G. W. Olsen, J. M. Burris, J. H. Mandel, and J. S. Mandel. 2003. "Mortality of employees of a perfluorooctanesulphonyl fluoride manufacturing facility." *Occup Environ Med* 60 (10):722-729.

Alexander, D. D., J. K. Bassett, D. L. Weed, E. C. Barrett, H. Watson, and W. Harris. 2015. "Meta-Analysis of Long-Chain Omega-3 Polyunsaturated Fatty Acids (LComega-3PUFA) and Prostate Cancer." *Nutr.Cancer.*:1-12.

Alexander, D. D., L. C. Bylsma, A. J. Vargas, S. S. Cohen, A. Doucette, M. Mohamed, S. R. Irvin, P. E. Miller, H. Watson, and J. P. Fryzek. 2016. "Dairy consumption and CVD: a systematic review and meta-analysis." *Br J Nutr.* 115 (4):737-750.

Alexander, D. D., P. E. Miller, M. E. Van Elswyk, C. N. Kuratko, and L. C. Bylsma. 2017. "A Meta-Analysis of Randomized Controlled Trials and Prospective Cohort Studies of Eicosapentaenoic and Docosahexaenoic Long-Chain Omega-3 Fatty Acids and Coronary Heart Disease Risk." *Mayo Clin Proc* 92 (1):15-29. doi: 10.1016/j.mayocp.2016.10.018.

Alexander, D. D., P. J. Mink, H. O. Adami, E. T. Chang, P. Cole, J. S. Mandel, and D. Trichopoulos. 2007. "The non-Hodgkin lymphomas: a review of the epidemiologic literature." *Int.J Cancer* 120 Suppl 12:1-39.

Alexander, D. D., P. J. Mink, C. A. Cushing, and B. Sceurman. 2010. "A review and meta-analysis of prospective studies of red and processed meat intake and prostate cancer." *Nutr.J.* 9:50. doi: 10.1186/1475-2891-9-50.:50-59.

Allen, A. M., A. L. McRae-Clark, S. Carlson, M. E. Saladin, K. M. Gray, C. L. Wetherington, S. A. McKee, and S. S. Allen. "Determining menstrual phase in human biobehavioral research: A review with recommendations." (1936-2293 (Electronic)).

American Academy of Allergy Asthma & Immunology. 2019. "Allergy Statistics." https://www.aaaai.org/about-aaaai/newsroom/allergy-statistics.

American Cancer Society. 2017. "About kidney cancer. What are the key statistics about kidney cancer?", Last Modified 2017 Jan 5, accessed Mar 26. https://www.cancer.org/cancer/kidney-cancer/about/key-statistics.html.

American Cancer Society. 2018. "Testicular Cancer." Last Modified 12 Feb 2016.

American Cancer Society. 2019. "Key Statistics." accessed 7/31/2019. https://cancerstatisticscenter.cancer.org.

American Cancer Society. 2020a. "About bladder cancer: key statistics for bladder cancer.", Last Modified 1/30/2019, accessed 4/13/2020. https://www.cancer.org/cancer/bladder-cancer/about/what-is-bladder-cancer.html.

American Cancer Society. 2020b. Cancer Facts and Figures 2020. Atlanta, GA.

American College of Allergy Asthma & Immunology. 2014. "Allergy Facts." https://acaai.org/news/facts-statistics/allergies.

American College of Rheumatology. 2017. "Osteoarthritis." Last Modified 2017 Mar. https://www.rheumatology.org/I-Am-A/Patient-Caregiver/Diseases-Conditions/Osteoarthritis.

American Diabetes Association. 2016. "Statistics About Diabetes." Last Modified 4/1/2016, accessed 9/14/2016. http://www.diabetes.org/diabetesbasics/statistics/?loc=dbslabnav.

American Thyroid Association. 2016. Goiter.

Ananth, C. V., K. M. Keyes, and R. J. Wapner. 2013. "Pre-eclampsia rates in the United States, 1980-2010: age-period-cohort analysis." *BMJ* 347:f6564. doi: 10.1136/bmj.f6564.

Andersen, C. S., C. Fei, M. Gamborg, E. A. Nohr, T. I. Sorensen, and J. Olsen. 2010. "Prenatal exposures to perfluorinated chemicals and anthropometric measures in infancy." *Am J Epidemiol* 172 (11):1230-7. doi: 10.1093/aje/kwq289.

Andersen, C. S., C. Fei, M. Gamborg, E. A. Nohr, T. I. Sorensen, and J. Olsen. 2013. "Prenatal exposures to perfluorinated chemicals and anthropometry at 7 years of age." *Am J Epidemiol* 178 (6):921-7. doi: 10.1093/aje/kwt057.

Anderson-Mahoney, P., J. Kotlerman, H. Takhar, D. Gray, and J. Dahlgren. 2008. "Self-reported health effects among community residents exposed to perfluorooctanoate." *New Solut* 18 (2):129-43. doi: 10.2190/NS.18.2.d.

Anderson, R. E., H. A. Hanson, D. P. Patel, E. Johnstone, K. I. Aston, D. T. Carrell, W. T. Lowrance, K. R. Smith, and J. M. Hotaling. 2016. "Cancer risk in first- and second-degree relatives of men with poor semen quality." *Fertil Steril* 106 (3):731-8. doi: 10.1016/j.fertnstert.2016.05.021.

Andersson, E. M., K. Scott, Y. Xu, Y. Li, D. S. Olsson, T. Fletcher, and K. Jakobsson. 2019. "High exposure to perfluorinated compounds in drinking water and thyroid disease. A cohort study from Ronneby, Sweden." *Environ Res* 176:108540. doi: 10.1016/j.envres.2019.108540.

Anxiety and Depression Association of America. 2020. "Understanding the Facts of Anxiety Disorders and Depression is the First Step.", accessed 10/19/2020. https://adaa.org/understanding-anxiety.

Anxiety.org. 2020. "What is Anxiety?", accessed 10/19/2020. https://www.anxiety.org/what-is-anxiety#what-is-anxiety.

Apelberg, B. J., F. R. Witter, J. B. Herbstman, A. M. Calafat, R. U. Halden, L. L. Needham, and L. R. Goldman. 2007. "Cord serum concentrations of perfluorooctane sulfonate (PFOS) and perfluorooctanoate (PFOA) in relation to weight and size at birth." *Environ Health Perspect* 115 (11):1670-6. doi: 10.1289/ehp.10334.

Arbuckle, T. E., S. MacPherson, W. G. Foster, S. Sathyanarayana, M. Fisher, P. Monnier, B. Lanphear, G. Muckle, and W. D. Fraser. 2020. "Prenatal perfluoroalkyl substances and newborn anogenital distance in a Canadian cohort." *Reprod Toxicol* 94:31-39. doi: 10.1016/j.reprotox.2020.03.011.

Arrebola, J. P., J. J. Ramos, M. Bartolome, M. Esteban, O. Huetos, A. I. Canas, A. Lopez-Herranz, E. Calvo, B. Perez-Gomez, and A. Castano. 2019. "Associations of multiple exposures to persistent toxic substances with the risk of hyperuricemia and subclinical uric acid levels in BIOAMBIENT.ES study." *Environ Int* 123:512-521. doi: 10.1016/j.envint.2018.12.030.

Arthritis Foundation. 2018a. "Arthritis by the Numbers: Book of Trusted Facts & Figures."

Arthritis Foundation. 2018b. *Arthritis by the numbers: Book of trusted facts & figures*. Vol. 2.

Arthritis Foundation. 2020. "Rheumatoid Arthritis." accessed 4/20/2020. https://www.arthritis.org/diseases/rheumatoid-arthritis.

Asal, N. R., D. R. Risser, S. Kadamani, J. R. Geyer, E. T. Lee, and N. Cherng. 1988. "Risk factors in renal cell carcinoma: I. Methodology, demographics, tobacco, beverage use, and obesity." *Cancer Detect.Prev.* 11 (3-6):359-377.

Ashley-Martin, J., L. Dodds, T. E. Arbuckle, A. S. Morisset, M. Fisher, M. F. Bouchard, G. D. Shapiro, A. S. Ettinger, P. Monnier, R. Dallaire, S. Taback, and W. Fraser. 2016. "Maternal and Neonatal Levels of Perfluoroalkyl Substances in Relation to Gestational Weight Gain." *Int J Environ Res Public Health* 13 (1). doi: 10.3390/ijerph13010146.

Ashley-Martin, J., L. Dodds, A. R. Levy, R. W. Platt, J. S. Marshall, and T. E. Arbuckle. 2015. "Prenatal exposure to phthalates, bisphenol A and perfluoroalkyl substances and cord blood levels of IgE, TSLP and IL-33." *Environ Res* 140:360-8. doi: 10.1016/j.envres.2015.04.010.

ATA. 2014. Thyroid Function Tests. edited by American Thyroid Association.

ATSDR. 2018. Toxicological Profile for Perfluoroalkyls (draft for public comment). Altanta, GA: Agency for Toxic Substances and Disease Registry.

Attanasio, R. 2019. "Sex differences in the association between perfluoroalkyl acids and liver function in US adolescents: Analyses of NHANES 2013-2016." *Environ Pollut* 254 (Pt B):113061. doi: 10.1016/j.envpol.2019.113061.

Audet-Delage, Y., N. Ouellet, R. Dallaire, E. Dewailly, and P. Ayotte. 2013. "Persistent organic pollutants and transthyretin-bound thyroxin in plasma of Inuit women of childbearing age." *Environ Sci Technol* 47 (22):13086-92. doi: 10.1021/es4027634.

Avanasi, R., H. M. Shin, V. M. Vieira, and S. M. Bartell. 2016. "Variability and epistemic uncertainty in water ingestion rates and pharmacokinetic parameters, and impact on the association between perfluorooctanoate and preeclampsia in the C8 Health Project population." *Environ Res* 146:299-307. doi: 10.1016/j.envres.2016.01.011.

Avanasi, R., H. M. Shin, V. M. Vieira, D. A. Savitz, and S. M. Bartell. 2016. "Impact of Exposure Uncertainty on the Association between Perfluorooctanoate and Preeclampsia in the C8 Health Project Population." *Environ Health Perspect* 124 (1):126-32. doi: 10.1289/ehp.1409044.

Averina, M., J. Brox, S. Huber, A. S. Furberg, and M. Sorensen. 2019. "Serum perfluoroalkyl substances (PFAS) and risk of asthma and various allergies in adolescents. The Tromso study Fit Futures in Northern Norway." *Environ Res* 169:114-121. doi: 10.1016/j.envres.2018.11.005.

Bach, C. C., B. H. Bech, N. Brix, E. A. Nohr, J. P. Bonde, and T. B. Henriksen. 2015. "Perfluoroalkyl and polyfluoroalkyl substances and human fetal growth: a systematic review." *Crit Rev Toxicol* 45 (1):53-67. doi: 10.3109/10408444.2014.952400.

Bach, C. C., B. H. Bech, E. A. Nohr, J. Olsen, N. B. Matthiesen, E. C. Bonefeld-Jorgensen, R. Bossi, and T. B. Henriksen. 2016. "Perfluoroalkyl Acids in Maternal Serum and Indices of Fetal Growth: The Aarhus Birth Cohort." *Environ Health Perspect* 124 (6):848-54. doi: 10.1289/ehp.1510046.

Bach, C. C., B. H. Bech, E. A. Nohr, J. Olsen, N. B. Matthiesen, R. Bossi, N. Uldbjerg, E. C. Bonefeld-Jorgensen, and T. B. Henriksen. 2015. "Serum perfluoroalkyl acids and time to

pregnancy in nulliparous women." *Environ Res* 142:535-41. doi: 10.1016/j.envres.2015.08.007.

Bach, C. C., Z. Liew, B. H. Bech, E. A. Nohr, C. Fei, E. C. Bonefeld-Jorgensen, T. B. Henriksen, and J. Olsen. 2015. "Perfluoroalkyl acids and time to pregnancy revisited: An update from the Danish National Birth Cohort." *Environ Health* 14:59. doi: 10.1186/s12940-015-0040-9.

Bach, C. C., A. Vested, K. T. Jorgensen, J. P. Bonde, T. B. Henriksen, and G. Toft. 2016. "Perfluoroalkyl and polyfluoroalkyl substances and measures of human fertility: a systematic review." *Crit Rev Toxicol* 46 (9):735-55. doi: 10.1080/10408444.2016.1182117.

Bach, C., B. Matthiesen, J. Olsen, and B. Henriksen. 2018. "Conditioning on Parity in Studies of Perfluoroalkyl Acids and Time to Pregnancy: An Example from the Danish National Birth Cohort." *Environ Health Perspect* 126 (11):117003. doi: 10.1289/ehp1493.

Bae, J., S. Park, and J. W. Kwon. 2018. "Factors associated with menstrual cycle irregularity and menopause." *BMC Womens Health* 18 (1):36. doi: 10.1186/s12905-018-0528-x.

Bajaj, J. K., P. Salwan, and S. Salwan. 2016. "Various Possible Toxicants Involved in Thyroid Dysfunction: A Review." *J Clin Diagn.Res.* 10 (1):FE01-FE03.

Baker, D., and M. J. Nieuwenhuijsen. 2008. *Environmental epidemiology: study methods and application*: Oxford University Press. Reprint, IN FILE.

Ballesteros, V., O. Costa, C. Iniguez, T. Fletcher, F. Ballester, and M. J. Lopez-Espinosa. 2017. "Exposure to perfluoroalkyl substances and thyroid function in pregnant women and children: A systematic review of epidemiologic studies." *Environ Int* 99:15-28. doi: 10.1016/j.envint.2016.10.015.

Bamia, C., S. Stuver, and L. Mucci. 2018. "Cancer of the Liver and Biliary Tract." In *Textbook of Cancer Epidemiology*, edited by H. O. Adami, D. J. Hunter, P. Lagiou and L. Mucci, 277-308. New York, NY, USA: Oxford University Press.

Bao, W. W., Z. M. Qian, S. D. Geiger, E. Liu, Y. Liu, S. Q. Wang, W. R. Lawrence, B. Y. Yang, L. W. Hu, X. W. Zeng, and G. H. Dong. 2017. "Gender-specific associations between serum isomers of perfluoroalkyl substances and blood pressure among Chinese: Isomers of C8 Health Project in China." *Sci Total Environ* 607-608:1304-1312. doi: 10.1016/j.scitotenv.2017.07.124.

Barbarossa, A., R. Masetti, T. Gazzotti, D. Zama, A. Astolfi, B. Veyrand, A. Pession, and G. Pagliuca. 2013. "Perfluoroalkyl substances in human milk: a first survey in Italy." *Environ Int* 51:27-30. doi: 10.1016/j.envint.2012.10.001.

Barrett, E. S., C. Chen, S. W. Thurston, L. S. Haug, A. Sabaredzovic, F. N. Fjeldheim, H. Frydenberg, S. F. Lipson, P. T. Ellison, and I. Thune. 2015. "Perfluoroalkyl substances and ovarian hormone concentrations in naturally cycling women." *Fertil Steril* 103 (5):1261-70.e3. doi: 10.1016/j.fertnstert.2015.02.001.

Barry, V., L. A. Darrow, M. Klein, A. Winquist, and K. Steenland. 2014. "Early life perfluorooctanoic acid (PFOA) exposure and overweight and obesity risk in adulthood in a community with elevated exposure." *Environ Res* 132:62-9. doi: 10.1016/j.envres.2014.03.025.

Barry, V., A. Winquist, and K. Steenland. 2013. "Perfluorooctanoic acid (PFOA) exposures and incident cancers among adults living near a chemical plant." *Environ Health Perspect* 121 (11-12):1313-8. doi: 10.1289/ehp.1306615.

Baskin, H. J., R. H. Cobin, D. S. Duick, H. Gharib, R. B. Guttler, M. M. Kaplan, and R. L. Segal. 2002. "American Association of Clinical Endocrinologists medical guidelines for clinical practice for the evaluation and treatment of hyperthyroidism and hypothyroidism." *Endocr.Pract.* 8 (6):457-469.

Bassler, J., A. Ducatman, M. Elliott, S. Wen, B. Wahlang, J. Barnett, and M. C. Cave. 2019. "Environmental perfluoroalkyl acid exposures are associated with liver disease characterized by apoptosis and altered serum adipocytokines." *Environ Pollut* 247:1055-1063. doi: 10.1016/j.envpol.2019.01.064.

Beck, I. H., C. A. G. Timmermann, F. Nielsen, G. Schoeters, C. Johnk, H. B. Kyhl, A. Host, and T. K. Jensen. 2019. "Association between prenatal exposure to perfluoroalkyl substances and asthma in 5-year-old children in the Odense Child Cohort." *Environ Health* 18 (1):97. doi: 10.1186/s12940-019-0541-z.

Bell, E. M., E. H. Yeung, W. Ma, K. Kannan, R. Sundaram, M. M. Smarr, and G. M. Buck Louis. 2018. "Concentrations of endocrine disrupting chemicals in newborn blood spots and infant outcomes in the upstate KIDS study." *Environ Int* 121 (Pt 1):232-239. doi: 10.1016/j.envint.2018.09.005.

Benjamin, E. J., S. S. Virani, C. W. Callaway, A. M. Chamberlain, A. R. Chang, S. Cheng, S. E. Chiuve, M. Cushman, F. N. Delling, R. Deo, S. D. de Ferranti, J. F. Ferguson, M. Fornage, C. Gillespie, C. R. Isasi, M. C. Jimenez, L. C. Jordan, S. E. Judd, D. Lackland, J. H. Lichtman, L. Lisabeth, S. Liu, C. T. Longenecker, P. L. Lutsey, J. S. Mackey, D. B. Matchar, K. Matsushita, M. E. Mussolino, K. Nasir, M. O'Flaherty, L. P. Palaniappan, A. Pandey, D. K. Pandey, M. J. Reeves, M. D. Ritchey, C. J. Rodriguez, G. A. Roth, W. D. Rosamond, U. K. A. Sampson, G. M. Satou, S. H. Shah, N. L. Spartano, D. L. Tirschwell, C. W. Tsao, J. H. Voeks, J. Z. Willey, J. T. Wilkins, J. H. Wu, H. M. Alger, S. S. Wong, P. Muntner, Epidemiology American Heart Association Council on, Committee Prevention Statistics, and Subcommittee Stroke Statistics. 2018a. "Heart Disease and Stroke Statistics-2018 Update: A Report From the American Heart Association." *Circulation* 137 (12):e67-e492. doi: 10.1161/CIR.0000000000000558.

Benjamin, E. J., S. S. Virani, C. W. Callaway, A. M. Chamberlain, A. R. Chang, S. Cheng, S. E. Chiuve, M. Cushman, F. N. Delling, R. Deo, S. D. de Ferranti, J. F. Ferguson, M. Fornage, C. Gillespie, C. R. Isasi, M. C. Jimenez, L. C. Jordan, S. E. Judd, D. Lackland, J. H. Lichtman, L. Lisabeth, S. Liu, C. T. Longenecker, P. L. Lutsey, J. S. Mackey, D. B. Matchar, K. Matsushita, M. E. Mussolino, K. Nasir, M. O'Flaherty, L. P. Palaniappan, A. Pandey, D. K. Pandey, M. J. Reeves, M. D. Ritchey, C. J. Rodriguez, G. A. Roth, W. D. Rosamond, U.

K. A. Sampson, G. M. Satou, S. H. Shah, N. L. Spartano, D. L. Tirschwell, C. W. Tsao, J. H. Voeks, J. Z. Willey, J. T. Wilkins, J. H. Wu, H. M. Alger, S. S. Wong, P. Muntner, Epidemiology American Heart Association Council on, Committee Prevention Statistics, and Subcommittee Stroke Statistics. 2018b. Heart disease and stroke statistics 2018: at-a-glance. edited by Epidemiology American Heart Association Council on.

Berg, V., T. H. Nost, S. Hansen, A. Elverland, A. S. Veyhe, R. Jorde, J. O. Odland, and T. M. Sandanger. 2015. "Assessing the relationship between perfluoroalkyl substances, thyroid hormones and binding proteins in pregnant women; a longitudinal mixed effects approach." *Environ Int* 77:63-9. doi: 10.1016/j.envint.2015.01.007.

Berg, V., T. H. Nost, R. D. Pettersen, S. Hansen, A. S. Veyhe, R. Jorde, J. O. Odland, and T. M. Sandanger. 2017. "Persistent Organic Pollutants and the Association with Maternal and Infant Thyroid Homeostasis: A Multipollutant Assessment." *Environ Health Perspect* 125 (1):127-133. doi: 10.1289/EHP152.

Bergstrom, A., C. C. Hsieh, P. Lindblad, C. M. Lu, N. R. Cook, and A. Wolk. 2001. "Obesity and renal cell cancer - a quantitative review." *British Journal of Cancer* 85 (7):984-990.

Berry, G., M. L. Newhouse, and J. C. Wagner. 2000. "Mortality from all cancers of asbestos factory workers in east London 1933-80." *Occup Environ Med* 57 782-785.

Bjermo, H., P. O. Darnerud, M. Pearson, H. E. Barbieri, A. K. Lindroos, C. Nalsen, C. H. Lindh, B. A. Jonsson, and A. Glynn. 2013. "Serum concentrations of perfluorinated alkyl acids and their associations with diet and personal characteristics among Swedish adults." *Mol Nutr Food Res* 57 (12):2206-15. doi: 10.1002/mnfr.201200845.

Bjerregaard-Olesen, C., C. C. Bach, M. Long, M. Ghisari, B. H. Bech, E. A. Nohr, T. B. Henriksen, J. Olsen, and E. C. Bonefeld-Jorgensen. 2016. "Determinants of serum levels of perfluorinated alkyl acids in Danish pregnant women." *Int J Hyg Environ Health* 219 (8):867-875. doi: 10.1016/j.ijheh.2016.07.008.

Bjerregaard-Olesen, C., C. C. Bach, M. Long, M. Wielsoe, B. H. Bech, T. B. Henriksen, J. Olsen, and E. C. Bonefeld-Jorgensen. 2019. "Associations of Fetal Growth Outcomes with Measures of the Combined Xenoestrogenic Activity of Maternal Serum Perfluorinated Alkyl Acids in Danish Pregnant Women." *Environ Health Perspect* 127 (1):17006. doi: 10.1289/ehp1884.

Blake, B. E., S. M. Pinney, E. P. Hines, S. E. Fenton, and K. K. Ferguson. 2018. "Associations between longitudinal serum perfluoroalkyl substance (PFAS) levels and measures of thyroid hormone, kidney function, and body mass index in the Fernald Community Cohort." *Environ Pollut* 242 (Pt A):894-904. doi: 10.1016/j.envpol.2018.07.042.

Bloom, M. S., K. Kannan, H. M. Spliethoff, L. Tao, K. M. Aldous, and J. E. Vena. 2010. "Exploratory assessment of perfluorinated compounds and human thyroid function." *Physiol Behav* 99 (2):240-5. doi: 10.1016/j.physbeh.2009.02.005.

Bogart, L. M., S. H. Berry, and J. Q. Clemens. 2007. "Symptoms of interstitial cystitis, painful bladder syndrome and similar diseases in women: a systematic review." *J Urol* 177 (2):450-6. doi: 10.1016/j.juro.2006.09.032.

Boivin, J., L. Bunting, J. A. Collins, and K. G. Nygren. 2007. "International estimates of infertility prevalence and treatment-seeking: potential need and demand for infertility medical care." *Hum Reprod* 22 (6):1506-12. doi: 10.1093/humrep/dem046.

Bonefeld-Jorgensen, E. C., M. Long, R. Bossi, P. Ayotte, G. Asmund, T. Kruger, M. Ghisari, G. Mulvad, P. Kern, P. Nzulumiki, and E. Dewailly. 2011. "Perfluorinated compounds are related to breast cancer risk in Greenlandic Inuit: a case control study." *Environ Health* 10:88. doi: 10.1186/1476-069x-10-88.

Bonefeld-Jorgensen, E. C., M. Long, S. O. Fredslund, R. Bossi, and J. Olsen. 2014. "Breast cancer risk after exposure to perfluorinated compounds in Danish women: a case-control study nested in the Danish National Birth Cohort." *Cancer Causes Control* 25 (11):1439-48. doi: 10.1007/s10552-014-0446-7.

Bonner, G. 1994. "Hyperinsulinemia, insulin resistance, and hypertension." *J Cardiovasc Pharmacol* 24 Suppl 2:S39-49.

Bope, E. T., R. Kellerman, and R. E. Rakel. 2011. *Conn's Current Therapy 2011*. Philadelphia: Elsevier. Reprint, NOT IN FILE.

Borenstein, M., L. V. Hedges, J. P. T. Higgins, and H. R. Rothstein. 2009. *Introduction to Meta-Analysis*. Chichester, West Sussex, UK: Wiley. Reprint, NOT IN FILE.

Borghese, M. M., M. Walker, M. E. Helewa, W. D. Fraser, and T. E. Arbuckle. 2020. "Association of perfluoroalkyl substances with gestational hypertension and preeclampsia in the MIREC study." *Environ Int* 141:105789. doi: 10.1016/j.envint.2020.105789.

Braun, J. M., A. Chen, M. E. Romano, A. M. Calafat, G. M. Webster, K. Yolton, and B. P. Lanphear. 2016. "Prenatal perfluoroalkyl substance exposure and child adiposity at 8 years of age: The HOME study." *Obesity (Silver Spring)* 24 (1):231-7. doi: 10.1002/oby.21258.

Buck Louis, G. M., R. Sundaram, E. F. Schisterman, A. M. Sweeney, C. D. Lynch, R. E. Gore-Langton, J. Maisog, S. Kim, Z. Chen, and D. B. Barr. 2013. "Persistent environmental pollutants and couple fecundity: the LIFE study." *Environ Health Perspect* 121 (2):231-6. doi: 10.1289/ehp.1205301.

Buck Louis, G. M., S. Zhai, M. M. Smarr, J. Grewal, C. Zhang, K. L. Grantz, S. N. Hinkle, R. Sundaram, S. Lee, M. Honda, J. Oh, and K. Kannan. 2018. "Endocrine disruptors and neonatal anthropometry, NICHD Fetal Growth Studies - Singletons." *Environ Int* 119:515-526. doi: 10.1016/j.envint.2018.07.024.

Budtz-Jorgensen, E., and P. Grandjean. 2018. "Application of benchmark analysis for mixed contaminant exposures: Mutual adjustment of perfluoroalkylate substances associated with immunotoxicity." *PLoS One* 13 (10):e0205388. doi: 10.1371/journal.pone.0205388.

Burt Solorzano, C. M., and C. R. McCartney. 2010. "Obesity and the pubertal transition in girls and boys." *Reproduction* 140 (3):399-410. doi: 10.1530/REP-10-0119.

Buser, M. C., and F. Scinicariello. 2016. "Perfluoroalkyl substances and food allergies in adolescents." *Environ Int* 88:74-79. doi: 10.1016/j.envint.2015.12.020.

Byrne, S. C., P. Miller, S. Seguinot-Medina, V. Waghiyi, C. L. Buck, F. A. von Hippel, and D. O. Carpenter. 2018. "Exposure to perfluoroalkyl substances and associations with serum thyroid hormones in a remote population of Alaska Natives." *Environ Res* 166:537-543. doi: 10.1016/j.envres.2018.06.014.

C8 Science Panel. 2012. C8 Probable Link Reports.

Callan, A. C., A. Rotander, K. Thompson, J. Heyworth, J. F. Mueller, J. O. Odland, and A. L. Hinwood. 2016. "Maternal exposure to perfluoroalkyl acids measured in whole blood and birth outcomes in offspring." *Sci Total Environ* 569-570:1107-1113. doi: 10.1016/j.scitotenv.2016.06.177.

Campbell, S., M. Raza, and A. Z. Pollack. 2016. "Perfluoroalkyl substances and endometriosis in US women in NHANES 2003-2006." *Reprod Toxicol* 65:230-235. doi: 10.1016/j.reprotox.2016.08.009.

Cannistra, S. A., D. M. Gershenson, and A. Recht. 2015. "Ovarian Cancer, Fallopian Tube Carcinoma, and Peritoneal Carcinoma." In *Cancer Princliples & Practices of Oncology*, edited by V.T. DeVita, T.S. Lawrence and S.A. Rosenberg, 1075-1099. USA: Wolters Kluwer Health.

Cao, W., X. Liu, X. Liu, Y. Zhou, X. Zhang, H. Tian, J. Wang, S. Feng, Y. Wu, P. Bhatti, S. Wen, and X. Sun. 2018. "Perfluoroalkyl substances in umbilical cord serum and gestational and postnatal growth in a Chinese birth cohort." *Environ Int* 116:197-205. doi: 10.1016/j.envint.2018.04.015.

Cardenas, A., D. R. Gold, R. Hauser, K. P. Kleinman, M. F. Hivert, A. M. Calafat, X. Ye, T. F. Webster, E. S. Horton, and E. Oken. 2017. "Plasma Concentrations of Per- and Polyfluoroalkyl Substances at Baseline and Associations with Glycemic Indicators and Diabetes Incidence among High-Risk Adults in the Diabetes Prevention Program Trial." *Environ Health Perspect* 125 (10):107001. doi: 10.1289/ehp1612.

Cardenas, A., R. Hauser, D. R. Gold, K. P. Kleinman, M. F. Hivert, A. F. Fleisch, P. D. Lin, A. M. Calafat, T. F. Webster, E. S. Horton, and E. Oken. 2018. "Association of Perfluoroalkyl and Polyfluoroalkyl Substances With Adiposity." *JAMA Netw Open* 1 (4):e181493. doi: 10.1001/jamanetworkopen.2018.1493.

Cardenas, A., M. F. Hivert, D. R. Gold, R. Hauser, K. P. Kleinman, P. D. Lin, A. F. Fleisch, A. M. Calafat, X. Ye, T. F. Webster, E. S. Horton, and E. Oken. 2019. "Associations of Perfluoroalkyl and Polyfluoroalkyl Substances With Incident Diabetes and Microvascular Disease." *Diabetes Care* 42 (9):1824-1832. doi: 10.2337/dc18-2254.

Cariou, R., B. Veyrand, A. Yamada, A. Berrebi, D. Zalko, S. Durand, C. Pollono, P. Marchand, J. C. Leblanc, J. P. Antignac, and B. Le Bizec. 2015. "Perfluoroalkyl acid (PFAA) levels and profiles in breast milk, maternal and cord serum of French women and their newborns." *Environ Int* 84:71-81. doi: 10.1016/j.envint.2015.07.014.

Caron-Beaudoin, E., P. Ayotte, E. A. Laouan Sidi, N. Gros-Louis McHugh, and M. Lemire. 2019. "Exposure to perfluoroalkyl substances (PFAS) and associations with thyroid parameters in First Nation children and youth from Quebec." *Environ Int* 128:13-23. doi: 10.1016/j.envint.2019.04.029.

Caserta, D., G. Bordi, F. Ciardo, R. Marci, C. La Rocca, S. Tait, B. Bergamasco, L. Stecca, A. Mantovani, C. Guerranti, E. L. Fanello, G. Perra, F. Borghini, S. E. Focardi, and M. Moscarini. 2013. "The influence of endocrine disruptors in a selected population of infertile women." *Gynecol Endocrinol* 29 (5):444-7. doi: 10.3109/09513590.2012.758702.

CDC. 2015. "Cholesterol Fact Sheet." Division for Heart Disease and Stroke Prevention, Last Modified 2015 Apr 30. https://www.cdc.gov/dhdsp/data_statistics/fact_sheets/fs_cholesterol.htm.

CDC. 2017a. "IBD prevalence in the United States." Last Modified 2017 May 12. https://www.cdc.gov/ibd/data-statistics.htm.

CDC. 2017b. National Chronic Kidney Fact Sheet, 2017. edited by Centers for Disease Control. Atlanta, GA: US Department of Health and Human Services.

CDC. 2018a. "High Blood Pressure During Pregnancy Fact Sheet." Last Modified 2018 May 16. https://www.cdc.gov/bloodpressure/pregnancy.htm.

CDC. 2018b. "Infertility FAQs." Last Modified 2018 Apr 18. https://www.cdc.gov/reproductivehealth/Infertility/index.htm.

CDC. 2018c. "Osteoarthritis (OA)." Last Modified 2018 Apr 3. https://www.cdc.gov/arthritis/basics/osteoarthritis.htm.

CDC. 2020a. "Cholesterol FastStats." accessed 4/20/2020. https://www.cdc.gov/nchs/fastats/cholesterol.htm.

CDC. 2020b. National Diabetes Statistics Report 2020. Atlanta, GA.

CDC. 2020c. "What is Interstitial Cystitis?", accessed 6/18/2020. https://www.cdc.gov/ic/index.html.

Centers for Disease Control. 2017. "Hypertension." Last Modified 2017 May 3. https://www.cdc.gov/nchs/fastats/hypertension.htm.

Centers for Disease Control (CDC). 2019. "Rheumatoid Arthritis." Last Modified March 5, 2019. https://www.cdc.gov/arthritis/basics/rheumatoid-arthritis.html.

Centers for Disease Control (CDC). 2020. "Asthma Surveillance Data - Most Recent Asthma Data." Last Modified 3/24/20, accessed 4/11/2020. https://www.cdc.gov/asthma/most_recent_national_asthma_data.htm.

Chan, E., I. Burstyn, N. Cherry, F. Bamforth, and J. W. Martin. 2011. "Perfluorinated acids and hypothyroxinemia in pregnant women." *Environ Res* 111 (4):559-64. doi: 10.1016/j.envres.2011.01.011.

Chandra, A., C. E. Copen, and E. H. Stephen. 2013. "Infertility and impaired fecundity in the United States, 1982-2010: data from the National Survey of Family Growth." *Natl Health Stat Report* (67):1-18, 1 p following 19.

Chang, E. T., H. O. Adami, P. Boffetta, P. Cole, T. B. Starr, and J. S. Mandel. 2014. "A critical review of perfluorooctanoate and perfluorooctanesulfonate exposure and cancer risk in humans." *Crit Rev.Toxicol.* 44 Suppl 1:1-81. doi: 10.3109/10408444.2014.905767. Epub;%2014 May 5.:1-81.

Chang, E. T., H. O. Adami, P. Boffetta, H. J. Wedner, and J. S. Mandel. 2016. "A critical review of perfluorooctanoate and perfluorooctanesulfonate exposure and immunological health conditions in humans." *Crit Rev Toxicol* 46 (4):279-331. doi: 10.3109/10408444.2015.1122573.

Charles, D., V. Berg, T. H. Nøst, S. Huber, T. M. Sandanger, and C. Rylander. 2020. "Pre- and post-diagnostic blood profiles of perfluoroalkyl acids in type 2 diabetes mellitus cases and controls." *Environ Int* 145:106095. doi: 10.1016/j.envint.2020.106095.

Chateau-Degat, M. L., D. Pereg, R. Dallaire, P. Ayotte, S. Dery, and E. Dewailly. 2010. "Effects of perfluorooctanesulfonate on plasma lipid levels in the Inuit population of Nunavik (Northern Quebec)." *Environ Res* 110 (7):710-7. doi: 10.1016/j.envres.2010.07.003.

Chen, A., R. Jandarov, L. Zhou, A. M. Calafat, G. Zhang, E. M. Urbina, J. Sarac, D. H. Augustin, T. Caric, L. Bockor, M. Z. Petranovic, N. Novokmet, S. Missoni, P. Rudan, and R. Deka. 2019. "Association of perfluoroalkyl substances exposure with cardiometabolic traits in an island population of the eastern Adriatic coast of Croatia." *Sci Total Environ* 683:29-36. doi: 10.1016/j.scitotenv.2019.05.250.

Chen, C. J., C. W. Chen, M. M. Wu, and T. L. Kuo. 1992. "Cancer potential in liver,lung, bladder and kidney due to ingested inorganic arsenic in drinking water." *Br.J.Cancer* 66:888-892.

Chen, C. J., Y. C. Chuang, T. M. Lin, and H. Y. Wu. 1985. "Malignant neoplasms among residents of a blackfoot disease-endemic area in Taiwan: high-arsenic artesian well water and cancers." *Cancer Res.* 45 (11 Pt 2):5895-5899.

Chen, M. H., E. H. Ha, T. W. Wen, Y. N. Su, G. W. Lien, C. Y. Chen, P. C. Chen, and W. S. Hsieh. 2012. "Perfluorinated compounds in umbilical cord blood and adverse birth outcomes." *PLoS One* 7 (8):e42474. doi: 10.1371/journal.pone.0042474.

Chen, M. H., S. Ng, C. J. Hsieh, C. C. Lin, W. S. Hsieh, and P. C. Chen. 2017. "The impact of prenatal perfluoroalkyl substances exposure on neonatal and child growth." *Sci Total Environ* 607-608:669-675. doi: 10.1016/j.scitotenv.2017.06.273.

Chen, M. H., S. Ng, C. J. Hsieh, C. C. Lin, W. S. Hsieh, and P. C. Chen. 2018. "Corrigendum to "The impact of prenatal Perfluoroalkyl substances exposure on neonatal and child growth"

[Sci. Total Environ. 2017; 607-608:669-675]." *Sci Total Environ* 644:1653. doi: 10.1016/j.scitotenv.2018.07.068.

Chen, Q., R. Huang, L. Hua, Y. Guo, L. Huang, Y. Zhao, X. Wang, and J. Zhang. 2018. "Prenatal exposure to perfluoroalkyl and polyfluoroalkyl substances and childhood atopic dermatitis: a prospective birth cohort study." *Environ Health* 17 (1):8. doi: 10.1186/s12940-018-0352-7.

Chen, Q., X. Zhang, Y. Zhao, W. Lu, J. Wu, S. Zhao, J. Zhang, and L. Huang. 2019. "Prenatal exposure to perfluorobutanesulfonic acid and childhood adiposity: A prospective birth cohort study in Shanghai, China." *Chemosphere* 226:17-23. doi: 10.1016/j.chemosphere.2019.03.095.

Chen, Y., Q. Liu, W. Li, X. Deng, B. Yang, and X. Huang. 2018. "Association of prenatal and childhood environment smoking exposure with puberty timing: a systematic review and meta-analysis." *Environ Health Prev Med* 23 (1):33. doi: 10.1186/s12199-018-0722-3.

Chen, Y., F. Wu, E. Saito, Y. Lin, M. Song, H. N. Luu, P. C. Gupta, N. Sawada, A. Tamakoshi, X. O. Shu, W. P. Koh, Y. B. Xiang, Y. Tomata, K. Sugiyama, S. K. Park, K. Matsuo, C. Nagata, Y. Sugawara, Y. L. Qiao, S. L. You, R. Wang, M. H. Shin, W. H. Pan, M. S. Pednekar, S. Tsugane, H. Cai, J. M. Yuan, Y. T. Gao, I. Tsuji, S. Kanemura, H. Ito, K. Wada, Y. O. Ahn, K. Y. Yoo, H. Ahsan, K. S. Chia, P. Boffetta, W. Zheng, M. Inoue, D. Kang, and J. D. Potter. 2017. "Association between type 2 diabetes and risk of cancer mortality: a pooled analysis of over 771,000 individuals in the Asia Cohort Consortium." *Diabetologia* 60 (6):1022-1032. doi: 10.1007/s00125-017-4229-z.

Cho, E., P. Lindblad, and H. O. Adami. 2008. "Kidney Cancer." In *Textbook of Cancer Epidemiology*, edited by H. O. Adami, D. Hunter and D. Trichopoulos, 597-616. New York: Oxford University Press.

Chow, W. H., L. M. Dong, and S. S. Devesa. 2010. "Epidemiology and risk factors for kidney cancer." *Nat Rev Urol* 7 245-257.

Chow, W. H., G. Gridley, J. F. Fraumeni, Jr., and B. Jarvholm. 2000. "Obesity, hypertension, and the risk of kidney cancer in men." *N.Engl.J.Med* 343 (18):1305-1311.

Chow, W. H., G. Scelo, and R. E. Tarone. 2018. "Renal Cancer." In *Cancer epidemiology and prevention*, edited by M. J. Thun, M. S. Linet, J. R. Cerhan, C. A. Haiman and D. Schottenfeld, 961-976. USA: Oxford University Press.

Christensen, K. Y., M. Maisonet, C. Rubin, A. Holmes, A. M. Calafat, K. Kato, W. D. Flanders, J. Heron, M. A. McGeehin, and M. Marcus. 2011. "Exposure to polyfluoroalkyl chemicals during pregnancy is not associated with offspring age at menarche in a contemporary British cohort." *Environ Int* 37 (1):129-35. doi: 10.1016/j.envint.2010.08.007.

Christensen, K. Y., M. Raymond, and J. Meiman. 2019. "Perfluoroalkyl substances and metabolic syndrome." *Int J Hyg Environ Health* 222 (1):147-153. doi: 10.1016/j.ijheh.2018.08.014.

Christensen, K. Y., M. R. Raymond, B. A. Thompson, and H. A. Anderson. 2016a. "Fish Consumption, Levels of Nutrients and Contaminants, and Endocrine-Related Health

Outcomes Among Older Male Anglers in Wisconsin." *J Occup Environ Med* 58 (7):668-75. doi: 10.1097/jom.0000000000000758.

Christensen, K. Y., M. Raymond, B. A. Thompson, and H. A. Anderson. 2016b. "Perfluoroalkyl substances in older male anglers in Wisconsin." *Environ Int* 91:312-8. doi: 10.1016/j.envint.2016.03.012.

Christensen, K. Y., B. A. Thompson, M. Werner, K. Malecki, P. Imm, and H. A. Anderson. 2016. "Levels of persistent contaminants in relation to fish consumption among older male anglers in Wisconsin." *Int J Hyg Environ Health* 219 (2):184-94. doi: 10.1016/j.ijheh.2015.11.001.

Ciba, Geigy. 1990. *Hypertension*. Summit,N.J.: CIBA-GEIGY. Reprint, IN FILE.

Clarke, K., and J. Chintanaboina. 2018. "Allergic and Immunologic Perspectives of Inflammatory Bowel Disease." *Clin Rev Allergy Immunol*. doi: 10.1007/s12016-018-8690-3.

Cleveland Clinic. 2020. "Lipomas." Cleveland Clinic, accessed 6/16/2020. https://my.clevelandclinic.org/health/diseases/15008-lipomas.

Cocuzza, M., and S. C. Esteves. 2014. "Shedding light on the controversy surrounding the temporal decline in human sperm counts: a systematic review." *ScientificWorldJournal* 2014:365691. doi: 10.1155/2014/365691.

Cohen, S. S., D. D. Alexander, N. F. Krebs, B. E. Young, M. D. Cabana, P. Erdmann, N. P. Hays, C. P. Bezold, E. Levin-Sparenberg, M. Turini, and J. M. Saavedra. 2018. "Factors Associated with Breastfeeding Initiation and Continuation: A Meta-Analysis." *J Pediatr* 203:190-196.e21. doi: 10.1016/j.jpeds.2018.08.008.

Colditz, G. A., and L. L. Peterson. 2017. "Obesity and Cancer: Evidence, Impact, and Future Directions." *Clin Chem*. doi: 10.1373/clinchem.2017.277376.

Cole, P. 1997. "Causality in epidemiology, health policy, and law." *Environ Law Rep.* 27 (6):10279-10285.

Collaborative Group on Epidemiological Studies of Ovarian, Cancer, V. Beral, R. Doll, C. Hermon, R. Peto, and G. Reeves. 2008. "Ovarian cancer and oral contraceptives: collaborative reanalysis of data from 45 epidemiological studies including 23,257 women with ovarian cancer and 87,303 controls." *Lancet* 371 (9609):303-14. doi: 10.1016/S0140-6736(08)60167-1.

Collaborative Group on Epidemiological Studies of Ovarian, Cancer, V. Beral, K. Gaitskell, C. Hermon, K. Moser, G. Reeves, and R. Peto. 2012. "Ovarian cancer and smoking: individual participant meta-analysis including 28,114 women with ovarian cancer from 51 epidemiological studies." *Lancet Oncol* 13 (9):946-56. doi: 10.1016/S1470-2045(12)70322-4.

Collaborators;, G. B. D. Disease Injury Incidence Prevalence. 2016. "Global, regional, and national incidence, prevalence, and years lived with disability for 310 diseases and injuries, 1990-2015: a systematic analysis for the Global Burden of Disease Study 2015." *Lancet* 388 (10053):1545-1602. doi: 10.1016/S0140-6736(16)31678-6.

Consonni, D., K. Straif, J. M. Symons, J. A. Tomenson, L. G. van Amelsvoort, A. Sleeuwenhoek, J. W. Cherrie, P. Bonetti, I. Colombo, D. G. Farrar, and P. A. Bertazzi. 2013. "Cancer risk among tetrafluoroethylene synthesis and polymerization workers." *Am J Epidemiol* 178 (3):350-8. doi: 10.1093/aje/kws588.

Convertino, M., T. R. Church, G. W. Olsen, Y. Liu, E. Doyle, C. R. Elcombe, A. L. Barnett, L. M. Samuel, I. R. MacPherson, and T. R. J. Evans. 2018. "Stochastic Pharmacokinetic-Pharmacodynamic Modeling for Assessing the Systemic Health Risk of Perfluorooctanoate (PFOA)." *Toxicol Sci* 163 (1):293-306. doi: 10.1093/toxsci/kfy035.

Conway, B., K. E. Innes, and D. Long. 2016. "Perfluoroalkyl substances and beta cell deficient diabetes." *J Diabetes Complications* 30 (6):993-8. doi: 10.1016/j.jdiacomp.2016.05.001.

Conway, B. N., A. N. Badders, T. Costacou, J. M. Arthur, and K. E. Innes. 2018. "Perfluoroalkyl substances and kidney function in chronic kidney disease, anemia, and diabetes." *Diabetes Metab Syndr Obes* 11:707-716. doi: 10.2147/dmso.s173809.

Conway, B.; Constacou, T. 2016. "Abstract P061:Perfluoroalkyl acids and stroke risk in persons with and without Diabetes: A salutatory effect of high oxygen carrying capacity environmental contaminants." *Circulation* 133.

Conway, B.; Innes, K. 2015. "Abstract P011: Inverse relationship between environmental contaminant perfluorooctane acid and coronary heart disease in diabetes." *Circulation* 131.

Coperchini, F., O. Awwad, M. Rotondi, F. Santini, M. Imbriani, and L. Chiovato. 2017. "Thyroid disruption by perfluorooctane sulfonate (PFOS) and perfluorooctanoate (PFOA)." *J Endocrinol Invest* 40 (2):105-121. doi: 10.1007/s40618-016-0572-z.

Corgna, E., M. Betti, G. Gatta, F. Roila, and P. H. De Mulder. 2007. "Renal cancer." *Crit Rev.Oncol.Hematol.* 64 (3):247-262.

Costa, G., Dario Sartori S Fau - Consonni, and D. Consonni. "Thirty years of medical surveillance in perfluooctanoic acid production workers." (1536-5948 (Electronic)).

Costa, G., S. Sartori, and D. Consonni. 2009. "Thirty years of medical surveillance in perfluooctanoic acid production workers." *J Occup Environ Med.* 51 (3):364-372.

Costa, O., C. Iniguez, C. B. Manzano-Salgado, P. Amiano, M. Murcia, M. Casas, A. Irizar, M. Basterrechea, A. Beneito, T. Schettgen, J. Sunyer, M. Vrijheid, F. Ballester, and M. J. Lopez-Espinosa. 2019. "First-trimester maternal concentrations of polyfluoroalkyl substances and fetal growth throughout pregnancy." *Environ Int* 130:104830. doi: 10.1016/j.envint.2019.05.024.

Cramer, D. W., and S. A. Missmer. 2002. "The epidemiology of endometriosis." *Ann N Y Acad Sci* 955:11-22; discussion 34-6, 396-406. doi: 10.1111/j.1749-6632.2002.tb02761.x.

Crawford, N. M., S. E. Fenton, M. Strynar, E. P. Hines, D. A. Pritchard, and A. Z. Steiner. 2017. "Effects of perfluorinated chemicals on thyroid function, markers of ovarian reserve, and natural fertility." *Reprod Toxicol* 69:53-59. doi: 10.1016/j.reprotox.2017.01.006.

Crohn's & Colitis Foundation of America. 2020. "What is Ulcerative Colitis?", accessed 4/20/2020. https://www.crohnscolitisfoundation.org/what-is-ulcerative-colitis.

Crowson, C. S., E. L. Matteson, E. Myasoedova, C. J. Michet, F. C. Ernste, K. J. Warrington, J. M. Davis, 3rd, G. G. Hunder, T. M. Therneau, and S. E. Gabriel. 2011. "The lifetime risk of adult-onset rheumatoid arthritis and other inflammatory autoimmune rheumatic diseases." *Arthritis Rheum* 63 (3):633-9. doi: 10.1002/art.30155.

Cui, Q., Y. Pan, J. Wang, H. Liu, B. Yao, and J. Dai. 2020. "Exposure to per- and polyfluoroalkyl substances (PFASs) in serum versus semen and their association with male reproductive hormones." *Environ Pollut* 266 (Pt 2):115330. doi: 10.1016/j.envpol.2020.115330.

Cumberbatch, M. G., M. Rota, J. W. Catto, and C. La Vecchia. 2016. "The Role of Tobacco Smoke in Bladder and Kidney Carcinogenesis: A Comparison of Exposures and Meta-analysis of Incidence and Mortality Risks." *Eur Urol* 70 (3):458-66. doi: 10.1016/j.eururo.2015.06.042.

Cusi, K., Z. Chang, S. Harrison, R. Lomonaco, F. Bril, B. Orsak, C. Ortiz-Lopez, J. Hecht, A. E. Feldstein, A. Webb, C. Louden, M. Goros, and F. Tio. "Limited value of plasma cytokeratin-18 as a biomarker for NASH and fibrosis in patients with non-alcoholic fatty liver disease." (1600-0641 (Electronic)).

Cutsforth-Gregory, J. K., and P. Sandroni. 2019. "Clinical neurophysiology of postural tachycardia syndrome." *Handb Clin Neurol* 161:429-445. doi: 10.1016/b978-0-444-64142-7.00066-7.

Dallaire, R., E. Dewailly, D. Pereg, S. Dery, and P. Ayotte. 2009. "Thyroid function and plasma concentrations of polyhalogenated compounds in Inuit adults." *Environ Health Perspect* 117 (9):1380-6. doi: 10.1289/ehp.0900633.

Dalsager, L., N. Christensen, S. Husby, H. Kyhl, F. Nielsen, A. Host, P. Grandjean, and T. K. Jensen. 2016. "Association between prenatal exposure to perfluorinated compounds and symptoms of infections at age 1-4years among 359 children in the Odense Child Cohort." *Environ Int* 96:58-64. doi: 10.1016/j.envint.2016.08.026.

Dankner, R., P. Boffetta, R. D. Balicer, L. K. Boker, M. Sadeh, A. Berlin, L. Olmer, M. Goldfracht, and L. S. Freedman. 2016. "Time-Dependent Risk of Cancer After a Diabetes Diagnosis in a Cohort of 2.3 Million Adults." *Am J Epidemiol* 183 (12):1098-106. doi: 10.1093/aje/kwv290.

Darrow, L. A., A. C. Groth, A. Winquist, H. M. Shin, S. M. Bartell, and K. Steenland. 2016. "Modeled Perfluorooctanoic Acid (PFOA) Exposure and Liver Function in a Mid-Ohio Valley Community." *Environ Health Perspect* 124 (8):1227-33. doi: 10.1289/ehp.1510391.

Darrow, L. A., P. P. Howards, A. Winquist, and K. Steenland. 2014. "PFOA and PFOS serum levels and miscarriage risk." *Epidemiology* 25 (4):505-12. doi: 10.1097/EDE.0000000000000103.

Darrow, L. A., C. R. Stein, and K. Steenland. 2013. "Serum perfluorooctanoic acid and perfluorooctane sulfonate concentrations in relation to birth outcomes in the Mid-Ohio Valley, 2005-2010." *Environ Health Perspect* 121 (10):1207-13. doi: 10.1289/ehp.1206372.

Davidge-Pitts, C. J., and G. B. Thompson. 2015. "Thyroid Tumors." In *Cancer: Principles & Practice of Oncology*, edited by V. T. DeVita, Jr., T. S. Lawrence and S. A. Rosenberg, 1175-1188. Philadelphia: Wolters Kluwer.

de Cock, M., M. R. de Boer, M. Lamoree, J. Legler, and M. van de Bor. 2014. "Prenatal exposure to endocrine disrupting chemicals in relation to thyroid hormone levels in infants - a Dutch prospective cohort study." *Environ Health* 13:106. doi: 10.1186/1476-069X-13-106.

de Cock, M., M. R. De Boer, M. Lamoree, J. Legler, and M. Van De Bor. 2016. "Prenatal exposure to endocrine disrupting chemicals and birth weight-A prospective cohort study." *J Environ Sci Health A Tox Hazard Subst Environ Eng* 51 (2):178-185. doi: 10.1080/10934529.2015.1087753.

De Leo, S., S. Y. Lee, and L. E. Braverman. 2016. "Hyperthyroidism." *Lancet* 388 (10047):906-18. doi: 10.1016/S0140-6736(16)00278-6.

Decastro, G. J., and J. M. McKiernan. 2008. "Epidemiology, clinical staging, and presentation of renal cell carcinoma." *Urol.Clin North Am.* 35 (4):581-592.

Deeks, J. J., J. P. T. Higgins, and D. G. Altman. 2011. "Analysing data and undertaking meta-analyses." In *Cochrane Handbook for Systematic Reviews of Interventions Version 5.1.0*, edited by J. P. T. Higgins and S. Green. The Cochrane Collaboration.

Dees, W. L., J. K. Hiney, and V. K. Srivastava. 2017. "Alcohol and Puberty." *Alcohol Res* 38 (2):277-282.

Den Hond, E., H. Tournaye, P. De Sutter, W. Ombelet, W. Baeyens, A. Covaci, B. Cox, T. S. Nawrot, N. Van Larebeke, and T. D'Hooghe. 2015. "Human exposure to endocrine disrupting chemicals and fertility: A case-control study in male subfertility patients." *Environ Int* 84:154-60. doi: 10.1016/j.envint.2015.07.017.

DerSimonian, R., and N. Laird. 1986. "Meta-analysis in clinical trials." In *Controlled Clinical Trials.*, 177-188. New York, NY: Elsevier Science Publishing Co., Inc.

Deshpande, B. R., J. N. Katz, D. H. Solomon, E. H. Yelin, D. J. Hunter, S. P. Messier, L. G. Suter, and E. Losina. 2016. "Number of Persons With Symptomatic Knee Osteoarthritis in the US: Impact of Race and Ethnicity, Age, Sex, and Obesity." *Arthritis Care Res (Hoboken)* 68 (12):1743-1750. doi: 10.1002/acr.22897.

DeWitt, J. C., S. J. Blossom, and L. A. Schaider. 2019. "Exposure to per-fluoroalkyl and polyfluoroalkyl substances leads to immunotoxicity: epidemiological and toxicological evidence." *J Expo Sci Environ Epidemiol* 29 (2):148-156. doi: 10.1038/s41370-018-0097-y.

Dhingra, R., L. A. Darrow, M. Klein, A. Winquist, and K. Steenland. 2016. "Perfluorooctanoic acid exposure and natural menopause: A longitudinal study in a community cohort." *Environ Res* 146:323-30. doi: 10.1016/j.envres.2015.12.037.

Dhingra, R., C. Lally, L. A. Darrow, M. Klein, A. Winquist, and K. Steenland. 2016. "Perfluorooctanoic acid and chronic kidney disease: Longitudinal analysis of a Mid-Ohio Valley community." *Environ Res* 145:85-92. doi: 10.1016/j.envres.2015.11.018.

Dhingra, R., A. Winquist, L. A. Darrow, M. Klein, and K. Steenland. 2017. "A Study of Reverse Causation: Examining the Associations of Perfluorooctanoic Acid Serum Levels with Two Outcomes." *Environ Health Perspect* 125 (3):416-421. doi: 10.1289/ehp273.

Di Nisio, A., M. S. Rocca, I. Sabovic, M. De Rocco Ponce, C. Corsini, D. Guidolin, C. Zanon, L. Acquasaliente, A. R. Carosso, L. De Toni, and C. Foresta. 2020. "Perfluorooctanoic acid alters progesterone activity in human endometrial cells and induces reproductive alterations in young women." *Chemosphere* 242:125208. doi: 10.1016/j.chemosphere.2019.125208.

Di Nisio, A., I. Sabovic, U. Valente, S. Tescari, M. S. Rocca, D. Guidolin, S. Dall'Acqua, L. Acquasaliente, N. Pozzi, M. Plebani, A. Garolla, and C. Foresta. 2019. "Endocrine Disruption of Androgenic Activity by Perfluoroalkyl Substances: Clinical and Experimental Evidence." *J Clin Endocrinol Metab* 104 (4):1259-1271. doi: 10.1210/jc.2018-01855.

Ding, J., H. Zhou, Y. Liu, J. Cai, and M. P. Longnecker. 2014. "Estimating effect of environmental contaminants on women's subfecundity for the MoBa study data with an outcome-dependent sampling scheme." *Biostatistics* 15 (4):636-50. doi: 10.1093/biostatistics/kxu016.

Ding, N., S. D. Harlow, J. F. Randolph, A. M. Calafat, B. Mukherjee, S. Batterman, E. B. Gold, and S. K. Park. 2020. "Associations of Perfluoroalkyl Substances with Incident Natural Menopause: The Study of Women's Health Across the Nation." *J Clin Endocrinol Metab* 105 (9):e3169-82. doi: 10.1210/clinem/dgaa303.

Doll, R., R. Peto, K. Wheatley, R. Gray, and I. Sutherland. 1994. "Mortality in relation to smoking: 40 years' observations on male British doctors." *BMJ*. 309 (6959):901-911.

Domazet, S. L., A. Grontved, A. G. Timmermann, F. Nielsen, and T. K. Jensen. 2016. "Longitudinal Associations of Exposure to Perfluoroalkylated Substances in Childhood and Adolescence and Indicators of Adiposity and Glucose Metabolism 6 and 12 Years Later: The European Youth Heart Study." *Diabetes Care* 39 (10):1745-51. doi: 10.2337/dc16-0269.

Donat-Vargas, C., I. A. Bergdahl, A. Tornevi, M. Wennberg, J. Sommar, H. Kiviranta, J. Koponen, O. Rolandsson, and A. Akesson. 2019. "Perfluoroalkyl substances and risk of type II diabetes: A prospective nested case-control study." *Environ Int* 123:390-398. doi: 10.1016/j.envint.2018.12.026.

Donat-Vargas, C., I. A. Bergdahl, A. Tornevi, M. Wennberg, J. Sommar, J. Koponen, H. Kiviranta, and A. Akesson. 2019. "Associations between repeated measure of plasma perfluoroalkyl substances and cardiometabolic risk factors." *Environ Int* 124:58-65. doi: 10.1016/j.envint.2019.01.007.

Dong, G. H., K. Y. Tung, C. H. Tsai, M. M. Liu, D. Wang, W. Liu, Y. H. Jin, W. S. Hsieh, Y. L. Lee, and P. C. Chen. 2013. "Serum polyfluoroalkyl concentrations, asthma outcomes, and immunological markers in a case-control study of Taiwanese children." *Environ Health Perspect* 121 (4):507-13. doi: 10.1289/ehp.1205351.

Dong, Z., H. Wang, Y. Y. Yu, Y. B. Li, R. Naidu, and Y. Liu. 2019. "Using 2003-2014 U.S. NHANES data to determine the associations between per- and polyfluoroalkyl substances and cholesterol: Trend and implications." *Ecotoxicol Environ Saf* 173:461-468. doi: 10.1016/j.ecoenv.2019.02.061.

Dufour, P., C. Pirard, M. C. Seghaye, and C. Charlier. 2018. "Association between organohalogenated pollutants in cord blood and thyroid function in newborns and mothers from Belgian population." *Environ Pollut* 238:389-396. doi: 10.1016/j.envpol.2018.03.058.

Duhig, K., B. Vandermolen, and A. Shennan. 2018. "Recent advances in the diagnosis and management of pre-eclampsia." *F1000Res* 7:242. doi: 10.12688/f1000research.12249.1.

Dzierlenga, M. W., B. C. Allen, P. L. Ward, H. J. Clewell, 3rd, and M. P. Longnecker. 2019. "A model of functional thyroid disease status over the lifetime." *PLoS One* 14 (7):e0219769. doi: 10.1371/journal.pone.0219769.

Dzierlenga, M. W., M. Moreau, G. Song, P. Mallick, P. L. Ward, J. L. Campbell, C. Housand, M. Yoon, B. C. Allen, H. J. Clewell, 3rd, and M. P. Longnecker. 2020. "Quantitative bias analysis of the association between subclinical thyroid disease and two perfluoroalkyl substances in a single study." *Environ Res* 182:109017. doi: 10.1016/j.envres.2019.109017.

Eastmond, D. A., N. Keshava, and B. Sonawane. 2014. "Lymphohematopoietic cancers induced by chemicals and other agents and their implications for risk evaluation: an overview." *Mutation Research/Reviews in Mutation Research* 761:40-64.

Egger, M., and G. D. Smith. 1997. "Meta-Analysis. Potentials and promise." *BMJ*. 315 (7119):1371-1374.

Egger, M., G. D. Smith, and D. G. Altman. 2001. *Systematic reviews in health care: Meta-analysis in context.* Vol. 2nd. London: BMJ Publishing Group. Reprint, IN FILE.

Elwood, J. M. 1998. *Critical appraisal of epidemiological studies and clinical trials.* Vol. 2nd. Oxford: Oxford University Press. Reprint, IN FILE.

Emmett, E. A., F. S. Shofer, H. Zhang, D. Freeman, C. Desai, and L. M. Shaw. 2006. "Community exposure to perfluorooctanoate: relationships between serum concentrations and exposure sources." *J Occup Environ Med.* 48 (8):759-770.

Emmett, E. A., H. Zhang, F. S. Shofer, D. Freeman, N. V. Rodway, C. Desai, and L. M. Shaw. 2006. "Community exposure to perfluorooctanoate: relationships between serum levels and certain health parameters." *J Occup Environ Med.* 48 (8):771-779.

EPA. 2014a. "Health Effects Document for Perfluorooctane Sulfonate (PFOS)."1-208.

EPA. 2014b. Health Effects Document for Perfluorooctanoic Acid (PFOA). Washington, D.C.: U.S. EPA.

Eriksen, K. T., O. Raaschou-Nielsen, J. K. McLaughlin, L. Lipworth, A. Tjonneland, K. Overvad, and M. Sorensen. 2013. "Association between plasma PFOA and PFOS levels and total

cholesterol in a middle-aged Danish population." *PLoS One* 8 (2):e56969. doi: 10.1371/journal.pone.0056969.

Eriksen, K. T., M. Sorensen, J. K. McLaughlin, L. Lipworth, A. Tjonneland, K. Overvad, and O. Raaschou-Nielsen. 2009. "Perfluorooctanoate and perfluorooctanesulfonate plasma levels and risk of cancer in the general Danish population." *J Natl.Cancer Inst.* 101 (8):605-609.

Ernst, A., N. Brix, L. L. B. Lauridsen, J. Olsen, E. T. Parner, Z. Liew, L. H. Olsen, and C. H. Ramlau-Hansen. 2019. "Exposure to Perfluoroalkyl Substances during Fetal Life and Pubertal Development in Boys and Girls from the Danish National Birth Cohort." *Environ Health Perspect* 127 (1):17004. doi: 10.1289/ehp3567.

Fan, H., A. Ducatman, and J. Zhang. 2014. "Perfluorocarbons and Gilbert syndrome (phenotype) in the C8 Health Study Population." *Environ Res* 135:70-5. doi: 10.1016/j.envres.2014.08.011.

Fassler, C. S., S. E. Pinney, C. Xie, F. M. Biro, and S. M. Pinney. 2019. "Complex relationships between perfluorooctanoate, body mass index, insulin resistance and serum lipids in young girls." *Environ Res* 176:108558. doi: 10.1016/j.envres.2019.108558.

Federal Judicial Center. 2011. *Reference manual on scientific evidence*. 3rd ed. Washington, D.C.: Federal Judicial Center. Reprint, IN FILE.

Fei, C., J. K. McLaughlin, L. Lipworth, and J. Olsen. 2009. "Maternal levels of perfluorinated chemicals and subfecundity." *Hum Reprod* 24 (5):1200-5. doi: 10.1093/humrep/den490.

Fei, C., J. K. McLaughlin, L. Lipworth, and J. Olsen. 2010a. "Maternal concentrations of perfluorooctanesulfonate (PFOS) and perfluorooctanoate (PFOA) and duration of breastfeeding." *Scand J Work Environ Health* 36 (5):413-21.

Fei, C., J. K. McLaughlin, L. Lipworth, and J. Olsen. 2010b. "Prenatal exposure to PFOA and PFOS and risk of hospitalization for infectious diseases in early childhood." *Environ Res* 110 (8):773-7. doi: 10.1016/j.envres.2010.08.004.

Fei, C., J. K. McLaughlin, R. E. Tarone, and J. Olsen. 2007. "Perfluorinated chemicals and fetal growth: a study within the Danish National Birth Cohort." *Environ Health Perspect* 115 (11):1677-82. doi: 10.1289/ehp.10506.

Fei, C., J. K. McLaughlin, R. E. Tarone, and J. Olsen. 2008. "Fetal growth indicators and perfluorinated chemicals: a study in the Danish National Birth Cohort." *Am J Epidemiol* 168 (1):66-72. doi: 10.1093/aje/kwn095.

Feldman, A. S., J. A. Efstathiou, R. J. Lee, D. M. Dahl, M. Dror Michaelson, and A. L. Zietman. 2015. "Cancer of the bladder, ureter, and renal pelvis." In *Cancer: principles & practice of oncology*, edited by V. T. DeVita, Jr., T. S. Lawrence and S. A. Rosenberg, 896-916. Philadelphia: Wolters Kluwer.

Felson, D. T., R. C. Lawrence, P. A. Dieppe, R. Hirsch, C. G. Helmick, J. M. Jordan, R. S. Kington, N. E. Lane, M. C. Nevitt, Y. Zhang, M. Sowers, T. McAlindon, T. D. Spector, A. R. Poole, S. Z. Yanovski, G. Ateshian, L. Sharma, J. A. Buckwalter, K. D. Brandt, and J. F. Fries. 2000.

"Osteoarthritis: new insights. Part 1: the disease and its risk factors." *Ann Intern Med* 133 (8):635-46.

Feodor Nilsson, S., P. K. Andersen, K. Strandberg-Larsen, and A. M. Nybo Andersen. 2014. "Risk factors for miscarriage from a prevention perspective: a nationwide follow-up study." *Bjog* 121 (11):1375-84. doi: 10.1111/1471-0528.12694.

Ferlay, J., M. Colombet, I. Soerjomataram, C. Mathers, D. M. Parkin, M. Pineros, A. Znaor, and F. Bray. 2019. "Estimating the global cancer incidence and mortality in 2018: GLOBOCAN sources and methods." *Int J Cancer* 144 (8):1941-1953. doi: 10.1002/ijc.31937.

Ferlay, J., I. Soerjomataram, R. Dikshit, S. Eser, C. Mathers, M. Rebelo, D. M. Parkin, D. Forman, and F. Bray. 2015. "Cancer incidence and mortality worldwide: sources, methods and major patterns in GLOBOCAN 2012." *Int J Cancer* 136 (5):E359-86. doi: 10.1002/ijc.29210.

Finckh, A., and M. R. Tramer. 2008. "Primer: strengths and weaknesses of meta-analysis." *Nat.Clin Pract.Rheumatol.* 4 (3):146-152.

Fisher, M., T. E. Arbuckle, M. Wade, and D. A. Haines. 2013. "Do perfluoroalkyl substances affect metabolic function and plasma lipids?--Analysis of the 2007-2009, Canadian Health Measures Survey (CHMS) Cycle 1." *Environ Res* 121:95-103. doi: 10.1016/j.envres.2012.11.006.

Fitz-Simon, N., T. Fletcher, M. I. Luster, K. Steenland, A. M. Calafat, K. Kato, and B. Armstrong. 2013. "Reductions in serum lipids with a 4-year decline in serum perfluorooctanoic acid and perfluorooctanesulfonic acid." *Epidemiology* 24 (4):569-76. doi: 10.1097/EDE.0b013e31829443ee.

Frisbee, S. J., A. P. Brooks, Jr., A. Maher, P. Flensborg, S. Arnold, T. Fletcher, K. Steenland, A. Shankar, S. S. Knox, C. Pollard, J. A. Halverson, V. M. Vieira, C. Jin, K. M. Leyden, and A. M. Ducatman. 2009. "The C8 health project: design, methods, and participants." *Environ Health Perspect.* 117 (12):1873-1882.

Frisbee, S. J., A. Shankar, S. S. Knox, K. Steenland, D. A. Savitz, T. Fletcher, and A. M. Ducatman. 2010. "Perfluorooctanoic acid, perfluorooctanesulfonate, and serum lipids in children and adolescents: results from the C8 Health Project." *Arch Pediatr Adolesc Med* 164 (9):860-9. doi: 10.1001/archpediatrics.2010.163.

Fry, K., and M. C. Power. 2017. "Persistent organic pollutants and mortality in the United States, NHANES 1999-2011." *Environ Health* 16 (1):105. doi: 10.1186/s12940-017-0313-6.

Fryar, C. D., Y. Ostechega, C. M. Hales, G. Zhang, and D. Kruszon-Moran. 2017. Hypertension Prevalence and Control Among Adults: United States, 2015-2016. In *NCHS Data Brief*, edited by US Department of Health and CDC.

Fu, Y., T. Wang, Q. Fu, P. Wang, and Y. Lu. 2014. "Associations between serum concentrations of perfluoroalkyl acids and serum lipid levels in a Chinese population." *Ecotoxicol Environ Saf* 106:246-52. doi: 10.1016/j.ecoenv.2014.04.039.

Gallo, V., G. Leonardi, B. Genser, M. J. Lopez-Espinosa, S. J. Frisbee, L. Karlsson, A. M. Ducatman, and T. Fletcher. 2012. "Serum perfluorooctanoate (PFOA) and perfluorooctane sulfonate (PFOS) concentrations and liver function biomarkers in a population with elevated PFOA exposure." *Environ Health Perspect* 120 (5):655-60. doi: 10.1289/ehp.1104436.

Galloway, T. S., T. Fletcher, O. J. Thomas, B. P. Lee, L. C. Pilling, and L. W. Harries. 2015. "PFOA and PFOS are associated with reduced expression of the parathyroid hormone 2 receptor (PTH2R) gene in women." *Chemosphere* 120:555-62. doi: 10.1016/j.chemosphere.2014.09.066.

GAN. 2014. The Global Asthma Report 2014. edited by Global Asthma Network. Aukland, New Zealand.

Garber, J. R., R. H. Cobin, H. Gharib, J. V. Hennessey, I. Klein, J. I. Mechanick, R. Pessah-Pollack, P. A. Singer, and K. A. Woeber. 2012. "Clinical practice guidelines for hypothyroidism in adults: cosponsored by the American Association of Clinical Endocrinologists and the American Thyroid Association." *Thyroid.* 22 (12):1200-1235.

Gates, M. A., B. A. Rosner, J. L. Hecht, and S. S. Tworoger. 2009. "Risk factors for epithelial ovarian cancer by histologic subtype." *Am J Epidemiol* 171 (1):45-53. doi: 10.1093/aje/kwp314.

Gautier, C., and D. Charpin. 2017. "Environmental triggers and avoidance in the management of asthma." *J Asthma Allergy* 10:47-56. doi: 10.2147/jaa.s121276.

Gaylord, A., K. I. Berger, M. Naidu, T. M. Attina, J. Gilbert, T. T. Koshy, X. Han, M. Marmor, Y. Shao, R. Giusti, R. M. Goldring, K. Kannan, and L. Trasande. 2019. "Serum perfluoroalkyl substances and lung function in adolescents exposed to the World Trade Center disaster." *Environ Res* 172:266-272. doi: 10.1016/j.envres.2019.02.024.

Geiger, S. D., J. Xiao, A. Ducatman, S. Frisbee, K. Innes, and A. Shankar. 2014. "The association between PFOA, PFOS and serum lipid levels in adolescents." *Chemosphere* 98:78-83. doi: 10.1016/j.chemosphere.2013.10.005.

Geiger, S. D., J. Xiao, and A. Shankar. 2013. "Positive association between perfluoroalkyl chemicals and hyperuricemia in children." *Am J Epidemiol* 177 (11):1255-62. doi: 10.1093/aje/kws392.

Genser, B., C. A. Teles, M. L. Barreto, and J. E. Fischer. 2015. "Within- and between-group regression for improving the robustness of causal claims in cross-sectional analysis." *Environ Health* 14:60. doi: 10.1186/s12940-015-0047-2.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. 1999. "Cohort mortality study of women compensated for asbestosis in Italy." *American Journal of Industrial Medicine* 36:129-134.

Ghisari, M., H. Eiberg, M. Long, and E. C. Bonefeld-Jorgensen. 2014. "Polymorphisms in phase I and phase II genes and breast cancer risk and relations to persistent organic pollutant exposure: a case-control study in Inuit women." *Environ Health* 13 (1):19. doi: 10.1186/1476-069x-13-19.

Ghisari, M., M. Long, D. M. Roge, J. Olsen, and E. C. Bonefeld-Jorgensen. 2017. "Polymorphism in xenobiotic and estrogen metabolizing genes, exposure to perfluorinated compounds and subsequent breast cancer risk: A nested case-control study in the Danish National Birth Cohort." *Environ Res* 154:325-333. doi: 10.1016/j.envres.2017.01.020.

Giannandrea, F., D. Paoli, F. Lombardo, A. Lenzi, and L. Gandini. 2012. "Case-control study of anthropometric measures and testicular cancer risk." *Front Endocrinol (Lausanne)* 3:144. doi: 10.3389/fendo.2012.00144.

Gibbs, G. W., and F. Labreche. 2014. "Cancer risks in aluminum reduction plant workers: a review." *J Occup Environ Med.* 56 (5 Suppl):S40-S59.

Gill, J. "The effects of moderate alcohol consumption on female hormone levels and reproductive function." (0735-0414 (Print)).

Gilliland, F. D., and J. S. Mandel. "Serum perfluorooctanoic acid and hepatic enzymes, lipoproteins, and cholesterol: a study of occupationally exposed men." (0271-3586 (Print)).

Gilliland, F. D., and J. S. Mandel. 1993. "Mortality among employees of a perfluorooctanoic acid production plant." *Journal of Occupational & Environmental Medicine* 35 (9):950-954.

Gilliland, F. D., and J. S. Mandel. 1996. "Serum perfluorooctanoic acid and hepatic enzymes, lipoproteins, and cholesterol: a study of occupationally exposed men." *Am.J Ind.Med* 29 (5):560-568.

Girardi, P., and E. Merler. 2019. "A mortality study on male subjects exposed to polyfluoroalkyl acids with high internal dose of perfluorooctanoic acid." *Environ Res* 179 (Pt A):108743. doi: 10.1016/j.envres.2019.108743.

Gleason, J. A., G. B. Post, and J. A. Fagliano. 2015. "Associations of perfluorinated chemical serum concentrations and biomarkers of liver function and uric acid in the US population (NHANES), 2007-2010." *Environ Res* 136:8-14. doi: 10.1016/j.envres.2014.10.004.

Go, A. S., D. Mozaffarian, V. L. Roger, E. J. Benjamin, J. D. Berry, M. J. Blaha, S. Dai, E. S. Ford, C. S. Fox, S. Franco, H. J. Fullerton, C. Gillespie, S. M. Hailpern, J. A. Heit, V. J. Howard, M. D. Huffman, S. E. Judd, B. M. Kissela, S. J. Kittner, D. T. Lackland, J. H. Lichtman, L. D. Lisabeth, R. H. Mackey, D. J. Magid, G. M. Marcus, A. Marelli, D. B. Matchar, D. K. McGuire, E. R. Mohler, 3rd, C. S. Moy, M. E. Mussolino, R. W. Neumar, G. Nichol, D. K. Pandey, N. P. Paynter, M. J. Reeves, P. D. Sorlie, J. Stein, A. Towfighi, T. N. Turan, S. S. Virani, N. D. Wong, D. Woo, M. B. Turner, Committee American Heart Association Statistics, and Subcommittee Stroke Statistics. 2014. "Heart disease and stroke statistics--2014 update: a report from the American Heart Association." *Circulation* 129 (3):e28-e292. doi: 10.1161/01.cir.0000441139.02102.80.

Golabek, T., J. Bukowczan, T. Szopinski, P. Chlosta, W. Lipczynski, J. Dobruch, and A. Borowka. 2016. "Obesity and renal cancer incidence and mortality - a systematic review of prospective cohort studies." *Ann Agric Environ Med* 23 (1):37-43. doi: 10.5604/12321966.1196850.

Goodarzi, M. O., D. A. Dumesic, G. Chazenbalk, and R. Azziz. 2011. "Polycystic ovary syndrome: etiology, pathogenesis and diagnosis." *Nat Rev Endocrinol* 7 (4):219-31. doi: 10.1038/nrendo.2010.217.

Gordis, L. 2009. *Epidemiology*. Vol. Fourth. Philadelphia, PA: Saunders- Elsevier. Reprint, IN FILE.

Goudarzi, H., A. Araki, S. Itoh, S. Sasaki, C. Miyashita, T. Mitsui, H. Nakazawa, K. Nonomura, and R. Kishi. 2017. "The Association of Prenatal Exposure to Perfluorinated Chemicals with Glucocorticoid and Androgenic Hormones in Cord Blood Samples: The Hokkaido Study." *Environ Health Perspect* 125 (1):111-118. doi: 10.1289/EHP142.

Goudarzi, H., C. Miyashita, E. Okada, I. Kashino, C. J. Chen, S. Ito, A. Araki, S. Kobayashi, H. Matsuura, and R. Kishi. 2017. "Prenatal exposure to perfluoroalkyl acids and prevalence of infectious diseases up to 4years of age." *Environ Int* 104:132-138. doi: 10.1016/j.envint.2017.01.024.

Goudarzi, H., C. Miyashita, E. Okada, I. Kashino, S. Kobayashi, C. J. Chen, S. Ito, A. Araki, H. Matsuura, Y. M. Ito, and R. Kishi. 2016. "Effects of prenatal exposure to perfluoroalkyl acids on prevalence ofallergic diseases among 4-year-old children." *Environ Int* 94:124-132. doi: 10.1016/j.envint.2016.05.020.

Govarts, E., N. Iszatt, T. Trnovec, M. de Cock, M. Eggesbø, L. Palkovicova Murinova, M. van de Bor, M. Guxens, C. Chevrier, G. Koppen, M. Lamoree, I. Hertz-Picciotto, M. J. Lopez-Espinosa, A. Lertxundi, J. O. Grimalt, M. Torrent, F. Goñi-Irigoyen, R. Vermeulen, J. Legler, and G. Schoeters. 2018. "Prenatal exposure to endocrine disrupting chemicals and risk of being born small for gestational age: Pooled analysis of seven European birth cohorts." *Environ Int* 115:267-278. doi: 10.1016/j.envint.2018.03.017.

Governini, L., C. Guerranti, V. De Leo, L. Boschi, A. Luddi, M. Gori, R. Orvieto, and P. Piomboni. 2015. "Chromosomal aneuploidies and DNA fragmentation of human spermatozoa from patients exposed to perfluorinated compounds." *Andrologia* 47 (9):1012-9. doi: 10.1111/and.12371.

Governini, L., R. Orvieto, C. Guerranti, L. Gambera, V. De Leo, and P. Piomboni. 2011. "The impact of environmental exposure to perfluorinated compounds on oocyte fertilization capacity." *J Assist Reprod Genet* 28 (5):415-8. doi: 10.1007/s10815-011-9548-2.

Graber, J. M., C. Alexander, R. J. Laumbach, K. Black, P. O. Strickland, P. G. Georgopoulos, E. G. Marshall, D. G. Shendell, D. Alderson, Z. Mi, M. Mascari, and C. P. Weisel. 2019. "Per and polyfluoroalkyl substances (PFAS) blood levels after contamination of a community water supply and comparison with 2013-2014 NHANES." *J Expo Sci Environ Epidemiol* 29 (2):172-182. doi: 10.1038/s41370-018-0096-z.

Graham, H. K., P. Rosenbaum, N. Paneth, B. Dan, J. P. Lin, D. L. Damiano, J. G. Becher, D. Gaebler-Spira, A. Colver, D. S. Reddihough, K. E. Crompton, and R. L. Lieber. 2016. "Cerebral palsy." *Nat Rev Dis Primers* 2:15082. doi: 10.1038/nrdp.2015.82.

Grandjean, P., E. W. Andersen, E. Budtz-Jorgensen, F. Nielsen, K. Molbak, P. Weihe, and C. Heilmann. 2012. "Serum vaccine antibody concentrations in children exposed to perfluorinated compounds." *Jama* 307 (4):391-7. doi: 10.1001/jama.2011.2034.

Grandjean, P., C. Heilmann, P. Weihe, F. Nielsen, U. B. Mogensen, and E. Budtz-Jorgensen. 2017. "Serum Vaccine Antibody Concentrations in Adolescents Exposed to Perfluorinated Compounds." *Environ Health Perspect* 125 (7):077018. doi: 10.1289/ehp275.

Grandjean, P., C. Heilmann, P. Weihe, F. Nielsen, U. B. Mogensen, A. Timmermann, and E. Budtz-Jorgensen. 2017. "Estimated exposures to perfluorinated compounds in infancy predict attenuated vaccine antibody concentrations at age 5-years." *J Immunotoxicol* 14 (1):188-195. doi: 10.1080/1547691X.2017.1360968.

Granum, B., L. S. Haug, E. Namork, S. B. Stolevik, C. Thomsen, I. S. Aaberge, H. van Loveren, M. Lovik, and U. C. Nygaard. 2013. "Pre-natal exposure to perfluoroalkyl substances may be associated with altered vaccine antibody levels and immune-related health outcomes in early childhood." *J Immunotoxicol* 10 (4):373-9. doi: 10.3109/1547691X.2012.755580.

Green, M. D., D. M. Freedman, and L. Gordis. 2011. "Reference Guide on Epidemiology." In *Reference Manual on Scientific Evidence*, 549-632. Washington, D.C.: National Academy of Sciences.

Greenland, S., and K. O'Rourke. 2008. "Meta-Analysis." In *Modern Epidemiology*, edited by K. J. Rothman, S. Greenland and T. L. Lash, 652-732. Philadelphia: Lippincott Williams & Wilkins.

Grice, M. M., B. H. Alexander, R. Hoffbeck, and D. M. Kampa. 2007. "Self-reported medical conditions in perfluorooctanesulfonyl fluoride manufacturing workers." *J Occup Environ Med* 49 (7):722-9. doi: 10.1097/JOM.0b013e3180582043.

Gump, B. B., Q. Wu, A. K. Dumas, and K. Kannan. 2011. "Perfluorochemical (PFC) exposure in children: associations with impaired response inhibition." *Environ Sci Technol* 45 (19):8151-9. doi: 10.1021/es103712g.

Gurney, J., C. Shaw, J. Stanley, V. Signal, and D. Sarfati. 2015. "Cannabis exposure and risk of testicular cancer: a systematic review and meta-analysis." *BMC Cancer* 15:897. doi: 10.1186/s12885-015-1905-6.

Gyllenhammar, I., B. Diderholm, J. Gustafsson, U. Berger, P. Ridefelt, J. P. Benskin, S. Lignell, E. Lampa, and A. Glynn. 2018. "Perfluoroalkyl acid levels in first-time mothers in relation to offspring weight gain and growth." *Environ Int* 111:191-199. doi: 10.1016/j.envint.2017.12.002.

Hack, K., and P. Glanc. 2019. "The Abnormal Ovary: Evolving Concepts in Diagnosis and Management." *Obstet Gynecol Clin North Am* 46 (4):607-624. doi: 10.1016/j.ogc.2019.07.002.

Hall, P., and H. O. Adami. 2008. "Thyroid Cancer." In *Textbook of Cancer Epidemiology*, edited by H. O. Adami, D. Hunter and D. Trichopoulos, 636-652. New York: Oxford University Press.

Halldorsson, T. I., D. Rytter, L. S. Haug, B. H. Bech, I. Danielsen, G. Becher, T. B. Henriksen, and S. F. Olsen. 2012. "Prenatal exposure to perfluorooctanoate and risk of overweight at 20 years of age: a prospective cohort study." *Environ Health Perspect* 120 (5):668-73. doi: 10.1289/ehp.1104034.

Hamm, M. P., N. M. Cherry, E. Chan, J. W. Martin, and I. Burstyn. 2010. "Maternal exposure to perfluorinated acids and fetal growth." *J Expo Sci Environ Epidemiol* 20 (7):589-97. doi: 10.1038/jes.2009.57.

Hankinson, S., R. Tamimi, and D. Hunter. 2008. "Breast Cancer." In *Textbook of Cancer Epidemiology*, edited by H. O. Adami, D. Hunter and D. Trichopoulos, 403-445. New York: Oxford University Press.

Hansen, J., M. Sallmen, A. I. Selden, A. Anttila, E. Pukkala, K. Andersson, I. L. Bryngelsson, O. Raaschou-Nielsen, J. H. Olsen, and J. K. McLaughlin. 2013. "Risk of cancer among workers exposed to trichloroethylene: analysis of three Nordic cohort studies." *J Natl Cancer Inst.* %19;105 (12):869-877.

Hanson, H. A., R. E. Anderson, K. I. Aston, D. T. Carrell, K. R. Smith, and J. M. Hotaling. 2016. "Subfertility increases risk of testicular cancer: evidence from population-based semen samples." *Fertil Steril* 105 (2):322-8 e1. doi: 10.1016/j.fertnstert.2015.10.027.

Hardell, E., A. Karrman, B. van Bavel, J. Bao, M. Carlberg, and L. Hardell. 2014. "Case-control study on perfluorinated alkyl acids (PFAAs) and the risk of prostate cancer." *Environ Int* 63:35-9. doi: 10.1016/j.envint.2013.10.005.

Harris, R. E. 2013a. "The Epidemiology of Thyroid Disease." In *Epidemiology of chronic disease : global perspectives*, edited by Randall E. Harris, 459-469. Burlington, MA: Jones & Bartlett Learning.

Harris, R. E. 2013b. "The Epidemiology of Thyroid Disease." In *Epidemiology of Chronic Disease. Global Perspectives*, 459-469. Burlington, MA: Jones & Bartlett Learning.

Harris, Randall E. 2013c. *Epidemiology of chronic disease : global perspectives*. Burlington, MA: Jones & Bartlett Learning.

Hartge, P., D. Silverman, R. Hoover, C. Schairer, R. Altman, D. Austin, K. P. Cantor, M. Child, C. Key, and L. D. Marrett. 1987. "Changing cigarette habits and bladder cancer risk: a case-control study." *Journal of the National Cancer Institute*.

Hartman, T. J., A. M. Calafat, A. K. Holmes, M. Marcus, K. Northstone, W. D. Flanders, K. Kato, and E. V. Taylor. 2017. "Prenatal Exposure to Perfluoroalkyl Substances and Body Fatness in Girls." *Child Obes* 13 (3):222-230. doi: 10.1089/chi.2016.0126.

He, X., Y. Liu, B. Xu, L. Gu, and W. Tang. 2018. "PFOA is associated with diabetes and metabolic alteration in US men: National Health and Nutrition Examination Survey 2003-2012." *Sci Total Environ* 625:566-574. doi: 10.1016/j.scitotenv.2017.12.186.

Heffernan, A. L., T. K. Cunningham, D. S. Drage, L. L. Aylward, K. Thompson, S. Vijayasarathy, J. F. Mueller, S. L. Atkin, and T. Sathyapalan. 2018. "Perfluorinated alkyl acids in the serum

and follicular fluid of UK women with and without polycystic ovarian syndrome undergoing fertility treatment and associations with hormonal and metabolic parameters." *Int J Hyg Environ Health* 221 (7):1068-1075. doi: 10.1016/j.ijheh.2018.07.009.

Helmick, C. G., D. T. Felson, R. C. Lawrence, S. Gabriel, R. Hirsch, C. K. Kwoh, M. H. Liang, H. M. Kremers, M. D. Mayes, P. A. Merkel, S. R. Pillemer, J. D. Reveille, J. H. Stone, and Workgroup National Arthritis Data. 2008. "Estimates of the prevalence of arthritis and other rheumatic conditions in the United States. Part I." *Arthritis Rheum* 58 (1):15-25. doi: 10.1002/art.23177.

Hemminki, K., J. L. Bermejo, J. Ji, and R. Kumar. 2011. "Familial bladder cancer and the related genes." *Curr Opin Urol* 21 (5):386-92. doi: 10.1097/MOU.0b013e32834958ff.

Hennekens, C. H., and J. E. Buring. 1987. Epidemiology in medicine. Statistical association and cause-effect relationships. edited by S. L. Mayrent. Toronto: Little, Brown and Company.

Hidayat, K., X. Du, S. Y. Zou, and B. M. Shi. 2017. "Blood pressure and kidney cancer risk: meta-analysis of prospective studies." *J Hypertens* 35 (7):1333-1344. doi: 10.1097/HJH.0000000000001286.

Higgins, J. P., and S. G. Thompson. 2002. "Quantifying heterogeneity in a meta-analysis." *Stat.Med.* 21 (11):1539-1558.

Hill, N. R., S. T. Fatoba, J. L. Oke, J. A. Hirst, C. A. O'Callaghan, D. S. Lasserson, and F. D. Hobbs. 2016. "Global Prevalence of Chronic Kidney Disease - A Systematic Review and Meta-Analysis." *PLoS One* 11 (7):e0158765. doi: 10.1371/journal.pone.0158765.

Hill, S. A. B. 1965. "The environment and disease: association or causation?" *Proceedings of the Royal Society of Medicine* 58:295-300.

Hjalgrim, H, Melbye, M, Lagiou, P. 2018. "Hodgkin Lynphoma." In *Textbook of Cancer Epidemiology*. New York, NY: Ocford University Press.

Hjermitslev, M. H., M. Long, M. Wielsoe, and E. C. Bonefeld-Jorgensen. 2020. "Persistent organic pollutants in Greenlandic pregnant women and indices of foetal growth: The ACCEPT study." *Sci Total Environ* 698:134118. doi: 10.1016/j.scitotenv.2019.134118.

Hollowell, J. G., N. W. Staehling, W. D. Flanders, W. H. Hannon, E. W. Gunter, C. A. Spencer, and L. E. Braverman. 2002. "Serum TSH, T(4), and thyroid antibodies in the United States population (1988 to 1994): National Health and Nutrition Examination Survey (NHANES III)." *J Clin Endocrinol.Metab.* 87 (2):489-499.

Honda-Kohmo, K., R. Hutcheson, K. E. Innes, and B. N. Conway. 2019. "Perfluoroalkyl substances are inversely associated with coronary heart disease in adults with diabetes." *J Diabetes Complications* 33 (6):407-412. doi: 10.1016/j.jdiacomp.2019.02.004.

Howlader N, Noone AM, Krapcho M, Miller D, Bishop K, Kosary CL, Yu M, Ruhl J, Tatalovich Z, Mariotto A, Lewis DR, Chen HS, Feuer EJ, Cronin KA (eds). 2017. "SEER Cancer Statistics Review, 1975-2014." Last Modified April 2017, accessed April 2017.

https://seer.cancer.gov/csr/1975_2014/, based on November 2016 SEER data submission, posted to the SEER web site.

Howlader, N., A. M. Noone, M. Krapcho, D. Miller, K. Bishop, C. L. Kosary, M. Yu, J. Ruhl, Z. Tatalovich, A. Mariotto, D. R. Lewis, H. S. Chen, E. J. Feuer, and K. A. Cronin. 2018. "SEER Cancer stat facts: Testicular cancer." https://seer.cancer.gov/statfacts/html/testis.html.

Howlader, N., A. M. Noone, M. Krapcho, D. Miller, A. Brest, and M. Yu. 2019. "SEER Cancer Statistics Review, 1975-2016." National Cancer Institute, accessed April 2019. https://seer.cancer.gov/csr/1975_2016/.

Hoyer, B. B., C. H. Ramlau-Hansen, M. Vrijheid, D. Valvi, H. S. Pedersen, V. Zviezdai, B. A. Jonsson, C. H. Lindh, J. P. Bonde, and G. Toft. 2015. "Anthropometry in 5- to 9-Year-Old Greenlandic and Ukrainian Children in Relation to Prenatal Exposure to Perfluorinated Alkyl Substances." *Environ Health Perspect* 123 (8):841-6. doi: 10.1289/ehp.1408881.

Hruban, R. H. 2014. "Pancreatic cancer." In *World Cancer Report 2014*, edited by B. W. Stewart and C. P. Wild, 413-421. Lyon: International Agency for Research on Cancer.

Huang, H., Q. Wang, X. He, Y. Wu, and C. Xu. 2019. "Association between polyfluoroalkyl chemical concentrations and leucocyte telomere length in US adults." *Sci Total Environ* 653:547-553. doi: 10.1016/j.scitotenv.2018.10.400.

Huang, H., K. Yu, X. Zeng, Q. Chen, Q. Liu, Y. Zhao, J. Zhang, X. Zhang, and L. Huang. 2020. "Association between prenatal exposure to perfluoroalkyl substances and respiratory tract infections in preschool children." *Environ Res*:110156. doi: 10.1016/j.envres.2020.110156.

Huang, M., J. Jiao, P. Zhuang, X. Chen, J. Wang, and Y. Zhang. 2018. "Serum polyfluoroalkyl chemicals are associated with risk of cardiovascular diseases in national US population." *Environ Int* 119:37-46. doi: 10.1016/j.envint.2018.05.051.

Huang, Q., L. Liu, Y. Wu, X. Wang, L. Luo, B. Nan, J. Zhang, M. Tian, and H. Shen. 2019. "Seminal plasma metabolites mediate the associations of multiple environmental pollutants with semen quality in Chinese men." *Environ Int* 132:105066. doi: 10.1016/j.envint.2019.105066.

Huang, R., Q. Chen, L. Zhang, K. Luo, L. Chen, S. Zhao, L. Feng, and J. Zhang. 2019. "Prenatal exposure to perfluoroalkyl and polyfluoroalkyl substances and the risk of hypertensive disorders of pregnancy." *Environ Health* 18 (1):5. doi: 10.1186/s12940-018-0445-3.

Hueston, W. J. 2011a. "Hyperthyroidism." In *Conn's Current Therapy*, edited by E. T. Bope, R. Kellerman and R. E. Rakel, 679-683. Philadelphia, PA: Elsevier.

Hueston, W. J. 2011b. "Hypothyroidism." In *Conn's Current Therapy 2011*, edited by E. T. Bope, R. Kellerman and R. E. Rakel, 681-683. Philadelphia: Elsevier.

Humblet, O., L. G. Diaz-Ramirez, J. R. Balmes, S. M. Pinney, and R. A. Hiatt. 2014. "Perfluoroalkyl chemicals and asthma among children 12-19 years of age: NHANES (1999-2008)." *Environ Health Perspect* 122 (10):1129-33. doi: 10.1289/ehp.1306606.

Humphrey, P. A., and J. Schuz. 2014. "Cancers of the male reproductive organs." In *World Cancer Report 2014*, edited by B. W. Stewart and C. P. Wild, 453-464. Lyon: International Agency for Research on Cancer.

Hunt, J. D., O. L. van der Hel, G. P. McMillan, P. Boffetta, and P. Brennan. 2005. "Renal cell carcinoma in relation to cigarette smoking: Meta-analysis of 24 studies." *International Journal of Cancer* 114 (1):101-108.

Huo, X., L. Zhang, R. Huang, L. Feng, W. Wang, and J. Zhang. 2020. "Perfluoroalkyl substances exposure in early pregnancy and preterm birth in singleton pregnancies: a prospective cohort study." *Environ Health* 19 (1):60. doi: 10.1186/s12940-020-00616-8.

Hurley, S., D. Goldberg, M. Wang, J. S. Park, M. Petreas, L. Bernstein, H. Anton-Culver, D. O. Nelson, and P. Reynolds. 2018. "Breast cancer risk and serum levels of per- and poly-fluoroalkyl substances: a case-control study nested in the California Teachers Study." *Environ Health* 17 (1):83. doi: 10.1186/s12940-018-0426-6.

Hutcheson, R., K. Innes, and B. Conway. 2020. "Perfluoroalkyl substances and likelihood of stroke in persons with and without diabetes." *Diab Vasc Dis Res* 17 (1):1479164119892223. doi: 10.1177/1479164119892223.

IARC. 2004. Tobacco smoke and involuntary smoke. Lyon, France: World Health Organization, International Agency for Research on Cancer.

IARC. 2012a. IARC monographs on the evaluation of carcinogenic risks to humans. In *volume 100 A. A review of human carcinogens. Pharmaceuticals*. Lyon, France: IARC.

IARC. 2012b. A review of human carcinogens: Arsenic, Metals, Fibres and Dusts (Asbestos Monograph). Lyon, France: World Health Organization, International Agency for Research on Cancer.

IARC. 2012c. Tobacco Smoking. Lyon, France: International Agency for Research on Cancer.

IARC. 2014a. Trichloroethylene, Tetrachloroethylene, and Some Other Chlorinated Agents. Lyon: World Health Organization Press.

IARC. 2014b. *World Cancer Report 2014*. Edited by B. W. Stewart and C. P. Wild. Lyon, France: International Agency for Research on Cancer, World Health Organization. Reprint, IN FILE.

Impinen, A., M. P. Longnecker, U. C. Nygaard, S. J. London, K. K. Ferguson, L. S. Haug, and B. Granum. 2019. "Maternal levels of perfluoroalkyl substances (PFASs) during pregnancy and childhood allergy and asthma related outcomes and infections in the Norwegian Mother and Child (MoBa) cohort." *Environ Int* 124:462-472. doi: 10.1016/j.envint.2018.12.041.

Impinen, A., U. C. Nygaard, K. C. Lodrup Carlsen, P. Mowinckel, K. H. Carlsen, L. S. Haug, and B. Granum. 2018. "Prenatal exposure to perfluoralkyl substances (PFASs) associated with respiratory tract infections but not allergy- and asthma-related health outcomes in childhood." *Environ Res* 160:518-523. doi: 10.1016/j.envres.2017.10.012.

Innes, K. E., A. M. Ducatman, M. I. Luster, and A. Shankar. 2011. "Association of osteoarthritis with serum levels of the environmental contaminants perfluorooctanoate and perfluorooctane sulfonate in a large Appalachian population." *Am J Epidemiol* 174 (4):440-50. doi: 10.1093/aje/kwr107.

Inoue, K., F. Okada, R. Ito, S. Kato, S. Sasaki, S. Nakajima, A. Uno, Y. Saijo, F. Sata, Y. Yoshimura, R. Kishi, and H. Nakazawa. 2004. "Perfluorooctane sulfonate (PFOS) and related perfluorinated compounds in human maternal and cord blood samples: assessment of PFOS exposure in a susceptible population during pregnancy." *Environ Health Perspect* 112 (11):1204-7. doi: 10.1289/ehp.6864.

Inoue, K., B. Ritz, S. L. Andersen, C. H. Ramlau-Hansen, B. B. Hoyer, B. H. Bech, T. B. Henriksen, E. C. Bonefeld-Jorgensen, J. Olsen, and Z. Liew. 2019. "Perfluoroalkyl Substances and Maternal Thyroid Hormones in Early Pregnancy; Findings in the Danish National Birth Cohort." *Environ Health Perspect* 127 (11):117002. doi: 10.1289/ehp5482.

Interstital Cystitis Association. 2019. "What is Interstitial Cystitis?", accessed 6/18/2020. https://www.ichelp.org/about-ic/what-is-interstitial-cystitis/.

Itoh, S., A. Araki, T. Mitsui, C. Miyashita, H. Goudarzi, S. Sasaki, K. Cho, H. Nakazawa, Y. Iwasaki, N. Shinohara, K. Nonomura, and R. Kishi. 2016. "Association of perfluoroalkyl substances exposure in utero with reproductive hormone levels in cord blood in the Hokkaido Study on Environment and Children's Health." *Environ Int* 94:51-59. doi: 10.1016/j.envint.2016.05.011.

Itoh, S., A. Araki, C. Miyashita, K. Yamazaki, H. Goudarzi, M. Minatoya, Y. Ait Bamai, S. Kobayashi, E. Okada, I. Kashino, M. Yuasa, T. Baba, and R. Kishi. 2019. "Association between perfluoroalkyl substance exposure and thyroid hormone/thyroid antibody levels in maternal and cord blood: The Hokkaido Study." *Environ Int* 133 (Pt A):105139. doi: 10.1016/j.envint.2019.105139.

Jaacks, L. M., D. Boyd Barr, R. Sundaram, J. Grewal, C. Zhang, and G. M. Buck Louis. 2016. "Pre-Pregnancy Maternal Exposure to Persistent Organic Pollutants and Gestational Weight Gain: A Prospective Cohort Study." *Int J Environ Res Public Health* 13 (9). doi: 10.3390/ijerph13090905.

Jackson, D. J., T. V. Hartert, F. D. Martinez, S. T. Weiss, and J. V. Fahy. 2014. "Asthma: NHLBI Workshop on the Primary Prevention of Chronic Lung Diseases." *Ann Am Thorac Soc* 11 Suppl 3:S139-45. doi: 10.1513/AnnalsATS.201312-448LD.

Jain, R. B. 2013. "Association between thyroid profile and perfluoroalkyl acids: data from NHNAES 2007-2008." *Environ Res* 126:51-9. doi: 10.1016/j.envres.2013.08.006.

Jain, R. B. 2019. "Synergistic impact of co-exposures to toxic metals cadmium, lead, and mercury along with perfluoroalkyl substances on the healthy kidney function." *Environ Res* 169:342-347. doi: 10.1016/j.envres.2018.11.037.

Jain, R. B. 2020. "Impact of the co-occurrence of obesity with diabetes, anemia, hypertension, and albuminuria on concentrations of selected perfluoroalkyl acids." *Environ Pollut* 266 (Pt 2):115207. doi: 10.1016/j.envpol.2020.115207.

Jain, R. B., and A. Ducatman. 2018. "Associations between lipid/lipoprotein levels and perfluoroalkyl substances among US children aged 6-11 years." *Environ Pollut* 243 (Pt A):1-8. doi: 10.1016/j.envpol.2018.08.060.

Jain, R. B., and A. Ducatman. 2019a. "Dynamics of associations between perfluoroalkyl substances and uric acid across the various stages of glomerular function." *Environ Sci Pollut Res Int* 26 (12):12425-12434. doi: 10.1007/s11356-019-04666-5.

Jain, R. B., and A. Ducatman. 2019b. "Perfluoroalkyl acids serum concentrations and their relationship to biomarkers of renal failure: Serum and urine albumin, creatinine, and albumin creatinine ratios across the spectrum of glomerular function among US adults." *Environ Res* 174:143-151. doi: 10.1016/j.envres.2019.04.034.

Jain, R. B., and A. Ducatman. 2019c. "Perfluoroalkyl substances follow inverted U-shaped distributions across various stages of glomerular function: Implications for future research." *Environ Res* 169:476-482. doi: 10.1016/j.envres.2018.11.033.

Jain, R. B., and A. Ducatman. 2019d. "Roles of gender and obesity in defining correlations between perfluoroalkyl substances and lipid/lipoproteins." *Sci Total Environ* 653:74-81. doi: 10.1016/j.scitotenv.2018.10.362.

Jain, R. B., and A. Ducatman. 2019e. "Selective Associations of Recent Low Concentrations of Perfluoroalkyl Substances With Liver Function Biomarkers: NHANES 2011 to 2014 Data on US Adults Aged >/=20 Years." *J Occup Environ Med* 61 (4):293-302. doi: 10.1097/jom.0000000000001532.

Janout, V., and G. Janoutova. 2004. "Epidemiology and risk factors of kidney cancer." *Biomed.Pap.Med Fac.Univ Palacky.Olomouc.Czech.Repub.* 148 (1):95-101.

Jensen, R. C., M. S. Andersen, P. V. Larsen, D. Glintborg, C. Dalgård, C. A. G. Timmermann, F. Nielsen, M. B. Sandberg, H. R. Andersen, H. T. Christesen, P. Grandjean, and T. K. Jensen. 2020. "Prenatal Exposures to Perfluoroalkyl Acids and Associations with Markers of Adiposity and Plasma Lipids in Infancy: An Odense Child Cohort Study." *Environ Health Perspect* 128 (7):77001. doi: 10.1289/ehp5184.

Jensen, R. C., D. Glintborg, C. A. Gade Timmermann, F. Nielsen, H. B. Kyhl, H. Frederiksen, A. M. Andersson, A. Juul, J. J. Sidelmann, H. R. Andersen, P. Grandjean, M. S. Andersen, and T. K. Jensen. 2020. "Prenatal exposure to perfluorodecanoic acid is associated with lower circulating concentration of adrenal steroid metabolites during mini puberty in human female infants. The Odense Child Cohort." *Environ Res* 182:109101. doi: 10.1016/j.envres.2019.109101.

Jensen, T. K., L. B. Andersen, H. B. Kyhl, F. Nielsen, H. T. Christesen, and P. Grandjean. 2015. "Association between perfluorinated compound exposure and miscarriage in Danish pregnant women." *PLoS One* 10 (4):e0123496. doi: 10.1371/journal.pone.0123496.

Jensen, T. K., L. B. Andersen, H. B. Kyhl, F. Nielsen, H. T. Christesen, and P. Grandjean. 2016. "Correction: Association between Perfluorinated Compound Exposure and Miscarriage in Danish Pregnant Women." *PLoS One* 11 (2):e0149366. doi: 10.1371/journal.pone.0149366.

Ji, K., S. Kim, Y. Kho, D. Paek, J. Sakong, J. Ha, S. Kim, and K. Choi. 2012. "Serum concentrations of major perfluorinated compounds among the general population in Korea: dietary sources and potential impact on thyroid hormones." *Environ Int* 45:78-85. doi: 10.1016/j.envint.2012.03.007.

Jiang, W., Y. Zhang, L. Zhu, and J. Deng. 2014. "Serum levels of perfluoroalkyl acids (PFAAs) with isomer analysis and their associations with medical parameters in Chinese pregnant women." *Environ Int* 64:40-7. doi: 10.1016/j.envint.2013.12.001.

Joensen, U. N., R. Bossi, H. Leffers, A. A. Jensen, N. E. Skakkebaek, and N. Jorgensen. 2009. "Do perfluoroalkyl compounds impair human semen quality?" *Environ Health Perspect* 117 (6):923-7. doi: 10.1289/ehp.0800517.

Joensen, U. N., B. Veyrand, J. P. Antignac, M. Blomberg Jensen, J. H. Petersen, P. Marchand, N. E. Skakkebaek, A. M. Andersson, B. Le Bizec, and N. Jorgensen. 2013. "PFOS (perfluorooctanesulfonate) in serum is negatively associated with testosterone levels, but not with semen quality, in healthy men." *Hum Reprod* 28 (3):599-608. doi: 10.1093/humrep/des425.

Johnson, C. N., A. S. Ha, E. Chen, and D. Davidson. 2018. "Lipomatous Soft-tissue Tumors." *J Am Acad Orthop Surg* 26 (22):779-788. doi: 10.5435/jaaos-d-17-00045.

Johnson, P. I., P. Sutton, D. S. Atchley, E. Koustas, J. Lam, S. Sen, K. A. Robinson, D. A. Axelrad, and T. J. Woodruff. 2014. "The Navigation Guide - evidence-based medicine meets environmental health: systematic review of human evidence for PFOA effects on fetal growth." *Environ Health Perspect* 122 (10):1028-39. doi: 10.1289/ehp.1307893.

Jorgensen, K. T., I. O. Specht, V. Lenters, C. C. Bach, L. Rylander, B. A. Jonsson, C. H. Lindh, A. Giwercman, D. Heederik, G. Toft, and J. P. Bonde. 2014. "Perfluoroalkyl substances and time to pregnancy in couples from Greenland, Poland and Ukraine." *Environ Health* 13:116. doi: 10.1186/1476-069X-13-116.

Juby, A. G., M. G. Hanly, and D. Lukaczer. 2016. "Clinical challenges in thyroid disease: Time for a new approach?" *Maturitas* 87:72-8. doi: 10.1016/j.maturitas.2016.02.001.

Kang, H., H. K. Lee, H. B. Moon, S. Kim, J. Lee, M. Ha, S. Hong, S. Kim, and K. Choi. 2018. "Perfluoroalkyl acids in serum of Korean children: Occurrences, related sources, and associated health outcomes." *Sci Total Environ* 645:958-965. doi: 10.1016/j.scitotenv.2018.07.177.

Karlsen, M., P. Grandjean, P. Weihe, U. Steuerwald, Y. Oulhote, and D. Valvi. 2017. "Early-life exposures to persistent organic pollutants in relation to overweight in preschool children." *Reprod Toxicol* 68:145-153. doi: 10.1016/j.reprotox.2016.08.002.

Karnes, C., A. Winquist, and K. Steenland. 2014. "Incidence of type II diabetes in a cohort with substantial exposure to perfluorooctanoic acid." *Environ Res* 128:78-83. doi: 10.1016/j.envres.2013.11.003.

Kashino, I., S. Sasaki, E. Okada, H. Matsuura, H. Goudarzi, C. Miyashita, E. Okada, Y. M. Ito, A. Araki, and R. Kishi. 2020. "Prenatal exposure to 11 perfluoroalkyl substances and fetal growth: A large-scale, prospective birth cohort study." *Environ Int* 136:105355. doi: 10.1016/j.envint.2019.105355.

Kataria, A., H. Trachtman, L. Malaga-Dieguez, and L. Trasande. 2015. "Association between perfluoroalkyl acids and kidney function in a cross-sectional study of adolescents." *Environ Health* 14:89. doi: 10.1186/s12940-015-0077-9.

Kato, S., S. Itoh, M. Yuasa, T. Baba, C. Miyashita, S. Sasaki, S. Nakajima, A. Uno, H. Nakazawa, Y. Iwasaki, E. Okada, and R. Kishi. 2016. "Association of perfluorinated chemical exposure in utero with maternal and infant thyroid hormone levels in the Sapporo cohort of Hokkaido Study on the Environment and Children's Health." *Environ Health Prev Med* 21 (5):334-344. doi: 10.1007/s12199-016-0534-2.

Katz, U., and G. Zandman-Goddard. "Drug-induced lupus: an update." (1873-0183 (Electronic)).

Kawatkar AA, Portugal C, Chu LH, and Iyer R. 2012. "Racial/Ethnic Trends in Incidence and Prevalence of Rheumatoid Arthritis in a Large Multi-Ethnic Manager Care Population." 2012 ACR/ARHP Annual Meeting.

Kawicka, A., B. Regulska-Ilow, and B. Regulska-Ilow. 2015. "Metabolic disorders and nutritional status in autoimmune thyroid diseases." *Postepy Hig Med Dosw (Online)* 69:80-90. doi: 10.5604/17322693.1136383.

KDIGO. 2012. KDIGO 2012 Clinical Practice Guideline for the Evaluation and Management of Chronic Kidney Disease. Kidney Disease Improving Global Outcomes.

Kelsh, M. A., D. D. Alexander, P. J. Mink, and J. H. Mandel. 2010. "Occupational trichloroethylene exposure and kidney cancer: a meta-analysis." *Epidemiology.* 21 (1):95-102.

Keum, N., D. C. Greenwood, D. H. Lee, R. Kim, D. Aune, W. Ju, F. B. Hu, and E. L. Giovannucci. 2015. "Adult weight gain and adiposity-related cancers: a dose-response meta-analysis of prospective observational studies." *J.Natl.Cancer Inst.* 107 (3).

Khalil, N., J. R. Ebert, M. Honda, M. Lee, R. W. Nahhas, A. Koskela, T. Hangartner, and K. Kannan. 2018. "Perfluoroalkyl substances, bone density, and cardio-metabolic risk factors in obese 8-12 year old children: A pilot study." *Environ Res* 160:314-321. doi: 10.1016/j.envres.2017.10.014.

Khati, N. J., T. Kim, and J. Riess. 2020. "Imaging of Benign Adnexal Disease." *Radiol Clin North Am* 58 (2):257-273. doi: 10.1016/j.rcl.2019.10.009.

Kielsen, K., Z. Shamim, L. P. Ryder, F. Nielsen, P. Grandjean, E. Budtz-Jorgensen, and C. Heilmann. 2016. "Antibody response to booster vaccination with tetanus and diphtheria in

adults exposed to perfluorinated alkylates." *J Immunotoxicol* 13 (2):270-3. doi: 10.3109/1547691x.2015.1067259.

Kim, D. H., U. J. Kim, H. Y. Kim, S. D. Choi, and J. E. Oh. 2016. "Perfluoroalkyl substances in serum from South Korean infants with congenital hypothyroidism and healthy infants--Its relationship with thyroid hormones." *Environ Res* 147:399-404. doi: 10.1016/j.envres.2016.02.037.

Kim, H. Y., K. N. Kim, C. H. Shin, Y. H. Lim, J. I. Kim, B. N. Kim, Y. C. Hong, and Y. A. Lee. 2020. "The Relationship Between Perfluoroalkyl Substances Concentrations and Thyroid Function in Early Childhood: A Prospective Cohort Study." *Thyroid*. doi: 10.1089/thy.2019.0436.

Kim, M. J., S. Moon, B. C. Oh, D. Jung, K. Ji, K. Choi, and Y. J. Park. 2018. "Association between perfluoroalkyl substances exposure and thyroid function in adults: A meta-analysis." *PLoS One* 13 (5):e0197244. doi: 10.1371/journal.pone.0197244.

Kim, S., K. Choi, K. Ji, J. Seo, Y. Kho, J. Park, S. Kim, S. Park, I. Hwang, J. Jeon, H. Yang, and J. P. Giesy. 2011. "Trans-placental transfer of thirteen perfluorinated compounds and relations with fetal thyroid hormones." *Environ Sci Technol* 45 (17):7465-72. doi: 10.1021/es202408a.

Kim, S. K., K. T. Lee, C. S. Kang, L. Tao, K. Kannan, K. R. Kim, C. K. Kim, J. S. Lee, P. S. Park, Y. W. Yoo, J. Y. Ha, Y. S. Shin, and J. H. Lee. 2011. "Distribution of perfluorochemicals between sera and milk from the same mothers and implications for prenatal and postnatal exposures." *Environ Pollut* 159 (1):169-174. doi: 10.1016/j.envpol.2010.09.008.

Kishi, R., S. Kobayashi, T. Ikeno, A. Araki, C. Miyashita, S. Itoh, S. Sasaki, E. Okada, S. Kobayashi, I. Kashino, K. Itoh, and S. Nakajima. 2013. "Ten years of progress in the Hokkaido birth cohort study on environment and children's health: cohort profile--updated 2013." *Environ Health Prev Med* 18 (6):429-50. doi: 10.1007/s12199-013-0357-3.

Kishi, R., T. Nakajima, H. Goudarzi, S. Kobayashi, S. Sasaki, E. Okada, C. Miyashita, S. Itoh, A. Araki, T. Ikeno, Y. Iwasaki, and H. Nakazawa. 2015. "The Association of Prenatal Exposure to Perfluorinated Chemicals with Maternal Essential and Long-Chain Polyunsaturated Fatty Acids during Pregnancy and the Birth Weight of Their Offspring: The Hokkaido Study." *Environ Health Perspect* 123 (10):1038-45. doi: 10.1289/ehp.1408834.

Klein, A. P. 2013. "Identifying people at a high risk of developing pancreatic cancer." *Nat Rev Cancer* 13 (1):66-74. doi: 10.1038/nrc3420.

Knox, S. S., T. Jackson, S. J. Frisbee, B. Javins, and A. M. Ducatman. 2011. "Perfluorocarbon exposure, gender and thyroid function in the C8 Health Project." *J Toxicol Sci* 36 (4):403-10.

Knox, S. S., T. Jackson, B. Javins, S. J. Frisbee, A. Shankar, and A. M. Ducatman. 2011. "Implications of early menopause in women exposed to perfluorocarbons." *J Clin Endocrinol Metab* 96 (6):1747-53. doi: 10.1210/jc.2010-2401.

Knudsen, A. S., M. Long, H. S. Pedersen, and E. C. Bonefeld-Jorgensen. 2018. "Persistent organic pollutants and haematological markers in Greenlandic pregnant women: the ACCEPT sub-study." *Int J Circumpolar Health* 77 (1):1456303. doi: 10.1080/22423982.2018.1456303.

Knudsen, N., P. Laurberg, H. Perrild, I. Bulow, L. Ovesen, and T. Jorgensen. 2002. "Risk factors for goiter and thyroid nodules." *Thyroid.* 12 (10):879-888.

Kobayashi, S., K. Azumi, H. Goudarzi, A. Araki, C. Miyashita, S. Kobayashi, S. Itoh, S. Sasaki, M. Ishizuka, H. Nakazawa, T. Ikeno, and R. Kishi. 2017. "Effects of prenatal perfluoroalkyl acid exposure on cord blood IGF2/H19 methylation and ponderal index: The Hokkaido Study." *J Expo Sci Environ Epidemiol* 27 (3):251-259. doi: 10.1038/jes.2016.50.

Kochanek, K. D., J. Xu, S. L. Murphy, A. M. Minino, and H. C. Kung. 2011. "Deaths: final data for 2009." *Natl Vital Stat Rep* 60 (3):1-116.

Kogevinas, M., J. D. Figueroa, M. Garcia-Closas, and L. Mucci. 2018. "Urinary Bladder Cancer." In *Textbook of Cancer Epidemiology*, edited by H. O. Adami, D. J. Hunter, P. Lagiou and L. Mucci, 543-570. New York: Oxford University Press.

Kogevinas, M., M. Garcia-Klosas, and D. Trichopoulos. 2008. "Urinary bladder cancer." In *Textbook of cancer epidemiology*, edited by H. O. Adami, D. Hunter and D. Trichopoulos. Oxford: Oxford University Press.

Kong, L., L. Wang, F. Meng, J. Cao, and Y. Shen. 2017. "Association between smoking and risk of knee osteoarthritis: a systematic review and meta-analysis." *Osteoarthritis Cartilage* 25 (6):809-816. doi: 10.1016/j.joca.2016.12.020.

Koshy, T. T., T. M. Attina, A. Ghassabian, J. Gilbert, L. K. Burdine, M. Marmor, M. Honda, D. B. Chu, X. Han, Y. Shao, K. Kannan, E. M. Urbina, and L. Trasande. 2017. "Serum perfluoroalkyl substances and cardiometabolic consequences in adolescents exposed to the World Trade Center disaster and a matched comparison group." *Environ Int* 109:128-135. doi: 10.1016/j.envint.2017.08.003.

Kozlowski, P., E. Staroslawska, J. Szumilo, M. Jankiewicz, M. Kozlowska, and F. Burdan. 2016. "[Epidemiology and risk factors of testicular tumours]." *Pol Merkur Lekarski* 40 (238):211-5.

Kristensen, S. L., C. H. Ramlau-Hansen, E. Ernst, S. F. Olsen, J. P. Bonde, A. Vested, T. I. Halldorsson, G. Becher, L. S. Haug, and G. Toft. 2013. "Long-term effects of prenatal exposure to perfluoroalkyl substances on female reproduction." *Hum Reprod* 28 (12):3337-48. doi: 10.1093/humrep/det382.

Kvalem, H. E., U. C. Nygaard, K. C. Lødrup Carlsen, K. H. Carlsen, L. S. Haug, and B. Granum. 2020. "Perfluoroalkyl substances, airways infections, allergy and asthma related health outcomes - implications of gender, exposure period and study design." *Environ Int* 134:105259. doi: 10.1016/j.envint.2019.105259.

La Rocca, C., S. Tait, C. Guerranti, L. Busani, F. Ciardo, B. Bergamasco, G. Perra, F. R. Mancini, R. Marci, G. Bordi, D. Caserta, S. Focardi, M. Moscarini, and A. Mantovani. 2015. "Exposure to Endocrine Disruptors and Nuclear Receptors Gene Expression in Infertile and Fertile

Men from Italian Areas with Different Environmental Features." *Int J Environ Res Public Health* 12 (10):12426-45. doi: 10.3390/ijerph121012426.

La Rocca, C., S. Tait, C. Guerranti, L. Busani, F. Ciardo, B. Bergamasco, L. Stecca, G. Perra, F. R. Mancini, R. Marci, G. Bordi, D. Caserta, S. Focardi, M. Moscarini, and A. Mantovani. 2014. "Exposure to endocrine disrupters and nuclear receptor gene expression in infertile and fertile women from different Italian areas." *Int J Environ Res Public Health* 11 (10):10146-64. doi: 10.3390/ijerph111010146.

La Vecchia, C., C. Bosetti, and H. O. Adami. 2018. "Thyroid Cancer." In *Textbook of Cancer Epidemiology*, edited by H. O. Adami, D. J. Hunter, P. Lagiou and L. Mucci, 609-625. New York: Oxford University Press.

Lai, G. Y., Y. Park, P. Hartge, A. R. Hollenbeck, and N. D. Freedman. 2013. "The Association Between Self-Reported Diabetes and Cancer Incidence in the NIH-AARP Diet and Health Study." *J.Clin.Endocrinol.Metab.* 98 (3):E497-E502.

Lam, J., E. Koustas, P. Sutton, P. I. Johnson, D. S. Atchley, S. Sen, K. A. Robinson, D. A. Axelrad, and T. J. Woodruff. 2014. "The Navigation Guide - evidence-based medicine meets environmental health: integration of animal and human evidence for PFOA effects on fetal growth." *Environ Health Perspect* 122 (10):1040-51. doi: 10.1289/ehp.1307923.

Lambertini, M., L. Santoro, L. Del Mastro, B. Nguyen, L. Livraghi, D. Ugolini, F. A. Peccatori, and H. A. Azim, Jr. 2016. "Reproductive behaviors and risk of developing breast cancer according to tumor subtype: A systematic review and meta-analysis of epidemiological studies." *Cancer Treat Rev* 49:65-76. doi: 10.1016/j.ctrv.2016.07.006.

Last, J. M. 2001. *A dictionary of epidemiology*. Edited by J. M. Last, R. A. Spasoff, S. S. Harris and M. C. Thuriaux. Vol. Fourth: OXFORD University Press. Reprint, IN FILE.

Lauby-Secretan, B., C. Scoccianti, D. Loomis, Y. Grosse, F. Bianchini, K. Straif, and Group International Agency for Research on Cancer Handbook Working. 2016. "Body Fatness and Cancer--Viewpoint of the IARC Working Group." *N Engl J Med* 375 (8):794-8. doi: 10.1056/NEJMsr1606602.

Lauritzen, H. B., T. L. Larose, T. Oien, T. M. Sandanger, J. O. Odland, M. van de Bor, and G. W. Jacobsen. 2018. "Prenatal exposure to persistent organic pollutants and child overweight/obesity at 5-year follow-up: a prospective cohort study." *Environ Health* 17 (1):9. doi: 10.1186/s12940-017-0338-x.

Lebeaux, R. M., B. T. Doherty, L. G. Gallagher, R. T. Zoeller, A. N. Hoofnagle, A. M. Calafat, M. R. Karagas, K. Yolton, A. Chen, B. P. Lanphear, J. M. Braun, and M. E. Romano. 2020. "Maternal serum perfluoroalkyl substance mixtures and thyroid hormone concentrations in maternal and cord sera: The HOME Study." *Environ Res* 185:109395. doi: 10.1016/j.envres.2020.109395.

Lee, E. S., S. Han, and J. E. Oh. 2016. "Association between perfluorinated compound concentrations in cord serum and birth weight using multiple regression models." *Reprod Toxicol* 59:53-9. doi: 10.1016/j.reprotox.2015.10.020.

Lei, L. Y., D. S. Chew, R. S. Sheldon, and S. R. Raj. 2019. "Evaluating and managing postural tachycardia syndrome." *Cleve Clin J Med* 86 (5):333-344. doi: 10.3949/ccjm.86a.18002.

Lenters, V., L. Portengen, A. Rignell-Hydbom, B. A. Jonsson, C. H. Lindh, A. H. Piersma, G. Toft, J. P. Bonde, D. Heederik, L. Rylander, and R. Vermeulen. 2016. "Prenatal Phthalate, Perfluoroalkyl Acid, and Organochlorine Exposures and Term Birth Weight in Three Birth Cohorts: Multi-Pollutant Models Based on Elastic Net Regression." *Environ Health Perspect* 124 (3):365-72. doi: 10.1289/ehp.1408933.

Lenters, V., L. Portengen, L. A. Smit, B. A. Jonsson, A. Giwercman, L. Rylander, C. H. Lindh, M. Spano, H. S. Pedersen, J. K. Ludwicki, L. Chumak, A. H. Piersma, G. Toft, J. P. Bonde, D. Heederik, and R. Vermeulen. 2015. "Phthalates, perfluoroalkyl acids, metals and organochlorines and reproductive function: a multipollutant assessment in Greenlandic, Polish and Ukrainian men." *Occup Environ Med* 72 (6):385-93. doi: 10.1136/oemed-2014-102264.

Leonard, R. C., K. H. Kreckmann, C. J. Sakr, and J. M. Symons. 2008. "Retrospective cohort mortality study of workers in a polymer production plant including a reference population of regional workers." *Ann Epidemiol.* 18 (1):15-22.

Leter, G., C. Consales, P. Eleuteri, R. Uccelli, I. O. Specht, G. Toft, T. Moccia, A. Budillon, B. A. Jonsson, C. H. Lindh, A. Giwercman, H. S. Pedersen, J. K. Ludwicki, V. Zviezdai, D. Heederik, J. P. Bonde, and M. Spano. 2014. "Exposure to perfluoroalkyl substances and sperm DNA global methylation in Arctic and European populations." *Environ Mol Mutagen* 55 (7):591-600. doi: 10.1002/em.21874.

Levey, A. S., and J. Coresh. 2012. "Chronic kidney disease." *Lancet* 379 (9811):165-80. doi: 10.1016/S0140-6736(11)60178-5.

Levine, H., N. Jorgensen, A. Martino-Andrade, J. Mendiola, D. Weksler-Derri, I. Mindlis, R. Pinotti, and S. H. Swan. 2017. "Temporal trends in sperm count: a systematic review and meta-regression analysis." *Hum Reprod Update* 23 (6):646-659. doi: 10.1093/humupd/dmx022.

Lewis, R. C., L. E. Johns, and J. D. Meeker. 2015. "Serum Biomarkers of Exposure to Perfluoroalkyl Substances in Relation to Serum Testosterone and Measures of Thyroid Function among Adults and Adolescents from NHANES 2011-2012." *Int J Environ Res Public Health* 12 (6):6098-114. doi: 10.3390/ijerph120606098.

Li, M., X. W. Zeng, Z. M. Qian, M. G. Vaughn, S. Sauve, G. Paul, S. Lin, L. Lu, L. W. Hu, B. Y. Yang, Y. Zhou, X. D. Qin, S. L. Xu, W. W. Bao, Y. Z. Zhang, P. Yuan, J. Wang, C. Zhang, Y. P. Tian, M. Nian, X. Xiao, C. Fu, and G. H. Dong. 2017. "Isomers of perfluorooctanesulfonate (PFOS) in cord serum and birth outcomes in China: Guangzhou Birth Cohort Study." *Environ Int* 102:1-8. doi: 10.1016/j.envint.2017.03.006.

Li, Y., Y. Cheng, Z. Xie, and F. Zeng. 2017. "Perfluorinated alkyl substances in serum of the southern Chinese general population and potential impact on thyroid hormones." *Sci Rep* 7:43380. doi: 10.1038/srep43380.

Liao, S., W. Yao, I. Cheang, X. Tang, T. Yin, X. Lu, Y. Zhou, H. Zhang, and X. Li. 2020. "Association between perfluoroalkyl acids and the prevalence of hypertension among US adults." *Ecotoxicol Environ Saf* 196:110589. doi: 10.1016/j.ecoenv.2020.110589.

Liberda, E. N., A. M. Zuk, and L. J. S. Tsuji. 2019. "Complex contaminant mixtures and their associations with intima-media thickness." *BMC Cardiovasc Disord* 19 (1):289. doi: 10.1186/s12872-019-1246-5.

Lichtman, M. A. 2010. "Obesity and the risk for a hematological malignancy: leukemia, lymphoma, or myeloma." *Oncologist*. 15 (10):1083-1101.

Liew, Z., H. Goudarzi, and Y. Oulhote. 2018. "Developmental Exposures to Perfluoroalkyl Substances (PFASs): An Update of Associated Health Outcomes." *Curr Environ Health Rep* 5 (1):1-19. doi: 10.1007/s40572-018-0173-4.

Liew, Z., B. Ritz, E. C. Bonefeld-Jorgensen, T. B. Henriksen, E. A. Nohr, B. H. Bech, C. Fei, R. Bossi, O. S. von Ehrenstein, E. Streja, P. Uldall, and J. Olsen. 2014. "Prenatal exposure to perfluoroalkyl substances and the risk of congenital cerebral palsy in children." *Am J Epidemiol* 180 (6):574-81. doi: 10.1093/aje/kwu179.

Lilienfeld, D. E., and P. D. Stolley. 1994. *Foundations of Epidemiology*. 3rd ed. New York: Oxford University Press.

Lin, C. Y., P. C. Chen, Y. C. Lin, and L. Y. Lin. 2009. "Association among serum perfluoroalkyl chemicals, glucose homeostasis, and metabolic syndrome in adolescents and adults." *Diabetes Care*. 32 (4):702-707.

Lin, C. Y., P. C. Chen, S. C. Lo, P. L. Torng, F. C. Sung, and T. C. Su. 2016. "The association of carotid intima-media thickness with serum Level of perfluorinated chemicals and endothelium-platelet microparticles in adolescents and young adults." *Environ Int* 94:292-299. doi: 10.1016/j.envint.2016.06.004.

Lin, C. Y., L. Y. Lin, C. K. Chiang, W. J. Wang, Y. N. Su, K. Y. Hung, and P. C. Chen. 2010. "Investigation of the associations between low-dose serum perfluorinated chemicals and liver enzymes in US adults." *Am J Gastroenterol* 105 (6):1354-63. doi: 10.1038/ajg.2009.707.

Lin, C. Y., L. Y. Lin, T. W. Wen, G. W. Lien, K. L. Chien, S. H. Hsu, C. C. Liao, F. C. Sung, P. C. Chen, and T. C. Su. 2013. "Association between levels of serum perfluorooctane sulfate and carotid artery intima-media thickness in adolescents and young adults." *Int J Cardiol* 168 (4):3309-16. doi: 10.1016/j.ijcard.2013.04.042.

Lin, C. Y., L. L. Wen, L. Y. Lin, T. W. Wen, G. W. Lien, C. Y. Chen, S. H. Hsu, K. L. Chien, F. C. Sung, P. C. Chen, and T. C. Su. 2011. "Associations between levels of serum perfluorinated chemicals and adiponectin in a young hypertension cohort in Taiwan." *Environ Sci Technol* 45 (24):10691-8. doi: 10.1021/es201964x.

Lin, C. Y., L. L. Wen, L. Y. Lin, T. W. Wen, G. W. Lien, S. H. Hsu, K. L. Chien, C. C. Liao, F. C. Sung, P. C. Chen, and T. C. Su. 2013. "The associations between serum perfluorinated

chemicals and thyroid function in adolescents and young adults." *J Hazard Mater* 244-245:637-44. doi: 10.1016/j.jhazmat.2012.10.049.

Lin, J., M. R. Spitz, C. P. Dinney, C. J. Etzel, H. B. Grossman, and X. Wu. 2006. "Bladder cancer risk as modified by family history and smoking." *Cancer* 107 (4):705-11. doi: 10.1002/cncr.22071.

Lin, P. D., A. Cardenas, R. Hauser, D. R. Gold, K. P. Kleinman, M. F. Hivert, A. M. Calafat, T. F. Webster, E. S. Horton, and E. Oken. 2020. "Per- and polyfluoroalkyl substances and blood pressure in pre-diabetic adults-cross-sectional and longitudinal analyses of the diabetes prevention program outcomes study." *Environ Int* 137:105573. doi: 10.1016/j.envint.2020.105573.

Lin, P. D., A. Cardenas, R. Hauser, D. R. Gold, K. P. Kleinman, M. F. Hivert, A. F. Fleisch, A. M. Calafat, T. F. Webster, E. S. Horton, and E. Oken. 2019. "Per- and polyfluoroalkyl substances and blood lipid levels in pre-diabetic adults-longitudinal analysis of the diabetes prevention program outcomes study." *Environ Int* 129:343-353. doi: 10.1016/j.envint.2019.05.027.

Lind, D. V., L. Priskorn, T. H. Lassen, F. Nielsen, H. B. Kyhl, D. M. Kristensen, H. T. Christesen, J. S. Jorgensen, P. Grandjean, and T. K. Jensen. 2017. "Prenatal exposure to perfluoroalkyl substances and anogenital distance at 3 months of age in a Danish mother-child cohort." *Reprod Toxicol* 68:200-206. doi: 10.1016/j.reprotox.2016.08.019.

Lind, L., B. Zethelius, S. Salihovic, B. van Bavel, and P. M. Lind. 2014. "Circulating levels of perfluoroalkyl substances and prevalent diabetes in the elderly." *Diabetologia* 57 (3):473-9. doi: 10.1007/s00125-013-3126-3.

Lind, P. M., S. Salihovic, J. Stubleski, A. Karrman, and L. Lind. 2018. "Changes in plasma levels of perfluoroalkyl substances (PFASs) are related to increase in carotid intima-media thickness over 10 years - a longitudinal study." *Environ Health* 17 (1):59. doi: 10.1186/s12940-018-0403-0.

Lind, P. M., S. Salihovic, B. van Bavel, and L. Lind. 2017. "Circulating levels of perfluoroalkyl substances (PFASs) and carotid artery atherosclerosis." *Environ Res* 152:157-164. doi: 10.1016/j.envres.2016.10.002.

Linn, S., B. Murtaugh, and E. Casey. 2012. "Role of sex hormones in the development of osteoarthritis." *PM.R.* 4 (5 Suppl):S169-S173.

Lipworth, L., R. E. Tarone, L. Lund, and J. K. McLaughlin. 2009. "Epidemiologic characteristics and risk factors for renal cell cancer." *Clin.Epidemiol.* 1:33-43.:33-43.

Liu, G., K. Dhana, J. D. Furtado, J. Rood, G. Zong, L. Liang, L. Qi, G. A. Bray, L. DeJonge, B. Coull, P. Grandjean, and Q. Sun. 2018. "Perfluoroalkyl substances and changes in body weight and resting metabolic rate in response to weight-loss diets: A prospective study." *PLoS Med* 15 (2):e1002502. doi: 10.1371/journal.pmed.1002502.

Liu, G., B. Zhang, Y. Hu, J. Rood, L. Liang, L. Qi, G. A. Bray, L. DeJonge, B. Coull, P. Grandjean, J. D. Furtado, and Q. Sun. 2020. "Associations of Perfluoroalkyl substances with blood lipids and Apolipoproteins in lipoprotein subspecies: the POUNDS-lost study." *Environ Health* 19 (1):5. doi: 10.1186/s12940-020-0561-8.

Liu, H., Q. Chen, L. Lei, W. Zhou, L. Huang, J. Zhang, and D. Chen. 2018. "Prenatal exposure to perfluoroalkyl and polyfluoroalkyl substances affects leukocyte telomere length in female newborns." *Environ Pollut* 235:446-452. doi: 10.1016/j.envpol.2017.12.095.

Liu, H. S., L. L. Wen, P. L. Chu, and C. Y. Lin. 2018. "Association among total serum isomers of perfluorinated chemicals, glucose homeostasis, lipid profiles, serum protein and metabolic syndrome in adults: NHANES, 2013-2014." *Environ Pollut* 232:73-79. doi: 10.1016/j.envpol.2017.09.019.

Liu, P., F. Yang, Y. Wang, and Z. Yuan. 2018. "Perfluorooctanoic Acid (PFOA) Exposure in Early Life Increases Risk of Childhood Adiposity: A Meta-Analysis of Prospective Cohort Studies." *Int J Environ Res Public Health* 15 (10). doi: 10.3390/ijerph15102070.

Liu, W. S., Y. T. Lai, H. L. Chan, S. Y. Li, C. C. Lin, C. K. Liu, H. H. Tsou, and T. Y. Liu. 2018. "Associations between perfluorinated chemicals and serum biochemical markers and performance status in uremic patients under hemodialysis." *PLoS One* 13 (7):e0200271. doi: 10.1371/journal.pone.0200271.

Liu, X., L. Zhang, L. Chen, J. Li, Y. Wang, J. Wang, G. Meng, M. Chi, Y. Zhao, H. Chen, and Y. Wu. 2019. "Structure-based investigation on the association between perfluoroalkyl acids exposure and both gestational diabetes mellitus and glucose homeostasis in pregnant women." *Environ Int* 127:85-93. doi: 10.1016/j.envint.2019.03.035.

Ljungberg, B., S. C. Campbell, H. Y. Choi, D. Jacqmin, J. E. Lee, S. Weikert, and L. A. Kiemeney. 2011. "The epidemiology of renal cell carcinoma." *Eur.Urol.* 60 (4):615-621.

Loda, M., L. Mucci, M. Mittelstadt, M. J. Van Hemelrijck, and M. Cotter. 2017. *Pathology and epidemiology of cancer*. New York, NY: Springer Berlin Heidelberg.

Looker, C., M. I. Luster, A. M. Calafat, V. J. Johnson, G. R. Burleson, F. G. Burleson, and T. Fletcher. 2014. "Influenza vaccine response in adults exposed to perfluorooctanoate and perfluorooctanesulfonate." *Toxicol Sci* 138 (1):76-88. doi: 10.1093/toxsci/kft269.

Lopez-Espinosa, M. J., N. Fitz-Simon, M. S. Bloom, A. M. Calafat, and T. Fletcher. 2012. "Comparison between free serum thyroxine levels, measured by analog and dialysis methods, in the presence of perfluorooctane sulfonate and perfluorooctanoate." *Reprod Toxicol* 33 (4):552-555. doi: 10.1016/j.reprotox.2011.04.002.

Lopez-Espinosa, M. J., T. Fletcher, B. Armstrong, B. Genser, K. Dhatariya, D. Mondal, A. Ducatman, and G. Leonardi. 2011. "Association of Perfluorooctanoic Acid (PFOA) and Perfluorooctane Sulfonate (PFOS) with age of puberty among children living near a chemical plant." *Environ Sci Technol* 45 (19):8160-6. doi: 10.1021/es1038694.

Lopez-Espinosa, M. J., D. Mondal, B. Armstrong, M. S. Bloom, and T. Fletcher. 2012. "Thyroid function and perfluoroalkyl acids in children living near a chemical plant." *Environ Health Perspect* 120 (7):1036-41. doi: 10.1289/ehp.1104370.

Lopez-Espinosa, M. J., D. Mondal, B. G. Armstrong, B. Eskenazi, and T. Fletcher. 2016. "Perfluoroalkyl Substances, Sex Hormones, and Insulin-like Growth Factor-1 at 6-9 Years of Age: A Cross-Sectional Analysis within the C8 Health Project." *Environ Health Perspect* 124 (8):1269-75. doi: 10.1289/ehp.1509869.

Losina, E., A. M. Weinstein, W. M. Reichmann, S. A. Burbine, D. H. Solomon, M. E. Daigle, B. N. Rome, S. P. Chen, D. J. Hunter, L. G. Suter, J. M. Jordan, and J. N. Katz. 2013. "Lifetime risk and age at diagnosis of symptomatic knee osteoarthritis in the US." *Arthritis Care Res (Hoboken).* 65 (5):703-711.

Lotan, Y., J. A. Karam, S. F. Shariat, A. Gupta, M. Roupret, K. Bensalah, and V. Margulis. 2016. "Renal-cell carcinoma risk estimates based on participants in the prostate, lung, colorectal, and ovarian cancer screening trial and national lung screening trial." *Urol Oncol* 34 (4):167 e9-16. doi: 10.1016/j.urolonc.2015.10.011.

Louis, G. M., Z. Chen, E. F. Schisterman, S. Kim, A. M. Sweeney, R. Sundaram, C. D. Lynch, R. E. Gore-Langton, and D. B. Barr. 2015. "Perfluorochemicals and human semen quality: the LIFE study." *Environ Health Perspect* 123 (1):57-63. doi: 10.1289/ehp.1307621.

Louis, G. M., C. M. Peterson, Z. Chen, M. L. Hediger, M. S. Croughan, R. Sundaram, J. B. Stanford, V. Y. Fujimoto, M. W. Varner, L. C. Giudice, A. Kennedy, L. Sun, Q. Wu, and K. Kannan. 2012. "Perfluorochemicals and endometriosis: the ENDO study." *Epidemiology* 23 (6):799-805. doi: 10.1097/EDE.0b013e31826cc0cf.

Louis, G. M., K. J. Sapra, D. B. Barr, Z. Lu, and R. Sundaram. 2016. "Preconception perfluoroalkyl and polyfluoroalkyl substances and incident pregnancy loss, LIFE Study." *Reprod Toxicol* 65:11-17. doi: 10.1016/j.reprotox.2016.06.011.

Lum, K. J., R. Sundaram, D. B. Barr, T. A. Louis, and G. M. Buck Louis. 2017. "Perfluoroalkyl Chemicals, Menstrual Cycle Length, and Fecundity: Findings from a Prospective Pregnancy Study." *Epidemiology* 28 (1):90-98. doi: 10.1097/EDE.0000000000000552.

Lundin, J. I., B. H. Alexander, G. W. Olsen, and T. R. Church. 2009. "Ammonium perfluorooctanoate production and occupational mortality." *Epidemiology* 20 (6):921-8. doi: 10.1097/EDE.0b013e3181b5f395.

Luo, Y., Z. Deji, and Z. Huang. 2020. "Exposure to perfluoroalkyl substances and allergic outcomes in children: A systematic review and meta-analysis." *Environ Res* 191:110145. doi: 10.1016/j.envres.2020.110145.

Lyngso, J., C. H. Ramlau-Hansen, B. B. Hoyer, H. Stovring, J. P. Bonde, B. A. Jonsson, C. H. Lindh, H. S. Pedersen, J. K. Ludwicki, V. Zviezdai, and G. Toft. 2014. "Menstrual cycle characteristics in fertile women from Greenland, Poland and Ukraine exposed to perfluorinated chemicals: a cross-sectional study." *Hum Reprod* 29 (2):359-67. doi: 10.1093/humrep/det390.

Ma, J., M. Huang, L. Wang, W. Ye, Y. Tong, and H. Wang. 2015. "Obesity and risk of thyroid cancer: evidence from a meta-analysis of 21 observational studies." *Med Sci Monit* 21:283-91. doi: 10.12659/MSM.892035.

Ma, S., C. Xu, J. Ma, Z. Wang, Y. Zhang, Y. Shu, and X. Mo. 2019. "Association between perfluoroalkyl substance concentrations and blood pressure in adolescents." *Environ Pollut* 254 (Pt A):112971. doi: 10.1016/j.envpol.2019.112971.

Macer, M. L., and H. S. Taylor. 2012. "Endometriosis and infertility: a review of the pathogenesis and treatment of endometriosis-associated infertility." *Obstet Gynecol Clin North Am* 39 (4):535-49. doi: 10.1016/j.ogc.2012.10.002.

MacNeil, J., N. K. Steenland, A. Shankar, and A. Ducatman. 2009. "A cross-sectional analysis of type II diabetes in a community with exposure to perfluorooctanoic acid (PFOA)." *Environ Res* 109 (8):997-1003. doi: 10.1016/j.envres.2009.08.002.

Maisonet, M., S. Nayha, D. A. Lawlor, and M. Marcus. 2015. "Prenatal exposures to perfluoroalkyl acids and serum lipids at ages 7 and 15 in females." *Environ Int* 82:49-60. doi: 10.1016/j.envint.2015.05.001.

Maisonet, M., M. L. Terrell, M. A. McGeehin, K. Y. Christensen, A. Holmes, A. M. Calafat, and M. Marcus. 2012. "Maternal concentrations of polyfluoroalkyl compounds during pregnancy and fetal and postnatal growth in British girls." *Environ Health Perspect* 120 (10):1432-7. doi: 10.1289/ehp.1003096.

Mancini, F. R., G. Cano-Sancho, J. Gambaretti, P. Marchand, M. C. Boutron-Ruault, G. Severi, P. Arveux, J. P. Antignac, and M. Kvaskoff. 2020. "Perfluorinated alkylated substances serum concentration and breast cancer risk: Evidence from a nested case-control study in the French E3N cohort." *Int J Cancer* 146 (4):917-928. doi: 10.1002/ijc.32357.

Mancini, F. R., K. Rajaobelina, D. Praud, C. Dow, J. P. Antignac, M. Kvaskoff, G. Severi, F. Bonnet, M. C. Boutron-Ruault, and G. Fagherazzi. 2018. "Nonlinear associations between dietary exposures to perfluorooctanoic acid (PFOA) or perfluorooctane sulfonate (PFOS) and type 2 diabetes risk in women: Findings from the E3N cohort study." *Int J Hyg Environ Health* 221 (7):1054-1060. doi: 10.1016/j.ijheh.2018.07.007.

Manzano-Salgado, C. B., M. Casas, M. J. Lopez-Espinosa, F. Ballester, C. Iniguez, D. Martinez, O. Costa, L. Santa-Marina, E. Pereda-Pereda, T. Schettgen, J. Sunyer, and M. Vrijheid. 2017. "Prenatal exposure to perfluoroalkyl substances and birth outcomes in a Spanish birth cohort." *Environ Int* 108:278-284. doi: 10.1016/j.envint.2017.09.006.

Manzano-Salgado, C. B., M. Casas, M. J. Lopez-Espinosa, F. Ballester, C. Iniguez, D. Martinez, D. Romaguera, S. Fernandez-Barres, L. Santa-Marina, M. Basterretxea, T. Schettgen, D. Valvi, J. Vioque, J. Sunyer, and M. Vrijheid. 2017. "Prenatal Exposure to Perfluoroalkyl Substances and Cardiometabolic Risk in Children from the Spanish INMA Birth Cohort Study." *Environ Health Perspect* 125 (9):097018. doi: 10.1289/ehp1330.

Manzano-Salgado, C. B., B. Granum, M. J. Lopez-Espinosa, F. Ballester, C. Iniguez, M. Gascon, D. Martinez, M. Guxens, M. Basterretxea, C. Zabaleta, T. Schettgen, J. Sunyer, M. Vrijheid, and

M. Casas. 2019. "Prenatal exposure to perfluoroalkyl substances, immune-related outcomes, and lung function in children from a Spanish birth cohort study." *Int J Hyg Environ Health* 222 (6):945-954. doi: 10.1016/j.ijheh.2019.06.005.

Mao, Q., Y. Lin, X. Zheng, J. Qin, K. Yang, and L. Xie. 2010. "A meta-analysis of alcohol intake and risk of bladder cancer." *Cancer Causes Control* 21 (11):1843-50. doi: 10.1007/s10552-010-9611-9.

March of Dimes. 2018a. "Low Birth Rate." Last Modified 2018 Mar. https://www.marchofdimes.org/complications/low-birthweight.aspx.

March of Dimes. 2018b. "Low Birthweight." Last Modified 2018 Mar. https://www.marchofdimes.org/complications/low-birthweight.aspx.

Marchi, J., M. Berg, A. Dencker, E. K. Olander, and C. Begley. 2015. "Risks associated with obesity in pregnancy, for the mother and baby: a systematic review of reviews." *Obes Rev* 16 (8):621-38. doi: 10.1111/obr.12288.

Marks, K. J., A. J. Cutler, Z. Jeddy, K. Northstone, K. Kato, and T. J. Hartman. 2019. "Maternal serum concentrations of perfluoroalkyl substances and birth size in British boys." *Int J Hyg Environ Health* 222 (5):889-895. doi: 10.1016/j.ijheh.2019.03.008.

Martinsson, M., C. Nielsen, J. Björk, L. Rylander, E. Malmqvist, C. Lindh, and A. Rignell-Hydbom. 2020. "Intrauterine exposure to perfluorinated compounds and overweight at age 4: A case-control study." *PLoS One* 15 (3):e0230137. doi: 10.1371/journal.pone.0230137.

Mastrantonio, M., E. Bai, R. Uccelli, V. Cordiano, A. Screpanti, and P. Crosignani. 2018. "Drinking water contamination from perfluoroalkyl substances (PFAS): an ecological mortality study in the Veneto Region, Italy." *Eur J Public Health* 28 (1):180-185. doi: 10.1093/eurpub/ckx066.

Matilla-Santander, N., D. Valvi, M. J. Lopez-Espinosa, C. B. Manzano-Salgado, F. Ballester, J. Ibarluzea, L. Santa-Marina, T. Schettgen, M. Guxens, J. Sunyer, and M. Vrijheid. 2017. "Exposure to Perfluoroalkyl Substances and Metabolic Outcomes in Pregnant Women: Evidence from the Spanish INMA Birth Cohorts." *Environ Health Perspect* 125 (11):117004. doi: 10.1289/EHP1062.

Mattsson, K., A. Rignell-Hydbom, S. Holmberg, A. Thelin, B. A. Jonsson, C. H. Lindh, A. Sehlstedt, and L. Rylander. 2015. "Levels of perfluoroalkyl substances and risk of coronary heart disease: Findings from a population-based longitudinal study." *Environ Res* 142:148-54. doi: 10.1016/j.envres.2015.06.033.

Mausner, J. S., and S. Kramer. 1985. *Epidemiology: An Introductory Text*. 2nd ed. Philadelphia: WB Saunders Company.

Mayo, Clinic. 2018. "Sex Hormone-Binding Globulin (SHBG), Serum." https://www.mayomedicallaboratories.com/test-catalog/Clinical+and+Interpretive/9285.

Mayo Clinic. 2018. "Male Infertility." https://www.mayoclinic.org/diseases-conditions/male-infertility/symptoms-causes/syc-20374773?p=1.

Mayo Clinic. 2020a. "Blood in Urine (hematuria)." Mayo Clinic, accessed 6/18/2020.
https://www.mayoclinic.org/diseases-conditions/blood-in-urine/symptoms-causes/syc-20353432.

Mayo Clinic. 2020b. "Ovarian Cysts." Mayo Clinic, accessed 6/18/2020.
https://www.mayoclinic.org/diseases-conditions/ovarian-cysts/symptoms-causes/syc-20353405.

McCormack, V. A., A. Agudo, C. C. Dahm, K. Overvad, A. Tjonneland, R. Kaaks, H. Boeing, J.
Manjer, M. Almquist, G. Hallmans, I. Johansson, M. D. Chirlaque, A. Barricarte, M.
Dorronsoro, L. Rodriguez, M. L. Redondo, K. T. Khaw, N. Wareham, N. Allen, T. Key, E.
Riboli, and P. Boffetta. 2010. "Cigar and pipe smoking and cancer risk in the European
Prospective Investigation into Cancer and Nutrition (EPIC)." *International Journal of Cancer*
127:2402-2411.

McCoy, J. A., J. T. Bangma, J. L. Reiner, J. A. Bowden, J. Schnorr, M. Slowey, T. O'Leary, L. J.
Guillette, Jr., and B. B. Parrott. 2017. "Associations between perfluorinated alkyl acids in
blood and ovarian follicular fluid and ovarian function in women undergoing assisted
reproductive treatment." *Sci Total Environ* 605-606:9-17. doi:
10.1016/j.scitotenv.2017.06.137.

McDonald, J. C., J. M. Harris, and G. Berry. 2006. "Sixty years on: the price of assembling military
gas masks in 1940." *Occup Environ Med.* 63 (12):852-855.

McGlynn, K. A., E. R. Meyts, and A. Stang. 2018. "Testicular Cancer." In *Schottenfeld and Fraumeni:
Cancer epidemiology and prevention*, edited by M. J. Thun, M. S. Linet, J. R. Cerhan, C. A. Haiman
and D. Schottenfeld, 1019-1028. USA: Oxford University Press.

McGlynn, K. A., and B. Trabert. 2012. "Adolescent and adult risk factors for testicular cancer." *Nat
Rev Urol* 9 (6):339-49. doi: 10.1038/nrurol.2012.61.

McLaughlin, J. K., P. Lindblad, A. Mellemgaard, M. McCredie, J. S. Mandel, B. Schlehofer, W.
Pommer, and H. O. Adami. 1995. "International renal-cell cancer study. I. Tobacco use." *Int
J Cancer.* 60 (2):194-198.

McLaughlin, J. K., L. Lipworth, R. Tarone, and W. Blot. 2006. "Renal cancer." In *Cancer Epidemiology
and Prevention*, edited by D. Schottenfeld and J. F. Fraumeni, Jr., 1087-1100. U.S.A.: Oxford
University Press.

MedLine, Plus. 2018a. "Alanine transaminase (ALT) blood test." USDHHS, Last Modified 2018 Apr
30, accessed May 25. https://medlineplus.gov/ency/article/003473.htm.

MedLine, Plus. 2018b. "Albumin - blood (serum)." USDHHS, Last Modified 2018 Apr 30, accessed
May 25. https://medlineplus.gov/ency/article/003480.htm.

MedLine, Plus. 2018c. "Bilirubin blood test." USDHHS, Last Modified 2018 Apr 30, accessed May
25. https://medlineplus.gov/ency/article/003479.htm.

MedLine, Plus. 2018d. "C-reactive protein." USDHHS, Last Modified 2018 Apr 30, accessed May 25. https://medlineplus.gov/ency/article/003356.htm.

MedLine, Plus. 2018e. "Creatinine blood test." USDHHS, Last Modified 2018 Apr 30, accessed May 25. https://medlineplus.gov/ency/article/003475.htm.

MedLine, Plus. 2018f. "Estradiol blood test." USDHHS, Last Modified 2018 Apr 30, accessed May 25. https://medlineplus.gov/ency/article/003711.htm.

MedLine, Plus. 2018g. "Gamma-glutamyl transferase (GGT) blood test." USDHHS, Last Modified 2018 Apr 30, accessed May 25. https://medlineplus.gov/ency/article/003458.htm.

MedLine, Plus. 2018h. "HDL: The "Good" Cholesterol." Last Modified 2018 Mar 22. https://medlineplus.gov/hdthegoodcholesterol.html.

MedLine, Plus. 2018i. "LDL: The "Bad" Cholesterol." Last Modified 2018 Mar 22. https://medlineplus.gov/ldlthebadcholesterol.html.

MedLine, Plus. 2018j. "Testosterone." USDHHS, Last Modified 2018 Apr 30, accessed May 25. https://medlineplus.gov/ency/article/003707.htm.

MedLine, Plus. 2018k. "Triglycerides." Last Modified 2018 Apr 9. https://medlineplus.gov/triglycerides.html.

MedLine, Plus. 2018l. "Uric acid - blood." USDHHS, Last Modified 2018 Apr 30, accessed May 25. https://medlineplus.gov/ency/article/003476.htm.

Melzer, D., N. Rice, M. H. Depledge, W. E. Henley, and T. S. Galloway. 2010. "Association between serum perfluorooctanoic acid (PFOA) and thyroid disease in the U.S. National Health and Nutrition Examination Survey." *Environ Health Perspect* 118 (5):686-92. doi: 10.1289/ehp.0901584.

Meng, Q., K. Inoue, B. Ritz, J. Olsen, and Z. Liew. 2018. "Prenatal Exposure to Perfluoroalkyl Substances and Birth Outcomes; An Updated Analysis from the Danish National Birth Cohort." *Int J Environ Res Public Health* 15 (9). doi: 10.3390/ijerph15091832.

Min, J. Y., K. J. Lee, J. B. Park, and K. B. Min. 2012. "Perfluorooctanoic acid exposure is associated with elevated homocysteine and hypertension in US adults." *Occup Environ Med* 69 (9):658-62. doi: 10.1136/oemed-2011-100288.

Minatoya, M., S. Itoh, C. Miyashita, A. Araki, S. Sasaki, R. Miura, H. Goudarzi, Y. Iwasaki, and R. Kishi. 2017. "Association of prenatal exposure to perfluoroalkyl substances with cord blood adipokines and birth size: The Hokkaido Study on environment and children's health." *Environ Res* 156:175-182. doi: 10.1016/j.envres.2017.03.033.

Mink, P. J., D. D. Alexander, L. M. Barraj, M. A. Kelsh, and J. S. Tsuji. 2008. "Low-level arsenic exposure in drinking water and bladder cancer: a review and meta-analysis." *Regul.Toxicol.Pharmacol.* 52 (3):299-310.

Minnesota Department of Health. 2018a. Brief Update on Cancer Occurrence in East Metro Communities.

Minnesota Department of Health. 2018b. East Metro Birth Outcomes - Low Birthweight and Prematurity in Washinton and Dakota Counties (2000-2015).

Moch, H. 2014. "Kidney Cancer." In *World Cancer Report 2014*, edited by B. W. Stewart and C. P. Wild, 436-443. Lyon: International Agency for Research on Cancer.

Mogensen, U. B., P. Grandjean, C. Heilmann, F. Nielsen, P. Weihe, and E. Budtz-Jorgensen. 2015. "Structural equation modeling of immunotoxicity associated with exposure to perfluorinated alkylates." *Environ Health* 14:47. doi: 10.1186/s12940-015-0032-9.

Mogensen, U. B., P. Grandjean, F. Nielsen, P. Weihe, and E. Budtz-Jørgensen. 2015. "Breastfeeding as an Exposure Pathway for Perfluorinated Alkylates." *Environ Sci Technol* 49 (17):10466-73. doi: 10.1021/acs.est.5b02237.

Moher, D., A. Liberati, J. Tetzlaff, and D. G. Altman. 2009. "Preferred reporting items for systematic reviews and meta-analyses: the PRISMA statement." *PLoS.Med.* 6 (7):e1000097.

Mol, B. W. J., C. T. Roberts, S. Thangaratinam, L. A. Magee, C. J. M. de Groot, and G. J. Hofmeyr. 2016. "Pre-eclampsia." *Lancet* 387 (10022):999-1011. doi: 10.1016/S0140-6736(15)00070-7.

Mondal, D., R. H. Weldon, B. G. Armstrong, L. J. Gibson, M. J. Lopez-Espinosa, H. M. Shin, and T. Fletcher. 2014. "Breastfeeding: a potential excretion route for mothers and implications for infant exposure to perfluoroalkyl acids." *Environ Health Perspect* 122 (2):187-92. doi: 10.1289/ehp.1306613.

Monroy, R., K. Morrison, K. Teo, S. Atkinson, C. Kubwabo, B. Stewart, and W. G. Foster. 2008. "Serum levels of perfluoroalkyl compounds in human maternal and umbilical cord blood samples." *Environ Res* 108 (1):56-62. doi: 10.1016/j.envres.2008.06.001.

Moore, L. E., R. T. Wilson, and S. L. Campleman. 2005. "Lifestyle factors, exposures, genetic susceptibility, and renal cell cancer risk: a review." *Cancer Invest.* 23 (3):240-255.

Mora, A. M., A. F. Fleisch, S. L. Rifas-Shiman, J. A. Woo Baidal, L. Pardo, T. F. Webster, A. M. Calafat, X. Ye, E. Oken, and S. K. Sagiv. 2018. "Early life exposure to per- and polyfluoroalkyl substances and mid-childhood lipid and alanine aminotransferase levels." *Environ Int* 111:1-13. doi: 10.1016/j.envint.2017.11.008.

Mora, A. M., E. Oken, S. L. Rifas-Shiman, T. F. Webster, M. W. Gillman, A. M. Calafat, X. Ye, and S. K. Sagiv. 2017. "Prenatal Exposure to Perfluoroalkyl Substances and Adiposity in Early and Mid-Childhood." *Environ Health Perspect* 125 (3):467-473. doi: 10.1289/ehp246.

Morales, K. H., L. Ryan, T. L. Kuo, and M. M. Wu. 2000. "Risk of internal cancers from arsenic in drinking water." *Environ Health Perspect.* 108 (7):655-661.

Morken, N. H., G. S. Travlos, R. E. Wilson, M. Eggesbo, and M. P. Longnecker. 2014. "Maternal glomerular filtration rate in pregnancy and fetal size." *PLoS One* 9 (7):e101897. doi: 10.1371/journal.pone.0101897.

Mucci, L. A., J. B. Hjelmborg, J. R. Harris, K. Czene, D. J. Havelick, T. Scheike, R. E. Graff, K. Holst, S. Moller, R. H. Unger, C. McIntosh, E. Nuttall, I. Brandt, K. L. Penney, M. Hartman, P. Kraft, G. Parmigiani, K. Christensen, M. Koskenvuo, N. V. Holm, K. Heikkila, E. Pukkala, A. Skytthe, H. O. Adami, J. Kaprio, and Collaboration Nordic Twin Study of Cancer. 2016. "Familial Risk and Heritability of Cancer Among Twins in Nordic Countries." *JAMA* 315 (1):68-76. doi: 10.1001/jama.2015.17703.

Mucci, L. A., L. B. Signorello, and H. O. Adami. 2008. "Prostate Cancer." In *Textbook of Cancer Epidemiology*, edited by H. O. Adami, D. Hunter and D. Trichopoulos, 517-554. New York: Oxford University Press.

Mundt, D. J., K. A. Mundt, R. S. Luippold, M. D. Schmidt, and C. H. Farr. 2007. "Clinical epidemiological study of employees exposed to surfactant blend containing perfluorononanoic acid." *Occup Environ Med* 64 (9):589-594.

Murphy, S. L., J. Xu, and K. D. Kochanek. 2013. "Deaths: final data for 2010." *Natl Vital Stat Rep* 61 (4):1-117.

Murphy, S. L., J. Xu, K. D. Kochanek, S. C. Curtin, and E. Arias. 2017. Deaths: Final Data for 2015. In *National Vital Statistics Reports*, edited by US Department of Health and CDC: National Vital Statistics System.

Muti, P., M. Trevisan, A. Micheli, V. Krogh, G. Bolelli, R. Sciajno, and F. Berrino. 1996. "Reliability of serum hormones in premenopausal and postmenopausal women over a one-year period." *Cancer Epidemiology Biomarkers &amp;amp; Prevention* 5 (11):917.

National Asthma Education and Prevention Program Expert Panel Report. 2007. "Guidelines for the Diagnosis and Management of Asthma." *NIH Publication Number 08-5846*.

National Cancer Institute. 2017. "SEER Stat Fact Sheets: Kidney and Renal Pelvis Cancer." National Cancer Institute, accessed 10/25/2017. http://seer.cancer.gov/statfacts/html/corp.html.

National Center for Health Statistics, and CDC. 2019. Health United States 2018 Hyattsville, MD: National Center for Health Statistics.

National High Blood Pressure Education Program Working Group on High Blood Pressure in, Children, and Adolescents. 2004. "The fourth report on the diagnosis, evaluation, and treatment of high blood pressure in children and adolescents." *Pediatrics* 114 (2 Suppl 4th Report):555-76.

National Institutes of Health (NIH). 2010. "Fact Sheet - Rheumatoid Arthritis."

Navai, N., and C. G. Wood. 2012. "Environmental and modifiable risk factors in renal cell carcinoma." *Urol.Oncol.* 30 (2):220-224.

NCI. 2020a. Cancer Stat Facts: Female Breast Cancer. Bethesda, MD.

NCI. 2020b. Cancer Stat Fast Facts: Pancreatic Cancer. Bethesda, MD.

Negri, E., F. Metruccio, V. Guercio, L. Tosti, E. Benfenati, R. Bonzi, C. La Vecchia, and A. Moretto. 2017. "Exposure to PFOA and PFOS and fetal growth: a critical merging of toxicological and epidemiological data." *Crit Rev Toxicol* 47 (6):482-508. doi: 10.1080/10408444.2016.1271972.

Nelson, J. W., E. E. Hatch, and T. F. Webster. 2010. "Exposure to polyfluoroalkyl chemicals and cholesterol, body weight, and insulin resistance in the general U.S. population." *Environ Health Perspect*. 118 (2):197-202.

Ngueta, G., M. P. Longnecker, M. Yoon, C. D. Ruark, H. J. Rd Clewell, M. E. Andersen, and M. A. Verner. 2017. "Quantitative bias analysis of a reported association between perfluoroalkyl substances (PFAS) and endometriosis: The influence of oral contraceptive use." *Environ Int* 104:118-121. doi: 10.1016/j.envint.2017.03.023.

NHLBI. 2018. "High Blood Pressure." https://www.nhlbi.nih.gov/health-topics/high-blood-pressure.

Nian, M., Q. Q. Li, M. Bloom, Z. M. Qian, K. M. Syberg, M. G. Vaughn, S. Q. Wang, Q. Wei, M. Zeeshan, N. Gurram, C. Chu, J. Wang, Y. P. Tian, L. W. Hu, K. K. Liu, B. Y. Yang, R. Q. Liu, D. Feng, X. W. Zeng, and G. H. Dong. 2019. "Liver function biomarkers disorder is associated with exposure to perfluoroalkyl acids in adults: Isomers of C8 Health Project in China." *Environ Res* 172:81-88. doi: 10.1016/j.envres.2019.02.013.

NICE. 2011. Hypertension in pregnancy: diagnosis and management. In *Clinical guideline*.

NIDDK. 2014a. Causes of Diabetes. National Institute of Diabetes and Digestive and Kidney Diseases.

NIDDK. 2014b. Causes of Diabetes. National Institute of Diabetes and Digestive and Kidney Diseases.

NIDDK. 2016. "Hematuria (Blood in the Urine)." accessed 10/5/2020. https://www.niddk.nih.gov/health-information/urologic-diseases/hematuria-blood-urine

NIH, US National Library of Medicine, Medline Plus; . 2018. "Allergy (Hypersensitivity)." https://medlineplus.gov/allergy.html.

Noble, J. H., Jr. 2006. "Meta-analysis: Methods, strengths, weaknesses, and political uses." *J Lab Clin Med*. 147 (1):7-20.

Nolan, L. A., J. M. Nolan, F. S. Shofer, N. V. Rodway, and E. A. Emmett. 2009. "The relationship between birth weight, gestational age and perfluorooctanoic acid (PFOA)-contaminated public drinking water." *Reprod Toxicol* 27 (3-4):231-8. doi: 10.1016/j.reprotox.2008.11.001.

Nolan, L. A., J. M. Nolan, F. S. Shofer, N. V. Rodway, and E. A. Emmett. 2010. "Congenital anomalies, labor/delivery complications, maternal risk factors and their relationship with perfluorooctanoic acid (PFOA)-contaminated public drinking water." *Reprod Toxicol* 29 (2):147-55. doi: 10.1016/j.reprotox.2009.10.012.

NTP. 2016. NTP Monograph on Immunotoxicity Associated with Exposure to Perfluorooctanoic Acid (PFOA) or Perfluorooctane Sulfonate (PFOS). Research Triangle Park, NC: U.S. Department of Health and Human Services,

National Institutes of Health,

National Institute of Environmental Health Sciences,.

Okada, E., S. Sasaki, I. Kashino, H. Matsuura, C. Miyashita, S. Kobayashi, K. Itoh, T. Ikeno, A. Tamakoshi, and R. Kishi. 2014. "Prenatal exposure to perfluoroalkyl acids and allergic diseases in early childhood." *Environ Int* 65:127-34. doi: 10.1016/j.envint.2014.01.007.

Okada, E., S. Sasaki, Y. Saijo, N. Washino, C. Miyashita, S. Kobayashi, K. Konishi, Y. M. Ito, R. Ito, A. Nakata, Y. Iwasaki, K. Saito, H. Nakazawa, and R. Kishi. 2012. "Prenatal exposure to perfluorinated chemicals and relationship with allergies and infectious diseases in infants." *Environ Res* 112:118-25. doi: 10.1016/j.envres.2011.10.003.

Olsen, G. W., M. M. Burlew, J. M. Burris, and J. H. Mandel. 1998. An epidemiologic investigation of reproductive hormones in men with occupational exposure to perfluorooctanoic acid (Final Report and Protocol). St. Paul, Minnesota: 3M.

Olsen, G. W., M. M. Burlew, J. C. Marshall, J. M. Burris, and J. H. Mandel. 2004. "Analysis of episodes of care in a perfluorooctanesulfonyl fluoride production facility." *J Occup Environ Med* 46 (8):837-846.

Olsen, G. W., J. M. Burris, M. M. Burlew, and J. H. Mandel. 2000. "Plasma cholecystokinin and hepatic enzymes, cholesterol and lipoproteins in ammonium perfluorooctanoate production workers." *Drug Chem.Toxicol* 23 (4):603-620.

Olsen, G. W., J. M. Burris, M. M. Burlew, and J. H. Mandel. 2003. "Epidemiologic assessment of worker serum perfluorooctanesulfonate (PFOS) and perfluorooctanoate (PFOA) concentrations and medical surveillance examinations." *J Occup Environ Med* 45 (3):260-70.

Olsen, G. W., J. M. Burris, D. J. Ehresman, J. W. Froehlich, A. M. Seacat, J. L. Butenhoff, and L. R. Zobel. 2007. "Half-life of serum elimination of perfluorooctanesulfonate,perfluorohexanesulfonate, and perfluorooctanoate in retired fluorochemical production workers." *Environ Health Perspect.* 115 (9):1298-1305.

Olsen, G. W., J. M. Burris, J. H. Mandel, and L. R. Zobel. 1999. "Serum perfluorooctane sulfonate and hepatic and lipid clinical chemistry tests in fluorochemical production employees." *J Occup Environ Med* 41 (9):799-806. doi: 10.1097/00043764-199909000-00012.

Olsen, G. W., D. J. Ehresman, B. D. Buehrer, B. A. Gibson, J. L. Butenhoff, and L. R. Zobel. 2012. "Longitudinal assessment of lipid and hepatic clinical parameters in workers involved with

the demolition of perfluoroalkyl manufacturing facilities." *J Occup Environ Med* 54 (8):974-83. doi: 10.1097/JOM.0b013e31825461d2.

Olsen, G. W., F. D. Gilliland, M. M. Burlew, J. M. Burris, J. S. Mandel, and J. H. Mandel. 1998. "An epidemiologic investigation of reproductive hormones in men with occupational exposure to perfluorooctanoic acid." *J Occup Environ Med* 40 (7):614-22. doi: 10.1097/00043764-199807000-00006.

Olsen, G. W., and L. R. Zobel. 2007. "Assessment of lipid, hepatic, and thyroid parameters with serum perfluorooctanoate (PFOA) concentrations in fluorochemical production workers." *Int.Arch.Occup Environ Health* 81 (2):231-246.

Olsen, G. W.; Butenhoff, J.; Zobel, L. 2012. "PFOA, PFOS, and chronic kidney disease: Clearance comes before causation." ISEE, Columbia, SC.

Osuna, C. E., P. Grandjean, P. Weihe, and H. A. El-Fawal. 2014. "Autoantibodies associated with prenatal and childhood exposure to environmental chemicals in Faroese children." *Toxicol Sci* 142 (1):158-66. doi: 10.1093/toxsci/kfu163.

Oulhote, Y., Z. Shamim, K. Kielsen, P. Weihe, P. Grandjean, L. P. Ryder, and C. Heilmann. 2017. "Children's white blood cell counts in relation to developmental exposures to methylmercury and persistent organic pollutants." *Reprod Toxicol* 68:207-214. doi: 10.1016/j.reprotox.2016.08.001.

Painter, S. D., I. G. Ovsyannikova, and G. A. Poland. 2015. "The weight of obesity on the human immune response to vaccination." *Vaccine* 33 (36):4422-9. doi: 10.1016/j.vaccine.2015.06.101.

Pan, Y., Q. Cui, J. Wang, N. Sheng, J. Jing, B. Yao, and J. Dai. 2019. "Profiles of Emerging and Legacy Per-/Polyfluoroalkyl Substances in Matched Serum and Semen Samples: New Implications for Human Semen Quality." *Environ Health Perspect* 127 (12):127005. doi: 10.1289/ehp4431.

Pathak, A., C. D. Adams, J. T. Loud, K. Nichols, D. R. Stewart, and M. H. Greene. 2015. "Prospectively Identified Incident Testicular Cancer Risk in a Familial Testicular Cancer Cohort." *Cancer Epidemiol Biomarkers Prev* 24 (10):1614-21. doi: 10.1158/1055-9965.EPI-14-1240.

Pelucchi, C., C. Galeone, I. Tramacere, V. Bagnardi, E. Negri, F. Islami, L. Scotti, R. Bellocco, G. Corrao, P. Boffetta, and C. La Vecchia. 2012. "Alcohol drinking and bladder cancer risk: a meta-analysis." *Ann Oncol* 23 (6):1586-93. doi: 10.1093/annonc/mdr460.

Pennings, J. L., D. G. Jennen, U. C. Nygaard, E. Namork, L. S. Haug, H. van Loveren, and B. Granum. 2016. "Cord blood gene expression supports that prenatal exposure to perfluoroalkyl substances causes depressed immune functionality in early childhood." *J Immunotoxicol* 13 (2):173-80. doi: 10.3109/1547691x.2015.1029147.

Petersen, M. S., J. Halling, N. Jorgensen, F. Nielsen, P. Grandjean, T. K. Jensen, and P. Weihe. 2018. "Reproductive Function in a Population of Young Faroese Men with Elevated Exposure to

Polychlorinated Biphenyls (PCBs) and Perfluorinated Alkylate Substances (PFAS)." *Int J Environ Res Public Health* 15 (9). doi: 10.3390/ijerph15091880.

Petitti, D. B. 2000. *Meta-analysis, decision analysis, and cost-effectiveness analysis. Methods for quantitative synthesis in medicine.* 2nd ed, *Monographs in Epidemiology and Biostatistics.* New York: Oxford University Press. Reprint, NOT IN FILE.

Pilkerton, C. S., G. R. Hobbs, C. Lilly, and S. S. Knox. 2018. "Rubella immunity and serum perfluoroalkyl substances: Sex and analytic strategy." *PLoS One* 13 (9):e0203330. doi: 10.1371/journal.pone.0203330.

Pinney, S. M., G. C. Windham, C. Xie, R. L. Herrick, A. M. Calafat, K. McWhorter, C. S. Fassler, R. A. Hiatt, L. H. Kushi, and F. M. Biro. 2019. "Perfluorooctanoate and changes in anthropometric parameters with age in young girls in the Greater Cincinnati and San Francisco Bay Area." *Int J Hyg Environ Health* 222 (7):1038-1046. doi: 10.1016/j.ijheh.2019.07.002.

Pira, E., C. Pelucchi, L. Buffoni, A. Palmas, M. Turbiglio, E. Negri, P. G. Piolatto, and Vecchia C. La. 2005. "Cancer mortality in a cohort of asbestos textile workers." *Br.J Cancer* 92 (3):580-586.

Pirali, B., S. Negri, S. Chytiris, A. Perissi, L. Villani, L. La Manna, D. Cottica, M. Ferrari, M. Imbriani, M. Rotondi, and L. Chiovato. 2009. "Perfluorooctane sulfonate and perfluorooctanoic acid in surgical thyroid specimens of patients with thyroid diseases." *Thyroid* 19 (12):1407-12. doi: 10.1089/thy.2009.0174.

Pitard, A., P. Brennan, J. Clavel, E. Greiser, G. Lopez-Abente, J. Chang-Claude, J. Wahrendorf, C. Serra, M. Kogevinas, and P. Boffetta. 2001. "Cigar, pipe, and cigarette smoking and bladder cancer risk in European men." *Cancer Causes Control.* 12 (6):551-556.

Preston, E. V., T. F. Webster, B. Claus Henn, M. D. McClean, C. Gennings, E. Oken, S. L. Rifas-Shiman, E. N. Pearce, A. M. Calafat, A. F. Fleisch, and S. K. Sagiv. 2020. "Prenatal exposure to per- and polyfluoroalkyl substances and maternal and neonatal thyroid function in the Project Viva Cohort: A mixtures approach." *Environ Int* 139:105728. doi: 10.1016/j.envint.2020.105728.

Preston, E. V., T. F. Webster, E. Oken, B. Claus Henn, M. D. McClean, S. L. Rifas-Shiman, E. N. Pearce, L. E. Braverman, A. M. Calafat, X. Ye, and S. K. Sagiv. 2018. "Maternal Plasma per- and Polyfluoroalkyl Substance Concentrations in Early Pregnancy and Maternal and Neonatal Thyroid Function in a Prospective Birth Cohort: Project Viva (USA)." *Environ Health Perspect* 126 (2):027013. doi: 10.1289/EHP2534.

PubMed Health. 2018. "Oligospermia (Low Sperm Count)." https://www.ncbi.nlm.nih.gov/pubmedhealth/PMHT0025036/.

Purdue, M. P., P. A. Stewart, M. C. Friesen, J. S. Colt, S. J. Locke, M. J. Hein, M. A. Waters, B. I. Graubard, F. Davis, J. Ruterbusch, K. Schwartz, W. H. Chow, N. Rothman, and J. N. Hofmann. 2017. "Occupational exposure to chlorinated solvents and kidney cancer: a case-control study." *Occup Environ Med* 74 (4):268-274. doi: 10.1136/oemed-2016-103849.

Qin, X. D., Z. M. Qian, S. C. Dharmage, J. Perret, S. D. Geiger, S. E. Rigdon, S. Howard, X. W. Zeng, L. W. Hu, B. Y. Yang, Y. Zhou, M. Li, S. L. Xu, W. W. Bao, Y. Z. Zhang, P. Yuan, J. Wang, C. Zhang, Y. P. Tian, M. Nian, X. Xiao, W. Chen, Y. L. Lee, and G. H. Dong. 2017. "Association of perfluoroalkyl substances exposure with impaired lung function in children." *Environ Res* 155:15-21. doi: 10.1016/j.envres.2017.01.025.

Qin, X. D., Z. Qian, M. G. Vaughn, J. Huang, P. Ward, X. W. Zeng, Y. Zhou, Y. Zhu, P. Yuan, M. Li, Z. Bai, G. Paul, Y. T. Hao, W. Chen, P. C. Chen, G. H. Dong, and Y. L. Lee. 2016. "Positive associations of serum perfluoroalkyl substances with uric acid and hyperuricemia in children from Taiwan." *Environ Pollut* 212:519-524. doi: 10.1016/j.envpol.2016.02.050.

Raaschou-Nielsen, O., J. Hansen, J. K. McLaughlin, H. Kolstad, J. M. Christensen, R. E. Tarone, and J. H. Olsen. 2003. "Cancer risk among workers at Danish companies using trichloroethylene: a cohort study." *American Journal of Epidemiology* 158 (12):1182-1192.

Rahman, M. L., C. Zhang, M. M. Smarr, S. Lee, M. Honda, K. Kannan, F. Tekola-Ayele, and G. M. Buck Louis. 2019. "Persistent organic pollutants and gestational diabetes: A multi-center prospective cohort study of healthy US women." *Environ Int* 124:249-258. doi: 10.1016/j.envint.2019.01.027.

Raleigh, K. K., B. H. Alexander, G. W. Olsen, G. Ramachandran, S. Z. Morey, T. R. Church, P. W. Logan, L. L. Scott, and E. M. Allen. 2014. "Mortality and cancer incidence in ammonium perfluorooctanoate production workers." *Occup Environ Med*:oemed-102109.

Rappazzo, K. M., E. Coffman, and E. P. Hines. 2017. "Exposure to Perfluorinated Alkyl Substances and Health Outcomes in Children: A Systematic Review of the Epidemiologic Literature." *Int J Environ Res Public Health* 14 (7). doi: 10.3390/ijerph14070691.

Raymer, J. H., L. C. Michael, W. B. Studabaker, G. W. Olsen, C. S. Sloan, T. Wilcosky, and D. K. Walmer. 2012. "Concentrations of perfluorooctane sulfonate (PFOS) and perfluorooctanoate (PFOA) and their associations with human semen quality measurements." *Reprod Toxicol* 33 (4):419-27. doi: 10.1016/j.reprotox.2011.05.024.

Reardon, A. J. F., E. Khodayari Moez, I. Dinu, S. Goruk, C. J. Field, D. W. Kinniburgh, A. M. MacDonald, and J. W. Martin. 2019. "Longitudinal analysis reveals early-pregnancy associations between perfluoroalkyl sulfonates and thyroid hormone status in a Canadian prospective birth cohort." *Environ Int* 129:389-399. doi: 10.1016/j.envint.2019.04.023.

Richiardi, L., G. Moirano, and P. Lagiou. 2018. "Testicular Cancer." In *Textbook of Cancer Epidemiology*, edited by H. O. Adami, D. J. Hunter, P. Lagiou and L. Mucci, 525-541. New York: Oxford University Press.

Risch, H. A., L. D. Marrett, and G. R. Howe. 1994. "Parity, contraception, infertility, and the risk of epithelial ovarian cancer." *Am J Epidemiol* 140 (7):585-97.

Robledo, C. A., E. Yeung, P. Mendola, R. Sundaram, J. Maisog, A. M. Sweeney, D. B. Barr, and G. M. Louis. 2015. "Preconception maternal and paternal exposure to persistent organic pollutants and birth size: the LIFE study." *Environ Health Perspect* 123 (1):88-94. doi: 10.1289/ehp.1308016.

Rokoff, L. B., S. L. Rifas-Shiman, B. A. Coull, A. Cardenas, A. M. Calafat, X. Ye, A. Gryparis, J. Schwartz, S. K. Sagiv, D. R. Gold, E. Oken, and A. F. Fleisch. 2018. "Cumulative exposure to environmental pollutants during early pregnancy and reduced fetal growth: the Project Viva cohort." *Environ Health* 17 (1):19. doi: 10.1186/s12940-018-0363-4.

Romano, M. E., Y. Xu, A. M. Calafat, K. Yolton, A. Chen, G. M. Webster, M. N. Eliot, C. R. Howard, B. P. Lanphear, and J. M. Braun. 2016. "Maternal serum perfluoroalkyl substances during pregnancy and duration of breastfeeding." *Environ Res* 149:239-246. doi: 10.1016/j.envres.2016.04.034.

Rosner, William, Susan E. Hankinson, Patrick M. Sluss, Hubert W. Vesper, and Margaret E. Wierman. 2013. "Challenges to the Measurement of Estradiol: An Endocrine Society Position Statement." *The Journal of Clinical Endocrinology and Metabolism* 98 (4):1376-1387. doi: 10.1210/jc.2012-3780.

Ross, D. S., H. B. Burch, D. S. Cooper, M. C. Greenlee, P. Laurberg, A. L. Maia, S. A. Rivkees, M. Samuels, J. A. Sosa, M. N. Stan, and M. A. Walter. 2016. "2016 American Thyroid Association Guidelines for Diagnosis and Management of Hyperthyroidism and Other Causes of Thyrotoxicosis." *Thyroid* 26 (10):1343-1421. doi: 10.1089/thy.2016.0229.

Rota, M., C. Bosetti, S. Boccia, P. Boffetta, and Vecchia C. La. 2014. "Occupational exposures to polycyclic aromatic hydrocarbons and respiratory and urinary tract cancers: an updated systematic review and a meta-analysis to 2014." *Arch.Toxicol.* 88 (8):1479-1490.

Rotander, A., L. M. Toms, L. Aylward, M. Kay, and J. F. Mueller. 2015. "Elevated levels of PFOS and PFHxS in firefighters exposed to aqueous film forming foam (AFFF)." *Environ Int* 82:28-34. doi: 10.1016/j.envint.2015.05.005.

Rothman, K. J., S. Greenland, and T. L. Lash. 2008. *Modern epidemiology*. 3rd ed: Lippincott Williams & Wilkins. Reprint, IN FILE.

Ruark, C. D., G. Song, M. Yoon, M. A. Verner, M. E. Andersen, H. J. Clewell, 3rd, and M. P. Longnecker. 2017. "Quantitative bias analysis for epidemiological associations of perfluoroalkyl substance serum concentrations and early onset of menopause." *Environ Int* 99:245-254. doi: 10.1016/j.envint.2016.11.030.

Ryerson, A. B., C. R. Eheman, S. F. Altekruse, J. W. Ward, A. Jemal, R. L. Sherman, S. J. Henley, D. Holtzman, A. Lake, A. M. Noone, R. N. Anderson, J. Ma, K. N. Ly, K. A. Cronin, L. Penberthy, and B. A. Kohler. 2016. "Annual Report to the Nation on the Status of Cancer, 1975-2012, featuring the increasing incidence of liver cancer." *Cancer* 122 (9):1312-37. doi: 10.1002/cncr.29936.

Rylander, C., D. T. Phi, J. O. Odland, and T. M. Sandanger. 2009. "Perfluorinated compounds in delivering women from south central Vietnam." *J Environ Monit* 11 (11):2002-8. doi: 10.1039/b908551c.

Rylander, L., C. H. Lindh, S. R. Hansson, K. Broberg, and K. Källén. 2020. "Per- and Polyfluoroalkyl Substances in Early Pregnancy and Risk for Preeclampsia: A Case-Control Study in Southern Sweden." *Toxics* 8 (2). doi: 10.3390/toxics8020043.

Sagiv, S. K., S. L. Rifas-Shiman, A. F. Fleisch, T. F. Webster, A. M. Calafat, X. Ye, M. W. Gillman, and E. Oken. 2018. "Early-Pregnancy Plasma Concentrations of Perfluoroalkyl Substances and Birth Outcomes in Project Viva: Confounded by Pregnancy Hemodynamics?" *Am J Epidemiol* 187 (4):793-802. doi: 10.1093/aje/kwx332.

Saikat, S., I. Kreis, B. Davies, S. Bridgman, and R. Kamanyire. 2013. "The impact of PFOS on health in the general population: a review." *Environ Sci Process Impacts* 15 (2):329-35. doi: 10.1039/c2em30698k.

Sakr, C. J., K. H. Kreckmann, J. W. Green, P. J. Gillies, J. L. Reynolds, and R. C. Leonard. 2007. "Cross-sectional study of lipids and liver enzymes related to a serum biomarker of exposure (ammonium perfluorooctanoate or APFO) as part of a general health survey in a cohort of occupationally exposed workers." *J Occup Environ Med* 49 (10):1086-96. doi: 10.1097/JOM.0b013e318156eca3.

Sakr, C. J., R. C. Leonard, K. H. Kreckmann, M. D. Slade, and M. R. Cullen. 2007. "Longitudinal study of serum lipids and liver enzymes in workers with occupational exposure to ammonium perfluorooctanoate." *Journal of Occupational & Environmental Medicine* 49 (8):872-879.

Sakr, C. J., J. M. Symons, K. H. Kreckmann, and R. C. Leonard. 2009. "Ischaemic heart disease mortality study among workers with occupational exposure to ammonium perfluorooctanoate." *Occup Environ Med* 66 (10):699-703. doi: 10.1136/oem.2008.041582.

Salihovic, S., T. Fall, A. Ganna, C. D. Broeckling, J. E. Prenni, T. Hyötyläinen, A. Kärrman, P. M. Lind, E. Ingelsson, and L. Lind. 2019. "Identification of metabolic profiles associated with human exposure to perfluoroalkyl substances." *J Expo Sci Environ Epidemiol* 29 (2):196-205. doi: 10.1038/s41370-018-0060-y.

Salihovic, S., J. Stubleski, A. Karrman, A. Larsson, T. Fall, L. Lind, and P. M. Lind. 2018. "Changes in markers of liver function in relation to changes in perfluoroalkyl substances - A longitudinal study." *Environ Int* 117:196-203. doi: 10.1016/j.envint.2018.04.052.

Salo, H. M., J. Koponen, H. Kiviranta, P. Rantakokko, J. Honkanen, T. Harkonen, J. Ilonen, S. M. Virtanen, V. Tillmann, M. Knip, and O. Vaarala. 2019. "No evidence of the role of early chemical exposure in the development of beta-cell autoimmunity." *Environ Sci Pollut Res Int* 26 (2):1370-1378. doi: 10.1007/s11356-018-3659-6.

Salo, P. M., S. J. Arbes, Jr., R. Jaramillo, A. Calatroni, C. H. Weir, M. L. Sever, J. A. Hoppin, K. M. Rose, A. H. Liu, P. J. Gergen, H. E. Mitchell, and D. C. Zeldin. 2014. "Prevalence of allergic sensitization in the United States: results from the National Health and Nutrition Examination Survey (NHANES) 2005-2006." *J Allergy Clin Immunol* 134 (2):350-9. doi: 10.1016/j.jaci.2013.12.1071.

Samanic, CM;, Barbour KE;, Y; Liu, J; Fang, H; Lu, L; Schieb, and Greenlund KJ;. 2020. MMWR: Prevalence of Self-Reported Hypertension and Antihypertensive Medication Use Among Adults - United States 2017. edited by Center for Disease Control and Prevention.

Sanfilippo, K. M., K. M. McTigue, C. J. Fidler, J. D. Neaton, Y. Chang, L. F. Fried, S. Liu, and L. H. Kuller. 2014. "Hypertension and obesity and the risk of kidney cancer in 2 large cohorts of US men and women." *Hypertension* 63 (5):934-41. doi: 10.1161/HYPERTENSIONAHA.113.02953.

Sarwar, N., J. Danesh, G. Eiriksdottir, G. Sigurdsson, N. Wareham, S. Bingham, S. M. Boekholdt, K. T. Khaw, and V. Gudnason. 2007. "Triglycerides and the risk of coronary heart disease: 10,158 incident cases among 262,525 participants in 29 Western prospective studies." *Circulation* 115 (4):450-8. doi: 10.1161/CIRCULATIONAHA.106.637793.

Savitz, D. A., C. R. Stein, S. M. Bartell, B. Elston, J. Gong, H. M. Shin, and G. A. Wellenius. 2012. "Perfluorooctanoic acid exposure and pregnancy outcome in a highly exposed community." *Epidemiology* 23 (3):386-92. doi: 10.1097/EDE.0b013e31824cb93b.

Savitz, D. A., C. R. Stein, B. Elston, G. A. Wellenius, S. M. Bartell, H. M. Shin, V. M. Vieira, and T. Fletcher. 2012. "Relationship of perfluorooctanoic acid exposure to pregnancy outcome based on birth records in the mid-Ohio Valley." *Environ Health Perspect* 120 (8):1201-7. doi: 10.1289/ehp.1104752.

Scardino, P. T., R. Weaver, and M. A. Hudson. 1992. "Early detection of prostate cancer." *Hum Pathol* 23 (3):211-22.

Schellong, K., S. Schulz, T. Harder, and A. Plagemann. 2012. "Birth weight and long-term overweight risk: systematic review and a meta-analysis including 643,902 persons from 66 studies and 26 countries globally." *PLoS One* 7 (10):e47776. doi: 10.1371/journal.pone.0047776.

Scher, H., P. T. Scardino, and M. J. Zelefsky. 2014. "Chapter 68: Cancer of the Prostate." In *DeVita, Hellman, and Rosenberg's cancer : principles & practice of oncology*, edited by Vincent T. DeVita, Theodore S. Lawrence and Steven A. Rosenberg, 932-980. Philadelphia: Wolters Kluwer Health/Lippincott Williams & Wilkins.

Schlesselman, J. J. 1982. *Case-Control Studies: Design, Conduct, Analysis*. New York: Oxford University Press. Reprint, NOT IN FILE.

Schnitt, S. J., and S. R. Lakhani. 2014. "Breast Cancer." In *World Cancer Report 2014*, edited by B. W. Stewart and C. P. Wild, 362-373. Lyon: International Agency for Research on Cancer.

Scinicariello, F., M. C. Buser, L. Balluz, K. Gehle, H. E. Murray, H. G. Abadin, and R. Attanasio. 2020. "Perfluoroalkyl acids, hyperuricemia and gout in adults: Analyses of NHANES 2009-2014." *Chemosphere* 259:127446. doi: 10.1016/j.chemosphere.2020.127446.

Selden, A. I., and G. Ahlborg, Jr. 2011. "Cancer morbidity in Swedish dry-cleaners and laundry workers: historically prospective cohort study." *Int.Arch.Occup.Environ.Health.* 84 (4):435-443.

Seo, S. H., M. H. Son, S. D. Choi, D. H. Lee, and Y. S. Chang. 2018. "Influence of exposure to perfluoroalkyl substances (PFASs) on the Korean general population: 10-year trend and health effects." *Environ Int* 113:149-161. doi: 10.1016/j.envint.2018.01.025.

Shah-Kulkarni, S., B. M. Kim, Y. C. Hong, H. S. Kim, E. J. Kwon, H. Park, Y. J. Kim, and E. H. Ha. 2016. "Prenatal exposure to perfluorinated compounds affects thyroid hormone levels in newborn girls." *Environ Int* 94:607-613. doi: 10.1016/j.envint.2016.06.024.

Shankar, A., J. Xiao, and A. Ducatman. 2011a. "Perfluoroalkyl chemicals and chronic kidney disease in US adults." *Am J Epidemiol* 174 (8):893-900. doi: 10.1093/aje/kwr171.

Shankar, A., J. Xiao, and A. Ducatman. 2011b. "Perfluoroalkyl chemicals and elevated serum uric acid in US adults." *Clin Epidemiol* 3:251-8. doi: 10.2147/CLEP.S21677.

Shankar, A., J. Xiao, and A. Ducatman. 2012. "Perfluorooctanoic acid and cardiovascular disease in US adults." *Arch Intern Med* 172 (18):1397-403. doi: 10.1001/archinternmed.2012.3393.

Shapiro, G. D., L. Dodds, T. E. Arbuckle, J. Ashley-Martin, A. S. Ettinger, A. Fisher, S. Taback, M. F. Bouchard, P. Monnier, R. Dallaire, A. S. Morisset, and W. Fraser. 2016. "Exposure to organophosphorus and organochlorine pesticides, perfluoroalkyl substances, and polychlorinated biphenyls in pregnancy and the association with impaired glucose tolerance and gestational diabetes mellitus: The MIREC Study." *Environ Res* 147:71-81. doi: 10.1016/j.envres.2016.01.040.

Shearer, J. J., C. L. Callahan, A. M. Calafat, W. Y. Huang, R. R. Jones, V. S. Sabbisetti, N. D. Freedman, J. N. Sampson, D. T. Silverman, M. P. Purdue, and J. N. Hofmann. 2020. "Serum concentrations of per- and polyfluoroalkyl substances and risk of renal cell carcinoma." *J Natl Cancer Inst*. doi: 10.1093/jnci/djaa143.

Shi, Y., L. Yang, J. Li, J. Lai, Y. Wang, Y. Zhao, and Y. Wu. 2017. "Occurrence of perfluoroalkyl substances in cord serum and association with growth indicators in newborns from Beijing." *Chemosphere* 169:396-402. doi: 10.1016/j.chemosphere.2016.11.050.

Shin, H. M., V. M. Vieira, P. B. Ryan, R. Detwiler, B. Sanders, K. Steenland, and S. M. Bartell. 2011. "Environmental fate and transport modeling for perfluorooctanoic acid emitted from the Washington Works Facility in West Virginia." *Environ Sci Technol* 45 (4):1435-42. doi: 10.1021/es102769t.

Shin, H. M., V. M. Vieira, P. B. Ryan, K. Steenland, and S. M. Bartell. 2011. "Retrospective exposure estimation and predicted versus observed serum perfluorooctanoic acid concentrations for participants in the C8 Health Project." *Environ Health Perspect* 119 (12):1760-5. doi: 10.1289/ehp.1103729.

Shoaff, J., G. D. Papandonatos, A. M. Calafat, A. Chen, B. P. Lanphear, S. Ehrlich, K. T. Kelsey, and J. M. Braun. 2018. "Prenatal Exposure to Perfluoroalkyl Substances: Infant Birth Weight and Early Life Growth." *Environ Epidemiol* 2 (2). doi: 10.1097/ee9.0000000000000010.

Shrestha, S., M. S. Bloom, R. Yucel, R. F. Seegal, Q. Wu, K. Kannan, R. Rej, and E. F. Fitzgerald. 2015. "Perfluoroalkyl substances and thyroid function in older adults." *Environ Int* 75:206-14. doi: 10.1016/j.envint.2014.11.018.

Siegel, R. L., K. D. Miller, and A. Jemal. 2019. "Cancer statistics, 2019." *CA Cancer J Clin* 69 (1):7-34. doi: 10.3322/caac.21551.

Silverman, D. T., S. S. Devesa, L. E. Moore, and N. Rothman. 2006. "Bladder Cancer." In *Cancer Epidemiology and Prevention*, edited by D. Schottenfeld and J. F. Fraumeni, Jr., 1101-1127. New York: Oxford University Press.

Silverman, D. T., S. Koutros, J. D. Figueroa, L. Prokunina-Olsson, and N. Rothman. 2018. "Bladder Cancer." In *Cancer epidemiology and prevention*, edited by M. J. Thun, M. S. Linet, J. R. Cerhan, C. A. Haiman and D. Schottenfeld, 977-996. U.S.A.: Oxford University Press.

Silverwood, V., M. Blagojevic-Bucknall, C. Jinks, J. L. Jordan, J. Protheroe, and K. P. Jordan. 2015. "Current evidence on risk factors for knee osteoarthritis in older adults: a systematic review and meta-analysis." *Osteoarthritis Cartilage* 23 (4):507-15. doi: 10.1016/j.joca.2014.11.019.

Simon, T. A., H. Kawabata, N. Ray, A. Baheti, S. Suissa, and J. M. Esdaile. 2017. "Prevalence of Co-existing Autoimmune Disease in Rheumatoid Arthritis: A Cross-Sectional Study." *Adv Ther* 34 (11):2481-2490. doi: 10.1007/s12325-017-0627-3.

Simpson, C., A. Winquist, C. Lally, and K. Steenland. 2013. "Relation between perfluorooctanoic acid exposure and strokes in a large cohort living near a chemical plant." *Environ Res* 127:22-8. doi: 10.1016/j.envres.2013.10.002.

Singer, A. B., K. W. Whitworth, L. S. Haug, A. Sabaredzovic, A. Impinen, E. Papadopoulou, and M. P. Longnecker. 2018. "Menstrual cycle characteristics as determinants of plasma concentrations of perfluoroalkyl substances (PFASs) in the Norwegian Mother and Child Cohort (MoBa study)." *Environ Res* 166:78-85. doi: 10.1016/j.envres.2018.05.019.

Skuladottir, M., A. Ramel, D. Rytter, L. S. Haug, A. Sabaredzovic, B. H. Bech, T. B. Henriksen, S. F. Olsen, and T. I. Halldorsson. 2015. "Examining confounding by diet in the association between perfluoroalkyl acids and serum cholesterol in pregnancy." *Environ Res* 143 (Pt A):33-8. doi: 10.1016/j.envres.2015.09.001.

Smedby, K. E., M. Melbye, and H. O. Adam. 2018. "Non-Hodgkin Lymphoma." In *Textbook of Cancer Epidemiology*, edited by H. O. Adami, D. J. Hunter, P. Lagiou and L. Mucci, 649-672. New York: Oxford University Press.

Smit, L. A., V. Lenters, B. B. Hoyer, C. H. Lindh, H. S. Pedersen, I. Liermontova, B. A. Jonsson, A. H. Piersma, J. P. Bonde, G. Toft, R. Vermeulen, and D. Heederik. 2015. "Prenatal exposure to environmental chemical contaminants and asthma and eczema in school-age children." *Allergy* 70 (6):653-60. doi: 10.1111/all.12605.

Society for Endocrinology. 2018. "Delayed Puberty: You and Your Hormones." Last Modified February 2018, accessed 8/29/19. https://www.yourhormones.info/endocrine-conditions/delayed-puberty/.

Soegaard, M., K. Frederiksen, A. Jensen, E. Hogdall, C. Hogdall, J. Blaakaer, S. J. Ramus, S. A. Gayther, and S. K. Kjaer. 2009. "Risk of ovarian cancer in women with first-degree relatives with cancer." *Acta Obstet Gynecol Scand* 88 (4):449-56. doi: 10.1080/00016340902807207.

Song, X., S. Tang, H. Zhu, Z. Chen, Z. Zang, Y. Zhang, X. Niu, X. Wang, H. Yin, F. Zeng, and C. He. 2018. "Biomonitoring PFAAs in blood and semen samples: Investigation of a potential

link between PFAAs exposure and semen mobility in China." *Environ Int* 113:50-54. doi: 10.1016/j.envint.2018.01.010.

Souza, M. C. O., M. C. P. Saraiva, M. Honda, M. A. Barbieri, H. Bettiol, F. Barbosa, and K. Kannan. 2020. "Exposure to per- and polyfluorinated alkyl substances in pregnant Brazilian women and its association with fetal growth." *Environ Res* 187:109585. doi: 10.1016/j.envres.2020.109585.

Specht, I. O., K. S. Hougaard, M. Spano, D. Bizzaro, G. C. Manicardi, C. H. Lindh, G. Toft, B. A. Jonsson, A. Giwercman, and J. P. Bonde. 2012. "Sperm DNA integrity in relation to exposure to environmental perfluoroalkyl substances - a study of spouses of pregnant women in three geographical regions." *Reprod Toxicol* 33 (4):577-83. doi: 10.1016/j.reprotox.2012.02.008.

Starling, A. P., J. L. Adgate, R. F. Hamman, K. Kechris, A. M. Calafat, and D. Dabelea. 2019. "Prenatal exposure to per- and polyfluoroalkyl substances and infant growth and adiposity: the Healthy Start Study." *Environ Int* 131:104983. doi: 10.1016/j.envint.2019.104983.

Starling, A. P., J. L. Adgate, R. F. Hamman, K. Kechris, A. M. Calafat, X. Ye, and D. Dabelea. 2017. "Perfluoroalkyl Substances during Pregnancy and Offspring Weight and Adiposity at Birth: Examining Mediation by Maternal Fasting Glucose in the Healthy Start Study." *Environ Health Perspect* 125 (6):067016. doi: 10.1289/ehp641.

Starling, A. P., S. M. Engel, D. B. Richardson, D. D. Baird, L. S. Haug, A. M. Stuebe, K. Klungsoyr, Q. Harmon, G. Becher, C. Thomsen, A. Sabaredzovic, M. Eggesbo, J. A. Hoppin, G. S. Travlos, R. E. Wilson, L. I. Trogstad, P. Magnus, and M. P. Longnecker. 2014. "Perfluoroalkyl substances during pregnancy and validated preeclampsia among nulliparous women in the Norwegian Mother and Child Cohort Study." *Am J Epidemiol* 179 (7):824-33. doi: 10.1093/aje/kwt432.

Starling, A. P., S. M. Engel, K. W. Whitworth, D. B. Richardson, A. M. Stuebe, J. L. Daniels, L. S. Haug, M. Eggesbo, G. Becher, A. Sabaredzovic, C. Thomsen, R. E. Wilson, G. S. Travlos, J. A. Hoppin, D. D. Baird, and M. P. Longnecker. 2014. "Perfluoroalkyl substances and lipid concentrations in plasma during pregnancy among women in the Norwegian Mother and Child Cohort Study." *Environ Int* 62:104-12. doi: 10.1016/j.envint.2013.10.004.

Steenland, K., V. Barry, and D. Savitz. 2018. "Serum Perfluorooctanoic Acid and Birthweight: An Updated Meta-analysis With Bias Analysis." *Epidemiology* 29 (6):765-776. doi: 10.1097/ede.0000000000000903.

Steenland, K., T. Fletcher, and D. A. Savitz. 2010. "Epidemiologic evidence on the health effects of perfluorooctanoic acid (PFOA)." *Environ Health Perspect* 118 (8):1100-8. doi: 10.1289/ehp.0901827.

Steenland, K., T. Fletcher, C. R. Stein, S. M. Bartell, L. Darrow, M. J. Lopez-Espinosa, P. Barry Ryan, and D. A. Savitz. 2020. "Review: Evolution of evidence on PFOA and health following the assessments of the C8 Science Panel." *Environ Int* 145:106125. doi: 10.1016/j.envint.2020.106125.

Steenland, K., S. Kugathasan, and D. B. Barr. 2018. "PFOA and ulcerative colitis." *Environ Res* 165:317-321. doi: 10.1016/j.envres.2018.05.007.

Steenland, K., S. Tinker, S. Frisbee, A. Ducatman, and V. Vaccarino. 2009. "Association of perfluorooctanoic acid and perfluorooctane sulfonate with serum lipids among adults living near a chemical plant." *Am.J Epidemiol.* 170 (10):1268-1278.

Steenland, K., S. Tinker, A. Shankar, and A. Ducatman. 2010. "Association of perfluorooctanoic acid (PFOA) and perfluorooctane sulfonate (PFOS) with uric acid among adults with elevated community exposure to PFOA." *Environ Health Perspect.* 118 (2):229-233.

Steenland, K., and S. Woskie. 2012. "Cohort mortality study of workers exposed to perfluorooctanoic acid." *Am J Epidemiol* 176 (10):909-17. doi: 10.1093/aje/kws171.

Steenland, K., L. Zhao, and A. Winquist. 2015. "A cohort incidence study of workers exposed to perfluorooctanoic acid (PFOA)." *Occup Environ Med* 72 (5):373-80. doi: 10.1136/oemed-2014-102364.

Steenland, K., L. Zhao, A. Winquist, and C. Parks. 2013. "Ulcerative colitis and perfluorooctanoic acid (PFOA) in a highly exposed population of community residents and workers in the mid-Ohio valley." *Environ Health Perspect* 121 (8):900-5. doi: 10.1289/ehp.1206449.

Stein, C. R., Y. Ge, M. S. Wolff, X. Ye, A. M. Calafat, T. Kraus, and T. M. Moran. 2016. "Perfluoroalkyl substance serum concentrations and immune response to FluMist vaccination among healthy adults." *Environ Res* 149:171-178. doi: 10.1016/j.envres.2016.05.020.

Stein, C. R., K. J. McGovern, A. M. Pajak, P. J. Maglione, and M. S. Wolff. 2016. "Perfluoroalkyl and polyfluoroalkyl substances and indicators of immune function in children aged 12-19 y: National Health and Nutrition Examination Survey." *Pediatr Res* 79 (2):348-57. doi: 10.1038/pr.2015.213.

Stein, C. R., D. A. Savitz, and M. Dougan. 2009. "Serum levels of perfluorooctanoic acid and perfluorooctane sulfonate and pregnancy outcome." *Am J Epidemiol* 170 (7):837-46. doi: 10.1093/aje/kwp212.

Stein, C. R., D. A. Savitz, B. Elston, P. G. Thorpe, and S. M. Gilboa. 2014. "Perfluorooctanoate exposure and major birth defects." *Reprod Toxicol* 47:15-20. doi: 10.1016/j.reprotox.2014.04.006.

Stevenson, S. M., and W. T. Lowrance. 2015. "Epidemiology and Diagnosis of Testis Cancer." *Urol Clin North Am* 42 (3):269-75. doi: 10.1016/j.ucl.2015.04.001.

Stroup, D. F., J. A. Berlin, S. C. Morton, I. Olkin, G. D. Williamson, D. Rennie, D. Moher, B. J. Becker, T. A. Sipe, and S. B. Thacker. 2000. "Meta-analysis of observational studies in epidemiology: a proposal for reporting. Meta-analysis Of Observational Studies in Epidemiology (MOOSE) group." *JAMA.* 283 (15):2008-2012.

Su, T. C., C. C. Kuo, J. J. Hwang, G. W. Lien, M. F. Chen, and P. C. Chen. 2016. "Serum perfluorinated chemicals, glucose homeostasis and the risk of diabetes in working-aged Taiwanese adults." *Environ Int* 88:15-22. doi: 10.1016/j.envint.2015.11.016.

Subbarao, P., P. J. Mandhane, and M. R. Sears. 2009. "Asthma: epidemiology, etiology and risk factors." *Cmaj* 181 (9):E181-90. doi: 10.1503/cmaj.080612.

Sun, Q., G. Zong, D. Valvi, F. Nielsen, B. Coull, and P. Grandjean. 2018. "Plasma Concentrations of Perfluoroalkyl Substances and Risk of Type 2 Diabetes: A Prospective Investigation among U.S. Women." *Environ Health Perspect* 126 (3):037001. doi: 10.1289/ehp2619.

Sunding, D.L. 2017. Damage to Minnesota's Natural Resources Resulting from 3M's Disposal of PFCs in Washington County, MN, Minnesota v. 3M Company.

Suri, P., D. C. Morgenroth, and D. J. Hunter. 2012. "Epidemiology of osteoarthritis and associated comorbidities." *PM.R.* 4 (5 Suppl):S10-S19.

Swerdlow, S. H., E. Campo, N. L. Harris, N. L. Jaffe, S. A. Pileri, H. Stein, J. Thiele, and J. W. Vardiman, eds. 2008. *WHO classification of tumours of haematopoietic and lymphoid tissues*. Lyon: IARC.

Szklo, M., and F. J. Nieto. 2007. *Epidemiology: beyond the basics*. Vol. 2. Sudbury, Massachusetts: Jones and Bartlett Publishers. Reprint, IN FILE.

Tamimi, Rl., S. Hankinson, and P. Lagiou. 2018. "Breast Cancer." In *Textbook of Cancer Epidemiology*, edited by H. O. Adami, D. J. Hunter, P. Lagiou and L. Mucci, 381-420. New York: Oxford University Press.

Tang, C., and M. Damian. 2019. "Delayed Puberty." In *StatPearls*. Treasure Island (FL).

Taylor, K. W., R. F. Novak, H. A. Anderson, L. S. Birnbaum, C. Blystone, M. Devito, D. Jacobs, J. Kohrle, D. H. Lee, L. Rylander, A. Rignell-Hydbom, R. Tornero-Velez, M. E. Turyk, A. L. Boyles, K. A. Thayer, and L. Lind. 2013. "Evaluation of the association between persistent organic pollutants (POPs) and diabetes in epidemiological studies: a national toxicology program workshop review." *Environ Health Perspect* 121 (7):774-83. doi: 10.1289/ehp.1205502.

Terry, K.L., and S.A. Missmer. 2017. "Chapter 13: Epidemiology of Ovarian and Endometrial Cancers." In *Pathology and Epidemiology of Cancer*, edited by M. Loda, L.A. Mucci, M.L. Mittelstadt, M. Van Hemelrijck and M.B. Cotter, 233-246. Switzerland: Springer International Publishing.

The Dysautonomia Project. 2020. "Identifying Dysautonomia." accessed 6/18/2020. https://thedysautonomiaproject.org/identifying-dysautonomia/#what-is-it.

The Surgeon General, and U. S. Department of Health and Human Services. 2014. The Health Consequences of Smoking - 50 Years of Progress: A Report of the Surgeon General. Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control

and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health.

Tian, Y., H. Liang, M. Miao, F. Yang, H. Ji, W. Cao, X. Liu, X. Zhang, A. Chen, H. Xiao, H. Hu, and W. Yuan. 2019. "Maternal plasma concentrations of perfluoroalkyl and polyfluoroalkyl substances during pregnancy and anogenital distance in male infants." *Hum Reprod* 34 (7):1356-1368. doi: 10.1093/humrep/dez058.

Tian, Y. P., X. W. Zeng, M. S. Bloom, S. Lin, S. Q. Wang, S. H. L. Yim, M. Yang, C. Chu, N. Gurram, L. W. Hu, K. K. Liu, B. Y. Yang, D. Feng, R. Q. Liu, M. Nian, and G. H. Dong. 2019. "Isomers of perfluoroalkyl substances and overweight status among Chinese by sex status: Isomers of C8 Health Project in China." *Environ Int* 124:130-138. doi: 10.1016/j.envint.2019.01.006.

Timmermann, C. A., E. Budtz-Jorgensen, T. K. Jensen, C. E. Osuna, M. S. Petersen, U. Steuerwald, F. Nielsen, L. K. Poulsen, P. Weihe, and P. Grandjean. 2017. "Association between perfluoroalkyl substance exposure and asthma and allergic disease in children as modified by MMR vaccination." *J Immunotoxicol* 14 (1):39-49. doi: 10.1080/1547691X.2016.1254306.

Timmermann, C. A. G., E. Budtz-Jorgensen, M. S. Petersen, P. Weihe, U. Steuerwald, F. Nielsen, T. K. Jensen, and P. Grandjean. 2017. "Shorter duration of breastfeeding at elevated exposures to perfluoroalkyl substances." *Reprod Toxicol* 68:164-170. doi: 10.1016/j.reprotox.2016.07.010.

Timmermann, C. A. G., K. J. Jensen, F. Nielsen, E. Budtz-Jørgensen, F. van der Klis, C. S. Benn, P. Grandjean, and A. B. Fisker. 2020. "Serum Perfluoroalkyl Substances, Vaccine Responses, and Morbidity in a Cohort of Guinea-Bissau Children." *Environ Health Perspect* 128 (8):87002. doi: 10.1289/ehp6517.

Timmermann, C. A., C. E. Osuna, U. Steuerwald, P. Weihe, L. K. Poulsen, and P. Grandjean. 2015. "Asthma and allergy in children with and without prior measles, mumps, and rubella vaccination." *Pediatr Allergy Immunol* 26 (8):742-9. doi: 10.1111/pai.12391.

Timmermann, C. A., L. I. Rossing, A. Grontved, M. Ried-Larsen, C. Dalgard, L. B. Andersen, P. Grandjean, F. Nielsen, K. D. Svendsen, T. Scheike, and T. K. Jensen. 2014. "Adiposity and glycemic control in children exposed to perfluorinated compounds." *J Clin Endocrinol Metab* 99 (4):E608-14. doi: 10.1210/jc.2013-3460.

Toft, G., B. A. Jonsson, C. H. Lindh, A. Giwercman, M. Spano, D. Heederik, V. Lenters, R. Vermeulen, L. Rylander, H. S. Pedersen, J. K. Ludwicki, V. Zviezdai, and J. P. Bonde. 2012. "Exposure to perfluorinated compounds and human semen quality in Arctic and European populations." *Hum Reprod* 27 (8):2532-40. doi: 10.1093/humrep/des185.

Trost, L. W., and J. P. Mulhall. "Challenges in Testosterone Measurement, Data Interpretation, and Methodological Appraisal of Interventional Trials." (1743-6109 (Electronic)).

Tsai, M. S., S. H. Chang, W. H. Kuo, C. H. Kuo, S. Y. Li, M. Y. Wang, D. Y. Chang, Y. S. Lu, C. S. Huang, A. L. Cheng, C. H. Lin, and P. C. Chen. 2020. "A case-control study of

perfluoroalkyl substances and the risk of breast cancer in Taiwanese women." *Environ Int* 142:105850. doi: 10.1016/j.envint.2020.105850.

Tsai, M. S., C. C. Lin, M. H. Chen, W. S. Hsieh, and P. C. Chen. 2017. "Perfluoroalkyl substances and thyroid hormones in cord blood." *Environ Pollut* 222:543-548. doi: 10.1016/j.envpol.2016.11.027.

Tsai, M. S., C. Y. Lin, C. C. Lin, M. H. Chen, S. H. Hsu, K. L. Chien, F. C. Sung, P. C. Chen, and T. C. Su. 2015. "Association between perfluoroalkyl substances and reproductive hormones in adolescents and young adults." *Int J Hyg Environ Health* 218 (5):437-43. doi: 10.1016/j.ijheh.2015.03.008.

Tseng, C. H. 2015. "Type 2 Diabetes Mellitus and Kidney Cancer Risk: A Retrospective Cohort Analysis of the National Health Insurance." *PLoS One* 10 (11):e0142480. doi: 10.1371/journal.pone.0142480.

Tsuji, J. S., D. D. Alexander, V. Perez, and P. J. Mink. 2014. "Arsenic exposure and bladder cancer: quantitative assessment of studies in human populations to detect risks at low doses." *Toxicology.* 317:17-30.

Tworoger, S. S., A. Shafrir, and S. Hankinson. 2018. "Ovarian Cancer." In *Cancer Epidemiology and Prevention*, edited by M. Thun, M. Linet, J. Cerhan, C. Haiman and D. Schottenfeld, 889-907. USA: Oxford University Press.

U.S. Department of Health and Human Services. 2004. The Health Consequences of Smoking: A Report of the Surgeon General. edited by Office on Smoking and Health. Washington, D.C.: Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion,.

Uhl, S. A., T. James-Todd, and M. L. Bell. 2013. "Association of Osteoarthritis with Perfluorooctanoate and Perfluorooctane Sulfonate in NHANES 2003-2008." *Environ Health Perspect* 121 (4):447-52. doi: 10.1289/ehp.1205673.

US Dept of Health and Human Services (USDHHS) Office on Women's Health. 2018a. "Early or Premature Menopause." Last Modified May 22, 2018, accessed 8/29/19. https://www.womenshealth.gov/menopause/early-or-premature-menopause.

US Dept of Health and Human Services (USDHHS) Office on Women's Health. 2018b. "Period Problems." Last Modified March 16, 2018. https://www.womenshealth.gov/menstrual-cycle/period-problems.

Vagi, S. J., E. Azziz-Baumgartner, A. Sjodin, A. M. Calafat, D. Dumesic, L. Gonzalez, K. Kato, M. J. Silva, X. Ye, and R. Azziz. 2014. "Exploring the potential association between brominated diphenyl ethers, polychlorinated biphenyls, organochlorine pesticides, perfluorinated compounds, phthalates, and bisphenol A in polycystic ovary syndrome: a case-control study." *BMC Endocr Disord* 14:86. doi: 10.1186/1472-6823-14-86.

Vagi, S. J., E. Azziz-Baumgartner, A. Sjödin, A. M. Calafat, D. Dumesic, L. Gonzalez, K. Kato, M. J. Silva, X. Ye, and R. Azziz. 2014. "Exploring the potential association between brominated

diphenyl ethers, polychlorinated biphenyls, organochlorine pesticides, perfluorinated compounds, phthalates, and bisphenol A in polycystic ovary syndrome: a case-control study." *BMC Endocr Disord* 14:86. doi: 10.1186/1472-6823-14-86.

Valvi, D., Y. Oulhote, P. Weihe, C. Dalgard, K. S. Bjerve, U. Steuerwald, and P. Grandjean. 2017. "Gestational diabetes and offspring birth size at elevated environmental pollutant exposures." *Environ Int* 107:205-215. doi: 10.1016/j.envint.2017.07.016.

van den Dungen, M. W., A. J. Murk, E. Kampman, W. T. Steegenga, and D. E. Kok. 2017. "Association between DNA methylation profiles in leukocytes and serum levels of persistent organic pollutants in Dutch men." *Environ Epigenet* 3 (1):dvx001. doi: 10.1093/eep/dvx001.

van Osch, F. H., S. H. Jochems, F. J. van Schooten, R. T. Bryan, and M. P. Zeegers. 2016. "Quantified relations between exposure to tobacco smoking and bladder cancer risk: a meta-analysis of 89 observational studies." *Int J Epidemiol* 45 (3):857-70. doi: 10.1093/ije/dyw044.

Vanderpump, M. P. 2011. "The epidemiology of thyroid disease." *Br.Med Bull.* 99:39-51. doi: 10.1093/bmb/ldr030.:39-51.

VanNoy, B. N., J. Lam, and A. R. Zota. 2018. "Breastfeeding as a Predictor of Serum Concentrations of Per- and Polyfluorinated Alkyl Substances in Reproductive-Aged Women and Young Children: A Rapid Systematic Review." *Curr Environ Health Rep* 5 (2):213-224. doi: 10.1007/s40572-018-0194-z.

Vartolomei, M. D., T. Iwata, B. Roth, S. Kimura, R. Mathieu, M. Ferro, S. F. Shariat, and C. Seitz. 2019. "Impact of alcohol consumption on the risk of developing bladder cancer: a systematic review and meta-analysis." *World J Urol* 37 (11):2313-2324. doi: 10.1007/s00345-019-02825-4.

Velez, M. P., T. E. Arbuckle, and W. D. Fraser. 2015. "Maternal exposure to perfluorinated chemicals and reduced fecundity: the MIREC study." *Hum Reprod* 30 (3):701-9. doi: 10.1093/humrep/deu350.

Verner, M. A., A. E. Loccisano, N. H. Morken, M. Yoon, H. Wu, R. McDougall, M. Maisonet, M. Marcus, R. Kishi, C. Miyashita, M. H. Chen, W. S. Hsieh, M. E. Andersen, H. J. Clewell, 3rd, and M. P. Longnecker. 2015. "Associations of Perfluoroalkyl Substances (PFAS) with Lower Birth Weight: An Evaluation of Potential Confounding by Glomerular Filtration Rate Using a Physiologically Based Pharmacokinetic Model (PBPK)." *Environ Health Perspect* 123 (12):1317-24. doi: 10.1289/ehp.1408837.

Vested, A., C. H. Ramlau-Hansen, S. F. Olsen, J. P. Bonde, S. L. Kristensen, T. I. Halldorsson, G. Becher, L. S. Haug, E. H. Ernst, and G. Toft. 2013. "Associations of in utero exposure to perfluorinated alkyl acids with human semen quality and reproductive hormones in adult men." *Environ Health Perspect* 121 (4):453-8. doi: 10.1289/ehp.1205118.

Vestergaard, P. 2002. "Smoking and thyroid disorders--a meta-analysis." *Eur J Endocrinol* 146 (2):153-61.

Vestergaard, S., F. Nielsen, A. M. Andersson, N. H. Hjollund, P. Grandjean, H. R. Andersen, and T. K. Jensen. 2012. "Association between perfluorinated compounds and time to pregnancy in a prospective cohort of Danish couples attempting to conceive." *Hum Reprod* 27 (3):873-80. doi: 10.1093/humrep/der450.

Vieira, V. M., K. Hoffman, H. M. Shin, J. M. Weinberg, T. F. Webster, and T. Fletcher. 2013. "Perfluorooctanoic acid exposure and cancer outcomes in a contaminated community: a geographic analysis." *Environ Health Perspect* 121 (3):318-23. doi: 10.1289/ehp.1205829.

Volkmann, E. R., Ami Taylor M Fau - Ben-Artzi, and A. Ben-Artzi. "Using the antinuclear antibody test to diagnose rheumatic diseases: when does a positive test warrant further investigation?" (1541-8243 (Electronic)).

von Elm, E., D. G. Altman, M. Egger, S. J. Pocock, P. C. Gotzsche, and J. P. Vandenbroucke. 2007. "The Strengthening the Reporting of Observational Studies in Epidemiology (STROBE) statement: guidelines for reporting observational studies." *PLoS.Med.* 4 (10):e296.

Walker, E., A. V. Hernandez, and M. W. Kattan. 2008. "Meta-analysis: Its strengths and limitations." *Cleve.Clin J Med.* 75 (6):431-439.

Walker, G. R., J. J. Schlesselman, and R. B. Ness. 2002. "Family history of cancer, oral contraceptive use, and ovarian cancer risk." *Am J Obstet Gynecol* 186 (1):8-14.

Wang, B., R. Zhang, F. Jin, H. Lou, Y. Mao, W. Zhu, W. Zhou, P. Zhang, and J. Zhang. 2017. "Perfluoroalkyl substances and endometriosis-related infertility in Chinese women." *Environ Int* 102:207-212. doi: 10.1016/j.envint.2017.03.003.

Wang, F., and Y. Xu. 2014. "Body mass index and risk of renal cell cancer: a dose-response meta-analysis of published cohort studies." *Int J Cancer* 135 (7):1673-86. doi: 10.1002/ijc.28813.

Wang, H., H. Du, J. Yang, H. Jiang, K. O, L. Xu, S. Liu, J. Yi, X. Qian, Y. Chen, Q. Jiang, and G. He. 2019. "PFOS, PFOA, estrogen homeostasis, and birth size in Chinese infants." *Chemosphere* 221:349-355. doi: 10.1016/j.chemosphere.2019.01.061.

Wang, H., J. Yang, H. Du, L. Xu, S. Liu, J. Yi, X. Qian, Y. Chen, Q. Jiang, and G. He. 2018. "Perfluoroalkyl substances, glucose homeostasis, and gestational diabetes mellitus in Chinese pregnant women: A repeat measurement-based prospective study." *Environ Int* 114:12-20. doi: 10.1016/j.envint.2018.01.027.

Wang, I. J., W. S. Hsieh, C. Y. Chen, T. Fletcher, G. W. Lien, H. L. Chiang, C. F. Chiang, T. N. Wu, and P. C. Chen. 2011. "The effect of prenatal perfluorinated chemicals exposures on pediatric atopy." *Environ Res* 111 (6):785-91. doi: 10.1016/j.envres.2011.04.006.

Wang, J., X. W. Zeng, M. S. Bloom, Z. Qian, L. J. Hinyard, R. Belue, S. Lin, S. Q. Wang, Y. P. Tian, M. Yang, C. Chu, N. Gurram, L. W. Hu, K. K. Liu, B. Y. Yang, D. Feng, R. Q. Liu, and G. H. Dong. 2019. "Renal function and isomers of perfluorooctanoate (PFOA) and perfluorooctanesulfonate (PFOS): Isomers of C8 Health Project in China." *Chemosphere* 218:1042-1049. doi: 10.1016/j.chemosphere.2018.11.191.

Wang, J., Y. Zhang, W. Zhang, Y. Jin, and J. Dai. 2012. "Association of perfluorooctanoic acid with HDL cholesterol and circulating miR-26b and miR-199-3p in workers of a fluorochemical plant and nearby residents." *Environ Sci Technol* 46 (17):9274-81. doi: 10.1021/es300906q.

Wang, W., W. Zhou, S. Wu, F. Liang, Y. Li, J. Zhang, L. Cui, Y. Feng, and Y. Wang. 2019. "Perfluoroalkyl substances exposure and risk of polycystic ovarian syndrome related infertility in Chinese women." *Environ Pollut* 247:824-831. doi: 10.1016/j.envpol.2019.01.039.

Wang, Y., M. Adgent, P. H. Su, H. Y. Chen, P. C. Chen, C. A. Hsiung, and S. L. Wang. 2016. "Prenatal Exposure to Perfluorocarboxylic Acids (PFCAs) and Fetal and Postnatal Growth in the Taiwan Maternal and Infant Cohort Study." *Environ Health Perspect* 124 (11):1794-1800. doi: 10.1289/ehp.1509998.

Wang, Y., W. J. Rogan, P. C. Chen, G. W. Lien, H. Y. Chen, Y. C. Tseng, M. P. Longnecker, and S. L. Wang. 2014. "Association between maternal serum perfluoroalkyl substances during pregnancy and maternal and cord thyroid hormones: Taiwan maternal and infant cohort study." *Environ Health Perspect* 122 (5):529-34. doi: 10.1289/ehp.1306925.

Wang, Y., A. P. Starling, L. S. Haug, M. Eggesbo, G. Becher, C. Thomsen, G. Travlos, D. King, J. A. Hoppin, W. J. Rogan, and M. P. Longnecker. 2013. "Association between perfluoroalkyl substances and thyroid stimulating hormone among pregnant women: a cross-sectional study." *Environ Health* 12 (1):76. doi: 10.1186/1476-069x-12-76.

Warembourg, C., L. Maitre, I. Tamayo-Uria, S. Fossati, T. Roumeliotaki, G. M. Aasvang, S. Andrusaityte, M. Casas, E. Cequier, L. Chatzi, A. Dedele, J. R. Gonzalez, R. Gražulevičienė, L. S. Haug, C. Hernandez-Ferrer, B. Heude, M. Karachaliou, N. H. Krog, R. McEachan, M. Nieuwenhuijsen, I. Petraviciene, J. Quentin, O. Robinson, A. K. Sakhi, R. Slama, C. Thomsen, J. Urquiza, M. Vafeiadi, J. West, J. Wright, M. Vrijheid, and X. Basagaña. 2019. "Early-Life Environmental Exposures and Blood Pressure in Children." *J Am Coll Cardiol* 74 (10):1317-1328. doi: 10.1016/j.jacc.2019.06.069.

Washino, N., Y. Saijo, S. Sasaki, S. Kato, S. Ban, K. Konishi, R. Ito, A. Nakata, Y. Iwasaki, K. Saito, H. Nakazawa, and R. Kishi. 2009. "Correlations between prenatal exposure to perfluorinated chemicals and reduced fetal growth." *Environ Health Perspect* 117 (4):660-7. doi: 10.1289/ehp.11681.

Waterfield, G., M. Rogers, P. Grandjean, M. Auffhammer, and D. Sunding. 2020. "Reducing exposure to high levels of perfluorinated compounds in drinking water improves reproductive outcomes: evidence from an intervention in Minnesota." *Environ Health* 19 (1):42. doi: 10.1186/s12940-020-00591-0.

Watkins, D. J., J. Josson, B. Elston, S. M. Bartell, H. M. Shin, V. M. Vieira, D. A. Savitz, T. Fletcher, and G. A. Wellenius. 2013. "Exposure to perfluoroalkyl acids and markers of kidney function among children and adolescents living near a chemical plant." *Environ Health Perspect* 121 (5):625-30. doi: 10.1289/ehp.1205838.

Webb, P. M., S. J. Jordan, and D. J. Hunter. 2018. "Ovarian Cancer." In *Textbook of Cancer Epidemiology*, edited by H. O. Adami, D. J. Hunter, P. Lagiou and L. Mucci, 549-480. New York: Oxford University Press.

Webster, G. M., S. A. Rauch, N. S. Marie, A. Mattman, B. P. Lanphear, and S. A. Venners. 2016. "Cross-Sectional Associations of Serum Perfluoroalkyl Acids and Thyroid Hormones in U.S. Adults: Variation According to TPOAb and Iodine Status (NHANES 2007-2008)." *Environ Health Perspect* 124 (7):935-42. doi: 10.1289/ehp.1409589.

Webster, G. M., S. A. Venners, A. Mattman, and J. W. Martin. 2014. "Associations between perfluoroalkyl acids (PFASs) and maternal thyroid hormones in early pregnancy: a population-based cohort study." *Environ Res* 133:338-47. doi: 10.1016/j.envres.2014.06.012.

Wen, H. J., S. L. Wang, P. C. Chen, and Y. L. Guo. 2019. "Prenatal perfluorooctanoic acid exposure and glutathione s-transferase T1/M1 genotypes and their association with atopic dermatitis at 2 years of age." *PLoS One* 14 (1):e0210708. doi: 10.1371/journal.pone.0210708.

Wen, L. L., L. Y. Lin, T. C. Su, P. C. Chen, and C. Y. Lin. 2013. "Association between serum perfluorinated chemicals and thyroid function in U.S. adults: the National Health and Nutrition Examination Survey 2007-2010." *J Clin Endocrinol Metab* 98 (9):E1456-64. doi: 10.1210/jc.2013-1282.

Whelton, P. K., R. M. Carey, W. S. Aronow, D. E. Casey, Jr., K. J. Collins, C. Dennison Himmelfarb, S. M. DePalma, S. Gidding, K. A. Jamerson, D. W. Jones, E. J. MacLaughlin, P. Muntner, B. Ovbiagele, S. C. Smith, Jr., C. C. Spencer, R. S. Stafford, S. J. Taler, R. J. Thomas, K. A. Williams, Sr., J. D. Williamson, and J. T. Wright, Jr. 2017. "2017 ACC/AHA/AAPA/ABC/ACPM/AGS/APhA/ASH/ASPC/NMA/PCNA Guideline for the Prevention, Detection, Evaluation, and Management of High Blood Pressure in Adults: A Report of the American College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines." *Hypertension*. doi: 10.1161/HYP.0000000000000065.

Whitcomb, B. W., A. C. Purdue-Smithe, K. L. Szegda, M. E. Boutot, S. E. Hankinson, J. E. Manson, B. Rosner, W. C. Willett, A. H. Eliassen, and E. R. Bertone-Johnson. 2018. "Cigarette Smoking and Risk of Early Natural Menopause." *Am J Epidemiol* 187 (4):696-704. doi: 10.1093/aje/kwx292.

White, S. S., S. E. Fenton, and E. P. Hines. 2011. "Endocrine disrupting properties of perfluorooctanoic acid." *J Steroid Biochem Mol Biol* 127 (1-2):16-26. doi: 10.1016/j.jsbmb.2011.03.011.

Whittemore, A. S., R. Harris, and J. Itnyre. 1992. "Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. II. Invasive epithelial ovarian cancers in white women. Collaborative Ovarian Cancer Group." *Am J Epidemiol*. 136 (10):1184-1203.

Whitworth, K. W., L. S. Haug, D. D. Baird, G. Becher, J. A. Hoppin, R. Skjaerven, C. Thomsen, M. Eggesbo, G. Travlos, R. Wilson, L. A. Cupul-Uicab, A. L. Brantsaeter, and M. P. Longnecker. 2012. "Perfluorinated compounds in relation to birth weight in the Norwegian Mother and Child Cohort Study." *Am J Epidemiol* 175 (12):1209-16. doi: 10.1093/aje/kwr459.

Whitworth, K. W., L. S. Haug, D. D. Baird, G. Becher, J. A. Hoppin, R. Skjaerven, C. Thomsen, M. Eggesbo, G. Travlos, R. Wilson, and M. P. Longnecker. 2012. "Perfluorinated compounds

and subfecundity in pregnant women." *Epidemiology* 23 (2):257-63. doi: 10.1097/EDE.0b013e31823b5031.

Whitworth, K. W., L. S. Haug, A. Sabaredzovic, M. Eggesbo, and M. P. Longnecker. 2016. "Brief Report: Plasma Concentrations of Perfluorooctane Sulfonamide and Time-to-pregnancy Among Primiparous Women." *Epidemiology* 27 (5):712-5. doi: 10.1097/EDE.0000000000000524.

Wiedermann, U., E. Garner-Spitzer, and A. Wagner. 2016. "Primary vaccine failure to routine vaccines: Why and what to do?" *Hum Vaccin Immunother* 12 (1):239-43. doi: 10.1080/21645515.2015.1093263.

Wielsoe, M., C. Bjerregaard-Olesen, P. Kern, and E. C. Bonefeld-Jorgensen. 2018. "Receptor activities of persistent pollutant serum mixtures and breast cancer risk." *Endocr Relat Cancer* 25 (3):201-215. doi: 10.1530/erc-17-0366.

Wielsoe, M., H. Eiberg, M. Ghisari, P. Kern, O. Lind, and E. C. Bonefeld-Jorgensen. 2018. "Genetic Variations, Exposure to Persistent Organic Pollutants and Breast Cancer Risk - A Greenlandic Case-Control Study." *Basic Clin Pharmacol Toxicol* 123 (3):335-346. doi: 10.1111/bcpt.13002.

Wielsoe, M., P. Kern, and E. C. Bonefeld-Jorgensen. 2017. "Serum levels of environmental pollutants is a risk factor for breast cancer in Inuit: a case control study." *Environ Health* 16 (1):56. doi: 10.1186/s12940-017-0269-6.

Wijarnpreecha, K., P. Nissaisorakarn, S. Sornprom, C. Thongprayoon, N. Thamcharoen, K. Maneenil, A. J. Podboy, and W. Cheungpasitporn. 2016. "Hepatitis C infection and renal cell carcinoma: A systematic review and meta-analysis." *World J Gastrointest Pathophysiol* 7 (4):314-319. doi: 10.4291/wjgp.v7.i4.314.

Wikström, S., C. H. Lindh, H. Shu, and C. G. Bornehag. 2019. "Early pregnancy serum levels of perfluoroalkyl substances and risk of preeclampsia in Swedish women." *Sci Rep* 9 (1):9179. doi: 10.1038/s41598-019-45483-7.

Wilson, K. M., and L. Mucci. 2018. "Prostate Cancer." In *Textbook of Cancer Epidemiology*, edited by H. O. Adami, D. J. Hunter, P. Lagiou and L. Mucci, 481-524. New York: Oxford University Press.

Winquist, A., and K. Steenland. 2014a. "Modeled PFOA exposure and coronary artery disease, hypertension, and high cholesterol in community and worker cohorts." *Environ Health Perspect* 122 (12):1299-305. doi: 10.1289/ehp.1307943.

Winquist, A., and K. Steenland. 2014b. "Perfluorooctanoic acid exposure and thyroid disease in community and worker cohorts." *Epidemiology* 25 (2):255-64. doi: 10.1097/EDE.0000000000000040.

Woods, M. M., B. P. Lanphear, J. M. Braun, and L. C. McCandless. 2017. "Gestational exposure to endocrine disrupting chemicals in relation to infant birth weight: a Bayesian analysis of the HOME Study." *Environ Health* 16 (1):115. doi: 10.1186/s12940-017-0332-3.

Woolf, A. D., and B. Pfleger. 2003. "Burden of major musculoskeletal conditions." *Bull World Health Organ* 81 (9):646-56.

Workman, C. E., A. B. Becker, M. B. Azad, T. J. Moraes, P. J. Mandhane, S. E. Turvey, P. Subbarao, J. R. Brook, M. R. Sears, and C. S. Wong. 2019. "Associations between concentrations of perfluoroalkyl substances in human plasma and maternal, infant, and home characteristics in Winnipeg, Canada." *Environ Pollut* 249:758-766. doi: 10.1016/j.envpol.2019.03.054.

World Health Organization. 2011. Global status report on noncommunicable diseases 2010.

World Health Organization. 2016. Chornic rheumatic conditions. In *Chronic diseases and health promotion.*

World Health Organization. 2017. "Cardiovascular Diseases (CVDs)." Last Modified 2017 May 17. http://www.who.int/en/news-room/fact-sheets/detail/cardiovascular-diseases-(cvds).

Wu, H., M. Yoon, M. A. Verner, J. Xue, M. Luo, M. E. Andersen, M. P. Longnecker, and H. J. Clewell, 3rd. 2015. "Can the observed association between serum perfluoroalkyl substances and delayed menarche be explained on the basis of puberty-related changes in physiology and pharmacokinetics?" *Environ Int* 82:61-8. doi: 10.1016/j.envint.2015.05.006.

Wu, K., X. Xu, L. Peng, J. Liu, Y. Guo, and X. Huo. 2012. "Association between maternal exposure to perfluorooctanoic acid (PFOA) from electronic waste recycling and neonatal health outcomes." *Environ Int* 48:1-8. doi: 10.1016/j.envint.2012.06.018.

Xu, Y., Y. Li, K. Scott, C. H. Lindh, K. Jakobsson, T. Fletcher, B. Ohlsson, and E. M. Andersson. 2020. "Inflammatory bowel disease and biomarkers of gut inflammation and permeability in a community with high exposure to perfluoroalkyl substances through drinking water." *Environ Res* 181:108923. doi: 10.1016/j.envres.2019.108923.

Yamaguchi, M., K. Arisawa, H. Uemura, S. Katsuura-Kamano, H. Takami, F. Sawachika, M. Nakamoto, T. Juta, E. Toda, K. Mori, M. Hasegawa, M. Tanto, M. Shima, Y. Sumiyoshi, K. Morinaga, K. Kodama, T. Suzuki, M. Nagai, and H. Satoh. 2013. "Consumption of seafood, serum liver enzymes, and blood levels of PFOS and PFOA in the Japanese population." *J Occup Health* 55 (3):184-94. doi: 10.1539/joh.12-0264-oa.

Yang, L., J. Li, J. Lai, H. Luan, Z. Cai, Y. Wang, Y. Zhao, and Y. Wu. 2016. "Placental Transfer of Perfluoroalkyl Substances and Associations with Thyroid Hormones: Beijing Prenatal Exposure Study." *Sci Rep* 6:21699. doi: 10.1038/srep21699.

Yang, M., D. Xu, Y. Liu, X. Guo, W. Li, C. Guo, H. Zhang, Y. Gao, Y. Mao, and J. Zhao. "Combined Serum Biomarkers in Non-Invasive Diagnosis of Non-Alcoholic Steatohepatitis." (1932-6203 (Electronic)).

Yang, Q., M. E. Cogswell, W. D. Flanders, Y. Hong, Z. Zhang, F. Loustalot, C. Gillespie, R. Merritt, and F. B. Hu. 2012. "Trends in cardiovascular health metrics and associations with all-cause and CVD mortality among US adults." *JAMA* 307 (12):1273-83. doi: 10.1001/jama.2012.339.

Yang, Q., X. Guo, P. Sun, Y. Chen, W. Zhang, and A. Gao. 2018. "Association of serum levels of perfluoroalkyl substances (PFASs) with the metabolic syndrome (MetS) in Chinese male adults: A cross-sectional study." *Sci Total Environ* 621:1542-1549. doi: 10.1016/j.scitotenv.2017.10.074.

Yang, Y., Q. J. Wu, L. Xie, W. H. Chow, N. Rothman, H. L. Li, Y. T. Gao, W. Zheng, X. O. Shu, and Y. B. Xiang. 2014. "Prospective cohort studies of association between family history of liver cancer and risk of liver cancer." *Int J Cancer* 135 (7):1605-14. doi: 10.1002/ijc.28792.

Yao, Q., R. Shi, C. Wang, W. Han, Y. Gao, Y. Zhang, Y. Zhou, G. Ding, and Y. Tian. 2019. "Cord blood Per- and polyfluoroalkyl substances, placental steroidogenic enzyme, and cord blood reproductive hormone." *Environ Int* 129:573-582. doi: 10.1016/j.envint.2019.03.047.

Ye, X., K. Kato, L. Y. Wong, T. Jia, A. Kalathil, J. Latremouille, and A. M. Calafat. 2018. "Per- and polyfluoroalkyl substances in sera from children 3 to 11 years of age participating in the National Health and Nutrition Examination Survey 2013-2014." *Int J Hyg Environ Health* 221 (1):9-16. doi: 10.1016/j.ijheh.2017.09.011.

Yeung, E. H., E. M. Bell, R. Sundaram, A. Ghassabian, W. Ma, K. Kannan, and G. M. Louis. 2019. "Examining Endocrine Disruptors Measured in Newborn Dried Blood Spots and Early Childhood Growth in a Prospective Cohort." *Obesity (Silver Spring)* 27 (1):145-151. doi: 10.1002/oby.22332.

Yilmaz, Y. 2009. "Systematic review: caspase-cleaved fragments of cytokeratin 18 – the promises and challenges of a biomarker for chronic liver disease." *Alimentary Pharmacology & Therapeutics* 30 (11-12):1103-1109. doi: 10.1111/j.1365-2036.2009.04148.x.

Yoo, W. S., and H. K. Chung. 2016. "Recent Advances in Autoimmune Thyroid Diseases." *Endocrinol Metab (Seoul)*.

Yuan, J. M., J. E. Castelao, M. Gago-Dominguez, M. C. Yu, and R. K. Ross. 1998. "Tobacco use in relation to renal cell carcinoma." *Cancer Epidemiology, Biomarkers & Prevention* 7:429-433.

Zeegers, M. P., A. Jellema, and H. Ostrer. 2003. "Empiric risk of prostate carcinoma for relatives of patients with prostate carcinoma: a meta-analysis." *Cancer* 97 (8):1894-903. doi: 10.1002/cncr.11262.

Zeng, X., Q. Chen, X. Zhang, H. Li, Q. Liu, C. Li, M. Ma, J. Zhang, W. Zhang, J. Zhang, and L. Huang. 2019. "Association between prenatal exposure to perfluoroalkyl substances and asthma-related diseases in preschool children." *Environ Sci Pollut Res Int* 26 (29):29639-29648. doi: 10.1007/s11356-019-05864-x.

Zeng, X. W., M. S. Bloom, S. C. Dharmage, C. J. Lodge, D. Chen, S. Li, Y. Guo, M. Roponen, P. Jalava, M. R. Hirvonen, H. Ma, Y. T. Hao, W. Chen, M. Yang, C. Chu, Q. Q. Li, L. W. Hu, K. K. Liu, B. Y. Yang, S. Liu, C. Fu, and G. H. Dong. 2019. "Prenatal exposure to perfluoroalkyl substances is associated with lower hand, foot and mouth disease viruses antibody response in infancy: Findings from the Guangzhou Birth Cohort Study." *Sci Total Environ* 663:60-67. doi: 10.1016/j.scitotenv.2019.01.325.

Zeng, X. W., C. J. Lodge, S. C. Dharmage, M. S. Bloom, Y. Yu, M. Yang, C. Chu, Q. Q. Li, L. W. Hu, K. K. Liu, B. Y. Yang, and G. H. Dong. 2019. "Isomers of per- and polyfluoroalkyl substances and uric acid in adults: Isomers of C8 Health Project in China." *Environ Int* 133 (Pt A):105160. doi: 10.1016/j.envint.2019.105160.

Zeng, X. W., Z. Qian, B. Emo, M. Vaughn, J. Bao, X. D. Qin, Y. Zhu, J. Li, Y. L. Lee, and G. H. Dong. 2015. "Association of polyfluoroalkyl chemical exposure with serum lipids in children." *Sci Total Environ* 512-513:364-370. doi: 10.1016/j.scitotenv.2015.01.042.

Zhang, C., R. Sundaram, J. Maisog, A. M. Calafat, D. B. Barr, and G. M. Buck Louis. 2015. "A prospective study of prepregnancy serum concentrations of perfluorochemicals and the risk of gestational diabetes." *Fertil Steril* 103 (1):184-9. doi: 10.1016/j.fertnstert.2014.10.001.

Zhang, S., R. Tan, R. Pan, J. Xiong, Y. Tian, J. Wu, and L. Chen. 2018. "Association of Perfluoroalkyl and Polyfluoroalkyl Substances With Premature Ovarian Insufficiency in Chinese Women." *J Clin Endocrinol Metab* 103 (7):2543-2551. doi: 10.1210/jc.2017-02783.

Zhang, X., E. Cho, and H. O. Adami. 2018. "Kidney Cancer." In *Textbook of Cancer Epidemiology*, edited by H. O. Adami, D. J. Hunter, P. Lagiou and L. Mucci, 571-586. New York: Oxford University Press.

Zhang, Y., and J. M. Jordan. 2010. "Epidemiology of osteoarthritis." *Clin.Geriatr.Med.* 26 (3):355-369.

Zhao, L., X. Tian, X. Duan, Y. Ye, M. Sun, and J. Huang. 2017. "Association of body mass index with bladder cancer risk: a dose-response meta-analysis of prospective cohort studies." *Oncotarget* 8 (20):33990-34000. doi: 10.18632/oncotarget.16722.

Zheng, H., and C. Chen. 2015. "Body mass index and risk of knee osteoarthritis: systematic review and meta-analysis of prospective studies." *BMJ Open* 5 (12):e007568. doi: 10.1136/bmjopen-2014-007568.

Zhou, W., L. Zhang, C. Tong, F. Fang, S. Zhao, Y. Tian, Y. Tao, J. Zhang, and Study Shanghai Birth Cohort. 2017. "Plasma Perfluoroalkyl and Polyfluoroalkyl Substances Concentration and Menstrual Cycle Characteristics in Preconception Women." *Environ Health Perspect* 125 (6):067012. doi: 10.1289/EHP1203.

Zhou, Y., W. W. Bao, Z. M. Qian, S. Dee Geiger, K. L. Parrish, B. Y. Yang, Y. L. Lee, and G. H. Dong. 2017. "Perfluoroalkyl substance exposure and urine CC16 levels among asthmatics: A case-control study of children." *Environ Res* 159:158-163. doi: 10.1016/j.envres.2017.08.005.

Zhou, Y., L. W. Hu, Z. M. Qian, J. J. Chang, C. King, G. Paul, S. Lin, P. C. Chen, Y. L. Lee, and G. H. Dong. 2016. "Association of perfluoroalkyl substances exposure with reproductive hormone levels in adolescents: By sex status." *Environ Int* 94:189-195. doi: 10.1016/j.envint.2016.05.018.

Zhou, Y., L. W. Hu, Z. M. Qian, S. D. Geiger, K. L. Parrish, S. C. Dharmage, B. Campbell, M. Roponen, P. Jalava, M. R. Hirvonen, J. Heinrich, X. W. Zeng, B. Y. Yang, X. D. Qin, Y. L. Lee, and G. H. Dong. 2017. "Interaction effects of polyfluoroalkyl substances and sex

steroid hormones on asthma among children." *Sci Rep* 7 (1):899. doi: 10.1038/s41598-017-01140-5.

Zhou, Y., L. W. Hu, Z. M. Qian, S. D. Geiger, K. L. Parrish, S. C. Dharmage, B. Campbell, M. Roponen, P. Jalava, M. R. Hirvonen, J. Heinrich, X. W. Zeng, B. Y. Yang, X. D. Qin, Y. L. Lee, and G. H. Dong. 2017b. "Interaction effects of polyfluoroalkyl substances and sex steroid hormones on asthma among children." *Sci Rep* 7 (1):899. doi: 10.1038/s41598-017-01140-5.

Zhou, Z., Y. Shi, R. Vestergren, T. Wang, Y. Liang, and Y. Cai. 2014. "Highly elevated serum concentrations of perfluoroalkyl substances in fishery employees from Tangxun lake, china." *Environ Sci Technol* 48 (7):3864-74. doi: 10.1021/es4057467.

Zhou, Z. Y., Y. K. Liu, H. L. Chen, and F. Liu. 2014. "Body mass index and knee osteoarthritis risk: a dose-response meta-analysis." *Obesity (Silver Spring)* 22 (10):2180-5. doi: 10.1002/oby.20835.

Zhu, Y., X. D. Qin, X. W. Zeng, G. Paul, L. Morawska, M. W. Su, C. H. Tsai, S. Q. Wang, Y. L. Lee, and G. H. Dong. 2016. "Associations of serum perfluoroalkyl acid levels with T-helper cell-specific cytokines in children: By gender and asthma status." *Sci Total Environ* 559:166-173. doi: 10.1016/j.scitotenv.2016.03.187.

Zong, G., P. Grandjean, X. Wang, and Q. Sun. 2016. "Lactation history, serum concentrations of persistent organic pollutants, and maternal risk of diabetes." *Environ Res* 150:282-288. doi: 10.1016/j.envres.2016.06.023.

Zwahlen, M., A. Renehan, and M. Egger. 2008. "Meta-analysis in medical research: potentials and limitations." *Urol.Oncol.* 26 (3):320-329.



# DOMINIK D. ALEXANDER, PHD, MSPH
## PROFESSIONAL PROFILE

*T: 630-390-8190*
*Email: dalexander@metamethodhealth.com*
*Ann Arbor Area, Michigan*

## Principal Epidemiologist

Dr. Alexander, PhD, MSPH, has extensive experience in health research methodology and disease causation assessments, particularly in the conceptualization, design, analysis, and interpretation of epidemiologic studies. He is a leading expert in meta-analysis methodology. He has published on a diverse range of topics and types of studies, including original epidemiologic research, qualitative reviews, systematic weight-of-evidence assessments, and quantitative meta-analyses. Because of his expertise in research methodology, Dr. Alexander has served as principal investigator on numerous projects involving a wide variety of exposures and health outcomes. His research areas include, but are not limited to: occupational and environmental exposures, such as asbestos, benzene, solvents, pesticides, and perfluorinated compounds; community health studies and cluster investigations involving air, water, and soil exposures; clinical, pharmacoepidemiology, and medical device studies including clinical trial data evaluations. In addition, Dr. Alexander has extensive experience in nutritional epidemiology and has conducted systematic reviews and meta-analyses of dietary and nutritional factors and cancer, cardiovascular disease, type 2 diabetes, hypertension, and body composition. His work in this area has involved studies of dietary patterns, intake of whole foods, and dietary supplements, such as meat and fat intake, dairy and egg consumption, breakfast eating, multivitamin and mineral supplements, fish oil, caffeine, coffee, and infant formula.

Dr. Alexander has 210 peer-reviewed manuscripts, professional presentations, published abstracts, and book chapters. He frequently presents on the understanding and interpretation of epidemiologic evidence in a variety of professional venues, such as national conventions, scientific conferences, and governmental regulatory forums. Dr. Alexander serves on the editorial boards of the American Journal of Clinical Nutrition, PLOS ONE, and Frontiers in Nutrition Methodology. In addition, he has served on scientific committees and scientific advisory groups. Dr. Alexander was awarded a National Cancer Institute Fellowship for Cancer Prevention and Control to complete his doctorate in epidemiology, and was the 2010 recipient of the UAB School of Public Health alumnus award for scientific excellence, based on recognition of his "significant scientific contributions through demonstrated commitment and exemplary leadership in empirical research, research methodology, or theory building or adaptation." Dr. Alexander is a former Visiting Professor of Epidemiology at the University of Copenhagen in Copenhagen, Denmark, and is currently an Affiliate Associate Professor at Colorado State University.

Dominik D. Alexander

October 2020



# Dominik D. Alexander, PhD, MSPH

## Curriculum Vitae

*T: 630-390-8190*
*Email: dalexander@metamethodhealth.com*
*Ann Arbor Area, Michigan*

## Education

| | |
|---|---|
| 2004 | Ph.D., Epidemiology, University of Alabama-Birmingham School of Public Health |
| | Concentration in cancer epidemiology |
| 2001 | M.S.P.H., Epidemiology and Biostatistics, University of South Florida College of Public Health |
| | Concentration in analytical methodology |
| 1997 | B.A.S., Community Public Health, University of Minnesota |
| | Minors in chemistry, mathematics, and psychology |

## Employment

| | |
|---|---|
| 2019-Present | President and Principal Epidemiologist, MetaMethod, South Lyon, Michigan |
| 2014–2018 | Principal Epidemiologist and Office Director, EpidStat Institute, Ann Arbor, Michigan |
| 2004–2014 | Principal Epidemiologist, Exponent Inc. Health Sciences, Chicago, Illinois and Boulder, Colorado |
| 2001–2004 | Research Assistant, University of Alabama-Birmingham, Department of Epidemiology and Department of Pathology, National Cancer Institute Cancer Prevention and Control Fellowship, Birmingham, Alabama |
| 2000–2001 | Research Assistant, Moffitt Cancer Center, Department of Radiology, Digital Medical Imaging Program, Tampa, Florida |
| 2000–2001 | Teaching Assistant, Advanced Epidemiology Methods, Department of Epidemiology and Biostatistics, University of South Florida |

## Academic Appointments and Responsibilities

| | |
|---|---|
| 2020 | Internship Preceptor, University of Wisconsin, Criminal Justice/Legal Studies program |
| 2019-present | Affiliate Associate Professor, Department of Animal Sciences, Colorado State University |
| 2018 | Internship Preceptor, University of Michigan, Department of Epidemiology |

| 2018 | Epidemiology Department Internship Poster Session, Nov. 2, 2018; University of Michigan Department of Public Health |
| 2016–2019 | Visiting Professor, Department of Nutrition, Exercise and Sports, Faculty of Science, University of Copenhagen, Denmark |

## Honors and Awards

| 2020 | Mayo Clinic Proceedings *Highly Cited Author* award for 2020: *A Meta-Analysis of Randomized Controlled Trials and Prospective Cohort Studies of Eicosapentaenoic and Docosahexaenoic Long-Chain Omega-3 Fatty Acids and Coronary Heart Disease Risk* [Second Award] |
| 2019 | Mayo Clinic Proceedings *Highly Cited Author* award for 2019: *A Meta-Analysis of Randomized Controlled Trials and Prospective Cohort Studies of Eicosapentaenoic and Docosahexaenoic Long-Chain Omega-3 Fatty Acids and Coronary Heart Disease Risk* |
| 2019 | PLOS ONE: Top 10% most cited author 2015 |
| 2018 | Appointed to the editorial board of PLOS ONE |
| 2017 | Most read article 2016: *Meta-analysis of egg consumption and risk of coronary heart disease and stroke*; Journal of the American College of Nutrition |
| 2016 | Most read article 2015: *Red Meat and Colorectal Cancer: A Quantitative Update on the State of the Epidemiologic Science*; Journal of the American College of Nutrition |
| 2015 | Appointed to the editorial board of the American Journal of Clinical Nutrition |
| 2013 | Certificate of Achievement, Decker Communication Training |
| 2010 | UAB School of Public Health Alumnus Award for Scientific Excellence |
| 2010 | MDLinx Featured Article |
| 2001–2004 | National Cancer Institute Cancer Fellowship, Cancer Prevention and Control Training Program, University of Alabama-Birmingham |
| 2003 | William C. Bailey Award for Excellence in Cancer Prevention and Control Research, UAB Comprehensive Cancer Center Annual Research Retreat |
| 2002 | Lifetime Member of MENSA High Intelligence Society |
| 2000–2001 | Academic Fellowship, University of South Florida |

## Professional Organizations

| 2009–Present | American Society of Nutrition (ASN) |
| 2005–Present | Society for Epidemiologic Research (SER) |
| 2003–Present | American College of Epidemiology (ACE) |

2011–2013    International Society of Pharmacoepidemiology (ISPE)

2005–2008    International Society for Environmental Epidemiology (ISEE)

2005–2008    American Public Health Association (APHA)

1999–2001    Infectious Disease Association (IDSA)

## Primary Areas of Expertise

Meta-analysis methodology

Systematic reviews and weight-of-evidence assessments

Disease causation assessments

Occupational and environmental epidemiology

Nutritional epidemiology

Community health studies and alleged cluster evaluations

Clinical trial support

Chronic diseases, including cancer, cardiovascular disease, and type 2 diabetes

Dietary and lifestyle factors, such as food and supplement intake, smoking behaviors, body weight, and physical activity

Public speaking with a focus on interpreting and articulating epidemiologic evidence

## Editorial Boards

2018-Present   Editorial Board, *PLOS ONE*

2017             Guest Editor, *Nutrients*

2015-Present   Editorial Board, *American Journal of Clinical Nutrition*

2014–Present   Associate Editor, *Frontiers in Nutrition Methodology*

## Peer Reviewer (Abridged List)

*American Journal of Clinical Nutrition*

*American Journal of Epidemiology*

*Epidemiology*

*Journal of the National Cancer Institute*

*Annals of Oncology*

*Regulatory Toxicology and Pharmacology*

*Nutrition and Cancer*

*Public Health Nutrition*

*Journal of Food Composition and Analysis*

*Risk Assessment*

*Cancer*

*Cancer Epidemiology Biomarkers and Prevention*

*American Journal of Preventive Medicine*

*European Journal of Cancer Prevention*

*Obesity*

*Southern Medical Journal*

*International Journal of Cancer*

*Journal of Women's Health*

*British Journal of Cancer*

## Peer-Reviewed Publications

1. Bylsma LC, Dean R, Lowe K, Sangaré L, Alexander DD, Fryzek JP. The incidence of infusion reactions associated with monoclonal antibody drugs targeting the epidermal growth factor receptor in metastatic colorectal cancer patients: A systematic literature review and meta-analysis of patient and study characteristics. Cancer Med. 2019 Aug 3. doi: 10.1002/cam4.2413.

2. Cohen SS, Alexander DD, Krebs NF, Young BE, Cabana MD, Erdmann P, Hays NP, Bezold C, Levin-Sparenberg E, Turini M, Saavedra J.  Factors Associated with breastfeeding initiation and continuation:  A Meta-Analysis. J Pediatr. 2018 Dec;203:190-196.e21

3. Fryzek JP, Reichert H, Summers N, Townes L, Deuson R, Alexander DD, Vanderpuye-Orgle J. Indirect treatment comparison of cabazitaxel for patients with metastatic castrate-resistant prostate cancer who have been previously treated with a docetaxel-containing regimen. PLoS One. 2018 Apr 11;13(4):e0195790.

4. Alexander DD. In Reply I - Prescribing More Stringent Design of Randomized Clinical Trials of Omega-3 Polyunsaturated Fatty Acids. Mayo Clinic Proceedings 2017 Jun;92(6):1006-1007.

5. Alexander DD, Miller PE, van Elswyk M, Kuratko C, Bylsma L. A Meta-Analysis of Randomized Controlled Trials and Prospective Cohort Studies of Eicosapentaenoic and Docosahexaenoic Long Chain Omega-3 Fatty Acids and Coronary Heart Disease Risk. Mayo Clinic Proceedings 2017 Jan;92(1):15-29.

6. Alexander DD, Miller PE, Vargas A, Weed DL, Cohen SS. Meta-analysis of egg consumption and risk of coronary heart disease and stroke. J Am Coll Nutr. 2016 Nov-Dec;35(8): 704-716.

7. Alexander DD, Yan J, Bylsma LC, Northington RS, Grathwohl D, Steenhout P, Erdmann P, Spivey-Krobath E, Haschke F. Growth of infants consuming whey-predominant term infant formulas with a protein content of 1.8 g/100 kcal: a multicenter pooled analysis of individual participant data. Am J Clin Nutr. 2016 Oct;104(4):1083-1092.

8. Maki KC, Guyton JR, Orringer CE, Hamilton-Craig I, Alexander DD, Davidson MH. Triglyceride-lowering therapies reduce cardiovascular disease event risk in subjects with hypertriglyceridemia. J Clin Lipidol. 2016 Jul-Aug;10(4):905-14.

9. Garabrant DH, Alexander DD, Miller PE, Fryzek JP, Boffetta P, Teta MJ, Hessel PA, Craven VA, Kelsh MA, Goodman M. Response to Kay Teschke. Re: Mesothelioma among Motor Vehicle Mechanics: An Updated Review and Meta-analysis. Ann Occup Hyg. 2016 Oct;60(8):1036-7.

10. Alexander DD, Bylsma LC, Elkayam L, Nguyen DL. Nutritional and health benefits of semi-elemental diets: A comprehensive summary of the literature. World J Gastrointest Pharmacol Ther. 2016 May 6;7(2):306-19.

11. J Fryzek, D Alexander, N Summers, J Fraysse, H Reichert, L Townes, J Vanderpuye-Orgle. Indirect Treatment Comparison Of Cabazitaxel For Patients With Metastatic Castration-Resistant Prostate Cancer Who Have Been Previously Treated With A Docetaxel-Containing Regimen. Value in Health. 2016 May 19(3): A139-A140.

12. Alexander DD, Weed DL. On the need for improved methodologic quality of published reviews. Am J Clin Nutr. 2016 Mar;103(3):683-4.

13. Alexander DD, Bylsma LC, Vargas AJ, Cohen SS, Doucette A, Mohamed M, Irvin SR, Miller PE, Watson H, Fryzek JP. Dairy Consumption and Cardiovascular Disease: A Systematic Review and Meta-Analysis. Br J Nutr. 2016 Feb;115(4):737-50.

14. Garabrant DH, Alexander DD, Miller PE, Fryzek JP, Boffetta P, Teta MJ, Hessel PA, Craven VA, Kelsh MA, Goodman M. Mesothelioma among Motor Vehicle Mechanics: An Updated Review and Meta-analysis. Ann Occup Hyg. 2016 Jan;60(1):8-26.

15. Weaver CM, Alexander DD, Boushey CJ, Dawson-Hughes B, Lappe JM, LeBoff MS, Liu S, Looker AC, Wallace TC, Wang DD. Calcium plus vitamin D supplementation and risk of fractures: an updated meta-analysis from the National Osteoporosis Foundation. Osteoporos Int. 2016 Jan;27(1):367-76.

16. Bylsma LC, Alexander DD. A review and meta-analysis of prospective studies of red and processed meat, meat cooking methods, heme iron, heterocyclic amines and prostate cancer. Nutr J. 2015 Dec 21;14(1):125.

17. Alexander DD, Weed DL, Miller PE, Mohamed MA. 2015. Red Meat and Colorectal Cancer: A Quantitative Update on the State of the Epidemiologic Science, J Am Coll Nutr. 2015 Nov-Dec;34(6):521-43

18. Alexander DD, Bassett JK, Weed DL, Barrett EC, Watson H, Harris W. Meta-Analysis of Long-Chain Omega-3 Polyunsaturated Fatty Acids (LCω-3PUFA) and prostate cancer, Nutr Cancer. 2015;67(4):543-54

19. Yurko-Mauro K, Alexander DD, Van Elswyk ME. 2015. Docosahexaenoic Acid and Adult Memory: A Systematic Review and Meta-Analysis. PLoS One. 2015 Mar 18;10(3).

20. Alexander DD, Jiang X, Bylsma LC, Garabrant DH, Irvin SR, Fryzek JP. Historical cancer incidence and mortality assessment in an Illinois community proximal to a former manufactured gas plant. BMJ Open. 2014 Dec 22;4(12).

21. Veruva SY, Steinbeck MJ, Toth J, Alexander DD, Kurtz SM. 2014. Which Design and Biomaterial Factors Affect Clinical Wear Performance of Total Disc Replacements? A Systematic Review. Clin Orthop Relat Res. 2014 Dec;472(12):3759-69

22. Tsuji JS, Perez V, Garry MR, Alexander DD. 2014. Association of low-level arsenic exposure in drinking water with cardiovascular disease: A systematic review and risk assessment. Toxicology 323:78-94.

23. Tsuji JS, Alexander DD, Perez V, Mink PJ. 2014. Arsenic exposure and bladder cancer: quantitative assessment of studies in human populations to detect risks at low doses. Toxicology 317:17-30.

24. Miller PE, Alexander DD, Perez V. 2014. Effects of whey protein and resistance exercise on body composition: a meta-analysis of randomized controlled trials. J Am Coll Nutr 33:163-175.

25. Schmier JK, Miller PE, Levine JA, Perez V, Maki KC, Rains TM, Devareddy L, Sanders LM, Alexander DD. 2014. Cost savings of reduced constipation rates attributed to increased dietary fiber intakes: a decision-analytic model. BMC Public Health 14:374. doi: 10.1186/1471-2458-14-374.:374-14.

26. Miller PE, Van EM, Alexander DD. 2014. Long-chain omega-3 fatty acids eicosapentaenoic acid and docosahexaenoic acid and blood pressure: a meta-analysis of randomized controlled trials. Am J Hypertens 27:885-896.

27. Miller PE, Alexander DD, Weed DL. 2014. Uncertainty of Results in Nutritional Epidemiology. Nutrition Today 49:147-152.

28. Alexander DD. 2013. No association between meat intake and mortality in Asian countries. Am J Clin Nutr 98:865-866.

29. Huhmann MB, Perez V, Alexander DD, Thomas DR. 2013. A self-completed nutrition screening tool for community-dwelling older adults with high reliability: a comparison study. J Nutr Health Aging 17:339-344.

30. Goswami E, Craven V, Dahlstrom DL, Alexander DD, Mowat F. 2013. Domestic asbestos exposure: a review of epidemiologic and exposure data. Int J Environ Res Public Health 10:5629-5670.

31. Alexander DD, Bailey WH, Perez V, Mitchell ME, Su S. 2013. Air ions and respiratory function outcomes: a comprehensive review. J Negat Results Biomed 12:14. doi: 10.1186/1477-5751-12-14.:14-12.

32. Perez V, Alexander DD, Bailey WH. 2013. Air ions and mood outcomes: a review and meta-analysis. BMC Psychiatry 13:29. doi: 10.1186/1471-244X-13-29.:29-13.

33. Alexander DD, Weed DL, Chang ET, Miller PE, Mohamed MA, Elkayam L. 2013. A systematic review of multivitamin-multimineral use and cardiovascular disease and cancer incidence and total mortality. J Am Coll Nutr 32:339-354.

34.  Maki KC, Van Elswyk ME, Alexander DD, Rains TM, Sohn EL, McNeill S. 2012. A meta-analysis of randomized controlled trials that compare the lipid effects of beef versus poultry and/or fish consumption. J Clin Lipidol 6:352-361.

35.  Kanas GP, Taylor A, Primrose JN, Langeberg WJ, Kelsh MA, Mowat FS, Alexander DD, Choti MA, Poston G. 2012. Survival after liver resection in metastatic colorectal cancer: review and meta-analysis of prognostic factors. Clin Epidemiol 4:283-301.

36.  Holscher HD, Czerkies LA, Cekola P, Litov R, Benbow M, Santema S, Alexander DD, Perez V, Sun S, Saavedra JM, Tappenden KA. 2012. Bifidobacterium lactis Bb12 enhances intestinal antibody response in formula-fed infants: a randomized, double-blind, controlled trial. JPEN J Parenter Enteral Nutr 36:106S-117S.

37.  Bryan NS, Alexander DD, Coughlin JR, Milkowski AL, Boffetta P. 2012. Ingested nitrate and nitrite and stomach cancer risk: an updated review. Food Chem Toxicol 50:3646-3665.

38.  Alexander DD, Weed DL, Mink PJ, Mitchell ME. 2012. A weight-of-evidence review of colorectal cancer in pesticide applicators: the agricultural health study and other epidemiologic studies. Int Arch Occup Environ Health 85:715-745.

39.  Alexander DD, Weed DL, Cushing CA, Lowe KA. 2011. Meta-analysis of prospective studies of red meat consumption and colorectal cancer. Eur J Cancer Prev 20:293-307.

40.  Alexander DD, Cushing CA. 2011. Red meat and colorectal cancer: a critical summary of prospective epidemiologic studies. Obes Rev 12:e472-e493.

41.  Kelsh MA, Alexander DD, Mink PJ, Mandel JH. 2010. Occupational trichloroethylene exposure and kidney cancer: a meta-analysis. Epidemiology 21:95-102.

42.  Moolgavkar SH, Turim J, Alexander DD, Lau EC, Cushing CA. 2010. Potency factors for risk assessment at Libby, Montana. Risk Anal 30:1240-1248.

43.  Anderson B, Hardin JM, Alexander DD, Grizzle WE, Meleth S, Manne U. 2010. Comparison of the predictive qualities of three prognostic models of colorectal cancer. Front Biosci (Elite Ed) 2:849-56.:849-856.

44.  Alexander DD, Wagner ME. 2010. Benzene exposure and non-Hodgkin lymphoma: a meta-analysis of epidemiologic studies. J Occup Environ Med 52:169-189.

45.  Alexander DD, Schmitt DF, Tran NL, Barraj LM, Cushing CA. 2010. Partially hydrolyzed 100% whey protein infant formula and atopic dermatitis risk reduction: a systematic review of the literature. Nutr Rev 68:232-245.

46.  Alexander DD, Morimoto LM, Mink PJ, Lowe KA. 2010. Summary and meta-analysis of prospective studies of animal fat intake and breast cancer. Nutr Res Rev 23:169-179.

47.  Alexander DD, Miller AJ, Cushing CA, Lowe KA. 2010. Processed meat and colorectal cancer: a quantitative review of prospective epidemiologic studies. Eur J Cancer Prev 19:328-341.

48.  Alexander DD, Mink PJ, Cushing CA, Sceurman B. 2010. A review and meta-analysis of prospective studies of red and processed meat intake and prostate cancer. Nutr J 9:50. doi: 10.1186/1475-2891-9-50.:50-59.

49. Alexander DD, Cabana MD. 2010. Partially hydrolyzed 100% whey protein infant formula and reduced risk of atopic dermatitis: a meta-analysis. J Pediatr Gastroenterol Nutr 50:422-430.

50. Erdreich LS, Alexander DD, Wagner ME, Reinemann D. 2009. Meta-analysis of stray voltage on dairy cattle. J Dairy Sci 92:5951-5963.

51. Alexander DD, Cushing CA. 2009. Quantitative assessment of red meat or processed meat consumption and kidney cancer. Cancer Detect Prev 32:340-351.

52. Alexander DD, Cushing CA, Lowe KA, Sceurman B, Roberts MA. 2009. Meta-analysis of animal fat or animal protein intake and colorectal cancer. Am J Clin Nutr 89:1402-1409.

53. Mink PJ, Alexander DD, Barraj LM, Kelsh MA, Tsuji JS. 2008. Low-level arsenic exposure in drinking water and bladder cancer: a review and meta-analysis. Regul Toxicol Pharmacol 52:299-310.

54. Mandel JH, Kelsh M, Mink PJ, Alexander DD. 2008. Trichloroethylene exposure and non-Hodgkin's lymphoma: supportive evidence (letter). Occup Environ Med 65:147-148.

55. Kelsh MA, Alexander DD, Kalmes RM, Buffler PA. 2008. Personal use of hair dyes and risk of bladder cancer: a meta-analysis of epidemiologic data. Cancer Causes Control 19:549-558.

56. Alexander DD. 2007. An environmental cause of orofacial cleft defects or an unexplained cluster? South Med J 100:553-554.

57. Alexander DD, Waterbor J, Hughes T, Funkhouser E, Grizzle W, Manne U. 2007. African-American and Caucasian disparities in colorectal cancer mortality and survival by data source: an epidemiologic review. Cancer Biomark 3:301-313.

58. Alexander DD, Mink PJ, Adami H-O, Cole P, Mandel JS, Oken MM, Trichopoulos D. 2007. Multiple myeloma: A review of the epidemiologic literature. Int J Cancer 120:40-46.

59. Alexander DD, Mink PJ, Adami HO, Chang ET, Cole P, Mandel JS, Trichopoulos D. 2007. The non-Hodgkin lymphomas: a review of the epidemiologic literature. Int J Cancer 120 Suppl 12:1-39.

60. Alexander DD, Kelsh MA, Mink PJ, Mandel JH, Basu R, Weingart M. 2007. A meta-analysis of occupational trichloroethylene exposure and liver cancer. Int Arch Occup Environ Health 81:127-143.

61. Mandel JH, Kelsh MA, Mink PJ, Alexander DD, Kalmes RM, Weingart M, Yost L, Goodman M. 2006. Occupational trichloroethylene exposure and non-Hodgkin's lymphoma: a meta-analysis and review. Occup Environ Med 63:597-607.

62. Alexander DD, Mink PJ, Mandel JH, Kelsh MA. 2006. A meta-analysis of occupational trichloroethylene exposure and multiple myeloma or leukaemia. Occup Med (Lond) 56:485-493.

63. Chatla C, Jhala NC, Katkoori VR, Alexander D, Meleth S, Grizzle WE, Manne U. 2005. Recurrence and survival predictive value of phenotypic expression of Bcl-2 varies with tumor stage of colorectal adenocarcinoma. Cancer Biomark 1:241-250.

64. Saif MW, Alexander D, Wicox CM. 2005. Serum Alkaline Phosphatase Level as a Prognostic Tool in Colorectal Cancer: A Study of 105 patients. J Appl Res 5:88-95.

65. Alexander DD, Jhala N, Chatla C, Steinhauer J, Funkhouser E, Coffey CS, Grizzle WE, Manne U. 2005. High-grade tumor differentiation is an indicator of poor prognosis in African Americans with colonic adenocarcinomas. Cancer 103:2163-2170.

66. Alexander DD, Chatla C, Funkhouser E, Meleth S, Grizzle WE, Manne U. 2004. Postsurgical disparity in survival between African Americans and Caucasians with colonic adenocarcinoma. Cancer 101:66-76.

67. Manne U, Alexander DD, Chatla C. 2004. Author Reply: Postsurgical Disparity in Survival between African Americans and Caucasians with Colonic Adenocarcinoma. Cancer 101:2900.

## Scientific Presentations and Speaking Engagements

1. Alexander DD. Theory: Bias and Confounding. NIH Funded Short-Course: Strengthening Causal Inference in Behavioral Obesity Research. Module 2 Observational Studies: Advantages, Limits, and Best Practices Indiana University. June 8 – 12, 2020 (postponed).

2. Alexander DD. Theory: Bias and Confounding. NIH Funded Short-Course: Strengthening Causal Inference in Behavioral Obesity Research. Indiana University. July 29-August 2, 2019.

3. Alexander DD. The Epidemiology of Talc-Related Disease. DRI, Austin, TX. November 9, 2018.

4. Alexander DD. Eating less red meat: the evidence behind the recommendation. IFT2018: A Matter of Science + Food, Chicago, IL. July 17, 2018.

5. Alexander DD. The diet connection to cancer: understanding how food can cause, prevent or impact cancer risk. FoodFluence, Lisbon, Portugal. January 12-16, 2018.

6. Alexander DD. Epidemiology of red meat and cancer. Health Canada, Ottawa, Canada. December 15, 2017.

7. Alexander DD. Interpreting the epidemiology of red meant and cancer. International Meat Secretariat (IMS) Human Nutrition and Health Committee meeting in Paris, France, October 3, 2017.

8. Alexander DD. Epidemiology of egg consumption and risk of coronary heart disease and stroke. Webinar: What does the science say? Eggs and heart health. Egg Farmers of Canada. June 6, 2017

9. Alexander DD. Consumption: diet and lifestyle perspective. Meat and Livestock Australia Scientific Workshop. Sydney, Australia. April 10, 2017.

10. Alexander DD. Are red meat consumers unhealthy? Nutrition in Action Symposium. Sydney, Australia. April 5, 2017.

11. Alexander DD. Red meat and cancer risk: interpreting the evidence. NCBA Discovery Symposium. Denver, CO. July 27, 2016.

12. Alexander DD. Theory: bias and confounding. Strengthening Causal Inference in Behavioral Obesity Research. NIH Funded Short-Course; University of Alabama-Birmingham, July 25, 2016.

13. Alexander DD. Red meat and cancer risk: interpreting the evidence. Danish Nutrition Society; University of Copenhagen. Copenhagen, Denmark. June 21, 2016.

14. Alexander DD. Meta-analysis: recycling garbage or an important tool for evaluating the evidence? Drug and Medical Device Seminar. Chicago, IL. May 19-20, 2016.

15. Alexander DD. Evaluating the relationship of meat and cancer risk. Canadian Nutrition Society, Ottawa, Canada. May 5-7, 2016.

16. Alexander DD. Becoming a nutrition detective. Washington State Academy of Nutrition and Dietetics, Annual Conference. Vancouver, WA. April 18, 2016.

17. Alexander DD. Red meat and chronic disease: A closer look into the data. Utah Academy of Nutrition and Dietetics, Annual Conference. Ogden, UT. March 24, 2016.

18. Alexander DD. Meat and cancer risk: understanding the science. Protein: Contributions and Controversies. Toronto, Canada. February 29, 2016.

19. Alexander DD. Understanding the role of epidemiology in disease causation. Asbestos Medicine; DRI. Las Vegas, NV, November 5-6, 2015.

20. Alexander DD. Theory: bias and confounding in observational studies. Strengthening Causal Inference in Behavioral Obesity Research. NIH Funded Short-Course; University of Alabama-Birmingham, July 20, 2015.

21. Alexander DD. Red and processed meat consumption and cancer. International Meat Society. Calgary, Canada. July 1-2, 2015.

22. Alexander DD. Red meat consumption and chronic disease. Canadian Nutrition Society. Winnipeg, Canada. May 30, 2015.

23. Alexander DD. Understanding studies of diet and chronic disease. New Mexico Academy of Nutrition and Dietetics. Albuquerque, NM. April 24, 2015.

24. Alexander DD. Overview of FDA Health Claims and the Submission Process. Webinar. January 13, 2015.

25. Alexander DD. Becoming a Nutrition Detective: Critically Reviewing Research and Communicating Science. DBC Communications Camp, Academy of Nutrition and Dietetics. Las Vegas, NV; January 17, 2015.

26. Alexander DD, State of the epidemiologic science on red meat and chronic disease. Health Canada. Ottawa, Canada; October 22, 2014

27. Alexander DD. Observational epidemiologic studies of breakfast intake. Kellogg Scientific Advisory Board Meeting. Battle Creek, MI; October 1, 2014.

28. Alexander DD. Caffeine intake during pregnancy: the pregnancy signal and reproductive outcomes. The Toxicology Forum, 40th Annual Summer Meeting, Aspen, CO, July 7-10, 2014.

29. Alexander DD. Understanding studies of diet and chronic disease. Delaware Dietetic Association, Dover, DE, May 9, 2014.

30. Alexander DD. Red meat and colorectal cancer: a quantitative update on the state of the science. Experimental Biology, San Diego, CA, April 27, 2014.

31. Alexander DD. Nutrition Detective: An Epidemiologist's Investigation into Diet and Chronic Disease. 31st Annual Health & Nutritional Sciences Conference, South Dakota State University, April 10, 2014.

32. Alexander DD. Summarizing, Interpreting, and Communicating Epidemiologic Evidence. GOED Exchange, Salt Lake City, UT, February 6, 2014.

33. Alexander DD. Synthesizing and Summarizing Epidemiology Evidence, Health Economics, and Fiber and Constipation. Food & Fiber Summit: Identifying Practical Solutions to Meet America's Fiber Needs, Washington DC, January 28, 2014.

34. Alexander DD. Interpreting Epidemiologic Evidence, and a Case Study on Red Meat and Colorectal Cancer. Oncology Nutrition Symposium, Hollywood, FL, January 18, 2014.

35. Alexander DD. OMEGA-3 LC-PUFAs: Judging the Epidemiologic Evidence. GOED Fall Member Meeting at the SupplySide West Tradeshow, Las Vegas, NV, November 14, 2013.

36. Alexander DD. Nutritional Epidemiology: Are We Overstating the Evidence? Missouri Academy of Family Physicians, 21stAnnual Fall Conference, Branson, MO, November 9, 2013

37. Alexander DD. Interpreting Epidemiologic Evidence. DRI Asbestos Medicine Seminar, New Orleans, LA, November 8, 2013.

38. Alexander DD. DRI Research Roundtable: Full-Fat Dairy Products in Nutrition and Health (panel discussant). October 10, 2013.

39. Alexander DD. Update on Red Meat and Colorectal Cancer. International Meat Society Annual Meeting. Granada Spain (webinar), September 14, 2013.

40. Alexander DD. Sustainable Nutrition Roundtable (panel discussant). August 2, 2013.

41. Alexander DD. Dairy and body composition: Making sense of meta-analyses. Dairy Research Institute Meeting: Dairy and Weight, Chicago, IL, June 4–5, 2013.

42. Alexander DD. Nitrate and nitrite exposure and stomach cancer: summary of the epidemiologic evidence. Canadian Nutrition Society, Annual Meeting, Quebec City, Canada, May 31, 2013.

43. Alexander DD. Meta-analysis: Judging the evidence, fish oil and cardiovascular disease. AOCS: Omega-3 Fatty Acids and Heart Health, Montreal, Canada, April 28–May 1, 2013.

44. Alexander DD. Epidemiologic evidence: Investigation Into diet and chronic disease. MINK Conference: Nutrition Without Boundaries, Kansas City, KS, April 6, 2013.

45. Alexander DD. A systematic review of multivitamin use and mortality, cardiovascular disease, and cancer. Council for Responsible Nutrition (CRN): Day of Science, Laguna Beach, CA, October 2–3, 2012.

46. Alexander DD. Diet and cancer: Are we asking the right question? Cancer Society of New Zealand, New Zealand Ministry of Health, Network Communications, Wellington, New Zealand, September 11, 2012.

47. Alexander DD. Interpreting meta-analyses for dietetic practice. Professional development session for New Zealand dietitians, University of Otago, Dunedin, New Zealand, September 10, 2012.

48. Huhmann MB, Kaspar KM, Perez V, Alexander DD, Thomas DR. Accuracy of a new self-completed nutrition screening tool for community-dwelling older adults. Oral Presentation at the European Society for Clinical Nutrition and Metabolism, Barcelona, Spain, September 8–11, 2012.

49. Alexander DD. Interpreting meta-analysis for dieticians in practice. International Congress of Dietetics, Dieticians Association of Australia. Sydney, Australia, September 7, 2012.

50. Alexander DD. Red meat and colorectal cancer: Are we asking the right question(s)? Diet and Gut Health Symposium. Nutrition Society of Australia. Sydney, Australia, September 5, 2012.

51. Alexander DD. Diet and gut health round table meeting and presentation. Meat & Livestock Australia, Sydney, Australia, September 4, 2012.

52. Alexander DD. An update on red meat and cancer. Webinar, International Congress of Meat Science and Technology, Montreal, Canada, August 12–17, 2012.

53. Alexander DD. How to improve the research integrity of meta-analyses and systematic reviews. Scientific Approaches to Strengthening Research Integrity in Nutrition and Energetics, Mohonk Mountain House, NY, August 7–8, 2012.

54. Alexander DD. Sustainable agriculture and the integration of plant- and animal-based foods. California Milk Advisory Board, San Francisco, CA, July 25, 2012.

55. Alexander DD. Nitrate and nitrite exposure and stomach cancer: Summary of the epidemiologic evidence. IFT Annual Meeting, Las Vegas, NV, June 25–28, 2012.

56. Perez V, Schmier JK, Alexander DD. Race/ethnic disparities in pediatric discharges from all US community, non-rehabilitation hospitals for respiratory syncytial virus (RSV) among children one year or younger. Oral presentation at the 45th Annual Society for Epidemiologic Research (SER) Meeting, Minneapolis, MN, June 27–30, 2012.

57. Alexander DD. The nutrition detective: An epidemiologist's look at diet and chronic disease conundrums. New York State Dietetic Association 2012 Annual Meeting & Expo, Albany, NY, May 4–5, 2012.

58. Alexander DD. Epidemiology: Methods for weighing the evidence. MDLA Young Lawyers Meeting, Minneapolis, MN, February 9, 2012.

59. Alexander DD. Nutritional epidemiology: Weighing the evidence and a case study on red meat intake and colorectal cancer. MeatEat Nutritional Conference, Oslo, Norway, September 1, 2011.

60. Alexander DD. Prevalence of bone metastasis from breast, lung or prostate cancer: A systematic and quantitative review of the literature. International Conference on Pharmacoepidemiology, Chicago, IL, August 15–17, 2011.

61. Alexander DD. Benzene epidemiology: Weighing the evidence and a case study of non-Hodgkin lymphoma. Benzene Litigation Conference Audiocast, Chicago, IL, July 13, 2011.

62. Alexander DD. Red meat consumption and colorectal cancer: A meta-analysis of prospective epidemiologic studies. Congress of Epidemiology, Montreal, Canada, June 21, 2011.

63. Alexander DD. Translating the science: Red meat & cancer. Ranch Event 2011, Texas Beef Council, San Antonio, TX, June 2, 2011.

64. Alexander DD. Epidemiology consulting and a case study on red meat and cancer. Distinguished Alumni Investigator Lecture, Birmingham, AL, March 23, 2011.

65. Alexander DD. Nutritional epidemiology: Weighing the evidence. International Life Sciences Institute-ILSI North America Annual Meeting, Orlando, FL, January 24–25, 2011.

66. Alexander DD. The nutrition detective: Translating nutrition science into practice. Texas Dietetics Association. December 8, 2010 (webinar).

67. Alexander DD. The epidemiology of red and processed meat consumption and cancer and cardiovascular disease. The role of red meats in a healthy diet: U.S. Meat Export Federation, Mexico City, Mexico, October 20, 2010 (Keynote speaker).

68. Alexander DD. Meat consumption and cancer: An epidemiologic overview. Live Well, Napa Valley, June 10, 2010.

69. Alexander DD. Red meat consumption and colorectal cancer: A meta-analysis of prospective studies. Experimental Biology, Anaheim, CA, April 26, 2010.

70. Alexander DD. A weight-of-evidence review of colorectal cancer in pesticide applicators: The Agricultural Health Study and other Epidemiologic Studies. CropLife America/Rise Spring Conference, Washington DC, April 15, 2010.

71. Alexander DD. Meat and Cancer. American Meat Institute, Spring Meeting, April 14, 2010.

72. Alexander DD, Weed DL. Ongoing assessment of pesticides and colorectal cancer: A weight of evidence evaluation of epidemiologic literature. Environmental Protection Agency SAP draft framework, Washington DC, February 2, 2010.

73. Alexander DD. Benzene exposure and non-Hodgkin lymphoma: a meta-analysis. Society for Epidemiologic Research, Anaheim, CA, June 24, 2009 (Spotlight Session).

74. Alexander DD. The epidemiology of red and processed meat and cancer. IMS Human Nutrition and Health Committee meeting, Chicago, IL, May 20, 2009 (Invited Speaker).

75. Erdreich LS, Wagner M, Van Kerkhove M, Alexander DD. Stray voltage meta-analysis: needs, methods and challenges. 46th Annual Rural Energy Conference, La Crosse, WI, February 28, 2008.

76. Alexander DD. Epidemiologic evaluation of red meat and cancer. Cattle Industry Convention & Trade Show, Nutrition Roundtable, Reno, NV, February 7, 2008.

77. Alexander DD. Red meat scientific assessment. Industry Stakeholder Cancer Forum, Chicago, IL, October 11, 2007.

78. Alexander DD. Meta-analysis of occupational trichloroethylene exposure and lymphohematopoietic malignancies and liver cancer. Epidemiology Seminar Series, University of Illinois, Chicago, IL, November 17, 2006.

79. Kelsh MA, Mandel JH, Mink PJ, Weingart M, Alexander DD, Goodman M.  A meta-analysis of kidney cancer, non-Hodgkin's lymphoma and occupational trichloroethylene exposure.  Proceedings, 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.

80. Mink PJ, Alexander DD, Barraj L, Kelsh Ma, Tsuji J.  A review and meta-analysis of low-level arsenic exposure in drinking water and bladder cancer.  Presentation to the Canadian Pest Management Regulatory Agency, Ottawa, Canada, June 2006.

81. Mandel JH, Alexander DD, Kelsh MA.  Occupational trichloroethylene exposure: recent insights from epidemiologic and toxicologic perspectives.  State of the Art Conference of the American College of Occupational and Environmental Medicine, Chicago, IL, October 2005.

## Book Chapter

1. Kelsh MA, Alexander DD.  Occupational and environmental epidemiology.  In:  Encyclopedia of Epidemiology.  Sage Publications, Thousand Oaks, CA, 2007.

## Published Abstracts

1. Lowe K, Bylsma L, Dean R, Gillezeau C, Sangare L, Alexander DD, Fryzek J. The incidence of infusion reactions associated with monoclonal antibody drugs targeting the epidermal growth factor receptor in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. American Society for Clinical Oncology, 2019 Gastrointestinal Cancers Symposium; J Clin Oncol 37, 2019 (suppl 4; abstr 526).

2. Lowe K, Bylsma L, Levin-Sparenberg L, Sangare L, Fryzek J, Alexander DD. Prevalence of *KRAS*, *NRAS*, and *BRAF* gene mutations in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. American Society for Clinical Oncology, 2019 Gastrointestinal Cancers Symposium; J Clin Oncol 37, 2019 (suppl 4; abstr 523).

3. Bylsma L, Alexander DD. A Review and Meta-Analysis of Prospective Studies of Red and Processed Meat, Meat Cooking Methods, Heme Iron, Heterocyclic Amines and Prostate Cancer. Experimental Biology, San Diego, CA, April 2-6, 2016.

4. Miller PE, Alexander DD. A Review and Meta-Analysis of Prospective Studies of Red and Processed Meat and Pancreatic Cancer. Experimental Biology, San Diego, CA, April 2-6, 2016.

5. Althuis M, Alexander DD, Frankenfeld F, Weed DL. Meta-analysis of observational studies in context: sugar-sweetened beverages and type 2 diabetes. Federation of American Societies for Experimental Biology (FASEB). March, 2015

6. Alexander DD, Weed DL. Red meat and colorectal cancer: a quantitative update on the state of the science. Experimental Biology, San Diego, CA, April 26-30, 2014.

7. Pyatt, D and Alexander, D. A meta-analysis of AML subtypes reported in cigarette Smokers. The Bone Marrow Niche, Stem Cells, and Leukemia: Impact of Drugs, Chemicals, and the Environment, May 29-31, New York Academy of Sciences. 2013.

8. Alexander DD, Mitchell M, Taylor A, Lowe K, Langeberg W, et al. Prevalence of bone metastasis in breast cancer patients and subsequent survival: A systematic and quantitative review of the literature. San Antonio Breast Cancer Symposium, San Antonio, TX, December 6–10, 2011.

9. Mitchell M, Taylor A, Lowe K, Langeberg W, Alexander DD, et al. Prevalence of bone metastasis from breast, lung or prostate cancer: A systematic and quantitative review of the literature. International Conference on Pharmacoepidemiology, Chicago, IL, August 15–17, 2011.

10. Taylor A, Kanas G, Primrose J, Langeberg W, Alexander DD, et al. Survival after surgical resection of hepatic metastases from colorectal cancer: An updated review and meta-analysis. World Congress on Gastrointestinal Cancer, Barcelona, Spain, June 22–25, 2011.

11. Alexander DD, Perez V, Cushing C, Weed DL. Red meat consumption and colorectal cancer: A meta-analysis of prospective epidemiologic studies. Congress of Epidemiology, Montreal, Canada, June 21, 2011.

12. Perez V, Alexander DD, Cushing C. Processed meat consumption and stomach cancer: A meta-analysis of prospective epidemiologic studies. Congress of Epidemiology, Montreal, Canada, June 21, 2011.

13. Maki KC, Van Elswyk ME, Alexander DD, Rains TM, Sohn EL, McNeill S. A meta-analysis of randomized controlled trials comparing lipid effects of beef with poultry and/or fish consumption. National Lipid Association Annual Scientific Sessions, May, 2011; Abstract 393.

14. Alexander DD. Meta-analysis of prospective epidemiologic studies of red meat intake and colorectal cancer. American Association for Cancer Research, Orlando, FL, April 2–6, 2011.

15. Alexander DD, Cabana MD. Partially hydrolyzed 100% whey protein infant formula and reduced risk of atopic dermatitis: A meta-analysis. Pediatric Academic Societies, Vancouver, BC, Canada, May 1–4, 2010.

16. Alexander DD, Cushing CA. A meta-analysis of red or processed meat intake and prostate cancer. Society for Epidemiologic Research, Anaheim, CA, 2009.

17. Alexander DD, Wagner ME, Kelsh MA. Benzene exposure and non-Hodgkin lymphoma: A meta-analysis. Society for Epidemiologic Research, Anaheim, CA, June 24, 2009.

18. Alexander DD, Schmitt D, Tran N, Barraj L, Cushing CA. Partially hydrolyzed 100% whey infant formula and atopic dermatitis risk reduction: A systematic review of the literature. Experimental Biology, New Orleans, LA, 2009.

19. Alexander DD, Cushing CA, Lowe KL. Meta-analysis of animal fat intake and colorectal cancer. Experimental Biology, New Orleans, LA, 2009.

20. Alexander DD, Cushing CA, Roberts MA. Quantitative assessment of red and processed meat intake and kidney cancer. Experimental Biology, New Orleans, LA, 2009.

21. Lowe KL, Alexander DD, Morimoto LM. Meta-analysis of animal fat intake and breast cancer. Experimental Biology, New Orleans, LA, 2009.

22. Morimoto LM, Alexander DD, Cushing CA. Meta-analysis of red and processed meat consumption and breast cancer. Experimental Biology, New Orleans, LA, 2009.

23. Manne U, Grizzle WE, Alexander DD, Katkoori V. Racial differences in colorectal cancer: the need to educate clinicians and researchers for improved patient care. American Association for Cancer Education, 41st Annual Meeting, Birmingham, AL, October 2007.

24. Gatto NM, Alexander DD, Kelsh MA. A meta-analysis of occupational exposure to hexavalent chromium and stomach cancer. Epidemiology, Sept 2007; Vol 18, issue 5, pS33.

25. Alexander DD, Mink PJ, Mandel JH, Kelsh MA. A meta-analysis of occupational trichloroethylene exposure and multiple myeloma or leukemia. Proceedings 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.

26. Kelsh MA, Mandel JH, Mink PJ, Weingart M, Alexander DD, Goodman M. A meta-analysis of kidney cancer, non-Hodgkin's lymphoma and occupational trichloroethylene exposure. Proceedings, 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.

27. Mink PJ, Alexander DD, Barraj L, Kelsh MA, Tsuji J. Meta-analysis of low level arsenic exposure and bladder cancer. Proceedings, 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.

28. Alexander DD, Mink PJ, Butchko H. How "fast food" is used and interpreted in scientific research: methodological considerations. Proceedings, Experimental Biology 2006, San Francisco, CA, April 2006.

29. Kapica CM, Alexander DD, Mink PJ, Butchko H. The definition of fast food in published studies. Proceedings, Experimental Biology 2006, San Francisco, CA, April 2006.

30. Alexander D, Chatla C, Funkhouser E, Jhala N, Grizzle WE, Manne U. Racial differences in survival based on tumor differentiation and stage in patients who have undergone surgery for colon cancer. J Clin Oncol 2004; 22:14S (July Supplement).

31. Alexander D, Funkhouser E, Saif M. Alkaline phosphatase (AP) as a prognostic tool in colorectal cancer (CRC). Proceedings, American Society of Clinical Oncology 2003; 22:354.

32. Malhotra P, Kallergi M, Alexander D, et al. Discrepancies between film and digital mammography interpretations. Medical Imaging 2002, Proceedings of SPIE (The International Society for Optical Engineering), February 2002.

33. Alexander D, Malhotra P, Kallergi M, et al. Digital vs. film mammography: calcification interpretation. American Association of Physicists in Medicine 2001, (July Supplement).


## Poster Presentations at Scientific Conferences

1. Bylsma L, Levin-Sparenberg L, Lowe K, Sangare L, Fryzek J, Alexander DD. Prevalence of *KRAS*, *NRAS*, and *BRAF* gene mutations in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. International Society for Pharmacoepidemiology; Spotlight Molecular Epidemiology, Biomarkers, and Pharmacogenetics; Philadelphia, PA, August 28, 2019.

2. Bylsma L, Dean R, Lowe K, Gillezeau C, Sangare L, Alexander DD, Fryzek J. The incidence of infusion reactions associated with monoclonal antibody drugs targeting the epidermal growth factor receptor in metastatic colorectal cancer patients: A systematic literature review and

meta-analysis. International Society for Pharmacoepidemiology; Biologics/Biosimilars; Philadelphia, PA, August 28, 2019.

3. Lowe K, Bylsma L, Dean R, Gillezeau C, Sangare L, Alexander DD, Fryzek J. The incidence of infusion reactions associated with monoclonal antibody drugs targeting the epidermal growth factor receptor in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. American Society for Clinical Oncology, 2019 Gastrointestinal Cancers Symposium; San Francisco, CA, January 19, 2019.

4. Lowe K, Bylsma L, Levin-Sparenberg L, Sangare L, Fryzek J, Alexander DD. Prevalence of *KRAS*, *NRAS*, and *BRAF* gene mutations in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. American Society for Clinical Oncology, 2019 Gastrointestinal Cancers Symposium; San Francisco, CA, January 19, 2019.

5. Yaser J, Alexander DD. Processed meat consumption and risk of colorectal cancer: a systematic review and meta-analysis. Epidemiology Department Internship Poster Session, University of Michigan Department of Public Health; Ann Arbor, MI, Nov. 2, 2018.

6. Weed DL, Alexander DD. A systematic review of Hill's criteria. Society of Toxicology. San Antonio, TX, March 11-15, 2018.

7. Fryzek J, Alexander DD, Summers N, Fraysse J, Reichert H, Townes L, Vanderpuye-Orgle J. Indirect treatment comparison of cabazitaxel for patients with metastatic castration-resistant prostate cancer who have been previously treated with a docetaxel-containing regimen. International Society for Pharmacoeconomics and Outcomes Research (ISPOR). Washington DC. May 21-25, 2016

8. Miller PE, Alexander DD. A Review and Meta-analysis of Prospective Studies of Red and Processed Meat and Pancreatic Cancer. Experimental Biology. San Diego, CA. April 4, 2016.

9. Maki KC, Guyton JR, Orringer CE, Hamilton-Craig I, Alexander DD, Davidson MH: Triglyceride-lowering therapies reduce cardiovascular disease event risk in subjects with hypertriglyceridemia. National Lipid Association Scientific Sessions, Chicago, IL, USA, June 11–14, 2015

10. Bylsma L, Miller P, Alexander DD. Meta-analysis of red meat intake and type 2 diabetes. Experimental Biology. Boston, MA, March 31, 2015.

11. Tsuji JS, Alexander DD, Perez V. Low-level arsenic in drinking water and bladder cancer risk: Meta-analysis update and risk assessment implications. Annual Meeting of the Society of Toxicology, San Antonio, TX, March 10–14, 2013.

12. Perez V, Alexander DD, Bailey WH. Air ions and mood outcomes: A review and meta-analysis. Poster presentation at the American College of Epidemiology, Chicago, IL, September 8–11, 2012.

13. Huhmann MB, Kaspar KM, Perez V, Alexander DD, Thomas DR. Accuracy of a self-completed nutrition screening tool for community-dwelling older adults when completed by the patient or caregivers. Poster presentation at the International Academy on Nutrition and Aging Meeting, Albuquerque, NM, July 12–13, 2012.

14. Perez V, Schmier JK, Alexander DD. Race/ethnic disparities in pediatric discharges from all US community, non-rehabilitation hospitals for respiratory syncytial virus (RSV) among children one year or younger. Oral presentation at the 45th Annual Society for Epidemiologic Research (SER) Meeting, Minneapolis, MN, June 27–30, 2012.

15. Alexander DD, Mitchell M, Taylor A, Lowe K, Langeberg W, et al. Prevalence of bone metastasis in breast cancer patients and subsequent survival: A systematic and quantitative review of the literature. San Antonio Breast Cancer Symposium, San Antonio, TX, December 6–10, 2011.

16. Alexander DD, Perez V, Cushing C, Weed DL. Red meat consumption and colorectal cancer: A meta-analysis of prospective epidemiologic studies. Congress of Epidemiology, Montreal, Canada, June 21, 2011.

17. Perez V, Alexander DD, Cushing C. Processed meat consumption and stomach cancer: A meta-analysis of prospective epidemiologic studies. Congress of Epidemiology, Montreal, Canada, June 21, 2011.

18. Gatto NM, Alexander DD, Kelsh MA. A meta-analysis of occupational exposure to hexavalent chromium and stomach cancer. 19th Annual International Society of Environmental Epidemiology Conference, Mexico City, Mexico, September 5–9, 2007.

19. Alexander DD, Mink PJ, Mandel JH, Kelsh MA. A meta-analysis of occupational trichloroethylene exposure and multiple myeloma or leukemia. Proceedings, 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.

20. Mink PJ, Alexander DD, Barraj L, Kelsh MA, Tsuji J. Meta-analysis of low level arsenic exposure and bladder cancer. Proceedings, 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.

21. Alexander DD, Mink PJ, Butchko H. How "fast food" is used and interpreted in scientific research: methodological considerations. Experimental Biology 2006, San Francisco, CA, April 2006.

22. Kapica CM, Alexander DD, Mink PJ, Butchko H. The definition of fast food in published studies. Experimental Biology 2006, San Francisco, CA, April 2006.

23. Mink PJ, Alexander DD, Barraj LM, Kelsh MA, Tsuji JS. Meta-analysis of low level arsenic exposure and bladder cancer: implications for risk assessment in the United States. 45th Annual Meeting of the Society of Toxicology, San Diego, CA, March, 2006.

24. Alexander D, Jhala N, Chatla C, Steinhauer J, Funkhouser E, Coffey C, Grizzle WE, Manne U. Racial differences in survival based on tumor differentiation and stage in patients who have undergone surgery for colon cancer. The 2004 American Society of Clinical Oncology Annual Meeting, New Orleans, LA, June 2004.

25. Chatla C, Alexander D, Manne U. Prognostic significance of Bcl-2 expression and p53 nuclear accumulation based on nodal status in patients with colorectal adenocarcinoma. The 95th Annual meeting of the American Association for Cancer Research, Orlando, Florida, March 2004.

26. Alexander D.  Post-surgical disparity in survival between African-Americans and Caucasians with colonic adenocarcinomas.  The UAB Comprehensive Cancer Center Annual Research Retreat, Birmingham, Alabama, October 2003.

27. Malhotra P, Kallergi M, Alexander D, et al.  Discrepancies between film and digital mammography interpretations.  The annual meeting for Medical Imaging: Observer Performance Studies, San Diego, CA, February 26–28, 2002.  (Poster Presentation, Presenter: P. Malhotra).

28. Alexander D, Malhotra P, Kallergi M, et al.  Digital vs. film mammography.  The American Association of Physicists in Medicine Conference, Salt Lake City, UT, July 22–26, 2001.



Legal testimony of Dominik D. Alexander, PhD, MSPH, December 7, 2016 – December 7, 2020

| Date | Case Name | Jurisdiction | Activity |
|------|-----------|--------------|----------|
| 12/16/16 | Kenneth Vigneron vs. E.I. du Pont de Nemours and Co. | United States District Court, Southern District of Ohio, Eastern Division | Trial testimony |
| 1/24/17 | Roderick Currie and Marie Sundling-Currie vs. Borg Warner Corporation, et al. | Superior Court of the State of California, County of Los Angeles | Deposition |
| 1/26/17 | James W. Coates and Kareen Coates, Plaintiffs, vs. Bennett Auto Supply, et al. | 17th Judicial Circuit Court, Broward County, Florida | Deposition |
| 2/8/17 | Larry O. Moody vs. E.I. du Pont de Nemours and Co. | United States District Court, Southern District of Ohio, Eastern Division | Trial testimony |
| 2/10/17 | Manual Castillo and Hilda Castillo vs. 3M Company, et al. | California Superior Court, Alameda County | Deposition |
| 2/14/17 | James W. Coates and Kareen Coates, Plaintiffs, vs. Bennett Auto Supply, et al. | 17th Judicial Circuit Court, Broward County, Florida | Trial testimony |
| 2/17/17 | Donald Stone vs. A.W. Chesterton Company et al. | King County Superior Court, Washington | Deposition |
| 3/16/17 | Roderick Currie and Marie Sundling-Currie vs. Borg Warner Corporation, et al. | Superior Court of the State of California, County of Los Angeles | Trial testimony |
| 3/24/17 | Brian and Lena Bell vs. AC&R Insulation Co., Inc. | Superior Court of the District of Columbia | Deposition |
| 5/5/17 | Linda Granere and Deborah Mains, Individually and as Co-Personal Representatives of the Estate of Robert Granere vs. 84 Lumber Co., et al. | 17th Judicial Circuit Court, Broward County, Florida | Deposition |
| 6/7/17 | Council for Education and Research on Toxics vs. Starbucks Corporation, a Washington corporation; et al. | Superior Court of the State of California, County of Los Angeles, Central Civil West | Deposition |
| 6/8/17 | Joyce Moore vs. Borg Warner Corporation | 17th Judicial Circuit Court, Broward County, Florida | Deposition |
| 6/9/17 | Charles Kenyon vs. 3M Company, et al. | Superior Court of the State of California, County of San Diego | Deposition |

| Date | Case Name | Jurisdiction | Activity |
|---|---|---|---|
| 7/26/17 | Varon V. Philyaw and Joyce Bowen Philyaw vs. 3M Company, et al. | United States District Court, South Carolina, Anderson Division | Deposition |
| 7/27/17 | Ernest J. Foucha vs. Aims Group, Inc., et al. | Civil District Court for the Parish of Orleans, Louisiana | Deposition |
| 7/28/17 | James C. Sizemore vs. Reilly-Benton Company, Inc., et al. | Civil District Court for the Parish of Orleans, Louisiana | Deposition |
| 8/9/17 | Stacey Thomas vs. Monster Beverage Corporation, a Delaware Corporation, et al. | Superior Court of the State of California, County Riverside | Deposition |
| 8/11/17 | Sharon Styron, Individually and as Special Administrator for the Estate of Bryan Rutledge, vs. PACCAR, et al. | Third Judicial Circuit Court, Madison County, Illinois | Deposition |
| 9/6/17-9/7/17 | Council for Education and Research on Toxics vs. Starbucks Corporation, a Washington corporation; et al. | Superior Court of the State of California, County of Los Angeles, Central Civil West | Trial testimony |
| 9/22/17 | Bonita Williams, Individually and as Successor-in-Interest to Decedent Roger Williams; David Williams; Michael Williams; and Steven Williams vs. Advance Stores Company, Inc., et al. | Superior Court of the State of California for the County of Los Angeles | Deposition |
| 9/26/17 | John G. Serrano and Rachel Serrano vs. All American Home Center, Inc., et al. | Superior Court of the State of California County of Alameda | Deposition |
| 9/28/17 | Katherine M. Uyeno v. The Old Oahu Tug Service, Inc., et al. | Circuit Court of the First Circuit, Hawaii | Deposition |
| 10/05/17 | Larry Petrie and Charlotte Petrie v. John Crane Inc., et al. | Superior Court of California, County of Solano | Deposition |
| 10/12/17 | Rodney Stevenson, et al. vs. MCIC, Inc., et al. | Circuit Court for Washington County (Baltimore), Maryland | Deposition |
| 10/18/17 | Ronald Seals vs. Air & Liquidated System, et al. | Superior Court of the State of California County of Alameda | Deposition |
| 10/24/17 | Mary Klukkert v. Bird Inc., et al. | 13th Judicial Circuit Court, Hillsborough County, Florida | Deposition |
| 10/26/17, 2/5/18 | Enrique Dominguez and Olma Dominguez vs. Autozone West, Inc., et al. | Superior Court of the State of California for the County of Los Angeles | Deposition |
| 12/21/17 | Kathleen McCarthy-Brooke vs. Air & Liquid Systems Corporation, et al. | Superior Court of the State of Washington for the county of King | Deposition |
| 1/5/18 | Eldon Angle, et al. vs. American Lumber Company, et al | Superior Court of the State of California for the County of Los Angeles | Deposition |

| Date | Case Name | Jurisdiction | Activity |
|---|---|---|---|
| 2/12/18 | Max Rosenfield and Maria Rosenfield, his wife vs. A.W. Chesterton Company, et al. | Third Judicial Circuit Court, Madison County, Illinois | Deposition |
| 2/13/18 | Steven Sober and Glenn Sober, individually and as successor-in-interest to Vera Sober, Deceased vs. CIL&D, LLC, et al. | Superior Court of the State of California for the County of Los Angeles | Deposition |
| 3/5/18 | William Albert Hawkins, et al. vs. BorgWarner Morse TEC, et al. | Circuit Court for Prince George County, Maryland | Deposition |
| 3/12/18 | Michael B. Donohue and Anne Donohue, his wife vs. ABB, Inc., et al. | Supreme Court of the State of New York for the County of New York | Deposition |
| 3/13/18 | Kenneth Kramer vs. 3M Company, et al. | Superior Court of the State of California for the County of Alameda | Deposition |
| 4/11/18 | Victor Michel vs. Ford Motor Company, et al. | Civil District Court for the Parish of Orleans, Louisiana | Deposition |
| 5/10/18 | Ronald Blake, et al. vs. ACandS, Inc., et al. | Circuit Court for Baltimore City, Maryland | Deposition |
| 6/6/18 | Susan C. Whitmire vs. Ingersoll Rand Company, et al. | 7th Judicial Court, Spartanburg County, South Carolina | Deposition |
| 6/7/18 | Donald Knutson, et al. vs. Air & Liquid Systems Corporations, et al. | Superior Court of the State of California for the County of Alameda | Deposition |
| 6/8/18 | Leslie Jack, et al. vs. Asbestos Corporation, et al. | US District Court, Western District of Washington at Seattle | Deposition |
| 6/21/18 | Charles and Gayle Ross vs. Appleton GRP, LLC, et al. | Superior Court of the State of Indiana for the County of Marion | Deposition |
| 6/29/18 | Ron M. Long, Sr. and Sheila Long vs. BorgWarner Morse TEC, Inc., et al. | Superior Court of the State of Georgia for the County of Catoosa | Deposition |
| 8/2/18 | Joanna M. Summerlin vs. Philip Morris USA, et al. | Superior Court of the Commonwealth of Massachusetts for the County of Middlesex | Deposition |
| 8/10/18 | Karen Bearden, et al. vs. DAP Products, Inc., et al. | California Superior Court, Los Angeles County | Deposition |
| 8/15/18 | John C. Dugger, Jr., et al. vs. Air & Liquid Systems Corporation, et al. | US District Court for the District of Maryland | Deposition |
| 8/28/18 | Barbara Barr vs. A-1 Clutch Co., et al. | California Superior Court, Alameda County | Deposition |
| 8/30/18 | James and Carol Burton, and Dale Erwin vs. ACH Food Companies Inc., et al. | Eleventh Judicial Circuit Court, McLean County, Illinois | Deposition |
| 8/30/18 | Norman Phillips vs. Air & Liquid Systems Corporation, et al. | Eleventh Judicial Circuit Court, McLean County, Illinois | Deposition |
| 8/30/18 | Doris Thomas vs. Pneumo Abex LLC, et al. | Eleventh Judicial Circuit Court, McLean County, Illinois | Deposition |

| Date | Case Name | Jurisdiction | Activity |
|------|-----------|--------------|----------|
| 8/31/18 | Melissa Hale, et al. vs. Ford Motor Company, et al. | California Superior Court, Solano County | Deposition |
| 9/10/18 | Steven E. Bolin and Deborah Bolin vs. Bakers Pride Oven Company, LLC, et al. | 17th Judicial Circuit Court, Broward County, Florida | Deposition |
| 10/2/18, 10/3/18 | Cody Dean Bledsoe vs. Monster Beverage Corporation, et al. | California Superior Court, Riverside County | Deposition |
| 10/22/18 | Houshang Sabetian and Soraya Sabetian vs. Air & Liquid Systems Corporation, et la. | California Superior Court, Los Angeles County | Deposition |
| 11/15/18 | Pearl Tart, et al. vs. BorgWarner Morse TEC, LLC, et al. | California Superior Court, Los Angeles County | Deposition |
| 11/26/18 | Lakhota M. Harker vs. A.W. Chesterton Company, et al. | Third Judicial Circuit Court, Madison County, Illinois | Deposition |
| 11/30/18 | Depuy Orthopaedics Inc. Pinnacle Hip Implant Products Liability Litigation | US District Court, Northern District of Texas, Dallas Division | Deposition |
| 12/5/18 | Cody Dean Bledsoe v. Monster Beverage Corporation, et al. | California Superior Court, Riverside County | Trial testimony |
| 12/20/18 | Kelvin A. Hendrix v. Akebono Brake Corporation, et al. | Circuit Court of Saline County, Arkansas | Deposition |
| 1/4/19 | Rita Joyce Glenn vs. 3M Company, et al. | 10th Judicial Circuit Court, Anderson County, South Carolina | Deposition |
| 1/14/19 | Viola Adams, et al. vs. Meritor, Inc., et al. | US District Court, Northern District of Mississippi, Greenville Division | Day of Science Testimony |
| 1/17/19 | Robert Scheurman and Marie Scheurman vs. Bird Corporation, et al. | 13th Judicial Circuit Court, Hillsborough County, Florida | Deposition |
| 1/18/19 | Bonnie Leischner vs. AERCO International, Inc., et al. | 11th Judicial Circuit Court, McLean County, Illinois | Deposition |
| 1/22/19 | Linda Wagner vs. Honeywell International, Inc., et al. | Division 11 Circuit Court, Jefferson County, Kentucky | Deposition |
| 1/24/19 | Elena David, et al. vs. BorgWarner Morse TEC LLC, et al. | California Superior Court, Los Angeles County | Deposition |
| 1/25/19 | Lionel Tamplain vs. Taylor-Seidenbach, Inc., et al. | Civil District Court for the Parish of Orleans, Louisiana | Deposition |
| 1/28/19 | Carolyn Walquist and Howard Walquist vs. Advanced Auto Parts, Inc., et al. | 12th Judicial Circuit Court, St. Clair County, Illinois | Deposition |
| 1/30/19 | Wesley Shepherd and Iona Shepherd vs. Borg Warner Morse TEC LLC, et al. | 11th Judicial Circuit Court, McLean County, Illinois | Deposition |
| 1/30/19 | David Jones and Janet Jones vs. Bechtel Corporation, et al. | 11th Judicial Circuit Court, McLean County, Illinois | Deposition |
| 2/5/19 | George H. Hogue and Frances G. Hogue vs. Allied Packing & Supply, Inc., et al. | California Superior Court, Alameda County | Deposition |

| Date | Case Name | Jurisdiction | Activity |
|---|---|---|---|
| 2/6/19 | Anthony J. Licciardi, III vs. Taylor-Seidenbach, Inc., et al. | Civil District Court for the Parish of Orleans, Louisiana | Deposition |
| 2/27/19 | Mary Ann Corder vs. 3M Company, et al. | California Superior Court, Los Angeles County | Deposition |
| 2/28/19 | Barbara Maddy vs. Honeywell International, Inc., et al. | Court of Common Pleas of Cuyahoga County, Ohio | Deposition |
| 3/7/19 | Houshang Sabetian, et al. vs. Air & Liquid Systems Corporation, et al. | California Superior Court, Los Angeles County | Trial testimony |
| 3/28/19 | Barbara Collyer vs. Honeywell International, Inc., et al. | Circuit Court of Crittenden County, Kentucky | Deposition |
| 4/3/19 | Jamie Conner and William Janke vs. 3M Corporation, et al. | New Jersey Superior Court, Middlesex County | Deposition |
| 4/19/19 | Joe W. Rucker and Gwendolyn Baptist-Rucker vs. Banner Supply Co., et al. | 11th Judicial Circuit Court, Miami-Dade County, Florida | Deposition |
| 4/25/19 | Charles French and Victoria French vs. ArvinMeritor, Inc., et al. | 11th Judicial Circuit Court, McLean County, Illinois | Deposition |
| 5/2/19 | Randolph Morton and Edna S. Morton vs. 3M Company, et al. | California Superior Court, Los Angeles County | Deposition |
| 5/9/19 | Charles E. Thornton and Constance Thornton vs. GEA Mechanical Equipment US, Inc., et al. | 11th Judicial Circuit Court, Miami-Dade County, Florida | Deposition |
| 6/10/19 | Charles E. Thornton and Constance Thornton vs. GEA Mechanical Equipment US, Inc., et al. | 11th Judicial Circuit Court, Miami-Dade County, Florida | Trial testimony |
| 6/17/19 | George Crudge vs. Amcord Inc., et al. | California Superior Court, Los Angeles County | Deposition |
| 6/28/19 | Julian Montoya and Lynn Ann Montoya vs. 3 Company, et al. | California Superior Court, Los Angeles County | Deposition |
| 7/10/19 | Sebastian Bretado vs. 3M Company, et al. | California Superior Court, Los Angeles County | Deposition |
| 7/12/19 7/15/19 | Randolph Morton and Edna S. Morton vs. 3M Company, et al. | California Superior Court, Los Angeles County | Trial testimony |
| 7/16/19 | Arthur Putt and Janet Putt vs. CBS Corporation, et al. (Part 1) | Los Angeles Superior Court | Deposition |
| 7/18/19 | Jeannie McCrystal and Mark McCrystal vs. Autozone, Inc. et al. | Commonwealth of Kentucky, Daviess Circuit Court | Deposition |
| 7/19/19 | Alfred Bennett and Pamela Bennett vs. General Gasket Corporation, et al. | State of Missouri, Twenty-Second Judicial Circuit (City of St Louis) | Deposition |
| 7/23/19 | Arthur Putt and Janet Putt vs. CBS Corporation, et al. (Part 2) | Los Angeles Superior Court | Deposition |
| 8/20/19 | Alfred Bennett and Pamela Bennett vs. General Gasket Corporation, et al. | State of Missouri, Twenty-Second Judicial Circuit (City of St Louis) | Trial testimony |

| Date | Case Name | Jurisdiction | Activity |
|------|-----------|--------------|----------|
| 8/21-8/22/19 | Arthur Putt and Janet Putt vs. CBS Corporation, et al. (Part 2) | Los Angeles Superior Court | Trial testimony |
| 8/26/19 | Michael Charles Bell et al. vs. BorgWarner Morse Tec, Inc., et al. | Baltimore City Circuit Court | Deposition |
| 8/26/19 | Lloyd and Marilyn Hutton vs. American President Lines, Ltd., et al. | Los Angeles Superior Court | Deposition |
| 8/27/19 | Janet Finch (for Estate of William M. Finch) vs. BorgWarner Morse Tec LLC et al. | Baltimore City Circuit Court | Deposition |
| 8/28/19 | Larry Cole, Sr. (for the Estate of Larry Nathaniel Cole) et al. vs. Honeywell International Inc., et al. | Morgan County, Missouri Circuit Court | Deposition |
| 8/29/19 | Carol Steinberg (for the Estate of Terry Steinberg) vs. 3M Company et al. | Cook County, Illinois Circuit Court | Deposition |
| 9/3/19 | Diane Shoemaker French (for the Estate of Bobby Shoemaker) vs. Bostik, Inc. et al | 17th Judicial Circuit Court, Broward County, FL | Deposition |
| 9/10/19 | Linda and Bruce Guill vs. America's Trailer Company LLC et al | California Superior Court, County of Los Angeles | Deposition |
| 9/13/19 | Margaret Jones (for the Estate of William Jones) vs. Akebono Brake Corp. et al. | Crawford County, Arkansas Circuit Court | Deposition |
| 9/16/19 | Richard Pifer (deceased) et al. vs. Barrett's Minerals et al. | Baltimore City Circuit Court | Deposition |
| 9/23/19 | Martin Boyer vs. 3M Co. et al. | 22nd Judicial Circuit Court (St. Louis MO) | Deposition |
| 10/1/19 | Julian and Lynn Ann Montoya vs. 3M Company et al. | California Superior Court, County of Los Angeles | Deposition |
| 10/7/19 | Maryann Hudak (for the Estate of Richard Hudak) vs. Honeywell International, Inc. et al. | Court of Common Pleas, Cuyahoga County, OH | Deposition |
| 10/14/19 | Phillip Posey (for the Estate of Peggy Posey) vs. Honeywell International, Inc. et al. | Oklahoma County Superior Court | Deposition |
| 10/29/19 | Theresa Lynn Anderson for the Estate of Eugene G. Hohlfeld vs. Automotive Parts Headquarters of Eau Clair, Inc., et al. | La Crosse County Circuit Court, Wisconsin | Deposition |
| 10/30/19 | David and Francisca Lara vs. Agco Corporation et al. | Superior Court of California, Alameda County | Deposition |
| 11/6/19 | Maryann Hudak for the Estate of Richard C. Hudak vs. Honeywell International, Inc. et al. | Court of Common Pleas, Cuyahoga County, OH | Trial testimony |

| Date | Case Name | Jurisdiction | Activity |
|---|---|---|---|
| 11/25/19 | Larry D. Wille for the Estate of Treva Wille vs. Authorized Motor Parts Corp., et al | Cass County, Missouri, Seventeenth Judicial Circuit Court | Deposition |
| 11/26/19 | Steve J. Lusty vs. Norfolk Southern Railway Company & Consolidated Rail Corporation | Third Judicial Circuit Court, Wayne County, Michigan | Deposition |
| 12/6/19 | James H. Woodard, Jr. vs. A.W. Chesterton Co., et al. | Circuit Court of Cook County, Illinois | Deposition |
| 12/9/19 | Ron M. & Sheila Long vs. Borg Warner Morse TEC, Inc., et al | Superior Court of Catoosa County, Georgia | Daubert Hearing |
| 12/12/19 | Roy Hicks vs. Air & Liquid Systems Corporation et al. | Eleventh Judicial Circuit Court, McClean County, Illinois | Deposition |
| 12/16/19 | Robert N. Levesque for the Estate of Anne J. Levesque et al. vs. Colgate-Palmolive Company et al. | Alameda County Superior Court, California | Deposition |
| 12/17/19 | George and Valerie Lewis and Mike Shanahan vs. Air & Liquid Systems, Inc. et al. | 11th Judicial Circuit Court, McLean County, Illinois | Deposition |
| 1/7/20 | Lloyd and Beverley Glieden vs. Honeywell International Inc., et al. | Alameda County Superior Court, California | Deposition |
| 1/8/20 | Paul H. and Mary M. Fankhauser vs. BorgWarner Morse TEC LLC et al. | Iowa District Court, Polk County | Deposition |
| 1/9/20 | Bruce and Janice Rhyne vs. US Steel Corporation et al. | US District Court for the Western District of North Carolina, Charlotte Division | Deposition |
| 1/10/20 | Willie McNeal, Jr. vs. Autozone Inc., et al. | Los Angeles County, Superior Court of California | Deposition |
| 1/17/20 | In re: Deepwater Horizon BELO Cases | United States District Court, Northern District of Florida, Pensacola Division | Deposition |
| 1/27/20 | Deborah Van Evera et al. vs. Asbestos Companies et al. | Alameda County, Superior Court, California | Deposition |
| 1/28/20 | Robert and Queida King vs. ABB, Inc. et al. | 13th Judicial Circuit Court, Hillsborough County, Florida | Deposition |
| 1/31/20 | Inis and Gary Evans vs. 3M Company et al. | Kanawha County Circuit Court, West Virginia | Deposition |
| 2/4/20 | Reyna Carranza, individually and as successor-in-interest to Alberto Carranza (deceased) et al. vs. 3M Company et al. | Superior Court for Los Angeles, California | Deposition |
| 2/5/20 | Edward Chapman vs. Bennett Auto Supply, Inc, et al. | Circuit Court for Broward County, Florida | Deposition |
| 2/11/20 | Johnny and Sherry Pinkston vs. Air & Liquid Systems Corporation, et al. | 17th Judicial Circuit Court, Broward County, Florida | Deposition |
| 2/20/20 | Calvin H. Evans III vs. Bartells Asbestos Settlement Trust et al. | Superior Court of Washington for Pierce County | Deposition |

| Date | Case Name | Jurisdiction | Activity |
|------|-----------|--------------|----------|
| 3/5/20 | Barbara Ingram for the Estate of Samuel Ingram vs. American Honda Motor Co. Inc., et al. | Marion County Superior Court, Indiana | Deposition |
| 3/6/20 | Barbara Franklin, an individual; vs. Blue Bird Corporation, et al. | Superior Court for Los Angeles, California | Deposition |
| 3/12/20 | Jeffrey Richard Henry as Trustee doe next-of-kin of Richard Henry, dc'd vs. 3M Company, et al. | District Court for Ramsey, Minnesota | Trial testimony |
| 3/17/20 | Nikol Chuidian, et al. vs. AT&T Corp, et al. | Superior Court of California, County of Alameda | Deposition |
| 3/20/20 | Richard Kyler and Patricia Kyler vs. 3M Company, et al. | Superior Court of California, County of Los Angeles | Deposition |
| 3/24/20 | David Andrew Chaff, as representative of the estate of Ronald Chaff, et al. vs. AutoZone, Inc., et al. | Superior Court of Arizona, County of Maricopa | Deposition |
| 3/27/20 | Ricardo and Elvia Ocampo vs. AAMCO Transmissions, Inc. et al. | Superior Court of California, County of Alameda | Deposition |
| 4/9/20 | Connie Lee Fink and Robert Ray Fink vs. Air & Liquid Systems Corporation, et al. | Circuit Court of Milwaukee County, Wisconsin | Deposition |
| 4/14/20 | Karen Cornwell, Individually and as Administrator of the Estate of Roy Cork, (deceased) et al. vs. Marathon Petroleum Company LP. | District Court for the Southern District of Illinois | Deposition |
| 4/21/20 | Thomas H. Toy, Sr., and Agnes Toy vs. Honeywell International Inc., et al. | Superior Court of California, County of Alameda | Deposition |
| 5/6/20 | Melvin and Louise Butler vs. Cemex Construction Materials Florida, LLC, et al. | 17th Judicial Circuit Court, Broward County, Florida | Deposition |
| 5/13/20 | Mellis Meyers and Judith Meyers vs. American Honda Motor Co. Inc., et al. | 11th Judicial Circuit in and for Miami-Dade County, Florida | Deposition |
| 6/17/20 | George Sweikhart and Christina Sweikhart vs. Air & Liquid Systems Corporation, et al. | California Superior Court, Los Angeles County | Deposition |
| 6/24/20 | Cynthia Bowman and Vincent Bowman vs. Bayer Cropscience, Inc., et al. | 1st Judicial Court, Orangeburg County, South Carolina | Deposition |
| 7/22/20 | William Maki v Metropolitan Life Insurance Company, et al. | Superior Court of the Commonwealth of Massachusetts for the County of Middlesex | Deposition |
| 7/23/20 | William Clark and Stephanie Clark vs. Arrow Machinery, Inc., et al. | King County Superior Court, Washington | Deposition |
| 8/21/20 | Steve and Cheryl Wiersema vs. 3M Company, et al. | Third Judicial Circuit Court, Madison County, Illinois | Deposition |

| Date | Case Name | Jurisdiction | Activity |
|------|-----------|--------------|----------|
| 8/26/20 | Ricardo and Elvia Ocampo vs. AAMCO Transmissions, Inc. et al. | California Superior Court, Alameda County | Trial |
| 9/3/20 | Myrna Covarrubias Dena for the Estate of Daniel S. Dena et al. vs. Coty, Inc. et al. | California Superior Court, Alameda County | Deposition |
| 9/15/20 | Rosalino Reyes III and Gemma Reyes vs. Johnson & Johnson, et al. | California Superior Court, Alameda County | Deposition |
| 9/22/20 | Bruce Rhyne and Carol Rhyne vs. United States Steel Corporation, et al. | US District Court for the Western District of North Carolina, Charlotte Division | Trial |
| 9/30/20 | Steven Sarkis and Judy Sarkis vs. Advance Stores Company Incorporated, et al. | Superior Court of the Commonwealth of Massachusetts for the County of Middlesex | Deposition |
| 10/5/20 | James Robert McKeever vs. BP Exploration & Production Inc. & BP America Production Company | United States District Court Eastern District of Louisiana | Deposition |
| 10/6/20 | Joseph Derouen vs. ANCO Insulations Inc., et al. | 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana | Deposition |
| 10/28/20 | Carolyn and Nathaniel Wassinger vs. Air & Liquid Systems Corporation, et al. | California Superior Court, Los Angeles County | Deposition |
| 11/2/20 | Joe A. Coronado and Leticia Coronado vs. American Honda Motor Co., Inc., et al. | California Superior Court, Alameda County | Deposition |
| 11/11/20 | Judith Miller for the Estate of Freddy Miller, dec'd vs. ABB, Inc., et al. | Superior Court of Washington for Pierce County | Deposition |
| 11/18/20 | Michele Baker, et al. vs. Saint-Gobain Performance Plastics Corp., et al. | United States District Court, Northern District of New York | Deposition |
| 11/19/20 | Sharon Jennings for the Estate of Darrell Jennings, dec'd vs. Honeywell International, Inc., et al. | Court of Common Pleas of Cuyahoga County, Ohio | Deposition |
| 11/24/20 | Donald and Bertha Nadine West vs. A & A Key and Builders Supply, et al. | California Superior Court, Alameda County | Deposition |



**MetaMethod** Fee Schedule
Effective January 1, 2019

Professional Services (consultation, review of records, preparation of reports, telephone conversations, deposition and trial appearance, travel, meetings, etc.)

Dr. Dominik D. Alexander, Principal Epidemiologist……………………………$425.00 per hour

Senior Scientist……………………………...……….……………………………...$250.00 per hour

Senior Epidemiologist ….……………………….…………………………………$250.00 per hour

Senior Research Associate ……………………………………………………………$225.00 per hour

Research Associate ……………………………………………………………………...$150.00 per hour

Epidemiologist….…………………………………………………………………..$150.00 per hour

Office Assistant…………………………………………………………………….. $80.00 per hour