# EXHIBIT 8
**(Redacted)**
**(Unredacted Version To Be Filed Under Seal)**

```
        ** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
```

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| October 16, 2018 at 4:08:55 PM EDT | 8777039515 | 182 | 4 | Received |



**NMS Labs**

3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900   Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

## Toxicology Report

**Report Issued**   10/16/2018 13:22

To:   **147662**
Taft Stettinius & Hollister LLP
425 Walnut Street
Suite 1800
Cincinnati, OH  45202

**Patient Name**
**Patient ID**
**Chain**
**Age**
**Gender**
**Workorder**



**Page 1 of 4**



NMS v.18.0

CONFIDENTIAL - SUBJECT TO HARDWICK PROTECTIVE ORDER

KH_000014



**Detailed Findings:**

**Reference Comments:**

NMS v.18.0

CONFIDENTIAL - SUBJECT TO HARDWICK PROTECTIVE ORDER

KH_000015



**CONFIDENTIAL**

**Workorder
Chain
Patient ID**



**Reference Comments:**



NMS v.18.0

CONFIDENTIAL - SUBJECT TO HARDWICK PROTECTIVE ORDER





NMS v.18.0

CONFIDENTIAL - SUBJECT TO HARDWICK PROTECTIVE ORDER