# EXHIBIT 9
## (Redacted)
## (Unredacted Version To Be Filed Under Seal)


CONFIDENTIAL - SUBJECT TO HARDWICK
PROTECTIVE ORDER

HardwickMED_000013


CONFIDENTIAL - SUBJECT TO HARDWICK
PROTECTIVE ORDER


CONFIDENTIAL - SUBJECT TO HARDWICK
PROTECTIVE ORDER

HardwickMED_000015


CONFIDENTIAL - SUBJECT TO HARDWICK
PROTECTIVE ORDER

HardwickMED_000016


CONFIDENTIAL - SUBJECT TO HARDWICK
PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO HARDWICK PROTECTIVE ORDER

HardwickMED_000018