## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**KEVIN D. HARDWICK,**

        **Plaintiff,**

**v.**

**3M COMPANY, et al.,**

        **Defendants.**

        **Case No. 2:18-cv-1185**
        **JUDGE EDMUND A. SARGUS, JR.**
        **Chief Magistrate Judge Elizabeth A. Preston Deavers**

## ORDER

This matter is before the Court on Plaintiff Kevin D. Hardwick's Unopposed Motion for an Extension of Time to File his Reply in Support of the Motion for Class Certification (the "Unopposed Motion"). Given the parties' agreement, and for good cause shown, Mr. Hardwick's Unopposed Motion is **GRANTED**. Mr. Hardwick may have through March 12, 2021, to file a reply in support of his Motion for Class Certification (ECF No. 164).

    **IT IS SO ORDERED.**

1/11/2021                                                    s/Edmund A. Sargus, Jr.
**DATE**                                                     **EDMUND A. SARGUS, JR.**
                                                            **UNITED STATES DISTRICT JUDGE**