**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN D. HARDWICK, | : | |
| Plaintiff(s), | : | Case No. 2:18-cv-1185 |
| vs. | | Judge Edmund A. Sargus, Jr. |
| | : | Magistrate Judge Elizabeth P. Deavers |
| 3M COMPANY, *et al.,* | | |
| | : | |
| Defendant(s). | | |
| | : | |

**NOTICE OF HEARING**

**TAKE NOTICE** that a [1]Status Conference will be held before the Honorable Elizabeth A. Preston Deavers on **FEBRUARY 25, 2021** at **1:00 P.M. EST**. The parties are directed to call **1-877-336-1280,** enter access code **7598806#**, followed by security code **1234#.**


Date:   February 22, 2021

*s/Sherry Nichols*
Sherry Nichols, Deputy Clerk
(614) 719-3461
sherry_nichols@ohsd.uscourts.gov

---

[1] **This conference is for Plaintiff Kevin D. Hardwick and Defendants Daiken Industries, Ltd. and Archroma Management LLC. only.**