UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KEVIN D. HARDWICK,

      Plaintiff,

  v.

3M COMPANY, et al.,

      Defendants.

Case No. 2:18-cv-1185
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth A. Preston Deavers

## PLAINTIFF'S THIRD NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF HIS MOTION FOR CLASS CERTIFICATION

Plaintiff Kevin D. Hardwick ("Mr. Hardwick") hereby submits the attached "Press Release: Biden EPA Fails to Protect North Carolina Communities and Hold Chemours Responsible For Massive PFAS Pollution" ("Press Release" (attached at Ex. A)), containing information, including the following quotes, as additional authority in support of the materials set forth on pages 29–31 of his pending Motion for Class Certification (ECF No. 164):

- "EPA refused to commit to requiring the studies that are most important in understanding the human health effects of long-term PFAS contamination . . . . In fact, EPA provided no assurance that it would require cancer studies on any PFAS; refused to require an epidemiological study on the exposed human population; and declined to require testing of any of the mixtures of PFAS found in drinking water and human blood. . . . EPA has a very strong legal and scientific basis for requiring the studies . . . . It is tragic that EPA is failing to use the authority it has to ensure that manufacturers pay for the essential testing on dangerous chemicals that are in the drinking water and blood of hundreds of

thousands of North Carolinians.  EPA is putting the financial interests of industry ahead of protection of devastated front-line communities." (Press Release at 3–4.)

Dated: December 30, 2021

Respectfully submitted,

/s/ David J. Butler
David J. Butler (0068455), Trial Attorney
TAFT STETTINIUS & HOLLISTER LLP
65 East State Street, Suite 1000
Columbus, Ohio 43215
Telephone: (614) 221-2838
Facsimile: (614) 221-2007
dbutler@taftlaw.com

Robert A. Bilott (0046854)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Telephone: (513) 381-2838
Facsimile: (513) 381-0205
bilott@taftlaw.com

Gary J. Douglas (pro hac vice)
DOUGLAS & LONDON, PC
59 Maiden Lane, 6th Floor
New York, NY 10038
Telephone: (212) 566-7500
Facsimile: (212) 566 7501
gdouglas@douglasandlondon.com

Ned McWilliams (pro hac vice)
LEVIN PAPANTONIO P.A.
316 South Baylen Street
Pensacola, FL 32502
Telephone: (850) 435-7138
nmcwilliams@levinlaw.com

*Attorneys for Plaintiff Kevin D. Hardwick*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the above was served through the Court's CM/ECF system this 30th day of December, 2021, on all counsel of record.

/s/ David J. Butler
David J. Butler

72262323v1