**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**KEVIN D. HARDWICK,**

     **Plaintiff,**              **Case No. 2:18-cv-1185**
                            **JUDGE EDMUND A. SARGUS, JR.**
**v.**                      **Magistrate Judge Elizabeth Preston Deavers**

**3M COMPANY, et al.,**

     **Defendants.**

**ORDER**

Pursuant to the Opinion and Order granting in part Plaintiff's Motion for Class Certification, the Court **DIRECTS** the parties to:

1.     Meet and Confer and submit a proposed agreed briefing schedule by <u>April 11, 2022,</u> for Defendants to show what states do not recognize the type of claim for relief filed by Mr. Hardwick.  That is, where the injury consists solely of the increased risk of certain diseases that, according to Plaintiff, is more likely to occur as a result of the PFAS and PFOA that is in his body and blood.

2.     Meet and confer and file a Rule 26(f) Report directed at the Ohio class by <u>April 18, 2022</u>.

**IT IS SO ORDERED.**

<u>**3/22/2022**</u>                  <u>**s/Elizabeth Preston Deavers**</u>
**DATE**                   **ELIZABETH PRESTON DEAVERS**
                           **UNITED STATES MAGISTRATE JUDGE**

                           <u>**s/Edmund A. Sargus, Jr.**</u>
                           **EDMUND A. SARGUS, JR.**
                           **UNITED STATES DISTRICT JUDGE**