# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**KEVIN D. HARDWICK,**

    Plaintiff,

v.

**3M COMPANY, et al.,**

    Defendants.

Case No. 2:18-cv-1185
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

## ORDER

On March 22, 2022, this Court issued a scheduling order. (ECF No. 236.) The Court has since been informed that Defendants have filed a request for an interlocutory appeal with the United States Court of Appeals for the Sixth Circuit. Accordingly, the Court hereby **VACATES** the scheduling order.

    IT IS SO ORDERED.

**3/22/2022**
**DATE**

    s/Elizabeth Preston Deavers
    **ELIZABETH PRESTON DEAVERS**
    **UNITED STATES MAGISTRATE JUDGE**

    s/Edmund A. Sargus, Jr.
    **EDMUND A. SARGUS, JR.**
    **UNITED STATES DISTRICT JUDGE**