**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 09, 2022

Mr. Robert Alan Bilott
Taft, Stettinius & Hollister
425 Walnut Street
Suite 1800
Cincinnati, OH 45202

Mr. William Earle Braff
Taft Stettinius & Hollister
50 E. RiverCenter Boulevard
Suite 850
Covington, KY 41011

Mr. Matthew S. Brown
Carlile, Patchen & Murphy
366 E. Broad Street
Columbus, OH 43215

Mr. David John Butler
Taft Law
65 E. State Street
Suite 1000
Columbus, OH 43215

Mr. Drew H. Campbell
Bricker & Eckler
100 S. Third Street
Columbus, OH 43215

Mr. Louis A. Chaiten
Jones Day
901 Lakeside Avenue, E.
Cleveland, OH 44114

Mr. Erik J. Clark
Organ Law
1330 Dublin Road
Columbus, OH 43215

Mr. Peter C. Condron
Crowell & Moring
1001 Pennsylvania Avenue, N.W.
Eighth Floor
Washington, DC 20004

Ms. Melanie Black Dubis
Parker Poe Adams & Bernstein
P.O. Box 389
Raleigh, NC 27602-0389

Ms. Lisa M. Gilford
Sidley Austin
555 W. Fifth Street
Suite 4000
Los Angeles, CA 90013

Mr. Theodore M. Grossman
Jones Day
250 Vesey Street
New York, NY 10281

Mr. Kristofor T. Henning
McCarter & English
1600 Market Street
Suite 3900
Philadelphia, PA 19103

Mr. Aaron M. Herzig
Taft, Stettinius & Hollister
425 Walnut Street
Suite 1800
Cincinnati, OH 45202

Ms. Jaren Janghorbani
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Mr. James Armand King
Porter, Wright, Morris & Arthur
41 S. High Street
Suite 2800-3200
Columbus, OH 43215

Mr. Ronald Sinclair Kopp
Roetzel & Andress
222 S. Main Street
Suite 400
Akron, OH 44319

Mr. Lanny S. Kurzweil
McCarter & English
100 Mulberry Street
Newark, NJ 07102

Ms. Heidi Levine
Sidley Austin
787 Seventh Avenue
New York, NY 10019

Mr. Michael A. London
Douglas & London
111 John Street
Suite 1400
New York, NY 10038

Mr. Neil E. McWilliams Jr.
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor
316 S. Baylen Street
Suite 600
Pensacola, FL 32501-0000

Ms. Rebecca G. Newman
Douglas & London
111 John Street
Suite 1400
New York, NY 10038

Mr. Shawn Joseph Organ
Organ Law
1330 Dublin Road
Columbus, OH 43215

Ms. Crystal Lohmann Parker
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Mr. Charles Edward Raynal IV
Parker Poe Adams & Bernstein
P.O. Box 389
Raleigh, NC 27602-0389

Mr. James Robert Saywell
Jones Day
901 Lakeside Avenue, E.
Cleveland, OH 44114

Mr. Richard Donovan Schuster
Vorys, Sater, Seymour & Pease
52 E. Gay Street
Columbus, OH 43215

Mr. Joshua D. Yount
Mayer Brown
71 S. Wacker Drive
Chicago, IL 60606

       Re: Case No. 22-3765, *Kevin Hardwick v. 3M Company, et al*
         Originating Case No. : 2:18-cv-01185

Dear Counsel,

  This appeal has been docketed as case number **22-3765** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  **If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.**

  Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

  At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **September 23, 2022**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

           Appearance of Counsel
     Appellant: Civil Appeal Statement of Parties & Issues
           Disclosure of Corporate Affiliations
           Application for Admission to 6th Circuit Bar (if applicable)

|  | Appearance of Counsel |
| --- | --- |
| Appellee: | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

   More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                Sincerely yours,

                s/C. Anthony Milton
                Case Manager
                Direct Dial No. 513-564-7026


Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 22-3765

In re: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION

-------------------------------

KEVIN D. HARDWICK

       Plaintiff - Appellee

v.

3M COMPANY; E. I. DU PONT DE NEMOURS AND COMPANY; CHEMOURS COMPANY; ARCHROMA MANAGEMENT, LLC; ARKEMA, INC.; ARKEMA FRANCE, S.A.; AGC CHEMICALS AMERICAS, INC.; DAIKIN INDUSTRIES, LTD.; DAIKIN AMERICA, INC.; SOLVAY SPECIALTY POLYMERS, USA, LLC

       Defendants - Appellants