## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 26, 2024

Mr. Richard W. Nagel
Office of the Clerk
85 Marconi Boulevard
Suite 121
Columbus, OH 43215

      Re:  Case No. 22-3765, *Kevin Hardwick v. 3M Company, et al*
           Originating Case No. : 2:18-cv-01185

Dear Mr. Nagel,

  Enclosed is a copy of the mandate filed in this case.

                                    Sincerely yours,

                                    s/Mackenzie A. Collett
                                      For Anthony Milton

cc:  Mr. Kamran Benjamin Ahmadian
      Mr. D. Matthew Allen
      Mr. Robert Alan Bilott
      Mr. William Earle Braff
      Mr. Matthew S. Brown
      Mr. Jeffrey S. Bucholtz
      Ms. Andrea Butler
      Mr. David John Butler
      Mr. Louis A. Chaiten
      Mr. Scott A. Chesin
      Ms. Aleacia Chinkhota
      Mr. Erik J. Clark

    Mr. Paul D. Clement
    Mr. Jeffrey A. Cohen
    Mr. Peter C. Condron
    Mr. Kyle T. Cutts
    Ms. Melanie Black Dubis
    Mr. Nathaniel Garrett Foell
    Mr. Theodore M. Grossman
    Mr. Kristofor T. Henning
    Mr. Aaron M. Herzig
    Mr. Samuel Edward Hofmeier
    Ms. Jaren Janghorbani
    Mr. James Armand King
    Mr. Lanny S. Kurzweil
    Mr. Val Leppert
    Ms. Bethany Gayle Lukitsch
    Mr. Jonathan Nathaniel Olivito
    Mr. Shawn Joseph Organ
    Ms. Crystal Lohmann Parker
    Mr. Andrew John Pincus
    Mr. Charles Edward Raynal IV
    Mr. Daniel L. Ring
    Ms. Nicole A. Saharsky
    Mr. James Robert Saywell
    Mr. Richard Donovan Schuster
    Mr. Michael A. Scodro
    Ms. Barbara Smith
    Mr. Daniel A. Spira
    Mr. Matthew D. Thurlow
    Mr. Daniel J. Toal
    Mr. Brian A Troyer
    Mr. Theodore V. Wells Jr.
    Mr. Joshua D. Yount

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-3765

_____

Filed: January 26, 2024

In re: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION

------------------------------

KEVIN D. HARDWICK

      Plaintiff - Appellee

v.

3M COMPANY; E. I. DU PONT DE NEMOURS AND COMPANY; CHEMOURS COMPANY; ARCHROMA MANAGEMENT, LLC; ARKEMA, INC.; ARKEMA FRANCE, S.A.; AGC CHEMICALS AMERICAS, INC.; DAIKIN INDUSTRIES, LTD.; DAIKIN AMERICA, INC.; SOLVAY SPECIALTY POLYMERS, USA, LLC

      Defendants - Appellants

## MANDATE

   Pursuant to the court's disposition that was filed 11/27/2023 the mandate for this case hereby issues today.

 COSTS:  None