UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KEVIN D. HARDWICK,**

    Plaintiff,                        Case No. 2:18-cv-1185
                                     JUDGE EDMUND A. SARGUS, JR.
    v.                               Magistrate Judge Elizabeth Preston Deavers

**3M COMPANY, et al.,**

    Defendants.

## ORDER

Pursuant to the November 27, 2023 opinion and judgment by the United States Court of Appeals for the Sixth Circuit (ECF No. 247) and the subsequent mandate (ECF No. 248), the Court hereby **VACATES** its prior Order Granting in Part and Denying in Part Plaintiff's Motion for Class Certification (ECF No. 233) and **DISMISSES** this case for lack of jurisdiction.

The Clerk is **DIRECTED** to **TERMINATE** this case.

**IT IS SO ORDERED.**

**3/11/2024**　　　　　　　　　　　　　　　　　　　s/Edmund A. Sargus, Jr.
**DATE**　　　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**